## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 19-50900-CAG |
| LEGENDARY FIELD EXHIBITIONS, LLC, | § | |
| | § | Chapter 7 |
| Debtor. | § | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Dundon Capital Partners, LLC ("DCP") and Thomas G. Dundon, creditors and parties-in-interest in the above-referenced matter (the "Case"), by and through their counsel, Bell Nunnally & Martin LLP and Branscomb | PC, files this Notice Of Appearance And Request For Notices and Service of Papers for their counsel of record in this Case, pursuant to 11 U.S.C. § 1109(b), 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code), and Fed. R. Bankr. P. 2002, 3017(a), 9007, and 9010(b) (the "Bankruptcy Rules").  All such notices given or required to be given in this Case, and all papers served or required to be served in this Case be addressed as follows:

**Russell W. Mills**
**Bell Nunnally & Martin LLP**
**2323 Ross Avenue, Suite 1900**
**Dallas, Texas 75201**
**214.740.1400 (Telephone)**
**214.740.1499 (Facsimile)**
rmills@bellnunnally.com **(E-mail)**

and

**Patrick H. Autry**
**Branscomb | PC**
**8023 Vantage Drive, Suite 560**
**San Antonio, Texas 78230**
**210.598.5400 (Telephone)**
**210.598.5405 (Facsimile)**
pautry@branscombpc.com **(E-mail)**

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices, pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, the Debtors' schedules, and statement and all supplements thereto, and any and all plans, letters, correspondence, applications, motions, complaints, objections, claims, demands, hearing notices, or requests, whether formal or informal, whether oral or in writing, which may be filed, submitted, transmitted, or conveyed to the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and defined in Bankruptcy Rule 9001) in connection with this bankruptcy case and any proceedings related thereto or arising therefrom.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any later appearance, pleading, claim, or suit shall be deemed to waive any of DCP's or Thomas G. Dundon's substantive rights, including, without limitation, the right (1) to have final orders in non-core matters entered only after *de novo* review by a district court judge, (2) to trial by jury in any proceedings so triable in this Case or any case, controversy, or proceeding related to this Case, (3) to have the United States District Court for the Western District of Texas withdraw the reference in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor or any state court or (4) to assert other rights, claims, actions, defenses, setoffs, or recoupments to which DCP and Thomas G. Dundon are or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: June 24, 2019.

Respectfully submitted,

**BELL NUNNALLY & MARTIN, LLP**

/s/ *Russell W. Mills*
Russell W. Mills
Texas State Bar No. 00784609
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214.740.1400 (Telephone)
214.740.1499 (Facsimile)
rmills@bellnunnally.com

-and-

**BRANSCOMB | PC**

/s/ *Patrick H. Autry*
Patrick H. Autry
Texas State Bar No. 01447600
8023 Vantage Drive, Suite 560
San Antonio, Texas 78230
210.598.5400 (Telephone)
210.598.5405 (Facsimile)
pautry@branscombpc.com

**ATTORNEYS FOR DUNDON**
**CAPITAL PARTNERS, LLC AND**
**THOMAS G. DUNDON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Appearance and Request for Notices was electronically filed on this 24th day of June 2019, and served *via CM/ECF* on all parties requesting electronic notification in this case.

/s/ *Russell W. Mills*
Russell W. Mills