IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § | CASE NO. 19-50900-CAG |
| | § | |
| AAF PLAYERS, LLC; | § | |
| | § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § | |
| | § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § | |
| | § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § | |
| | § | |
| WE ARE REALTIME, LLC | § | CASE NO. 19-50905-CAG |
| | § | |
| | § | CASE NO. 19-50906-CAG |
| DEBTORS | § | |
| | | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

## REPORT OF SALE

COMES NOW RANDOLPH N. OSHEROW, the Trustee in this case, and makes and files this Report, and in support thereof respectfully represents to the Court as follows:

I.

On or about July 5, 2019, this Court entered its Order authorizing the Trustee to sell the bankruptcy estate's interest in all of Debtors' Football Equipment listed on the advisory to the Court, Docket No. 78.

II.

On July 9, 2019, the Trustee received the purchase price from the buyer, NCM Wireless, Inc. for $455,000.00, who was the high bidder on the sale conducted by Judge Craig A. Gargotta on July 3, 2019.

Dated this ___11___ day of July, 2019.

Respectfully submitted,

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, Trustee
State Bar No. TX15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § | CASE NO. 19-50900-CAG |
| | § | |
| AAF PLAYERS, LLC; | § | |
| | § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § | |
| | § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § | |
| | § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § | |
| | § | |
| WE ARE REALTIME, LLC | § | CASE NO. 19-50905-CAG |
| | § | |
| | § | CASE NO. 19-50906-CAG |
| DEBTORS | § | |

(SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Report of Sale has been mailed to all parties listed below, by first class mail, postage prepaid, on this the ___ day of July, 2019.

OFFICE OF THE UNITED STATES TRUSTEE
P.O. BOX 1539
SAN ANTONIO, TEXAS 78295

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, Trustee
State Bar No. TX15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001