IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § § § | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | § § § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § § § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § § § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § § | CASE NO. 19-50906-CAG |
| DEBTORS | § § | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

---

### 5th MOTION TO RATIFY PAYMENTS AS ADMINISTRATIVE EXPENSE, FROM FUNDS OF THE ESTATE (WITH 21-DAY LANGUAGE)

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.

IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.

A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.

A copy of the proposed Order attached as Exhibit "A".

NOW COMES RANDOLPH N. OSHEROW, TRUSTEE ("Trustee"), the Chapter 7 Trustee of the Consolidated bankruptcy estate of **LEGENDARY FIELD EXHIBITIONS, LLC** and files his 5th Motion to Ratify Payments.

Trustee would show the Court the following:

1. On 4/17/19 the consolidated cases were filed as Chapter 7 Bankruptcies under Chapter 7 of the Bankruptcy Code. On 4/17/19, Randolph N. Osherow was appointed Chapter 7 Trustee of consolidated Debtor entities bankruptcy estates and continues to act in that capacity.

In the course of administering the bankruptcy estate, it was necessary for the Trustee to pay certain bills: to: ProLogis for August rent of $10,014.67 of the location at 4525 Macro, San Antonio, TX.

2. The Trustee asks the Court, to ratify these payments made by the Trustee.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Court enter an order to ratify payments.

Respectfully submitted the 30 day of July, 2019.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 – Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com
**Chapter 7 Trustee**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § § § | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | § § § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § § § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § § § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § § | CASE NO. 19-50906-CAG |
| DEBTORS | § | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

ORDER APPROVING TRUSTEE'S MOTION TO RATIFY
PAYMENTS

EXHIBIT "A"

On the day this Order was signed, came for consideration the Trustee's Motion to Ratify the following Payments:

a.  ProLogis for August rent of $10,014.67 of the location at 4525 Macro, San Antonio, TX, as an Administrative Expense, and

Trustee would show the Court the following:

The Court having considered the Motion finds that it has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the payments to:
ProLogis for August rent of $10,014.67 of the location at 4525 Macro, San Antonio, TX, is hereby authorized and ratified.

###

RANDOLPH N. OSHEROW
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 – Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § | CASE NO. 19-50900-CAG |
| | § | |
| AAF PLAYERS, LLC; | § | CASE NO. 19-50902-CAG |
| | § | |
| AAF PROPERTIES, LLC; | § | CASE NO. 19-50903-CAG |
| | § | |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § | CASE NO. 19-50904-CAG |
| | § | |
| LFE 2, LLC; | § | CASE NO. 19-50905-CAG |
| | § | |
| WE ARE REALTIME, LLC | § | CASE NO. 19-50906-CAG |
| | § | |
| DEBTORS | § | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

## CERTIFICATE OF MAILING

I certify that a true and correct copy of MOTION TO RATIFY PAYMENTS FROM FUNDS OF THE ESTATE was served Via U.S. first class mail, postage to the parties set forth on the attached service list, on this 30 day of July, 2019:

Legendary Field Exh.
4525 Macro
San Antonio, TX 78218

ProLogis
c/o Eduardo Gonzalez
200 E Grayson St., #116
San Antonio, TX 78215
Creditor

U.S. Trustee
PO Box 1539
San Antonio, TX 78295

William A. (Trey) Wood, III
Bracewell LLP
711 Louisiana Suite 2300
Houston, TX 77002
Attorney for Debtor Company

**Counsel for Debtor(s)**

All interested parties on the limited mailing matrix attached will be noticed.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 – Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com
**Chapter 7 Trustee**

A Bounce Above
13745 Lyall Pl
Lakeside, CA 92040-4823

AAF-ARIZONA HOTSHOTS
Park Place Printing, Inc.
535 W Baseline Rd., Ste 104
Mesa, AZ 85210

