**TRUSTEE'S WITNESS AND EXHIBIT LIST FOR AUGUST 19, 2019 HEARING ON MOTION OF THE CHAPTER 7 TRUSTEE FOR APPROVAL OF SETTLEMENT AGREEMENT WITH MGM RESORTS INTERNATIONAL OPERATIONS, INC. AND REQUEST FOR RELIEF (DOCKET NO. 135)**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>**SAN ANTONIO** | |
| Main Case:    19-50900 | In re Legendary Field Exhibitions, LLC |
| Adversary No.  N/A | Adversary Style:  N/A |
| | |
| Witnesses:    Randolph N., Osherow<br>Any witness called by another interested party<br>Any witnesses needed to authenticate a document | |
| | |
| | |
| | Judge:  Honorable Craig Gargotta |
| | Courtroom Deputy:    Lisa Elizondo |
| | Hearing Date:  August 19, 2019 |
| | Hearing Time: 10:00 a.m. |
| | Attorney Name:        Brian Engel<br>                              Steve Turner |
| | Attorney Phone:        512.687.2503 |
| | Nature of Proceeding:    Application to Compromise and Settle |

| Exh. No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | | | | | |
| 1 | Docket Sheet | | | | |
| 2 | January 29, 2019 Board of Directors Presentation | | | | |
| 3 | Amended and Restated Warrant and Note Purchase Agreement | | | | |
| 4 | Promissory Note (Tranch 1) | | | | |
| 5 | Promissory Note (Tranch 2) | | | | |
| 6 | Security Agreement | | | | |
| 7 | UCC-1 | | | | |

| 8 | IP License and Escrow Agreement | | | | |
|---|---|---|---|---|---|
| 9 | Warrant | | | | |
| 10 | Warrant | | | | |
| 11 | Excerpt from LFE Schedule A/B | | | | |
| 12 | Proof of Claim 257-1 | | | | |
| 13 | Vanech Complaint | | | | |
| 14 | Excerpt from LFE Schedule D | | | | |
| 15 | February 27, 2019 Letter from Frisco Patent Services to LFE | | | | |
| 16 | May 2, 2019 Letter from DCPD Texas Interactive, LLC to Trey Wood | | | | |
| 17 | Declaration of Scott Butera | | | | |
| | Any Exhibit Offered by Another Interested Party | | | | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 13th day of August, 2019, the foregoing witness and exhibit list concerning the hearing on Docket No. 135 was served on the following parties filing a response via email, first class mail, or the Court's electronic ECF case filing system:

**Counsel for Objector, Reggie Northrup (Via e-mail)**

   Boris Treyzon (btreyzon@actslaw.com)
   Jonathan Farahi (jfarahi@actslaw.com)
   **ABIR COHEN TREYZON SALO, LLP**
   16001 Ventura Blvd.
   Suite 200
   Encino, CA 91436
   T 424.288.4367
   F 424.288.4368

**Debtors' Counsel (via ECF)**
   William A. (Trey) Wood
   Bracewell LLP
   711 Louisiana
   Suite 2300
   Houston, TX 77002

**U. S. Trustee (via First Class Mail)**
   United States Trustee
   PO Box 1539
   San Antonio, TX 78295

                    */s/ Brian S. Engel*
                    Brian S. Engel