# THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE:<br><br>LEGENDARY FIELD EXHIBITIONS, LLC;<br><br>AAF PLAYERS, LLC;<br><br>AAF PROPERTIES, LLC<br><br>EBERSOL SPORTS MEDIA GROUP, INC.<br><br>LFE 2, LLC;<br><br>WE ARE REALTIME, LLC,<br><br>Debtors. | CHAPTER 7<br><br>CASE NO. 19-50900-CAG<br><br>CASE NO. 19-50902-CAG<br><br>CASE NO. 19-50903-CAG<br><br>CASE NO. 19-50904-CAG<br><br>CASE NO. 19-50905-CAG<br><br>CASE NO. 19-50906-CAG<br><br>SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES INTO ONE CASE, LEGENDARY FIELD EXHIBTIONS, LLC, CASE NO. 19-50900-CAG<br><br>JOINTLY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

## **DECLARATION OF JONATHON FARAHI**

I, **JONATHON FARAHI**, being duly sworn, depose and declare the following:

 1. I am an attorney duly licensed to practice law in the State of California (SBN #324316) and have been and continue to be in good standing with the State Bar of California.

 2. I am Of Counsel to the law firm Abir Cohen Treyzon Salo, LLP, counsel of record for Creditors Colton Schmidt and Reggie Northup, individually and on behalf of others similarly situated (collectively, "Creditors").

 3. The above-captioned matter is a core bankruptcy proceeding being administered under 28 U.S. C. § 157. I have been authorized by the Court to appear pro hac vice on behalf of the Creditors (ECF No. 171).

DECLARATION OF JONATHON FARAHI

4. I submit this Declaration as an Addendum to Creditors' Colton Schmidt and Reggie Northrup, individually and on behalf of all others similarly situated's Exhibit List in advance of the hearing scheduled for August 19, 2019 at 10:00 AM on Chapter 7 Trustee's Randolph N. Osherow ("Trustee") Motion for Approval of Settlement Agreement with MGM Resorts International Operations, Inc. ("Motion").

5. On August 7, 2019, Boris Treyzon of this office, Mr. Brian Engel, counsel for the Trustee, and myself met and conferred via teleconference regarding the parties' respective Exhibit and Witness lists. During the call, we informed Mr. Engel that Creditors' Counsel plans to offer into evidence an Article from the news publication "USA Today" entitled "Pro football league AAF is using technology that may revolutionize pro sports and gambling" written by Brent Schrotenboer on February 14, 2019. The article is being offered into evidence to show that: 1) the value of the intellectual property at issue is significantly greater than the value being offered by MGM, therefore making the proposed Settlement unfair, unreasonable and inadequate; 2) both MGM and Debtors' believed the value of the asset exceeds the current offer made to the Trustee; and 3) as evidence of the Debtors' Founder belief as to the true value of the asset.

6. In an email from Mr. Engel to our office on August 12, 2019, Mr. Engel informed our office that the Trustee would be willing to stipulate to the admission of the article solely for the purpose of showing Debtors' founder's belief. The Trustee's counsel would not be willing to stipulate that the article is evidence of the value of the intellectual property. The Parties have not disputed the authenticity or the reliability of the article. Throughout the entire, meet and confer process, Mr. Engel has exuded nothing but true professionalism.

7. A material dispute exists to the admissibility of the above mentioned USA Today Article, which Creditors' counsel hopes this Court can decide in advance of the hearing on the hearing scheduled for August 19, 2019 at 10:00 AM on Chapter 7 Trustee's Randolph N. Osherow ("Trustee")

DECLARATION OF JONATHON FARAHI

Motion for Approval of Settlement Agreement with MGM Resorts International Operations, Inc. ("Motion").

8. In the USA Today article, Mr. Ebersol, co-founder of Debtors' stated "the real place where we make revenue is in the back-end technology and how it can be sold to other partners…A lot of what this business is about being an iceberg. You see about 10 percent of what the company is above water publicly." See **Exhibit A** attached hereto.

9. The article further states, "Investors are so bullish on it (the intellectual property at issue) that Ebersol said it plans to spend $500 million to $750 million in the next five years to get off the grounder. The investors include Silicon Valley venture capitalists and MGM Resorts International, one of the biggest casino companies in the world."

10. In the same article, Scott Butera, president of interactive gaming at MGM states, "It's (the intellectual property at issue) not fully functional, but it's almost there…What it will do, which is very important to us from a sports betting standpoint, is it will allow almost immediate transmission of data and what's going on in an event to your mobile device, which will allow us to have play-by-play gambling, which is non-existent today."

11. Ebersol also states in the article, "You're talking about tens of millions in points of data that we've figured out how to compress and deliver it in real time, so any industry that needs to take that level of data and then compress it and deliver it instantly can use that application. Obviously, the application out of the gate is the gambling platform, but we're doing it for a variety of other partners."

