**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 19, 2019**

*Craig A. Gargotta*

_____

**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| LEGENDARY FIELD EXHIBITIONS, LLC; | ) | CASE NO. 19-50900-CAG |
| | ) | |
| AAF PLAYERS, LLC; | ) | CASE NO. 19-50902-CAG |
| | ) | |
| AAF PROPERTIES, LLC; | ) | CASE NO. 19-50903-CAG |
| | ) | |
| EBERSOL SPORTS MEDIA GROUP, INC; | ) | CASE NO. 19-50904-CAG |
| | ) | |
| LFE 2, LLC; | ) | CASE NO. 19-50905-CAG |
| | ) | |
| WE ARE REALTIME, LLC; | ) | CASE NO. 19-50906-CAG |
| | ) | |
| DEBTORS. | ) | (SUBSTANTIVE CONSOLIDATION OF |
| | ) | ALL 6 CASES INTO ONE CASE, |
| | ) | LEGENDARY FIELD EXHIBITIONS, |
| | ) | LLC, CASE NO. 19-50900-CAG) |
| | ) | JOINTLY ADMINISTERED UNDER |
| | ) | CASE NO. 19-50900-CAG |

ORDER APPROVING THE MOTION OF THE CHAPTER 7 TRUSTEE
FOR APPROVAL OF THE SETTLEMENT AGREEMENT
WITH MGM RESORTS INTERNATIONAL OPERATIONS, INC.

Upon consideration of the Motion (the "**Motion**") of the Chapter 7 Trustee (the

"**Trustee**") of Ebersol Sports Media Group, Inc., AAF Players, LLC, AAF Properties, LLC, Legendary Field Exhibitions, LLC, LFE 2, LLC, and We Are Realtime, LLC, (collectively, the "**Debtors**"), for Approval of the Settlement Agreement with MGM Resorts International Operations, Inc., and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances and that no other further notice is necessary and no objections having been raised; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, its creditors, and the other parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the representations made upon the record during the hearing of the Motion; and it appearing that the relief requested is reasonable and a benefit to the Debtors' estates, it is hereby:[1]

ORDERED that the Motion is hereby APPROVED; and it is further

ORDERED that the Settlement Agreement is approved; and it is further

ORDERED that the mutual general releases contained in the Settlement Agreement are hereby approved in all respects; and it is further

ORDERED that the 14-day stay set forth in Bankruptcy Rule 6004(h) is hereby waived, and this Order shall be effective immediately upon its entry; and it is further

ORDERED that any entity in possession or control of the IP Data is hereby authorized and directed to turn such IP Data over to MGM; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters

---

[1]     Capitalized terms not defined herein shall have those meanings ascribed to them in the Motion.

relating to the entry of this Order.

# # #

Randolph N. Osherow
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 – Telephone
(210) 737-6312 -- Fax
rosherow@hotmail.com
Chapter 7 Trustee