

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 23, 2019.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| LEGENDARY FIELD EXHIBITIONS, LLC, | § | CASE NO. 19-50900-CAG |
| *et al.* | § | |
| DEBTORS. | § | Chapter 7 |

### ORDER GRANTING SILICON VALLEY BANK'S FEE REQUEST

CAME ON FOR CONSIDERATION the Fee Request (the "Fee Request") filed by Silicon Valley Bank (the "Bank"). The Court, having reviewed same, and any response(s) thereto, and found that notice of the Request was proper, is of the opinion that the Request should be GRANTED; it is therefore

ORDERED ADJUDGED and DECREED that the fees in the amount of $23,632.40 and expenses in the amount of $1,691.12 are hereby allowed in full to Silicon Valley Bank; it is further

23488133v.3

ORDERED that immediately upon entry of this order on the docket in this bankruptcy case, Silicon Valley Bank may debit the Debtors' Collateral Accounts[3] in the total amount of $25,323.52 with respect to this Fee Request.

### 

ORDER PREPARED AND SUBMITTED BY:

/s/ *Jennifer F. Wertz*
Jennifer F. Wertz
State Bar No. 24072822
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701
(512) 236-2247 – Telephone
Email: jwertz@jw.com

**COUNSEL FOR SILICON VALLEY BANK**

---

[3] As defined in the Order Granting Silicon Valley Bank's Motion for Relief from the Automatic Stay to Debit Deposit Accounts [Docket No. 221].