UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
San Antonio Division

| | | |
|---|---|---|
| **In re:** | § § § | |
| **LEGENDARY FIELD EXHIBITIONS, LLC** | § § § § | |
| **Debtor(s).** | § | **Case No. 19-50900-CAG-7** |

### REPORT OF SALE

COMES NOW RANDOLPH N. OSHEROW, the Trustee in this case, and makes and files this Report, and in support thereof respectfully represents to the Court as follows:

I.

On or about August 22, 2019, docket no. 220, this Court entered its Order authorizing the Trustee to sell the bankruptcy estate's interest in: All Debtor's San Francisco Office Materials.

II.

On 9/23/19, the Trustee received the purchase price from the buyer Major League Football League, Inc., by wire transfer from SBI Investments LLC in the amount of $11,000.00.

Dated this 26th day of September, 2019

Respectfully submitted,

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, Trustee
State Bar No. TX15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-50900-CAG |
| LEGENDARY FIELD EXHIBITIONS, LLC | ) | |
| | ) | |
| | ) | Chapter 7 |
| DEBTOR | ) | |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Report of Sale has been mailed to all parties listed below, by first class mail, postage prepaid, on this the 26 day of September, 2019.

OFFICE OF THE UNITED STATES TRUSTEE
P.O. BOX 1539
SAN ANTONIO, TEXAS 78295

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, Trustee
State Bar No. TX15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001