**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS – SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE: Legendary Field Exhibitions, LLC and Ebersol Sports Media Group, Inc., | Bankruptcy Case No.: 19-50900-cag<br>Chapter No.: 7 |
| Debtor(s) | |
| Colton Schmidt, et al, | Adversary Proceeding No. 19-05053-cag<br>Judge Craig A. Gargotta |
| Plaintiffs, | |
| v. | |
| AAF Players, LLC, et al, | |
| Defendants. | |

## **DEFENDANT THOMAS DUNDON'S NOTICE OF CONSENT**

Defendant Thomas G. Dundon ("Dundon") files this Statement Regarding Consent:

Dundon consents to the entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding, but does not consent to a jury trial before this Court.

DATED October 24, 2019

                                            Respectfully submitted,

                                            **BELL NUNNALLY & MARTIN LLP**

By:    /s/ *Brent D. Hockaday*
        Jeffrey S. Lowenstein
        Texas Bar No. 24007574
        jlowenstein@bellnunnally.com
        Alana K. Ackels
        Texas Bar No. 24066760
        aackels@bellnunnally.com
        Brent D. Hockaday
        Texas Bar No. 24071295
        bhockaday@bellnunnally.com
        2323 Ross Avenue, Suite 1900
        Dallas, Texas 75201
        214.740.1400 (Telephone)
        214.740.1499 (Facsimile)

        **ATTORNEYS FOR DEFENDANT**
        **THOMAS G. DUNDON**

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2019, I electronically filed the foregoing document with the Clerk of Court for the U.S. Bankruptcy Court, Western District of Texas using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                /s/ *Brent D. Hockaday*
                                                Brent D. Hockaday