IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § § | CASE NO. 19-50900-CAG |
| | § | |
| AAF PLAYERS, LLC; | § § | CASE NO. 19-50902-CAG |
| | § | |
| AAF PROPERTIES, LLC; | § § | CASE NO. 19-50903-CAG |
| | § | |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § | CASE NO. 19-50904-CAG |
| | § § | |
| LFE 2, LLC; | § § | CASE NO. 19-50905-CAG |
| | § | |
| WE ARE REALTIME, LLC | § § | CASE NO. 19-50906-CAG |
| DEBTORS | | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

TRUSTEE'S MOTION TO ALLOW TRUSTEE TO EXECUTE RELEASE AGREEMENT WITH WCF MUTUAL INSURANCE CO. (WITH 21-DAY LANGUAGE)

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.

IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.

A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of **LEGENDARY FIELD EXHIBITIONS, LLC**, and files Trustee's Motion to Allow Trustee to Execute Release Agreement with WCF Mutual Insurance Company. The Trustee would show the Court the following:

1. 1.On 8/7/19, a voluntary petition was filed initiating this case under Chapter 11 of the Bankruptcy On 4/17/19 this case filed as Chapter 7 Bankruptcy under Chapter 7 of the Bankruptcy Code. On 4/17/19, Randolph N. Osherow was appointed Chapter 7 Trustee

A copy of the proposed Order attached as Exhibit "A".

and continues to act in that capacity.

2. The Trustee is filing this Motion to Request the Bankruptcy Court to Authorize the Trustee to sign the Release Agreement attached as Exhibit "B", regarding WCF Mutual Insurance Company.

3. The Trustee seeks to authority to sign the Attached Release Agreement with WCF Mutual Insurance Company, so that $119,159.20 in return premium funds may be released to the Bankruptcy Estate. There is no discount of the amount owed to the Bankruptcy Estate; WCF Mutual Insurance Company requested this release and the Trustee knows of no claims the Bankruptcy Estate has against WCF Mutual Insurance Company, once the $119,159.20 is paid.

9. It is the Trustee's position that the Court approving Trustee to execute the Release Agreement with WCF Mutual Insurance Company, is in the best interest of the estate. A copy of the Release Agreement, is being served in accordance with Local Rule 9014.

WHEREFORE, PREMISES CONSIDERED, Trustee prays this Court enter an Order allowing and approving Trustee's Motion to Execute Release Agreement with WCF Mutual Insurance Company, and that such order be entered after twenty-one (21) days, unless an objection is timely filed in accordance with Rule 9014.

Respectfully submitted this 13 day of November, 2019.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § § § | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | § § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § | CASE NO. 19-50906-CAG |
| DEBTORS | § | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

## ORDER TO ALLOW TRUSTEE TO EXECUTE RELEASE AGREEMENT WITH WCF MUTUAL INSURANCE COMPANY

On the day this Order was signed, came to be considered by the United States Bankruptcy

EXHIBIT "A"

Judge the Trustee's Motion to Allow Trustee to Execute Release Agreement with WCF Mutual Insurance Company. The Court having considered the Motion finds that it has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED, and DECREED that:

1. The Release attached to Trustee's Motion, as Exhibit "B", is approved, and the Trustee is authorized to sign the Release.

2. Notwithstanding any provision of the Federal Rules of Bankruptcy Procedure or the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the Western District of Texas to the contrary, this Order shall be effective immediately upon it's entry.

3. The Court shall retain jurisdiction to implement, enforce, and interpret this Order.

###

RANDOLPH N. OSHEROW
Chapter 7 Trustee
342 West Woodlawn, Suite 100
San Antonio, TX 78212
Telephone (210) 738-3001 x 212
rosherow@hotmail.com

## RELEASE AGREEMENT

This Release Agreement ("**Release**") is made and executed between WCF Mutual Insurance Co. ("**WCF**") and Randolph N. Osherow ("**Trustee**"), in his capacity as the Chapter 7 Trustee in the Bankruptcy case known as *In re: AAF Players, LLC, Debtor*, United States Bankruptcy Court for the Western District of Texas, San Antonio Division, Case No. 19-50902-cag ("**Bankruptcy Case**") on the ____ day of November, 2019 ("**Effective Date**").

## RECITALS

1. WCF is and has been at all times relevant to this case a Utah chartered mutual insurance company, which provides insurance coverages, among other things, to insure Utah employers against liability for compensation based on job-related accidental injuries and occupational diseases.

2. On April 17, 2019 (the "**Petition Date**"), AAF Players, LLC and certain other affiliated entities filed voluntary petitions for relief under Chapter 7 of 11 U.S.C. §§ 101-1532 ("**Bankruptcy Code**"). AAF and the related debtors ceased business operations and terminated all employees prior to the Petition Date.

3. Randolph N. Osherow has been appointed as the Chapter 7 Trustee (the "**Trustee**") for the estate.

4. AAF (and as part of the enterprise of the related debtors) operated a professional football franchise in Salt Lake City, Utah known as the "Salt Lake Stallions." At some point prepetition, this football league, including the Salt Lake Stallions, suspended operations.

5. Upon the application of AAF to WCF WCF issued to AAF the Workers Compensation and Employers' Liability Insurance Policy, policy number 4009999 with a policy period of December 10, 2018 to December 10, 2019 (the "**Policy**").

6. Prior to WCF being served with any notice of the Petition or otherwise being aware of it, WCF sent a notice to the insurance agent dated April 26, 2019, that the Policy would be canceled effective May 8, 2019 for nonpayment of invoice number 7242325. The notice was also copied to AAF as policyholder. On May 1, 2019, again before WCF was aware of the Petition, it issued an additional invoice dated May 1, 2019 for a premium due of $177,100.00.