AARON C SMITH
LOCKE LORD LLP
111 SOUTH WACKER DRIVE
CHICAGO, IL 60606

Aflanny Inc.
P.O. Box 233
Rancho Santa Fe, CA 92067-0233

AIRZONA BOARD OF REGENTS
ARIZONA STATE UNIV
C/O ROBERT CHARLES JR.
ONE SOUTH CHURCH AVE SUITE 2000
TUCSON, AZ 85701

ALAN J SNYDER
3315 Falling Creek
San Antonio, TX 78259

Ali, Salene
110 Sunnyland Dr
San Antonio, TX 78228-2915

ALPHA ENTERTAINMENT, LLC
c/oARTOUSH VARSHOSAZ
K&L GATES, LLP
1717 MAIN STREET, #2800
DALLAS, TX 75201

ANGELA CATES
27022 Foggy Meadows Street
San Antonio, TX 78260

Annotti, Mark
2170 FAIRMONT CIRCLE
ORLANDO, FL 32837-6789

ANTHONY HURST
4716 Valdina Way
San Diego, CA 92124-2433

APRIL SCHULZE
10627 Larch Grove St.
Helotes, TX78023

Aramark Sports and Entertainment Services, L
C/O DUANE MORRIS LLP
JARRET P HITCHINGS
222 DELAWARE AVE SUITE 1600
WILMINGTON, DE 19801
Philadelphia, PA 19103-3041

Arizona Department of Revenue
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

ATLANTA JOURNAL CONSTITUTION
c/o Szabo Assoc. Inc.
3355 Lenos Rd NE Suite 945
Atlanta, GA 30326

AY Productions LLC
1334 Park View Avenue #250
Manhattan Beach, CA 90266-3751

Beddingfield, Blake
828 Woodburn Dr.,
Brentwood, TN 37027-8748

Big Fogg, Inc.
42095 Zero Dr. Unit A2
Temecula, CA 92590-3747

Big Ticket Inc. (Rich Waltz)
820 5th Ave. NW
Issaquah, WA 98027-2816

BLUE CROSS OF CALIFORNIA
dba ANTHEM BLUE
ERIC S GOLDSTEIN, ES
SHIPMAN & GOODWIN, LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

bluemedia
Gallaghers & Kennedy
Joe Cotterman
2575 E Camelback Rd Suite 1100
Phoeniz, AZ 85016

BPM Concerts, LLC dba Ballpark Music
1045 Crossvine Rd.
Roswell, GA 30075-3886

Broadway Media, LLC dba KXRK, KEGA, KYMV.
KUUU, KUDD, KALL, KOVO
50 West Broadway #200
Salt Lake City, UT 84101-2024

Buck's Bags Inc.
2401 West Main St.
Boise, ID 83702-4845

BYRON JONES
113 MOSELEY AVE
EATONVILLE, FL 32751

CaliVenture Party Rentals
5562 Las Alturas Terrace
San Diego, CA 92114-5316

Callaway, Rob
12644 Brite Ranch
San Antonio, TX 78245-3218

Campbell Clinic Orthopedics
1400 South Germantown Road
Germantown, TN 38138-2205

Carroll, William
1285 Burgundy Court
Oviedo, FL 32766-6686

CBT CREATIVE BROADCASTIN TECHNIQUES
15 Charles Place
Closter, NJ 07624

CENTURY LINK COMMUNICATIONS, LLC
1025 El Dorado Blvd., Bankruptcy Legal
Broomfield, CO 80021

CHRIS MUFFOLETO
2781 Wassum Trail
Chuluota, FL 32766

Classic Traditions, Inc.
4 Baltusrol Ct.
Shoal Creek, AL 35242-5903

Cliff Kleen Athletic
4480 Varsity Dr
Ann Arbor, MI 48108-5007

CLYDE SNOW & SESSIONS PC
201 SOUTH MAIN STREET SUITE 1300
SALT LAKE CITY, UT 84111

CMAXIII Entertainment/ Charles Sloan Jr.
24245 Wilderness Oak Apt #3310
San Antonio, TX 78258-7861