12. Mr. Ebersol's statements in the article are being submitted into evidence under the Federal Rules of Evidence: 1) Rule 801(d)(2); 2) Rule 803 (3); and Rule 807.

13. Mr. Butera's statements in the article are being submitted into evidence under the Federal Rules of Evidence: 1) Rule 801(d)(2); 2) Rule 803 (3);

DECLARATION OF JONATHON FARAHI

14. The disputed sports gambling technology, which is the subject of the Chapter 7 Trustee's Fed. R. Bankr. P. 9019 Motion, is, upon information and belief, the only asset of value to the Debtors' bankruptcy estates. Approval of the Chapter 7 Trustee's Fed. R. Bankr. P. 9019 Motion would be detrimental to the Creditors, who subjected themselves to serious risk of physical harm and damage to their health.

Respectfully submitted,
**ABIR COHEN TREYZON SALO, LLP**

*/s/ Jonathon Farahi*
Jonathon Farahi, Esq. (SBN 324316)

Counsel for Creditors and Party-In-Interests Colton Schmidt and Reggie Northup, individually and on behalf of others similarly situated

Dated: August 14, 2019

# EXHIBIT A





**Remember them?:** AAF's starting quarterbacks are names you will recognize

Investors are so bullish on it that Ebersol said it plans to spend $500 million to $750 million in the next five years to get off the ground. The investors include Silicon Valley venture capitalists and MGM Resorts International, one of the biggest casino companies in the world. To help develop the tech, the league also hired a head engineer who previously worked as a software engineer at Tesla, the electric car maker, and Lockheed Martin, the defense contractor.

BY CHLA
¿Tienes el asiento de seguridad correcto para mantener a tú niño seguro?
See more → 

This is why the AAF might be here to stay, at least for several years, even though alternative pro football leagues historically have collapsed under the weight of huge costs and the heavy shadow of the NFL. Next year, another new pro football league – the XFL – is also starting the week after the Super Bowl and is getting $500 million in investment runway from its founder, Vince McMahon.

Ebersol said he isn't concerned by that. His investors are in for the longer game, based largely on developing technology that would help sports gamblers bet on quicker, shorter plays. Such technology would be fast enough to allow gamblers to bet on the next play in a football game with a variety of options through an application on their mobile phones. Will the next play be a run or a pass? A first down or a touchdown?

**Get the 4th and Monday newsletter in your inbox.**

Expert guide of the week's NFL action, game results and must-see moments.

Delivery: Mon - Fri

Your Email →

Such "in-game" sports gambling innovation is just getting started after the U.S. Supreme Court last year enabled the expansion of legal sports gambling outside of Nevada. More money on more plays in more states also is expected to intensify viewer interest in more games in more leagues even when the game scores are lopsided, making them more valuable to media companies and advertisers.

"It's not fully functional, but it's almost there," said Scott Butera, president of interactive gaming at MGM, which has an exclusive license for AAF's sports gambling technology. "What it will do, which is very important to us from a sports betting standpoint, is it will allow almost immediate transmission of data and what's going on in an event to your mobile device, which will allow us to have play-by-play gambling, which is non-existent today."

Such speed is essential for MGM. It wants no lag time between what happens at the live event and the time gamblers see it streaming on their phones. The transmission delay between the live event and when a viewer sees it on a TV or phone can take many seconds, giving an advantage to gamblers at the live event who can see it before the rest of the world. This technology would erase that gap. Last weekend, the streaming app was showing live action well before television was by more than a play, Butera said.

AAF players are also wearing technology in games that gather a variety of data that can help MGM automate instant betting odds for next-play bets. Ebersol said this helps the technology's "predictive casting," which uses historical data, plus play formation data, including which players are on the field at the moment.

Besides next-play betting, other in-game betting with longer action windows are expected to be a big part of the gambling business, such as how a team might end its offensive possession. Will it be a punt, field goal or touchdown?

"Better data certainly helps to power a greater array of live markets and allows sportsbooks to offer higher limits for live markets," said Chris Grove, a gambling industry analyst for Eilers & Krejcik Gaming, a research firm. "We think next-play betting is likely to remain a niche activity, even given advances in technology. Where data-rich leagues like the AAF are likely to see more activity is in forms of betting that draw heavily on data, but have a longer action window."

Grove said there have been next-play markets in Nevada, and there's no reason the AAF will have a monopoly on better data. It depends on how the tech develops, including what kind of edge the AAF might get from players wearing the tech. Grove said better data allows for smarter pricing, more aggressive in-play markets and new kinds of bets.

Butera said other types of in-game betting for AAF games through MGM are only operational right now in Nevada and awaiting review in New Jersey, where traditional sports gambling was recently legalized. In some states right now,

traditional sports gambling was recently legalized. In some states right now, like California, a gambler would have to download the MGM app and cross the state line. The options are expected to grow in the next five years with the spread of legalized sports betting.