7. With respect to payment of premium, Debtor failed to pay the monthly premium which was invoiced on April 1, 2019, and failed to pay any premium thereafter. As such, as of the Petition Date, subject to further adjustment, WCF held a prepetition claim for $177,100.00 approximately.

8. WCF is a mutual insurance company under Utah law. Its policyholders are its owners. Thus, policy owners may be, if conditions are met, entitled to dividends.

9. On May 20, 2019, WCF issued a check to AAF in the sum of $6,527.20 ("**Dividend**") for a member dividend representing 8% of AAF's paid prepetition 2018 premium.

1613790.2

Although the premium check was issued post-petition, it pays a dividend calculated and due to the Debtor prepetition.

10. Premium payments made under the policy are determined and billed on a prospective basis based on anticipated employees and risks to be covered from the date of payment of the premium. The policy premiums are subject to adjustment by periodic audits of the census of actual covered employees and risks during the policy period which may result either in a refund or reduction of the initial premium or an increase in the initial premium.

11. WCF filed its proof of claim, claim number 24, in the amount of $177,000.00. The proof of claim acknowledged that it is subject to adjustment by subsequent audit and to adjustment for setoff of the policy dividend.

12. On July 18, 2019, the Court entered the *Agreed Order Granting Motion of WCF Mutual Insurance Company to Annul or, in the Alternative, Terminate the Automatic Stay Nunc Pro Tunc to the Petition Date, to Cancel Workers Compensation Insurance and to Exercise Rights of Setoff against Prepetition Dividends and Refunds* ("**Stay Order**"), docket 32. As a result of the Stay Order, WCF applied the dividend to the premium calculation and accounting.

13. WCF performed its post-petition audit of the policy and, based on audit factors taken into consideration as well as the application of the Dividend, determined that a refund of $119,159.20 is due to the Debtor.

14. The Trustee has reviewed the Policy and audit and approved of the audit and acknowledges its accuracy. Furthermore, the Trustee has determined that, pursuant to the terms of the Policy and Stay Order, a recovery from WCF under Chapter 5 of the Bankruptcy Code and/or other applicable law is unlikely. In addition, it would be expensive and time consuming to pursue such claim.

15. The Trustee and WCF desire to close out the policy and acknowledge compliance with the policy provisions and bankruptcy law applicable to the policy and the claim and enter into this release.

## RELEASE

1. **Incorporation of Recitals.** The foregoing Recitals are incorporated herein as a part of this release agreement. The parties represent that the Recitals are true and correct.

2. **Payment.** WCF will submit its check to the Trustee payable to AAF Players, LLC in the sum of $119,159.20 ("**Refund**") within 10 days after the Bankruptcy Court order approving this settlement becomes final and is not subject to a motion for reconsideration or an appeal..

3. **Release by Estate.** Trustee acknowledges that the audit, refund and all other obligations of WCF under the policy have been fully and properly completed and, that with the payment of the Refund, all obligations of the Policy to the Debtor and to the estate have been fully fulfilled and otherwise complied with, including, but not limited to, payment of the Dividend.

1613790.2

4. **Release.** For and in consideration of the execution of this Release and the payments and other performances under this agreement and acceptance of the obligations of this Agreement by WCF, Trustee, on behalf of himself and the bankruptcy estate releases and forever acquits WCF and its past, present and future officers, directors, parents, subsidiaries, shareholders, affiliates, partners, attorneys, agents, members, former employees, brokers, and all other persons or entities for whose conduct WCF may be liable of and from any and all liability, rights, claims, commissions, or other compensation, demands, obligations, damages, losses, injuries, costs, expenses, claims under the Policy, attorney's fees, all actions, causes of action, controversies of any nature or kind or description whatsoever arising out of, related to or based upon WCF's dealings with Debtor and any of Debtor's related companies, affiliates, co-debtors or brokers. For avoidance of doubt, this release includes, but is not limited to, all claims, liabilities or other rights that could be asserted by the Trustee, the Trustee's successor, or any other party in the Bankruptcy Case under subchapter 5 of title 11, United States Code, including but not limited to avoidance claims asserted under 11 U.S.C. §§ 544, 547, 548, 549, and 552 and related state law that can or could be asserted against WCF under those provisions of the Bankruptcy Code.

5. **Release of Claims.** WCF acknowledges that, as a result of the audit and the application of the Dividend to any claims or liabilities of the Debtor, that its claims, including the claims stated in its Proof of Claim filed in this case are fully satisfied. WCF will, within a reasonable time, file a withdrawal of its proof of claim.

6. **Unknown Facts.** It is expressly agreed and understood that to the extent stated above, this Agreement releases losses, injuries, damages, and claims of every kind and character the Trustee and the estate have or may have against WCF from the beginning of time to the date of execution of this Agreement, and all persons or entities for whose conduct WCF may be liable, arising from or related to the claims stated in the Recitals above, and arising from or related to the Claims. The Trustee and the estate also acknowledge that they may hereafter discover facts which occurred from the beginning of time to the date of execution of this Agreement, which are different from, or in addition to, those which they now know to be true, or matters which underlay the Claims or the potential claims of the Trustee and the estate's alleged claims, losses or damages, and agree that this Agreement and the releases contained herein be and remain effective in all respects notwithstanding such different or additional facts or the discovery thereof. The Trustee and the estate expressly waive the benefit of any statute or rule of law, if any, which might otherwise limit the scope of this Agreement because of unknown matters existing from the beginning of time to the date of execution of this Agreement, whether material or otherwise.