Colsell, Rick
3128 Guilitoy Ave
San Diego, CA 92117-2540

COMMONWEALTH OF PENNSYLVANIA
Attn: Deb Secrest/Labor/Ind Dept
Collections Support Unit
651 Boas Street, Rm 925
Harrisburg, PA 17121

Contemporary Services Corporation - CSC
17101 Superior St.
Northridge, CA 91325-1961

Coronado, Roberto
8034 Myrtle Glade
Converse, TX 78109-3275

Cortez Liquid Waste Services
19540 S US Highway 281
San Antonio TX 78221-9729

Cottrell, Theodore
4580 Regency Trace,
Atlanta, GA 30331-6832

Cox Media LLC San diego dba Cox Media - West
P.O Box 50456
Los Angeles, CA 90074-0456

COX MEDIA SAN DIEGO
c/o Szabo Associates, Inc.
3355 Lenox Rd NE Suite 945
Atlanta, GA 30326

CYNTHIA FRELUND
c/o AARON C SMITH
& STEPHEN J HUMENIUK
LOCKE LORD LLP
111 S WACKER DR
CHICAGO, IL 60606

DANIEL K WARD
8431 Cheyenne Pass
San Antonio, TX 78254

DANNY RHINEHART
11476 Willow
Windermere, FL 34786

Datatix Systems dba Smith'sTix
335 West Bugatti Drive
Salt Lake City, UT 84115-2521

David S Pottruck Revocable Trust
201 Spear St, Ste 1750
San Francisco, CA 94105-1699

Davis, Chrystal
1017 Margot Ln
Lake Wales, FL 33853-2732

Decker, Shawn
17525 Silver Creek Ct
Clermont, FL 34714-5825

DENISE DELOACH
13214 Vista del Mundo
San Antonio, TX 78216

DONNA WINFREY
2980 Cordie Lee Lane
Germantown, TN 38138-8184

Down In Front Productions, LLC
1318 Alford Ave, Suite 201
Hoover, AL 35226-3161

Downey, Carolyn
7450 Olivetas Avenue
Apartment 40
La Jolla, CA 92037-4924

Dr. Jill's Foot Pads, Inc.
384 S Military Trail
Deerfield Beach, FL 33442-3007

ED MCCLURE
1610 CR 323
Jourdanton, TX 78026

EDWARD LEPP DBA LEPPSDESIGN, LLC
320 NORTH SHADOWWOOD DRIVE
ST. AUGUSTINE, FL 32086

EM Printing, LLC
3081 Bartlett Corporate Dr.
Bartlett, TN 38133-8943

Embassy Suites by Hilton South Jordan
Salt Lake City
10333 South Jordan Gateway
South Jordan, UT 84095-3954