Other audience measurements for the first weekend pleased Butera – even in-person attendance, which was expected to be in the 20,000-range.

"The viewership was better than expected," Butera said. "The attendance was better than expected, and the betting volumes were better than expected. There was a lot of in-game betting, too, which means the next generation is really following it."

**DIG DEEPER**
**NFL coverage**



→ NFL's 100 greatest teams of all time
→ Which NFL greats are overdue for Hall of Fame nod?
→ 2019 record projections: How each team will fare
→ Newsletter: Top moments and exclusive content delivered straight to your inbox!

In the meantime, the league's costs will be considerable. It has more than 400 players and is giving them minimum, non-guaranteed contracts of $250,000 over three years, plus benefits and incentives. To cover rent and costs for using San Diego's stadium alone, the league's expenses were estimated to be $185,000 per game, according to its agreement last year with the city of San Diego.

The next games are this weekend, televised by the NFL Network, CBS Sports Network and TNT. The technology behind the scenes will be the star in training, poised for worlds beyond.

"You're talking about tens of millions in points of data that we've figured out how to compress and deliver it in real time," Ebersol said. "So any industry that needs to take that level of data and then compress it and deliver it instantly can use that application. Obviously, the application out of the gate is the gambling platform, but we're doing it for a variety of other partners."

He cited transportation and physical therapy as possible beneficiaries. In the latter, all of the league's players wearing the technology could contribute data to learn the efficacy of various treatments and products for injuries.

He said various investors have bought into the parent company that includes the league and tech. The investment runway reminds him of an anecdote Hall of Fame coach John Madden told him recently about the launch of the American Football League in the 1960s before it merged into the NFL. The story involved Lamar Hunt, a founder of the AFL, and Hunt's father, who was informed that his son had lost more than $1 million in the venture.

Hunt's father allegedly replied, "Well, at that rate, he only has 100 years left before he runs out of money."

*Follow sports reporter Schrotenboer on Twitter @Schrotenboer. E-mail: bschroten@usatoday.com*



21 Photos
Alliance of American Football kicks off its inaugural season

    

1 of 21

   
CONNECT TWEET LINKEDIN COMMENT EMAIL MORE

 Tab**QQ**la Feed

 

Maximize Your Lifestyle   3 Warning Signs Your   The Genius Hack Every









DECLARATION OF JONATHON FARAHI

**THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC; | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC. | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC, | CASE NO. 19-50906-CAG |
| Debtors. | SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES INTO ONE CASE, LEGENDARY FIELD EXHIBTIONS, LLC, CASE NO. 19-50900-CAG |
| | JOINTLY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

**CERTIFICATE OF SERVICE**

True copies of the foregoing **DECLARATION OF JONATHON FARAHI** will be served or were served on all registered CM/ECF participants via the Court's electronic notification procedure and the following parties via United States Postal Service.

| | |
|---|---|
| William A. (Trey) Wood, III<br>Bracewell LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002 | Russell W. Mills<br>Bell Nunnally & Martin<br>2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201 |
| David S. Gragg<br>Langley & Banack, Inc<br>Trinity Plaza II<br>745 E Mulberry Avenue, Suite 900<br>San Antonio, TX 78212 | Randolph N. Osherow<br>342 W Woodlawn Avenue, Suite 100<br>San Antonio, TX 78212 |

///

5

DECLARATION OF JONATHON FARAHI

| | |
|---|---|
| Steve Turner<br>Brian S. Engel<br>Barrett Daffin Frappier Turner & Engel<br>3809 Juniper Trace, Suite 205<br>Austin, TX 78738 | Kell C. Mercer<br>Kell C. Mercer, PC<br>1602 E Cesar Chavez Street<br>Austin, TX 78702 |
| Wendi Alper-Pressman<br>Lathrop Gage LLP<br>7701 Forsyth Boulevard, Suite 500<br>St. Louis, MO 63105 | Yehudah L. Buchweitz<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| David Cohen<br>18801 North Dale Mabry Highway, Suite 1101<br>Lutz, FL 33548 | William L. Niro<br>Aronberg Goldgehn Davis & Garmisa<br>330 North Wabash, Suite 1700<br>Chicago, IL 60611 |
| Robert Parker<br>2503 Ridgewind Way<br>Windermere, FL 34786 | Aaron C. Smith<br>Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 |
| Frank L. Sughrue<br>5118 Barth Road<br>Lockhart, TX 78644 | Daniel J. Zeller<br>Shapiro Sher Guinot & Sandler<br>250 West Pratt Street, Suite 2000<br>Baltimore, MD |

Respectfully submitted,
**ABIR COHEN TREYZON SALO, LLP**

*/s/ Jonathon Farahi*
Boris Treyzon, Esq. (SBN 188893)
Jonathon Farahi, Esq. (SBN 324316)

Dated: August 14, 2019

Counsel for Creditors Colton Schmidt, and Reggie Northup, individually and on behalf of others similarly situated