7. **Warranties of the Parties.** The Parties represent and warrant that they each have the right and authority to execute this Agreement and all ancillary documents, that they have not sold, assigned, transferred, conveyed or otherwise disposed of any of the claims, demands, obligations or causes of action referred to in the Recitals and elsewhere in this Agreement. All parties executing this Agreement, or documents required by this Agreement, on behalf of any corporation or other legal entity, expressly represent that they possess requisite authority under applicable corporate law, to execute this Agreement and any documents executed in pursuance hereof.

1613790.2

8. **Limitation of Warranties.** Except as expressly set forth in this Agreement, the Parties have not made and make no other representations, warranties, statements, promises thereto, to each other.

9. **Applicable Law and Resolution of Disputes.** This Agreement is entered into in the State of Utah and shall be construed and interpreted in accordance with its laws and statutes. Any disputes relating to this Agreement shall be litigated in the United States Bankruptcy Court for the Western District of Texas.

10. **No Waiver.** No failure of any Party to insist upon the strict performance of any performance, duty, or condition of this Agreement, or to exercise any right or remedy upon the breach thereof, shall constitute a waiver of any breach of this Agreement.

11. **Counterparts and Electronic or Facsimile Signatures.** This Agreement may be signed with any number of counterparts with the same effect as if the signatures upon any counterpart were upon the same instrument. All signed counterparts shall be deemed to be one original. Signatures sent by facsimile or email shall become part of this Agreement and shall be deemed original signatures.

12. **Attorney's Fees.** In the event any action or proceeding is brought by any party to enforce the provisions of this Agreement, the prevailing party shall be entitled to recover its/his/her costs and reasonable attorney's fees, whether such sums are expended with or without suit, at trial, arbitration, or on appeal.

13. **Integration and Entire Agreement.** This Agreement sets forth the entire understanding between and among the parties hereto with respect to the subject matter hereof and supersedes all prior written and oral agreements, term sheets, negotiations and understandings; it shall be binding upon the successors, assigns, heirs, and personal representatives of the Parties, and may not be rescinded, cancelled, terminated, supplemented, amended, or modified in any manner whatsoever without the prior written consent of the Parties.

14. **Severability.** Any provision of this Agreement which is prohibited or unenforceable in any jurisdiction shall, as to such jurisdiction only, be unenforceable without invalidating the remaining provisions hereof, and any such prohibition or unenforceability in any jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction.

15. **Conditions Precedent.** Before this Agreement becomes effective and any Party becomes obligated under it, each Party shall have received Bankruptcy Court approval of this Agreement and fully executed counterparts (whether originals or facsimile or email delivered executed copies) of this Agreement, and any other ancillary documents in accordance with this Agreement.

16. **Ownership of Claims.** Each of the Parties represent and warrant that it/he/she is the sole owner of the claims and actions which are waived, released and/or settled by this Agreement, that there has been no prior assignment or transfer of those claims and actions, and that those claims and actions are not subject to any security interest, lien, or other encumbrance.

1613790.2

Ex B4

17. **Notices.** Any notice or communication given or permitted to be given under this Agreement shall be deemed to have been given three (3) calendar days following deposit of a notice or communication in the United States mail with first class postage prepaid, certified mail return receipt requested, and addressed as follows:

To WCF:  Jeffrey W. Shields
Jones, Waldo, Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644
jshields@joneswaldo.com

To The Trustee:  Randolph N. Osherow
Attorney at Law
342 W. Woodlawn Ave., Suite 100
San Antonio, TX 78212
rosherow@hotmail.com

18. **Construction.** Headings are used herein for convenience only and shall have no force or effect in the interpretation or construction of this Agreement. All references in this Agreement to the singular shall be deemed to include the plural if the context so requires and vice versa. References in the collective or conjunctive shall also include the disjunctive unless the context otherwise clearly requires a different interpretation.

IN WITNESS WHEREOF, the Parties have signed and executed this Agreement as of the Effective Date.

WCF MUTUAL INSURANCE COMPANY

BY: _____
HANS SCHEFFLER, Assistant General Counsel

_____
RANDOLPH OSHEROW, Chapter 7 Trustee

1613790.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § § | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | § § § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § § | CASE NO. 19-50906-CAG |
| DEBTORS | § | |

(SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the Trustee's Motion to Allow Trustee to Execute Execute Release Agreement with WCF Mutual Insurance Company, was served upon the following parties in interest by first class US Postal Service Mail, this 13 day of November, 2019:

Legendary Fields Ex.
4525 Macro
San Antonio, TX 78218

U.S. Trustee
PO Box 1539
San Antonio, TX 78295

Jeffrey W. Shields
Attorney at Law
170 S Main Street, Suite 1500
Salt Lake City, UT 84101-1644
Counsel for WCF Mutual Insurance Company

William A. (Trey) Wood, III
Bracewell LLP
711 Louisiana Suite 2300
Houston, TX 77002
Attorney for Debtor Company
**Counsel for Debtor(s)**