| | | |
|---|---|---|
| Embassy Suites San Antonio Riverwalk Downtow<br>125 East Houston St.<br>San Antonio, TX 78205-2247 | EMILY MORGAN, LLC<br>705 EAST HOUSTON STREET<br>SAN ANTONIO, TX 78205 | ENTERPRISE NEWS GROUP<br>825 N 300 WEST<br>SUITE NE 220<br>SALT LAKE CITY, UT 84103 |
| Estrada, Letty<br>535 W Olmos Dr<br>San Antonio, TX 78212-1862 | Evangelist, John<br>2669 Eltinge Drive<br>Alpine, CA 91901-2240 | F&F Productions<br>14333 Myerlake Circle<br>Clearwater, FL 33760-2839 |
| Fidelis Bookkeeping And Payroll Services<br>812 N Pacific St<br>Unit C<br>Oceanside, CA 92054-1967 | Fikes, Bruce<br>113 W Huff Ave<br>San Antonio, TX 78214-2129 | Fisher, Jason Zone<br>128 South Kikea Drive<br>Los Angeles, CA 90048-3526 |
| Five Marketing & Management LLC<br>925 B Street #603<br>San Diego, CA 92101-4628 | Florida Medical Distributors, LLC<br>123 Barrier Isle Drive<br>Ormond beach, FL 32176-2243 | Flying V Group<br>2051 Placentia Ave.<br>Costa Mesa, CA 92627-3405 |
| Foot Management, Inc.<br>7201 Friendship Rd.<br>Pittsville, MD 21850-2039 | Ford, Steve<br>3275 Madison Ave<br>San Diego, CA 92116-4450 | FRANCHISE TAX BOARD BANKRUPTCY SECTION<br>MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| Franklin, Donna<br>6050 Brunswick Rd.<br>Lakeland, TN 38002-6945 | FRESH CONCEPTS LLC<br>49 Research Drive<br>Milford, CT 06460 | Gage, Christina<br>13021 Shenandoah Dr.<br>Lakeside, CA 92040-3333 |
| GARY HORTENSTINE<br>1353 Old Virginia Ct.<br>Marietta, GA 30067 | Gelvin, Eric<br>4354 E Sandia St.<br>Phoenix, AZ 85044 | Georgia State University Athletics /<br>Georgia State University Stadium<br>755 Hank Aaron Dr.<br>Atlanta, GA 30315-1120 |
| Georgia State University dba GSU Panther Di<br>55 Gilmer Street Room 318<br>Atlanta, GA 30303 | Glick, Rush<br>1651 Vann Court<br>El Cajon, CA 92020-2236 | Goddard, John<br>1833 Wind Willow Road<br>Belle Isle, FL 32809-6859 |
| Green, Nicholas<br>18626 Creekside Pass<br>San Antonio, TX 78259-3306 | GREY SEAL PUPPETS<br>PO BOX 12<br>MCCLELLANVILLE, SC 29458 | Hamilton, Michael<br>2349 N. Atwood Circle<br>Mesa, AZ 85207-2490 |
| Hands on Atlanta<br>C/O KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 PEACHTREE STREET NE SUITE 2800<br>ATLANTA, GA 30309 | HEATHER J PANKO<br>STUTZMAN BROMBERT ESSERMAN & PLIFKA<br>2323 BRYAN ST SUITE 2200<br>DALLAS, TX 75201 | Hernandez, Jose<br>1681 san altos<br>Lemon Grove, CA 91945-3929 |

High Rise Audio
6783 S 2300 E
Salt Lake City, UT 84121-3121

Hog Wild
c/o R SHERWOOD
EVANS PETREE PC
1291 TULLY ST
1715 AARON BRENNER DR #800
MEMPHIS, TN 38107

Holiday Inn Riverwalk
217 N. St. Marys Street
San Antonio, TX 78205-2303

Hyatt Regency Riverwalk San Antonio
123 Losoya
San Antonio, TX 78205-2688

ICM Partners - Terrell Davis
10250 Constellation Blvd. 31st floor
Los Angeles, CA 90067-6231

iHeartMedia Ent. Inc.
c/oHerzlich & Blum, LLP
15760 Ventura Boulevard
Suite 700
Encino, CA 91436

JACK DONALD SIDES II
5621 BUTTERCUP LANE
MCKINNEY, TX 75070

JACK KNIGHT ELECTRICAL
11625 RAINBOW RIDGE
HELOTES, TX 78023

JAMES PATRICK GLEASON
1237 Union Club Drive
Winter Garden, FL 34787

Jeff Knight Electrical
11625 Rainbow Ridge
Helotes, TX 78023-4406

JENNIFER L WHITMORE
6022 Spring Time
San Antonio, TX 78249

JENNIFER MONN
3597 Gatlin Place Circle
Orlando, FL 32812

Joe Bosack
1661 Oak Road
Pottsville, PA 17901-3209

JOHN R RICHARDSON
13100 Hissen Ridge Ln
Clermonth, Fl 34715

JOHN ROUNDTREE
9188 Mudville Rd.
Millington, TN 38053

JONATHAN HODGINS
1334 Baur Boulevard
St. Louis, MO 63132

JONATHAN HOWELL
(PAVILION MANAGEMENT CO.)
GLAST PHILLIPS & MURRAY, PC
14801 QUORUM DRIVE, STE 500
DALLAS, TX 75254

Juleyna, LLC dba Exhibit Experts
4012 East Broadway
Suite 307
Phoenix, AZ 85040-8800