SEE ATTACHED MAILING MATRIX FOR LIST OF PARTIES SERVED WITH NOTICE.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

| | | |
|---|---|---|
| A Bounce Above<br>13745 Lyall Pl<br>Lakeside, CA 92040-4823 | AAF-ARIZONA HOTSHOTS<br>Park Place Printing, Inc.<br>535 W Baseline Rd., Ste 104<br>Mesa, AZ 85210 | AARON C SMITH<br>LOCKE LORD LLP<br>111 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |
| Aflanny Inc.<br>P.O. Box 233<br>Rancho Santa Fe, CA 92067-0233 | AIRZONA BOARD OF REGENTS<br>ARIZONA STATE UNIV<br>C/O ROBERT CHARLES JR.<br>ONE SOUTH CHURCH AVE SUITE 2000<br>TUCSON, AZ 85701 | ALAN J SNYDER<br>3315 Falling Creek<br>San Antonio, TX 78259 |
| Ali, Salene<br>110 Sunnyland Dr<br>San Antonio, TX 78228-2915 | ALPHA ENTERTAINMENT, LLC<br>c/oARTOUSH VARSHOSAZ<br>K&L GATES, LLP<br>1717 MAIN STREET, #2800<br>DALLAS, TX 75201 | ANGELA CATES<br>27022 Foggy Meadows Street<br>San Antonio, TX 78260 |
| Annotti, Mark<br>2170 FAIRMONT CIRCLE<br>ORLANDO, FL 32837-6789 | ANTHONY HURST<br>4716 Valdina Way<br>San Diego, CA 92124-2433 | APRIL SCHULZE<br>10627 Larch Grove St.<br>Helotes, TX78023 |
| Aramark Sports and Entertainment Services, L<br>C/O DUANE MORRIS LLP<br>JARRET P HITCHINGS<br>222 DELAWARE AVE SUITE 1600<br>WILMINGTON, DE 19801<br>Philadelphia, PA 19103-3041 | Arizona Department of Revenue<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 | ATLANTA JOURNAL CONSTITUTION<br>c/o Szabo Assoc. Inc.<br>3355 Lenos Rd NE Suite 945<br>Atlanta, GA 30326 |
| AY Productions LLC<br>1334 Park View Avenue #250<br>Manhattan Beach, CA 90266-3751 | Beddingfield, Blake<br>828 Woodburn Dr.,<br>Brentwood, TN 37027-8748 | Big Fogg, Inc.<br>42095 Zero Dr. Unit A2<br>Temecula, CA 92590-3747 |
| Big Ticket Inc. (Rich Waltz)<br>820 5th Ave. NW<br>Issaquah, WA 98027-2816 | BLUE CROSS OF CALIFORNIA<br>dba ANTHEM BLUE<br>ERIC S GOLDSTEIN, ES<br>SHIPMAN & GOODWIN, LLP<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 | bluemedia<br>Gallaghers & Kennedy<br>Joe Cotterman<br>2575 E Camelback Rd Suite 1100<br>Phoeniz, AZ 85016 |
| BPM Concerts, LLC dba Ballpark Music<br>1045 Crossvine Rd.<br>Roswell, GA 30075-3886 | Broadway Media, LLC dba KXRK, KEGA, KYMV.<br>KUUU, KUDD, KALL, KOVO<br>50 West Broadway #200<br>Salt Lake City, UT 84101-2024 | Buck's Bags Inc.<br>2401 West Main St.<br>Boise, ID 83702-4845 |
| BYRON JONES<br>113 MOSELEY AVE<br>EATONVILLE, FL 32751 | CaliVenture Party Rentals<br>5562 Las Alturas Terrace<br>San Diego, CA 92114-5316 | Callaway, Rob<br>12644 Brite Ranch<br>San Antonio, TX 78245-3218 |
| Campbell Clinic Orthopedics<br>1400 South Germantown Road<br>Germantown, TN 38138-2205 | Carroll, William<br>1285 Burgundy Court<br>Oviedo, FL 32766-6686 | CBT CREATIVE BROADCASTIN TECHNIQUES<br>15 Charles Place<br>Closter, NJ 07624 |

CENTURY LINK COMMUNICATIONS, LLC
1025 El Dorado Blvd., Bankruptcy Legal
Broomfield, CO 80021

CHRIS MUFFOLETO
2781 Wassum Trail
Chuluota, FL 32766

Classic Traditions, Inc.
4 Baltusrol Ct.
Shoal Creek, AL 35242-5903

Cliff Kleen Athletic
4480 Varsity Dr
Ann Arbor, MI 48108-5007

CLYDE SNOW & SESSIONS PC
201 SOUTH MAIN STREET SUITE 1300
SALT LAKE CITY, UT 84111

CMAXIII Entertainment/ Charles Sloan Jr.
24245 Wilderness Oak Apt #3310
San Antonio, TX 78258-7861

Colsell, Rick
3128 Guilitoy Ave
San Diego, CA 92117-2540

COMMONWEALTH OF PENNSYLVANIA
Attn: Deb Secrest/Labor/Ind Dept
Collections Support Unit
651 Boas Street, Rm 925
Harrisburg, PA 17121

Contemporary Services Corporation - CSC
17101 Superior St.
Northridge, CA 91325-1961

Coronado, Roberto
8034 Myrtle Glade
Converse, TX 78109-3275

Cortez Liquid Waste Services
19540 S US Highway 281
San Antonio TX 78221-9729

Cottrell, Theodore
4580 Regency Trace,
Atlanta, GA 30331-6832

Cox Media LLC San diego dba Cox Media - West
P.O Box 50456
Los Angeles, CA 90074-0456

COX MEDIA SAN DIEGO
c/o Szabo Associates, Inc.
3355 Lenox Rd NE Suite 945
Atlanta, GA 30326

CYNTHIA FRELUND
c/o AARON C SMITH
& STEPHEN J HUMENIUK
LOCKE LORD LLP
111 S WACKER DR
CHICAGO, IL 60606

DANIEL K WARD
8431 Cheyenne Pass
San Antonio, TX 78254

DANNY RHINEHART
11476 Willow
Windermere, FL 34786

Datatix Systems dba Smith'sTix
335 West Bugatti Drive
Salt Lake City, UT 84115-2521

David S Pottruck Revocable Trust
201 Spear St, Ste 1750
San Francisco, CA 94105-1699