KCYY/KISS/KTKX RADIO
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

KENS TELEVISION
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

KFMB TELEVISION
C/O ZSABO ASSOC INC.
3355 LENOX RD NE, SUITE 945
ATLANTA, GA 30326

Knuckey, Thomas
310 W Hornbeam Dr
longwood, FL 32779-2533

Kohlhausen, Susan
5918 Tivoli Gardens Blvd
Orlando, FL 32829-7704

KPNX TELEVISION
C/O SZABO ASSOC INC.
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

KRLV/KOMP/KBAD RADIO
C/O SZABO ASSOC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

Ladds
6881 Appling Farms Parkway
Memphis, TN 38133-4713

LAMAR
P.O Box 96030
Baton Rouge, LA 70896-9030

Lamar Advertising
1600 Century Ctr Pkwy #104
Memphis, TN 38134-6100

LATHROP GAGE
RAYMOND URBANIK
2101 CEDAR SPRINGS RD
SUITE 1400
DALLAS, TX 75201

LATHROP GAGE
WENDI ALPER PRESSMAN
7701 FORSYTH BLVD SUITE 500
ST LOUIS, MO 63105

| | | |
|---|---|---|
| Law Enforcement Specialists Inc<br>PO Box 11656<br>Glendale, AZ 85318-1656 | LAWRENCE D PARK<br>109 OAKWOOD DR<br>CUMMIMG, GA 30040 | Lazser Down LLC<br>4528 W. 140th Street<br>Leawood, KS 66224-3591 |
| LEWIS CONSULTING<br>11317 VIA PLAYA DE CORTES<br>SAN DIEGO, CA 92124 | Lopez, Jake<br>8922 Summer Trail<br>San Antonio, TX 78250-2613 | Mabry, Ashaad<br>21302 Encino Commons #9204<br>San Antonio, TX 78259 |
| MacDonald, Kelly<br>1923 San Jose Ave,<br>San Francisco, CA 94112-2406 | Major Promotions<br>3517 Spring Valley Court<br>Mountain Brook, AL 35223-1467 | MANUEL RAMIREZ<br>22702 Sabine Summit<br>San Antonio, TX 78258 |
| Markey, John & Teresa<br>5508 Redland Dr<br>San Diego, CA 92115-2215 | Marriott Hotel Services Inc DBA Scottsdale<br>Marriott at McDowell Mountains<br>John C Josefsberg<br>12740 Hillcrest Rd #240<br>Dallas, TX 75230 | MARRIOTT INTERNATIONAL INC.<br>John C. Josefsberg<br>12740 Hillcrest Rd suite 240<br>Dallas, TX 75230 |
| Mason, Thomas<br>7777 Glen American Apt 349,<br>Dallas, TX 75225-1840 | Masque Sound & Recording DBA Professional<br>Wireless Systems<br>21 E Union Ave<br>East Rutherford, NJ 07073-2127 | Matthies, Mason<br>PO Box 732<br>Rancho Santa Fe, CA 92067-0732 |
| Maywald, John<br>39 Walnut Grove Road<br>Boerne, TX 78006-6222 | Mclain, Nick<br>3753 e fairfield st<br>mesa, AZ 85205-4969 | Media2, Inc. dba m2<br>1 Bridge St.<br>Suite 215<br>Irvington, NY 10533-1629 |
| MIND OVER MEDIA LLC<br>15212 N 53RD STREET<br>SCOTTSDALE, AZ 85254 | MMS MEDIA LLC<br>11872 REAGAN STREET<br>LOS ALAMITOS, CA 90720 | Mobile Modular<br>NIEL BANSRAJ<br>5700 LAS POSITAS RD.<br>LIVERMORE, CA 94550 |
| Morris, Colin<br>152 NE 167 Street<br>Suite 403<br>Miami, FL 33162-3400 | Moxley, Trae J.<br>PO Box 1252,<br>Carbondale, CO 81623-1252 | Muirbrook, Richard<br>2433 Hansen Meadows Drive,<br>Syracuse, UT 84075-9368 |
| Murray, Aaron<br>C/O ELEMENT SPORTS<br>3180 NORTH POINT PKWY SUITE 106<br>ALPHARETTA, GA 30005 | Nationwide Referral Company, Inc. dba Apartm<br>Relocation Center<br>11818 Wurzbach Rd.<br>San Antonio, TX 78230-2710 | NBCUNIVERSAL MEDIA LLC<br>30 Rockefeller Plaza(1221 Campus)<br>New York, NY 10112 |
| NEP II, Inc dba NEP Supershooters, LP<br>c/o Paul Mazeski, Esq.<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 15219 | nerdmatics<br>8149 Santa Monica Blvd<br>#404<br>West Hollywood, CA 90046-4912 | NICOLAS LARIOS<br>206 Cork Way<br>Davenport, FL 33897 |