Davis, Chrystal
1017 Margot Ln
Lake Wales, FL 33853-2732

Decker, Shawn
17525 Silver Creek Ct
Clermont, FL 34714-5825

DENISE DELOACH
13214 Vista del Mundo
San Antonio, TX 78216

DONNA WINFREY
2980 Cordie Lee Lane
Germantown, TN 38138-8184

Down In Front Productions, LLC
1318 Alford Ave, Suite 201
Hoover, AL 35226-3161

Downey, Carolyn
7450 Olivetas Avenue
Apartment 40
La Jolla, CA 92037-4924

Dr. Jill's Foot Pads, Inc.
384 S Military Trail
Deerfield Beach, FL 33442-3007

ED MCCLURE
1610 CR 323
Jourdanton, TX 78026

EDWARD LEPP DBA LEPPSDESIGN, LLC
320 NORTH SHADOWWOOD DRIVE
ST. AUGUSTINE, FL 32086

EM Printing, LLC
3081 Bartlett Corporate Dr.
Bartlett, TN 38133-8943

Embassy Suites by Hilton South Jordan
Salt Lake City
10333 South Jordan Gateway
South Jordan, UT 84095-3954

| | | |
|---|---|---|
| Embassy Suites San Antonio Riverwalk Downtow<br>125 East Houston St.<br>San Antonio, TX 78205-2247 | EMILY MORGAN, LLC<br>705 EAST HOUSTON STREET<br>SAN ANTONIO, TX 78205 | ENTERPRISE NEWS GROUP<br>825 N 300 WEST<br>SUITE NE 220<br>SALT LAKE CITY, UT 84103 |
| Estrada, Letty<br>535 W Olmos Dr<br>San Antonio, TX 78212-1862 | Evangelist, John<br>2669 Eltinge Drive<br>Alpine, CA 91901-2240 | F&F Productions<br>14333 Myerlake Circle<br>Clearwater, FL 33760-2839 |
| Fidelis Bookkeeping And Payroll Services<br>812 N Pacific St<br>Unit C<br>Oceanside, CA 92054-1967 | Fikes, Bruce<br>113 W Huff Ave<br>San Antonio, TX 78214-2129 | Fisher, Jason Zone<br>128 South Kikea Drive<br>Los Angeles, CA 90048-3526 |
| Five Marketing & Management LLC<br>925 B Street #603<br>San Diego, CA 92101-4628 | Florida Medical Distributors, LLC<br>123 Barrier Isle Drive<br>Ormond beach, FL 32176-2243 | Flying V Group<br>2051 Placentia Ave.<br>Costa Mesa, CA 92627-3405 |
| Foot Management, Inc.<br>7201 Friendship Rd.<br>Pittsville, MD 21850-2039 | Ford, Steve<br>3275 Madison Ave<br>San Diego, CA 92116-4450 | FRANCHISE TAX BOARDBANKRUPTCY SECTION<br>MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| Franklin, Donna<br>6050 Brunswick Rd.<br>Lakeland, TN 38002-6945 | FRESH CONCEPTS LLC<br>49 Research Drive<br>Milford, CT 06460 | Gage, Christina<br>13021 Shenandoah Dr.<br>Lakeside, CA 92040-3333 |
| GARY HORTENSTINE<br>1353 Old Virginia Ct.<br>Marietta, GA 30067 | Gelvin, Eric<br>4354 E Sandia St.<br>Phoenix, AZ 85044 | Georgia State University Athletics /<br>Georgia State University Stadium<br>755 Hank Aaron Dr.<br>Atlanta, GA 30315-1120 |
| Georgia State University dba GSU Panther Di<br>55 Gilmer Street Room 318<br>Atlanta, GA 30303 | Glick, Rush<br>1651 Vann Court<br>El Cajon, CA 92020-2236 | Goddard, John<br>1833 Wind Willow Road<br>Belle Isle, FL 32809-6859 |
| Green, Nicholas<br>18626 Creekside Pass<br>San Antonio, TX 78259-3306 | GREY SEAL PUPPETS<br>PO BOX 12<br>MCCLELLANVILLE, SC 29458 | Hamilton, Michael<br>2349 N. Atwood Circle<br>Mesa, AZ 85207-2490 |
| Hands on Atlanta<br>C/O KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 PEACHTREE STREET NE SUITE 2800<br>ATLANTA, GA 30309 | HEATHER J PANKO<br>STUTZMAN BROMBERT ESSERMAN & PLIFKA<br>2323 BRYAN ST SUITE 2200<br>DALLAS, TX 75201 | Hernandez, Jose<br>1681 san altos<br>Lemon Grove, CA 91945-3929 |