North Carolina Department of Revenue
BANKRUPTCY UNIT
PO BOX 1168
Raleigh, NC 27602-1168

OFFICE DEPOT
6600 N MILITARY TRAIL, S416N
BOCA RATON, FL 33496

Ollier, Lori
31459 Sonoma Lane
Temecula, CA 92591-2116

Outdoor America Images, Inc. OAI
4545 W Hillsborough Ave
Tampa, FL 33614-5441

PATRICK A. HARRINGTON
PO Box 1019
Vidor, TX 77670-1019

PATRICK H AUTRY
(DUNDON CAPITAL PARTERS &
THOMAS G DUNDON)
BRANSCOMB PC
(DUNDON CAPITAL PARTNERS)
8023 VANTAGE DRIVE, SUITE 560

Paul M Halsey dba Admiral Video, LLC
503 E. Erie St. Suite B
Lancaster, NY 14086-9506

Pavilion Management Company dba Hilton Phoen
Mesa Hotel
1011 W Holmes Avenue
Mesa, AZ 85210-4923

PCH TRIBUNE LLC DBA NUMBER SIX LLC
4770 S 5600 W
West Valley City, UT 84118-7400

PCS Production Company, LP
1551 Corporate Drive
Suite 125
Irving, TX 75038-2450

Polian Consulting
C/O IRVING WALKER
COLE SCHOTZ PC
300 LOMBARD ST #1450
BELTIMORE, MD 21202

PORTER HEDGES LLP
AARON J POWER
1000 MAIN STREET 36TH FL
HOUSTON, TX 77002

PRISMIC IO, Inc.
185 Alewife Brook Parkway, Suite 210
Cambridge, MA 02138-1104

Prospect Productions LLC dba Barnicle
175 Varick St. 2nd floor
New York, NY 10014-5856

Reed, Michael
16165 Cayenne Ridge Rd
San Diego, CA 92127-3707

RENEE STOUT
2630 Fallbrook Dr.
Oviedo, FL 32765

Residence Inn by Marriott Orlando Downtown
680 N Orange Ave
Orlando, FL 32801-1374

Rheinbold, Jim
10437 La Morada Dr
San Diego, CA 92124-1011

RHINO ARIZONA, LLC
125 W Julie Dr.
Tempe, AZ 85283

ROBERT ZEARFOSS
2548 Rio Cordillera
San Antonio, TX 78006

Royal Restrooms Mountain West, LLC
563 N Colorado St
Salt Lake City, UT 84116-2505

RUSSELL W MILLS
BELL NUNNALLY & MARTIN LLP
2323 ROSS AVE SUITE 1900
DALLAS, TX 75201

RUSSELL W. MILLS
(DUNDON CAPITAL PARTNERS
& THOMAS G DUNDON)
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

Russell, John
3642 Terrace Place
Carlsbad, CA 92010-6593

RUTHER PALMER
1827 Schley Ave.
San Antonio, TX 78210

SAFC Management
One AT&T Parkway
San Antonio, TX 78219

Safety Services, Inc. dba U.S. Safety Servic
5525 Blanco Rd. Suite 124
San Antonio, TX 78216-6678