| | | |
|---|---|---|
| High Rise Audio<br>6783 S 2300 E<br>Salt Lake City, UT 84121-3121 | Hog Wild<br>c/o R SHERWOOD<br>EVANS PETREE PC<br>1291 TULLY ST<br>1715 AARON BRENNER DR #800<br>MEMPHIS, TN 38107 | Holiday Inn Riverwalk<br>217 N. St. Marys Street<br>San Antonio, TX 78205-2303 |
| Hyatt Regency Riverwalk San Antonio<br>123 Losoya<br>San Antonio, TX 78205-2688 | ICM Partners - Terrell Davis<br>10250 Constellation Blvd. 31st floor<br>Los Angeles, CA 90067-6231 | iHeartMedia Ent. Inc.<br>c/oHerzlich & Blum, LLP<br>15760 Ventura Boulevard<br>Suite 700<br>Encino, CA 91436 |
| JACK DONALD SIDES II<br>5621 BUTTERCUP LANE<br>MCKINNEY, TX 75070 | JACK KNIGHT ELECTRICAL<br>11625 RAINBOW RIDGE<br>HELOTES, TX 78023 | JAMES PATRICK GLEASON<br>1237 Union Club Drive<br>Winter Garden, FL 34787 |
| Jeff Knight Electrical<br>11625 Rainbow Ridge<br>Helotes, TX 78023-4406 | JENNIFER L WHITMORE<br>6022 Spring Time<br>San Antonio, TX 78249 | JENNIFER MONN<br>3597 Gatlin Place Circle<br>Orlando, FL 32812 |
| Joe Bosack<br>1661 Oak Road<br>Pottsville, PA 17901-3209 | JOHN R RICHARDSON<br>13100 Hissen Ridge Ln<br>Clermonth, Fl 34715 | JOHN ROUNDTREE<br>9188 Mudville Rd.<br>Millington, TN 38053 |
| JONATHAN HODGINS<br>1334 Baur Boulevard<br>St. Louis, MO 63132 | JONATHAN HOWELL<br>(PAVILION MANAGEMENT CO.)<br>GLAST PHILLIPS & MURRAY, PC<br>14801 QUORUM DRIVE, STE 500<br>DALLAS, TX 75254 | Juleyna, LLC dba Exhibit Experts<br>4012 East Broadway<br>Suite 307<br>Phoenix, AZ 85040-8800 |
| KCYY/KISS/KTKX RADIO<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | KENS TELEVISION<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | KFMB TELEVISION<br>C/O ZSABO ASSOC INC.<br>3355 LENOX RD NE, SUITE 945<br>ATLANTA, GA 30326 |
| Knuckey, Thomas<br>310 W Hornbeam Dr<br>longwood, FL 32779-2533 | Kohlhausen, Susan<br>5918 Tivoli Gardens Blvd<br>Orlando, FL 32829-7704 | KPNX TELEVISION<br>C/O SZABO ASSOC INC.<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 |
| KRLV/KOMP/KBAD RADIO<br>C/O SZABO ASSOC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | Ladds<br>6881 Appling Farms Parkway<br>Memphis, TN 38133-4713 | LAMAR<br>P.O Box 96030<br>Baton Rouge, LA 70896-9030 |
| Lamar Advertising<br>1600 Century Ctr Pkwy #104<br>Memphis, TN 38134-6100 | LATHROP GAGE<br>RAYMOND URBANIK<br>2101 CEDAR SPRINGS RD<br>SUITE 1400<br>DALLAS, TX 75201 | LATHROP GAGE<br>WENDI ALPER PRESSMAN<br>7701 FORSYTH BLVD SUITE 500<br>ST LOUIS, MO 63105 |

Law Enforcement Specialists Inc
PO Box 11656
Glendale, AZ 85318-1656

LAWRENCE D PARK
109 OAKWOOD DR
CUMMIMG, GA 30040

Lazser Down LLC
4528 W. 140th Street
Leawood, KS 66224-3591

LEWIS CONSULTING
11317 VIA PLAYA DE CORTES
SAN DIEGO, CA 92124

Lopez, Jake
8922 Summer Trail
San Antonio, TX 78250-2613

Mabry, Ashaad
21302 Encino Commons #9204
San Antonio, TX 78259

MacDonald, Kelly
1923 San Jose Ave,
San Francisco, CA 94112-2406

Major Promotions
3517 Spring Valley Court
Mountain Brook, AL 35223-1467

MANUEL RAMIREZ
22702 Sabine Summit
San Antonio, TX 78258

Markey, John & Teresa
5508 Redland Dr
San Diego, CA 92115-2215

Marriott Hotel Services Inc DBA Scottsdale
Marriott at McDowell Mountains
John C Josefsberg
12740 Hillcrest Rd #240
Dallas, TX 75230

MARRIOTT INTERNATIONAL INC.
John C. Josefsberg
12740 Hillcrest Rd suite 240
Dallas, TX 75230

Mason, Thomas
7777 Glen American Apt 349,
Dallas, TX 75225-1840

Masque Sound & Recording DBA Professional
Wireless Systems
21 E Union Ave
East Rutherford, NJ 07073-2127

Matthies, Mason
PO Box 732
Rancho Santa Fe, CA 92067-0732

Maywald, John
39 Walnut Grove Road
Boerne, TX 78006-6222

Mclain, Nick
3753 e fairfield st
mesa, AZ 85205-4969

Media2, Inc. dba m2
1 Bridge St.
Suite 215
Irvington, NY 10533-1629

MIND OVER MEDIA LLC
15212 N 53RD STREET
SCOTTSDALE, AZ 85254

MMS MEDIA LLC
11872 REAGAN STREET
LOS ALAMITOS, CA 90720

Mobile Modular
NIEL BANSRAJ
5700 LAS POSITAS RD.
LIVERMORE, CA 94550

Morris, Colin
152 NE 167 Street
Suite 403
Miami, FL 33162-3400

Moxley, Trae J.
PO Box 1252,
Carbondale, CO 81623-1252

Muirbrook, Richard
2433 Hansen Meadows Drive,
Syracuse, UT 84075-9368

Murray, Aaron
C/O ELEMENT SPORTS
3180 NORTH POINT PKWY SUITE 106
ALPHARETTA, GA 30005

Nationwide Referral Company, Inc. dba Apartm
Relocation Center
11818 Wurzbach Rd.
San Antonio, TX 78230-2710

NBCUNIVERSAL MEDIA LLC
30 Rockefeller Plaza(1221 Campus)
New York, NY 10112

NEP II, Inc dba NEP Supershooters, LP
c/o Paul Mazeski, Esq.
301 Grant Street, 20th Floor
Pittsburgh, PA 15219

nerdmatics
8149 Santa Monica Blvd
#404
West Hollywood, CA 90046-4912

NICOLAS LARIOS
206 Cork Way
Davenport, FL 33897

North Carolina Department of Revenue
BANKRUPTCY UNIT
PO BOX 1168
Raleigh, NC 27602-1168