SAMANTHA EVANS
539 Parkmont Ct
San Antonio, TX 78258

SAN ANTONIO BUSINESS JOURNAL
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

SAN ANTONIO EXPRESS
c/o Zalina Tsarakova
4747 Southwest Freeway
Houston, TX 77027

| | | |
|---|---|---|
| SCOTT ENOS<br>14718 EAGLES CROSSING DRIVE<br>ORLANDO, FL 32837-6923 | Security Industry Specialists Inc. - SIS<br>20 West Galer Street<br>Seattle, WA 98119 | SECURITY INDUSTRY SPECIALISTS, INC.<br>C/O WAYNE R TERRY<br>15910 VENTURA BOULEVARD 12TH FL<br>ENCINO, CA 91436 |
| Shapins, William<br>13119 Lakeshore Grove Drive<br>Winter Garden, FL 34787-5459 | Shavers, Brenda S<br>574 Terry Street Southeast<br>Atlanta, GA 30312-2838 | SHOCK DOCTOR INC.<br>11488 SLATER AVE<br>FOUNTAIN VALLEY, CA 92708-5440 |
| Signal Wiz - Technical Services<br>6822 Fisk Avenue<br>San Diego, CA 92122-2437 | Silverman Group<br>436 Orange Street<br>New Haven, CT 06511-6402 | Simplified Coach, Inc.<br>14051 Saratoga-Sunnyvale Rd.<br>Saratoga, CA 95070-5834 |
| Skousen, Lindsay<br>459 Virginia Dr<br>Winter Park, FL 32789-5806 | Smith, Charles<br>4233 Avacado Blvd<br>La Mesa, CA 91941-7125 | Sneaky Big Studios, LLC<br>15750 N. Northsight Blvd.<br>Scottsdale, AZ 85260-1936 |
| Sodexo<br>c/o Thomas Stanton, Ass Gen Counsel<br>9801 Washingtonian Blvd 12th Fl<br>Gaithersburg, MD 20878 | SPECTRUM REACH/CHARTER<br>PO BOX 936671<br>ATLANTA, GA 31193-6671 | STACIE JOHNSON<br>3039 Chavez Ave<br>Clermont, FL 34715 |
| Stallard, Diane<br>1503 South Silverstone Court<br>Orange City, FL 32763-6256 | STATE OF ALABAMA<br>DEPT OF REVENUE<br>PO BOX 320001<br>MONTGOMERY, AL 36132-0001 | STEPHEN J HUMENIUK<br>LOCKE LORD LLP<br>600 CONGRESS AVE SUITE 2200<br>AUSTIN, TX 78701 |
| STEVE MARIUCCI<br>c/o Arnie Herz<br>14 Vanderventer Ave, suite 255<br>Port Washington, NY 11050 | STEVEN SHAFER<br>1290 Rip-Jay Circle<br>Canyon Lake, TX 78133 | Stieg, Frank<br>215 Salvador Square<br>Winter Park, FL 32789-5618 |
| Tarasewich, Thomas<br>3647 All American Blvd<br>Orlando, FL 32810-4726 | Tastinger, Anthony<br>14867 Hawksmoor Run Circle<br>Orlando, FL 32828-7510 | TEAMWORKS INNOVATIONS, INC.<br>122 E Parrish Street<br>Durham, NC 27701 |
| Temple, Nicholas<br>6166 TREE FOX PL<br>Indianapolis, IN 46237 | THE MONTAG GROUP, LLC<br>14 Vanderventer Ave Suite 255<br>Port Washington, NY 11050 | THEODORE J COTTRELL<br>4580 REGENCY TRACE SW<br>ATLANTA, GA 30331 |
| THREE SISTERS PARTNERSHIP<br>c/op Russell Savory<br>Beard & Savory<br>119 S main St Suite 500<br>Memphis, TN 38103 | TIMOTHY GRANT<br>867 S Grant St.<br>Longwood, FL 32750-5507 | TNT Game Truck, LLC<br>26788 Rhapsody Ct.<br>Menifee, LA 92584-2714 |