OFFICE DEPOT
6600 N MILITARY TRAIL, S416N
BOCA RATON, FL 33496

Ollier, Lori
31459 Sonoma Lane
Temecula, CA 92591-2116

Outdoor America Images, Inc. OAI
4545 W Hillsborough Ave
Tampa, FL 33614-5441

PATRICK A. HARRINGTON
PO Box 1019
Vidor, TX 77670-1019

PATRICK H AUTRY
(DUNDON CAPITAL PARTERS &
THOMAS G DUNDON)
BRANSCOMB PC
(DUNDON CAPITAL PARTNERS)
8023 VANTAGE DRIVE, SUITE 560

Paul M Halsey dba Admiral Video, LLC
503 E. Erie St. Suite B
Lancaster, NY 14086-9506

Pavilion Management Company dba Hilton Phoen
Mesa Hotel
1011 W Holmes Avenue
Mesa, AZ 85210-4923

PCH TRIBUNE LLC DBA NUMBER SIX LLC
4770 S 5600 W
West Valley City, UT 84118-7400

PCS Production Company, LP
1551 Corporate Drive
Suite 125
Irving, TX 75038-2450

Polian Consulting
C/O IRVING WALKER
COLE SCHOTZ PC
300 LOMBARD ST #1450
BELTIMORE, MD 21202

PORTER HEDGES LLP
AARON J POWER
1000 MAIN STREET 36TH FL
HOUSTON, TX 77002

PRISMIC IO, Inc.
185 Alewife Brook Parkway, Suite 210
Cambridge, MA 02138-1104

Prospect Productions LLC dba Barnicle
175 Varick St. 2nd floor
New York, NY 10014-5856

Reed, Michael
16165 Cayenne Ridge Rd
San Diego, CA 92127-3707

RENEE STOUT
2630 Fallbrook Dr.
Oviedo, FL 32765

Residence Inn by Marriott Orlando Downtown
680 N Orange Ave
Orlando, FL 32801-1374

Rheinbold, Jim
10437 La Morada Dr
San Diego, CA 92124-1011

RHINO ARIZONA, LLC
125 W Julie Dr.
Tempe, AZ 85283

ROBERT ZEARFOSS
2548 Rio Cordillera
San Antonio, TX 78006

Royal Restrooms Mountain West, LLC
563 N Colorado St
Salt Lake City, UT 84116-2505

RUSSELL W MILLS
BELL NUNNALLY & MARTIN LLP
2323 ROSS AVE SUITE 1900
DALLAS, TX 75201

RUSSELL W. MILLS
(DUNDON CAPITAL PARTNERS
& THOMAS G DUNDON)
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

Russell, John
3642 Terrace Place
Carlsbad, CA 92010-6593

RUTHER PALMER
1827 Schley Ave.
San Antonio, TX 78210

SAFC Management
One AT&T Parkway
San Antonio, TX 78219

Safety Services, Inc. dba U.S. Safety Servic
5525 Blanco Rd. Suite 124
San Antonio, TX 78216-6678

SAMANTHA EVANS
539 Parkmont Ct
San Antonio, TX 78258

SAN ANTONIO BUSINESS JOURNAL
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

SAN ANTONIO EXPRESS
c/o Zalina Tsarakova
4747 Southwest Freeway
Houston, TX 77027

| | | |
|---|---|---|
| SCOTT ENOS<br>14718 EAGLES CROSSING DRIVE<br>ORLANDO, FL 32837-6923 | Security Industry Specialists Inc. - SIS<br>20 West Galer Street<br>Seattle, WA 98119 | SECURITY INDUSTRY SPECIALISTS, INC.<br>C/O WAYNE R TERRY<br>15910 VENTURA BOULEVARD 12TH FL<br>ENCINO, CA 91436 |
| Shapins, William<br>13119 Lakeshore Grove Drive<br>Winter Garden, FL 34787-5459 | Shavers, Brenda S<br>574 Terry Street Southeast<br>Atlanta, GA 30312-2838 | SHOCK DOCTOR INC.<br>11488 SLATER AVE<br>FOUNTAIN VALLEY, CA 92708-5440 |
| Signal Wiz - Technical Services<br>6822 Fisk Avenue<br>San Diego, CA 92122-2437 | Silverman Group<br>436 Orange Street<br>New Haven, CT 06511-6402 | Simplified Coach, Inc.<br>14051 Saratoga-Sunnyvale Rd.<br>Saratoga, CA 95070-5834 |
| Skousen, Lindsay<br>459 Virginia Dr<br>Winter Park, FL 32789-5806 | Smith, Charles<br>4233 Avacado Blvd<br>La Mesa, CA 91941-7125 | Sneaky Big Studios, LLC<br>15750 N. Northsight Blvd.<br>Scottsdale, AZ 85260-1936 |
| Sodexo<br>c/o Thomas Stanton, Ass Gen Counsel<br>9801 Washingtonian Blvd 12th Fl<br>Gaithersburg, MD 20878 | SPECTRUM REACH/CHARTER<br>PO BOX 936671<br>ATLANTA, GA 31193-6671 | STACIE JOHNSON<br>3039 Chavez Ave<br>Clermont, FL 34715 |
| Stallard, Diane<br>1503 South Silverstone Court<br>Orange City, FL 32763-6256 | STATE OF ALABAMA<br>DEPT OF REVENUE<br>PO BOX 320001<br>MONTGOMERY, AL 36132-0001 | STEPHEN J HUMENIUK<br>LOCKE LORD LLP<br>600 CONGRESS AVE SUITE 2200<br>AUSTIN, TX 78701 |
| STEVE MARIUCCI<br>c/o Arnie Herz<br>14 Vanderventer Ave, suite 255<br>Port Washington, NY 11050 | STEVEN SHAFER<br>1290 Rip-Jay Circle<br>Canyon Lake, TX 78133 | Stieg, Frank<br>215 Salvador Square<br>Winter Park, FL 32789-5618 |
| Tarasewich, Thomas<br>3647 All American Blvd<br>Orlando, FL 32810-4726 | Tastinger, Anthony<br>14867 Hawksmoor Run Circle<br>Orlando, FL 32828-7510 | TEAMWORKS INNOVATIONS, INC.<br>122 E Parrish Street<br>Durham, NC 27701 |
| Temple, Nicholas<br>6166 TREE FOX PL<br>Indianapolis, IN 46237 | THE MONTAG GROUP, LLC<br>14 Vanderventer Ave Suite 255<br>Port Washington, NY 11050 | THEODORE J COTTRELL<br>4580 REGENCY TRACE SW<br>ATLANTA, GA 30331 |
| THREE SISTERS PARTNERSHIP<br>c/op Russell Savory<br>Beard & Savory<br>119 S main St Suite 500<br>Memphis, TN 38103 | TIMOTHY GRANT<br>867 S Grant St.<br>Longwood, FL 32750-5507 | TNT Game Truck, LLC<br>26788 Rhapsody Ct.<br>Menifee, LA 92584-2714 |