Tompkins, John
4703 Camberley Ct.
San Diego, CA 92154-8407

TREY BATES
215 N Center
#310
San Antonio, TX 78202

TRI-C Club Supply Inc.
32615 Park Lane St.
Garden City, MI 48135-1528

TRT DEVELOPMENT COMAPNY-SAN ANTONIO
C/O WICK PHILLIPS ATTN: JASON RUDD
3131 McKINNEY AVE., SUITE 100
DALLAS, TX 75204

TRT DEVELOPMENT COMPANY
Omni SA Hotel
c/o Kristen A Miller Reinsch
4001 Maple Ave, Suite 600
Dallas, TX 75219

UTAH MEDIA GROUP
4770 S 5600 W
WEST VALLEY CITY, UT 84118

Varner, Nicole
221 Crumley Street SW
Atlanta, GA 30312-2609

Vaughn, Nia
405 Pleasant Hill Road 30047-2980

VITAC Corporation
8300 E Maplewood Ave Suite 310
Greenwood Village, CO 80111-4851

Wadley, Jim
786 West Solana Circle
Solana Beach, CA 92075-2358

WALTER JOHN ELLIS DBA SPORTS & BROA-
CAST SERVICE, 12101 E Mountain View Rd.
Scottsdale, AZ 85259

War Machine Inc dba TSHIRTGUN.COM
3429-B Rutherford Rd EXT
Taylors, SC 29687-2133

Ward, Thomas
612 Angelica Circle,
Cary, NC 27518-8727

Watson, Kenneth
3503 Tree Crossing Parkway,
Birmingham, AL 35244-4095

WAYNE TERRY
HEMAR ROUSSO & HEALD
15910 VENTURA BOULEVARD, 12TH FL
ENCINO, CA 91436

WCF Mutual Insurance
c/o Law Offices of William B King, PC
3511 Broadway
San Antonio, TX 78209

Weber, Jake
1120 Ecology Loop
Eads, TN 38028-3416

WEIL GOTSHAL & MANGES LLP
YEHUDAH BUCHWEITZ & GARRETT FAIL
(CBS)
767 FIFTH AVE
NEW YORK, NY 10153

WEIL GOTSHAL & MANGES LLP
ALFREDO PEREZ
700 LOUISIANA ST SUITE 1700
HOUSTON, TX 77002

Wellman, Dale
2692 Indigo Drive
El Cajon, CA 92019-3869

WFTV TELEVISIONC/O SZABO
ASSOCIATES INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

WHBQ TELEVISION
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

WHBQ-TV - Cox Media Group NE, Inc.
P.O Box 82393
Chicago, IL 80691-0293

WHBQ-TV - Cox Media Group NE, Inc., Jay
6080 Mt. Moriah Road EXT
Memphis, TN 38115-2645

WILFORD COLEMAN, JR.
2121 PIONEER PASS
SEGUIN, TX 78155

WILLIAM ENGSTRAND
1505 S SILVERSTONE CT.
ORANGE CITY, FL 32763

WILLIAM J NEULS
4910 Hershey Dr
San Antonio, Tx 78220

WILLIAM MICHAEL MURRAY
4019 Conway Place Circle
Orlando, FL 32812

WILLIAM ROBERTS
413 Four Seasons Ave
mascotte, FL 34753

Wilson, Joy
15330 75 Avenue N.
Palm Beach Gardens, FL 33418-1901

Wolff, Steve
2131 Palomar Airport Road Ste. 330
Carlsbad, CA 92011-1466

WRSV RADIO
C/O SZABO ASSOC INC
3355 LENOX RD NE, SUITE 945
ATLANTA, GA 30326