| | | |
|---|---|---|
| Tompkins, John<br>4703 Camberley Ct.<br>San Diego, CA 92154-8407 | TREY BATES<br>215 N Center<br>#310<br>San Antonio, TX 78202 | TRI-C Club Supply Inc.<br>32615 Park Lane St.<br>Garden City, MI 48135-1528 |
| TRT DEVELOPMENT COMAPNY-SAN ANTONIO<br>C/O WICK PHILLIPS ATTN: JASON RUDD<br>3131 McKINNEY AVE., SUITE 100<br>DALLAS, TX 75204 | TRT DEVELOPMENT COMPANY<br>Omni SA Hotel<br>c/o Kristen A Miller Reinsch<br>4001 Maple Ave, Suite 600<br>Dallas, TX 75219 | UTAH MEDIA GROUP<br>4770 S 5600 W<br>WEST VALLEY CITY, UT 84118 |
| Varner, Nicole<br>221 Crumley Street SW<br>Atlanta, GA 30312-2609 | Vaughn, Nia<br>405 Pleasant Hill Road 30047-2980 | VITAC Corporation<br>8300 E Maplewood Ave Suite 310<br>Greenwood Village, CO 80111-4851 |
| Wadley, Jim<br>786 West Solana Circle<br>Solana Beach, CA 92075-2358 | WALTER JOHN ELLIS DBA SPORTS & BROA-<br>CAST SERVICE, 12101 E Mountain View Rd.<br>Scottsdale, AZ 85259 | War Machine Inc dba TSHIRTGUN.COM<br>3429-B Rutherford Rd EXT<br>Taylors, SC 29687-2133 |
| Ward, Thomas<br>612 Angelica Circle,<br>Cary, NC 27518-8727 | Watson, Kenneth<br>3503 Tree Crossing Parkway,<br>Birmingham, AL 35244-4095 | WAYNE TERRY<br>HEMAR ROUSSO & HEALD<br>15910 VENTURA BOULEVARD, 12TH FL<br>ENCINO, CA 91436 |
| WCF Mutual Insurance<br>c/o Law Offices of William B King, PC<br>3511 Broadway<br>San Antonio, TX 78209 | Weber, Jake<br>1120 Ecology Loop<br>Eads, TN 38028-3416 | WEIL GOTSHAL & MANGES LLP<br>YEHUDAH BUCHWEITZ & GARRETT FAIL<br>(CBS)<br>767 FIFTH AVE<br>NEW YORK, NY 10153 |
| WEIL GOTSHAL & MANGES LLP<br>ALFREDO PEREZ<br>700 LOUISIANA ST SUITE 1700<br>HOUSTON, TX 77002 | Wellman, Dale<br>2692 Indigo Drive<br>El Cajon, CA 92019-3869 | WFTV TELEVISIONC/O SZABO<br>ASSOCIATES INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 |
| WHBQ TELEVISION<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | WHBQ-TV - Cox Media Group NE, Inc.<br>P.O Box 82393<br>Chicago, IL 80691-0293 | WHBQ-TV - Cox Media Group NE, Inc., Jay<br>6080 Mt. Moriah Road EXT<br>Memphis, TN 38115-2645 |
| WILFORD COLEMAN, JR.<br>2121 PIONEER PASS<br>SEGUIN, TX 78155 | WILLIAM ENGSTRAND<br>1505 S SILVERSTONE CT.<br>ORANGE CITY, FL 32763 | WILLIAM J NEULS<br>4910 Hershey Dr<br>San Antonio, Tx 78220 |
| WILLIAM MICHAEL MURRAY<br>4019 Conway Place Circle<br>Orlando, FL 32812 | WILLIAM ROBERTS<br>413 Four Seasons Ave<br>mascotte, FL 34753 | Wilson, Joy<br>15330 75 Avenue N.<br>Palm Beach Gardens, FL 33418-1901 |

Wolff, Steve
2131 Palomar Airport Road Ste. 330
Carlsbad, CA 92011-1466

WRSV RADIO
C/O SZABO ASSOC INC
3355 LENOX RD NE, SUITE 945
ATLANTA, GA 30326