IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § § § | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | § § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § § § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § § | CASE NO. 19-50906-CAG |
| DEBTORS | | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

**MOTION TO APPROVE AGREED ORDER ALLOWING LATE FILED PROOF OF CLAIM OF MWW GROUP, LLC AND REQUEST FOR RELIEF (WITH 21-DAY LANGUAGE)**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

RANDOLPH N. OSHEROW, Trustee, hereby moves the Court for approval of Agreed Order allowing a late filed proof of claim of MWW Group, LLC ("MWW") and in support thereof says as follows:

**A.    Background**

23739608v.1

A copy of the proposed Order attached as Exhibit "8".

1.      On April 17, 2019, Debtor Ebersol Sports Media Group, Inc. ("Ebersol"), Debtor

Legendary Field Exhibitions, LLC ("Legendary"), together with four other related debtors, filed

voluntary petitions in this Court for relief under Chapter 7.

2.      The undersigned Trustee was duly appointed and has served since the petition

date as the Trustee in all six of these related cases.

3.      On or about May 15, 2019, a notice of potential assets was docketed in the case of

Legendary Field Exhibitions, LLC, setting a deadline of August 5, 2019 to file Proofs of Claim

(the "Bar Date Notice").

4.      The Bar Date Notice was sent to MWW at a post office box address in New York

City

5.      On July 8, 2019, an Order was entered substantively consolidating the case of

Ebersol, and four other cases, with the case of Legendary.

6.      MWW is an unsecured creditor of Ebersol. MWW entered into a Services

Agreement with Ebersol dated January 10, 2018, amended by Amendment A effective January

15, 2018 (the "Contract"), pursuant to which MWW performed certain public relations services

for Ebersol. MWW claims it is currently owed the sum of $100,816.12 for services rendered

pursuant to the Contract.

7.      MWW has advised the Trustee that MWW never received any notices regarding

the bankruptcy of Ebersol or Legendary; rather, MWW became aware of the bankruptcy due to

media reports. MWW further advised the Trustee that the address on the Trustee's notice list is

not a correct correspondence address for MWW.

8.      MWW, through its counsel, contacted the Trustee on September 13, 2019, and

requested the Trustee to consider stipulating to allow MWW to file a late proof of claim.

-2-

9. The Trustee is willing to allow to allowing MWW to file a late proof of claim, without prejudice to any other objections that the Trustee may have (and without prejudice to MWW's defenses to any such objections).

10. Cause exists for allowing the late filing of MWW's claim. A late-filed proof of claim may be allowed where the tardiness in filing is due to "excusable neglect." Bankr. R. 9006(b)(1). Courts have found excusable neglect where the creditor fails to comply with the bar date because, through no fault of its own, it had no notice of that date. *In re Wm. B. Wilson Mfg. Co.*, 59 B.R. 535, 538 (Bankr.W.D.Tex. 1986).

11. In addition, a court may accept a late proof of claim even where the lateness resulted from "inadvertence, mistake, or carelessness." *Glidden Co. v. FV Steel & Wire Co.*, 350 B.R. 96, 103 (E.D.Wis. 2006).

12. The Trustee and counsel for MWW consent to the entry of the accompanying proposed Order.

WHEREFORE, the Trustee respectfully requests the Court Approve the entry of the accompanying Agreed Order deeming late-filed Proof of Claim of MWW Group, LLC timely filed.

23739608v.1

Dated: November ___, 2019

Respectfully submitted,

By: Randolph N. Osherow
    Texas State Bar No. 15335500
    342 W. Woodlawn Ave., Suite 100
    San Antonio, TX 78212
    (210) 738-3001
    (210) 737-6312 fax.
    rosherow@hotmail.com
    **Chapter 7 Trustee**

23739608v.1

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | EBERSOL SPORTS MEDIA GROUP, INC. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number | 19-50904-CAG |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

MWW GROUP, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

*Where should notices to the creditor be sent?*

White and Williams LLP
Frank J. Perch, III, Esq.
Name
1650 Market Street, Suite 1800
Number        Street
Philadelphia          PA          19103-7395
City                          State              ZIP Code

Contact phone  215-864-6273

Contact email  perchf@whiteandwilliams.com

*Where should payments to the creditor be sent? (if different)*

MWW Group, LLC, Attn: Steven Pareja
Name
1 Meadowlands Plaza, 15th Floor
Number        Street
East Rutherford          NJ          07073
City                          State              ZIP Code

Contact phone  201-964-2365

Contact email  spareja@mww.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
            MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

---

Official Form 410

Proof of Claim

page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ _____ 100,816.12 . Does this amount include interest or other charges?

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services rendered pursuant to contract - See attached documents

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____
**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ **No** | | **Amount entitled to priority** |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ **Yes.** *Check one:* | | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | | $ _____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/19/2019
　　　　　　　　　　 MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | FRANK | J | PERCH, III |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | ATTORNEY | | |
| Company | WHITE AND WILLIAMS LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1650 Market Street, Suite 1800 | | |
| | Number　　Street | | |
| | Philadelphia | PA | 19103 |
| | City | State　　ZIP Code | |
| Contact phone | 215-864-6273 | Email perchf@whiteandwilliams.com | |

ExA 3

Date: Friday, August 16, 2019
Time: 11:47AM
User: PAREJA

Page: 1 of 1
Report: 08610dp.rpt
Company: MWWGROUP

## MWW Group LLC
### Aged AR - Detail by Days Past Due
Period: 08-19 As of 8/16/2019

**Company ID:** MWWGROUP

**Cust ID:** 11022657  **Customer Name:** Ebersol Sports Media Group, Inc.  **Contact:** Charlie Ebersol  **Avg Days To Pay:** 40

| Type Ref Nbr | Terms | Doc Date | Current | 1 To 30 | 31 To 60 | 61 To 90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|---|
| IN 048657 | Upon receipt | 11/19/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 2,150.77 | 2,150.77 |
| IN 049190 | Upon receipt | 12/17/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000.00 |
| IN 049191 | Upon receipt | 12/17/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 8,000.00 | 8,000.00 |
| IN 049197 | Upon receipt | 12/17/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 3,673.34 | 3,673.34 |
| IN 049632 | Upon receipt | 1/17/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 2,553.85 | 2,553.85 |
| IN 050051 | Upon receipt | 2/8/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 | 20,000.00 |
| IN 050052 | Upon receipt | 2/8/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 | 20,000.00 |
| IN 050446 | Upon receipt | 2/28/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 1,770.00 | 1,770.00 |
| IN 050672 | Upon receipt | 3/12/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 5,762.78 | 5,762.78 |
| IN 051074 | Upon receipt | 3/31/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 | 20,000.00 |
| IN 051143 | Upon receipt | 4/10/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 3,354.38 | 3,354.38 |
| IN 051935 | Upon receipt | 5/29/2019 | 0.00 | 0.00 | 0.00 | 2,239.46 | 0.00 | 2,239.46 |
| IN 052254 | Upon receipt | 6/19/2019 | 0.00 | 0.00 | 1,311.54 | 0.00 | 0.00 | 1,311.54 |
| **Customer Total** | | | 0.00 | 0.00 | 1,311.54 | 2,239.46 | 97,265.12 | 100,816.12 |
| **Statement Cycle Total** | | | 0.00 | 0.00 | 1,311.54 | 2,239.46 | 97,265.12 | 100,816.12 |
| **Company Total** | | | 0.00 | 0.00 | 1,311.54 | 2,239.46 | 97,265.12 | 100,816.12 |

D4

# MWWPR

### CONTRACT CREATION FORM

11022657
244119-244120
10543133

| Date of request: | 02/07/18 | | Set up By: | Nancy Oshaughnessy |
|---|---|---|---|---|

| **CLIENT INFORMATION** | | **BILLING INFORMATION** (if different) | |
|---|---|---|---|
| Client Name: | Ebersol Sports Media Group, Inc | Bill to Name: | Ebersol Sports Media Group, Inc |
| Job Name: | PR and Creative Services | Bill To: | PR and Creative Services |
| LEAD ON ACCOUNT | Flores / Werner | | |
| Address: | | Address: | |

## CONTRACT TERMS

| LENGTH OF CONTRACT: | START DATE: | 1/1/18 | END DATE: | 12/31/18 | DOES IT HAVE AN AUTO RENEWAL CLAUSE? Month-to-month, 6 months, 1 Year | |
|---|---|---|---|---|---|---|

| BILLING TYPE: Time & Expense/Capped T&E/Project Fee Fixed Monthly Fee (non-hours)/Fixed Project Fee (non-hours) | FIXED MONTHLY | | IF HOURLY ACCOUNT, BILLING RATE Standard/Crete/Exception | STANDARD |
|---|---|---|---|---|
| EXPENSES INCLUDED IN THE FEE Yes/No | NO | | EXPENSE BUDGET? | |
| MARK UP ON EXPENSES Agency Standard/Nil/Other | AGENCY STAND | | IF OTHER, %: | |
| CURRENCY? | | | | |
| PROJECT FEE AMOUNT: | | | CONTRACT VALUE: | $ 342,025.00   235,525 |
| MONTHLY FEE AMOUNT: | Varies | | | |
| FEE/EXPENSE DEPOSIT AMOUNT | | | | |
| SPECIAL BILLING INSTRUCTIONS: | | Per amendment A | | |

| JOB NUMBER | JOB DESCRIPTION: | START DATE | END DATE | TIME | COST | TOTAL |
|---|---|---|---|---|---|---|
| 244119 | PR and Account Mgmt | | | 332,025 | | |
| 244120 | Creative | | | 10,000 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total | 342,025 | |

### PERSUASIVE EVIDENCE (see attached)

| FORM OF CLIENT AGREEMENT Signed Contract/Signed Estimate/LOA/ PO/Other | SIGNED CONTRACT | IF OTHER |
|---|---|---|
| CONTRACT/SOW/PO# | | |

## FINANCIAL CONTROL INFORMATION

| REVENUE RECOGNITION METHOD: Time 4/Expense/Capped T&E/ BE minimum/Straight Line Recognized when billed/Completed Contract/Milestone | STRAIGHT LINE | PERSUASIVE EVIDENCE REQUIREMENT MET? Yes/No | YES | CASH BASIS Yes/No | NO |
|---|---|---|---|---|---|
| COST TREATMENT: Pass-thru Costs/ Absorbed Costs/ Admin Fee | PASS-THROUGH COSTS | GROSS/NET RATIONALE Agency's Standard Contractual Terms | NET | | Agency's Std Contractual Terms |

| PREPARER SIGNATURE | | DATE: | 2/7/18 |
|---|---|---|---|

| **CONTRACT INFORMATION** | | | | | |
|---|---|---|---|---|---|
| TOTAL CONTRACT VALUE: | $ | 342,025.00   235,525 | START DATE: | 1/1/18 | END DATE: 12/31/18 |

| CLIENT NUMBER: | 11022657 | MASTER JOB NUMBER: | 2441 19-244120 | CONTRACT NUMBER: | 10543133 | Biller | Franco | DATE: | 2/7/18 |
|---|---|---|---|---|---|---|---|---|---|

| **Dynamics** | | **SAS** | | **Excel Files** | | If Capped T&E - Add to spreadsheet on retainer schedule, insert Cap Value in Proj Maint and add blurb on bottom of invoice stating cap value |
|---|---|---|---|---|---|---|
| Add Job | ✓ | Add Budget | ✓ | Add to Retainer Sched | ✓ | |
| Billing Plan | ✓ | Add Job | ✓ | Add to New Client codes | ✓ | |
| Revenue Plan | ✓ | | | Add to Revenue File | ✓ | |
| | | **MISC** | | Add to New Customer File | ✓ | |
| | | Email Company | ✓ | | | |

| | | YES | NO |
|---|---|---|---|
| 110% CLAUSE on FEE ? | | ✓ | |
| 3% clause for OOPS ? | | | ✓ |

AS 

DocuSign Envelope ID: 65FB8BE1-02ED-4B2E-A67D-777E9BAD62EF



MATTER MORE +

### AMENDMENT ("AMENDMENT A") TO CONTRACT DATED JANUARY 10, 2018 ("AGREEMENT") BY AND BETWEEN EBERSOL SPORTS MEDIA GROUP, INC. (THE "CLIENT") & MWW GROUP LLC ("MWWPR")

Effective January 15, 2018, the Agreement will be amended as follows:

1.  Section II. Fees is hereby amended to state the total minimum value of this Agreement is $235,525 to be billed to Client per the Fee Schedule attached hereto in Appendix A.

2.  Appendix A is hereby deleted in its entirety and replaced with the attached Appendix A.

3.  Except as otherwise set forth herein, all other terms of the Agreement shall remain unchanged.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment A to the Agreement, as of the date set forth above.

Ebersol Sports Media Group, Inc.                MWW GROUP LLC

BY:_____                      BY:_____
Charlie Ebersol, President                      William J. Starace, EVP and CFO

DocuSign Envelope ID: 65FB8BE1-02ED-4B2E-A67D-777E9BAD62EF



# APPENDIX A

**MWWPR will provide the following scope of services:**

In support of the launch of "The New League", MWWPR will develop and execute a public relations campaign to drive top-tier, national sports, business, tech and lifestyle media and social coverage.

## MWWPR Core Services
1. Media Content
   - Press releases, media pitches/alerts, briefing materials, select photo and video content, etc.
2. Media Relations
   - Company announcements and press conferences (limited to one national per month and three regional events per month)
   - Briefings
   - Talent and executive outreach
3. Planning, Strategy, Account Management & Reporting


## Critical Time Periods
- Launch press conference
- Ongoing News

## MWWPR Activities

## Launch Press Conference
- Embargoed media briefings with a cadre of Tier I outlets and impactful journalists
- Conduct one media day with key executives
- Social media activity on day of the announcement

## March - December
- Maintaining a steady drumbeat of news
- Develop an editorial calendar of news and announcements to share from March – December 2018
- Map out key editorial assets to generate ongoing earned media for the New League to continue to build excitement.



DocuSign Envelope ID: 65FB8BE1-02ED-4B2E-A67D-777E9BAD62EF



## Client Responsibilities

- Complete information requests fully and in a timely fashion
- Inform MWWPR promptly of potential issues that it becomes aware of that may affect project success
- Share contact information and access to 3rd party partners and investors where possible
- Provide access to talent and executives
- Provide timely updates on business plan and new partners

| MONTH | ACTIVITY | FEE |
|-------|----------|-----|
| January 15 – February 15 | Message development<br>Draft media materials<br>Media briefings<br>Finalize communications plan | $20,000 |
| February 15 – March 15 | Manage incoming media inquiries<br>Coordinate one launch press conference & media day | $25,525 |
| March 15- December 31 | Ongoing media support<br>Manage incoming media inquiries | $20,000 per month |

1. **Team Travel and Press Release Distribution Expenses:** Estimated total expenses will be submitted to client in writing and approved and then will be billed back at cost.

   Additionally, any reasonable out of pocket expenses incurred on behalf of the Client shall be billed to Client, including, without limitation, all travel-related expenses. Expenses will be deemed pre-approved up to $500 without written approval. Any individual or total expense over $500 will require written approval from Client

**Note:** The above fees and expenses do not include the planning or production of press conference. Production costs to be handled by third party entity. Fees around subsequent "national" press conference (New York or Los Angeles) are subject to additional fees as is on-going social media management.



DocuSign Envelope ID: 9C5ADE05-5D55-4AB1-837B-3DED39442CC5



MATTER MORE +

## SERVICES AGREEMENT

This Services Agreement (the "Agreement") is made as of January 10, 2018 ("Agreement Effective Date"), by and between Ebersol Sports Media Group, Inc. (the "Client"), having its principal place of business at 10866 Wilshire Blvd. Suite 300, Los Angeles, CA 90024, and MWW Group LLC ("MWWPR"), located at One Meadowlands Plaza, East Rutherford, New Jersey 07073.

### I. SERVICES

Commencing upon execution of this Agreement, MWWPR will devote its efforts to provide public relations services on behalf of Client as outlined in Appendix A, which Appendix A may be amended from time to time upon mutual agreement of the parties (the "Services"). It is expressly understood and agreed between the parties that MWWPR is acting solely as an independent contractor in performing the Services, and MWWPR and its employees or subcontractors will not be considered employees of Client within the meaning or application of any federal, state or local laws or regulations, including, but not limited to, laws or regulations covering unemployment insurance, retirement benefits, workers' compensation insurance, labor or taxes of any kind.

In addition, MWWPR is prepared to provide a variety of other services to Client at additional costs, which will be agreed to in writing and set forth in Addendum Statements of Work. A sample addendum for additional future work is provided in Appendix B.

### II. FEES

The total minimum value of this Agreement is $342,025 and shall be billed as outlined below (the "Fee"):

| | |
|---|---|
| January 2018 | $51,250 (Account Management) |
| February 2018 | $35,525 ($10,000 Creative Services and $25,525 Account Management) |
| March through December 2018 | $25,525 per month |

*see amendment A*

MWWPR will track its billable hours and may communicate to Client if the value of work performed by MWWPR hereunder is greater than 110% of the Fee per month based on MWWPR's standard hourly rates. In such case, Client and MWWPR will mutually agree in writing to either reduce the scope of work downward or increase the monthly fee in subsequent months. To the extent that a revised scope of services or increased fee cannot be agreed to by MWWPR and Client, in subsequent months MWWPR shall, upon advanced written notice to Client, be entitled to bill all hours worked in excess of 110% of the Fee at MWWPR's standard hourly rates.

To initiate activities, MWWPR requests payment of the initial $51,250 upon signing of this agreement.

Any additional work above and beyond the fees and services described will be billed separately and will be mutually agreed upon and detailed in Addenda which will be made part of this Agreement.

If upon receipt of any invoice Client should have any questions, Client is obligated to take them up directly with MWWPR as soon as possible. Any objections Client may have to any invoice shall be deemed waived if such objections are not communicated in writing to MWWPR within thirty (30) days of Client's receipt of said invoice

Monthly installment invoices will be due and payable by Client on the first business day of each month.

P9

DocuSign Envelope ID: 9C5ADE05-5D55-4AB1-837B-3DED39442CC5

MWWPR Group reserves the right to charge a 1½ % monthly interest charge on unpaid balances after sixty (60) days. In case of delinquency of Client's payments or any impairment of Client's credit as MWWPR reasonably deems might endanger future payments, MWWPR reserves the right to change the requirements as to terms of payment under this Agreement. Should Client be in default with respect to payment under this Agreement, MWWPR reserves the right to suspend some or all services hereunder until arrangements satisfactory to the MWWPR are made. Client may terminate this Agreement upon 30 days' written notice to MWWPR.

## III. EXPENSES

Reasonable and documented out-of-pocket expenditures will be billed separately at cost. Production costs, which are subject to a mark-up of 20%, will be billed separately. Additionally, media buy and/or advertising costs, which are subject to a mark-up of 10% will be billed separately. The amount of 3.0% of the monthly Fee will be billed for data services and subscriptions each month to pay for media databases, licensing fees and subscriptions used by MWWPR to further the aims of Client's program. Reimbursements will be made within thirty (30) days of the date that an invoice is rendered to Client. MWWPR reserves the right to charge a 1½ % monthly interest charge on unpaid balances after sixty (60) days. In no event will the rate of such interest be higher than the maximum rate allowable under applicable law.

## IV. THIRD PARTY CONTRACTS

Subject to Client's prior written consent, and notwithstanding Section XX, Client authorizes MWWPR, to enter into contracts with third parties ("Authorized Contracts"), as an agent for a disclosed principal, when such contracts are reasonably necessary for the Services. MWWPR shall extend the terms and conditions of this Agreement to any third parties or subcontractors. No subcontracting shall relieve MWWPR of its responsibility and liability for any work performed by its subcontractor Client assumes full liability and responsibility for any expenditures resulting from Authorized Contracts. Notwithstanding the foregoing to the contrary, MWWPR shall not be required to obtain Client's prior written consent to contract with commercial venues or carriers, including without limitation hotels or airlines for employee travel, or with any MWWPR vendors who render general services for MWWPR in the ordinary course of business, including without limitation, copy centers, couriers, delivery or messenger services, tape duplicating services, providers of satellite media tours and clip services.

## V. CONFIDENTIALITY

(a) MWWPR acknowledges and agrees that the Confidentiality and Non-Disclosure Agreement between Client and MWWPR executed on January 4, 2018 (the "NDA") shall apply to all Services which may be conducted or carried out by MWWPR for the Client under this Agreement, and is therefore incorporated by reference herein. The confidentiality obligations in the NDA shall apply to the activities of the employees and agents of MWWPR, and to third parties associated with this Agreement and accomplishing Services or performing Services under this Agreement, and MWWPR shall take all necessary steps to ensure compliance with the NDA by its employees and subcontractors.

(b) Client will treat as confidential and properly safeguard any and all information, documents, papers, programs and ideas relating to MWWPR, its operations, finances and products, disclosed to the Receiving Party and designated by the Disclosing Party as confidential or which should be reasonably understood to be Confidential Information (such obligation shall not extend to any Invention). MWWPR's pricing and its media contacts shall be considered Confidential Information. Confidential Information shall not include information that (a) is or falls into the public domain through no fault of Client; (b) is disclosed to Client by a third party which is not under an obligation of confidentiality to the Disclosing Party; (c) was already known to Client; and/or (d) is independently developed by Client without reference to Confidential Information. In the event the Receiving Party is required by a subpoena or other legal process to disclose the Client Confidential Information, the Client shall: (i) if legally permitted, inform the MWWPR of such requirement; and (ii) only provide such Confidential Information of MWWPR that is legally required. This provision shall survive the termination of this Agreement and shall remain in full force and effect for a

$A10$

DocuSign Envelope ID: 9C5ADE05-5D55-4AB1-837B-3DED39442CC5

period of three (3) years following the completion of Services.

### VI.    OWNERSHIP; USE OF MATERIALS.

(a) Client shall own all right, title and interest (including patent rights, copyrights, trade secret rights, mask work rights, trademark rights, and all other intellectual property rights of any sort throughout the world) relating to any and all inventions (whether or not patentable), works of authorship, mask works, designations, designs, know-how, ideas and information made or conceived or reduced to practice, in whole or in part, by or for or on behalf of MWWPR arise out of or in connection with the Services ("Inventions") while the Services are being performed, and MWWPR shall promptly disclose and provide all Inventions to Client. All Inventions are "works made for hire" as that term is used in the U.S. Copyright Act and belong solely to Client. To the extent any Invention or any materials comprising or including any Invention is found not to be a "work made for hire" as a matter of law, MWWPR hereby assigns transfers and conveys, and shall cause its employees and subcontractors to assign, transfer and convey, irrevocably and perpetually all Inventions to Client. MWWPR shall assist Client, at Client's expense, to further evidence, record and perfect such assignments, and to perfect, obtain, maintain, enforce and defend any rights assigned. At any time during or after MWWPR's engagement with Client that Client requests, MWWPR will sign written documents of assignment necessary to formally evidence MWWPR's irrevocable assignment to Client of any Inventions. MWWPR will assist Client in obtaining, maintaining, and renewing patent, copyright, trademark and other appropriate protection for any Inventions, in the United States and in any other country, at Client's expense.

Notwithstanding anything to the contrary herein, Client understands and agrees that its rights in any third-party materials or any services including, without limitation, stock photos, licensed materials or talent and talent residuals, are subject to any terms and conditions set forth in any applicable agreement and Client agrees to comply with such terms and conditions.

(b) Notwithstanding anything in this Agreement to the contrary, MWWPR retains all of its rights, title and interest in and to (including, without limitation, the unlimited right to use) (i) all materials owned or developed by or licensed to MWWPR prior to, or independent from, the performance of services under this Agreement, and all modifications thereof, and (ii) all generic or proprietary information, and all ideas, methodologies, software, applications, processes or procedures used, created or developed by MWWPR in the general conduct of its business, including, but not limited to, media contacts (as well as all updated and enhancements of any of the foregoing).

### VII.    TERM AND TERMINATION

This Agreement shall remain in effect for a minimum term of twelve (12) months (the "Minimum Term"). After the expiration of the Minimum Term, this Agreement shall continue on a month to month basis at then applicable monthly Fee unless terminated by either party providing at least thirty (30) days advance written notice. Client will pay for all fees during the notice period and expenses incurred up to the effective date of termination.

Upon termination or expiration, the terms of this Agreement which by their nature should survive shall so survive, including, without limitation, Sections II– XIX.

### VIII.    NON-SOLICITATION

Recognizing the time and expense of MWWPR's investment in its employees, Client agrees that during the term of this Agreement and for a period of one (1) year following the termination of this Agreement Client shall not directly or indirectly employ, hire or retain (whether as employee, consultant or otherwise) any person who is an employee of MWWPR or a former employee who was employed by MWWPR within the term of this Agreement without MWWPR's prior written consent. If during the Term hereof or one year thereafter Client engages the services of an employee of MWWPR or a former employee who was employed by MWWPR within the term of this Agreement without prior written consent, Client agrees to pay MWWPR a fee calculated as the greater of (a) the employee's annual salary or (b) the annualized fees currently being paid to MWWPR. Notwithstanding the foregoing, Client shall not be in violation of this Section VIII if contact with Client is initiated by an MWWPR employee, consultant or former employee as

DocuSign Envelope ID: 9C5ADE05-5D55-4A81-837B-3DED39442CC5

a response to a public open job posting and not arising out of MWWPR's employee, consultant or former employee providing the Services to Client as related to this Agreement.

## IX. CLIENT OBLIGATIONS

Client shall be responsible for: (a) the accuracy and completeness of information concerning Client's organization, products, services, whether provided to MWWPR by Client or by a third party authorized by Client; (b) any of Client's ideas or directions, whether provided to MWWPR by Client or by a third party authorized by Client; (c) rights, licenses and permissions to use materials furnished to MWWPR by Client or by a third party authorized by Client; (d) compliance with all laws and regulations applicable to Client's business (including all securities laws); and (e) the content of any press releases or other public relations, advertising or marketing materials approved by Client.

## X. INDEMNIFICATION.

(a) Client shall defend, indemnify and hold MWWPR and its respective affiliated corporations, their agents, servants and employees harmless from and against any loss, damage, liability, claim, demand, action, cost and expense (including reasonable attorneys' fees and costs) (collectively "Loss") resulting from claims, actions or demands made or brought by any third party ("Claims") against MWWPR, including, without limitation, any governmental entity, which arise out of or in connection with (i) Client's obligations under Section VIII above; (ii) information or materials supplied, provided or approved by or on behalf of Client or a third party authorized by Client; (iii) as a result of any governmental investigation, proceeding or administrative hearing regarding the Services; (iv) any issue of safety, product liability or the nature, use or performance of Client's products, services or premiums; (v) Client's failure to pay any and all amounts owed to third parties or any claims raised by third parties against MWWPR related to Authorized Contracts; (vi) the willful misconduct or fraud of Client or any of its employees or subcontractors; and (vii) risks or restrictions of which MWWPR notified Client where Client elects to proceed (including, without limitation, Client's use of any third party materials in violation of the applicable usage terms and restrictions governing the use of such third party materials). In matters in which MWWPR is not a party, in accordance with an applicable Addendum Statements of Work, Client shall pay or reimburse MWWPR for all reasonable attorneys' fees and expenses MWWPR incurs and for all MWWPR personnel time incurred (at MWWPR's then current hourly rates) in connection with MWWPR's response to subpoenas, depositions, discovery demands, and other inquiries arising from suits, proceedings, legislative or regulatory hearings, investigations, or other civil or criminal proceedings in which Client is a party, subject, or target.

(b) MWWPR shall indemnify, defend and hold Client harmless for all Loss (including reasonable attorneys' fees and costs) resulting from Claims which arise out of or in connection with (i) material prepared by MWWPR on Client's behalf and provided to Client to the extent it asserts a claim for infringement or alleged infringement of any patent or other intellectual property right related to the Services or Inventions (as defined above) (except to the extent such Claim arises from information or materials provided by Client or any modification by or on behalf of Client to any materials provided by MWWPR); (ii) MWWPR's failure to follow Client's express written instructions (except to the extent that following such instructions would violate applicable law or regulations or otherwise create legal liability for either MWWPR or Client, as reasonably determined by MWWPR); or (iii) the negligence, willful misconduct or fraud of MWWPR or any of its employees or subcontractors.

(c) Upon the assertion of any Claim against either party ("Indemnitee"), the Indemnitee shall notify the other party ("Indemnitor") of the existence of such Claim and shall give the Indemnitor reasonable opportunity to defend and/or settle the Claim at its own expense and with counsel of its own selection. The Indemnitee shall at all times have the right fully to participate in such defense at its own expense. The Indemnitor shall not enter into any settlement that imposes any liability, obligation or restriction on the Indemnitee without the prior written consent of the Indemnitee, not to be unreasonably withheld.

## XI. LIMITATION OF LIABILITY

In no event shall either party be liable for special, indirect, incidental, consequential, exemplary or punitive damages, including without limitation, lost profits or business or loss of data, even if such party has been advised of the possibility of or could have foreseen such loss or damages. Except for indemnity obligations

A.2

DocuSign Envelope ID: 9C5ADE05-5D55-4AB1-837B-3DED39442CC5

hereunder, neither party's aggregate liability to the other shall exceed the total fees paid by Client to MWWPR in the one (1) year prior to the incident from which the claim accrues.

## XII.   USE OF MATERIALS BY THIRD PARTIES

After material has been issued by MWWPR to the news media or to another third party, its use is no longer under MWWPR's control. MWWPR cannot assure the use of such material by any news organization. Similarly, MWWPR cannot control the form or manner of use by the news media or others of the material, including, but not limited to, the accurate presentation of information supplied by MWWPR. It is understood and agreed that MWWPR does not stipulate or guarantee specific or overall results or returns from public relations, publicity, research or any other activity performed by MWWPR.

## XIII.   CONFLICT OF INTEREST

MWWPR shall exercise care and diligence to prevent any actions or conditions which could result in a conflict with the other party's best interest. This obligation shall apply to the activities of the employees and agents of MWWPR, and of third parties associated with this Agreement and accomplishing Services or performing Services under this Agreement.

## XIV.   FORCE MAJEURE

Neither party shall be liable for any delay or failure to carry out or make continuously available its obligations under this Agreement if such delay or failure is due to any cause beyond such party's control, including without limitation restrictions of law or regulations, labor disputes, acts of God, acts of terrorism or war, telecommunications, network or power failures or interruptions, or mechanical or electronic breakdowns, failure of media or other suppliers, cyber-attacks or other malicious acts of third parties.

## XV.   DISPUTE RESOLUTION

All disputes arising under this Agreement shall be submitted to mediation before a single mediator with JAMS in accordance with the then-current arbitration rules and procedures of JAMS. If the Parties cannot agree upon a mediator within five (5) business days, a mediator shall be selected using the same process for Arbitrator Selection under the applicable JAMS arbitration rules. All mediation proceedings shall take place in San Francisco, California.

## XVI.   GOVERNING LAW

This Agreement shall be governed by the laws of the State of Delaware, without regard to any conflicts of laws principles.

## XVII.   WAIVER

No waiver of any provision or of any breach of this Agreement shall constitute a waiver of any other provisions or any other or further breach, and no such waiver shall be effective unless made in writing and signed by an authorized representative of the party to be charged with such a waiver. Nor shall a one-time waiver of a single provision constitute a permanent waiver of that party's rights under said provision.

## XVIII.   NOTICE

All notices required under this Agreement shall be in writing and signed by the party delivering such notice and delivered to Client and MWWPR at their respective addresses set forth on the first page; it being understood and agreed that (i) approval to incur expenses and enter into third party contracts may be provided to MWWPR via email or set forth in an SOW, project budget, purchase order or similar document delivered to MWWPR by Client, and (ii) approval to release materials contemplated for release and prepared in connection with the Services (e.g., a press release) may be provided via email.



DocuSign Envelope ID: 9C5ADE05-5D55-4AB1-837B-3DED39442CC5

**XIX.**    **PUBLICITY**

After the public launch of "The New League," MWWPR may use Client's name and any non-confidential materials produced hereunder in MWWPR's portfolio, on MWWPR's web site, intranet, and for internal and trade purposes subject to Client's written approval. MWWPR will be required to obtain Client's advance approval to utilize Client's trademarks or any Client materials or information in press releases, MWWPR brochures, or award submissions.

**XX.**    **TAXES**

Each party shall be solely responsible to pay all taxes applicable to it as a result of this Agreement.

**XXI.**    **ENTIRE AGREEMENT**

This Agreement, together with the NDA, constitutes the parties' entire understanding of the matters set forth herein and supersedes any prior understanding or agreement concerning the subject matter hereof. This Agreement may only be modified in a writing signed by the parties hereto. In the event that any provision of this Agreement shall be illegal or otherwise unenforceable, such provision shall be severed, and the balance of the Agreement shall continue in full force and effect. This agreement may be executed in counterparts and exchanged in electronic format, all of which shall be included as one agreement.

**XXII.**    **ASSIGNMENT**

MWWPR may not assign this Agreement or any portion of this Agreement or monies due or payable under this Agreement nor subcontract any portion of the Services under this Agreement without prior written permission from Client.

In witness whereof, the parties hereto have executed this Agreement as of the date first written above.

Ebersol Sports Media Group, Inc.        MWW GROUP LLC

By: _____      By: _____
Charlie Ebersol, President            William Starace, EVP and CFO

A14

DocuSign Envelope ID: 9C5ADE05-5D55-4AB1-837B-3DED39442CC5



# MWWPR
MATTER MORE +

## APPENDIX A—SERVICES

X See amendment A

MWWPR will provide the following scope of services:

In support of the launch of "The New League," MWWPR will develop and execute a public relations campaign to drive top-tier, national sports, business, tech and lifestyle media and social coverage.

### MWWPR Core Services
1. Media Content
   - Press releases, media pitches/alerts, briefing materials, select photo and video content, etc.
2. Media Relations
   - Company announcements and press conferences (limited to one per month)
   - Briefings
   - Talent and executive outreach
3. Planning, Strategy, Account Management & Reporting
4. Creation of limited creative service – b-roll artwork, social content edits

### Critical Time Periods
- Super Bowl (press conference, ongoing media on-site)
- Saddest Sunday in Sports
- Ongoing News

### MWWPR Activities

### Super Bowl
- Embargoed media briefings with a cadre of Tier I outlets and impactful journalists
- Coordinate press conference during Super Bowl week
- Conduct three individual media days on "Radio Row" with key executives
- Social media activity all week

### Saddest Sunday in Sports (Sunday after the Super Bowl)
- Use this moment to remind fans that this is the last year they'll have to endure the feeling of football ending
- Make another compelling announcement

### March - December
- Maintaining a steady drumbeat of news
- Develop an editorial calendar of news and announcements to share from March – December 2018
- Map out key editorial assets to generate ongoing earned media for the New League to continue to build excitement.

A 15

DocuSign Envelope ID: 9C5ADE05-5D55-4AB1-837B-3DED39442CC5

### Client Responsibilities

- Complete information requests fully and in a timely fashion
- Inform MWWPR promptly of potential issues that it becomes aware of that may affect project success
- Share contact information and access to 3rd party partners and investors where possible
- Provide access to talent and executives
- Provide timely updates on business plan and new partners

| MONTH | ACTIVITY | FEE |
|---|---|---|
| January 9 – February 10 | Message development<br>Media briefings<br>Manage incoming media inquiries<br>Reporting and measurement | $51,250 |
| January 11 – February 10 | One-time Creative Service Fee of $10,000 for b-roll edits, social content and art design. | $10,000 |
| February 11 – February 27 | Manage incoming media inquiries | $25,525 |
| March - December | Ongoing media support<br>Manage incoming media inquiries | $25,525 per month |

F. **Team Travel and Press Release Distribution Expenses:** Estimated total expenses will be billed back at cost. Super Bowl week hotel for team is estimated at approximately $3,000.

Additionally, any reasonable out of pocket expenses incurred on behalf of Client shall be billed to Client, including, without limitation, all travel-related expenses.

**Note:** The above fees and expenses do not include the planning or production of press conference.

*See amendment A*



# MWWPR

## CONTRACT AMENDMENT FORM

Date of request: __2/8/2019__                    Requested By __Steven Pareja__

| CLIENT INFORMATION | |
|---|---|
| Client Name: **Ebersol Sports Media** | |
| Description **PR Services** | **PR Services** |
| LEAD ON ACCOUNT Flores | |
| Master Job# **244119** | |

### CONTRACT CHANGES

### PERSUASIVE EVIDENCE

ORIGINAL LENGTH OF CONTRACT       START DATE: __1/1/2018__        __12/31/2018__    AUTO RENEWAL CLAUSE

REVISED LENGTH OF CONTRACT :      START DATE: __1/1/2018__        __12/31/2019__

IS THE AGREEMENT SUBJECT TO A MASTER AGREEMENT?              REF #: SIGNED DATE _____
Yes/No

ORIGINAL CONTRACT VALUE:    235,525.00         $  475,525.00

AMOUNT PER MONTH IF SL     $ 20,000.00         $  240,000.00  Revenue Change in agreement

SPECIAL CLIENT AGREEMENT CONDITIONS:        Per Addendum B

- [✓] Update Scheduled Billings and Revenue Entry (Dynamics)
- [✓] Update Retainer Schedule (Excel)
- [✓] Update Revenue File (Excel)
- [ ] Update SAS

PREPARER SIGNATURE _____        DATE: __2/8/2019__

A17

DocuSign Envelope ID: 04AFC034-4655-46BB-B5BF-3EE007A8C2CC



**MWWPR**

MATTER MORE +

## STATEMENT OF WORK
### ADDENDUM B ("ADDENDUM B") TO CONTRACT DATED JANUARY 10, 2018 ("AGREEMENT") BY AND BETWEEN EBERSOL SPORTS MEDIA GROUP, INC. (THE "CLIENT") & MWW GROUP LLC ("MWWPR")

Notwithstanding anything to the contrary contained in the Agreement between the parties hereto, and in consideration of the mutual promises, covenants, and conditions contained in the Agreement and contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto covenant and agree that effective January 1, 2019:

1. **Services:** MWWPR shall continue devote its efforts to provide Public Relations Services on behalf of the Client as outlined in Appendix A, which Appendix A may be amended from time to time upon mutual agreement of the parties (the "Services").

2. **Fees:** MWWPR shall invoice the client a monthly fee of $20,000 (the "Fee"). Additionally, any reasonable out of pocket expenses incurred on behalf of the Client shall be billed to Client, including, without limitation, all travel-related expenses.

3. **Term:** This Agreement shall remain in effect on a month to month basis, unless terminated by either party providing at least sixty (60) days advance written notice. Client will pay for all fees during the notice period and expenses incurred up to the effective date of termination.

4. **Other Terms:** Except as otherwise set forth herein, all other terms of the Agreement shall remain unchanged.

IN WITNESS WHEREOF, the parties hereto have executed this Addendum B to the Agreement, as of the date set forth above.

Ebersol Sports Media Group, Inc.                    MWW GROUP LLC

BY: _____              BY: _____
Charlie Ebersol, President                              William J. Starace, EVP and CFO

$\mathcal{A}$18

DocuSign Envelope ID: 04AFC034-4655-46BB-B5BF-3EE007A8C2CC



**MATTER MORE +**

### APPENDIX A—SERVICES

**MWWPR will provide the following scope of services:**

In support of The Alliance's inaugural season, MWWPR will continue to develop and execute public relations campaigns to drive top-tier, national sports, business, tech and lifestyle media and social coverage.

**MWWPR Core Services**
1. Media Content
   - Press releases, media pitches/alerts, messaging, briefing materials, select photo and video content, etc.
2. Media Relations
   - Company announcements and press conferences (limited to one per month)
   - Briefings
   - Talent and executive outreach
   - Maintain master list of national and regional press
3. Speaking Opportunities & Awards
   - Identify opportunities and pitch Charlie Ebersol and executives
4. Planning, Strategy, Account Management & Reporting
5. Creation of limited creative service – b-roll artwork, social content edits

**Critical Time Periods**
- Super Bowl (Radio Row, Ad Outreach, etc.)
- Opening Weekend (February 9-10)
- The Alliance Championship Game (April 27)
- Offseason (Look back at inaugural season and look ahead to year 2)
- Ongoing News

### MWWPR Activities

**Super Bowl**
- Use this moment to remind fans that football no longer ends when a Super Bowl champion is crowned
- Pitch and execute media tours on "Radio Row" with available spokespersons in Atlanta
- Pitch exclusive on Super Bowl ad and wide outreach to trade, sports and business outlets

**Opening Weekend**
- Pitch final rosters, highlighting any key signings from training camp
- Broadcast team announcement
- Pitch media attendance for opening games and staff appropriately

**The Alliance Championship Weekend**
- Pitch and secure interviews with executives in advance of inaugural championship
- Invite and host media at the championship game

**Offseason**
- Maintain a steady drumbeat of news
- Develop an editorial calendar of news and announcements to share
- Map out key editorial assets to generate ongoing earned media for The Alliance to continue to build excitement

A19

DocuSign Envelope ID: 04AFC034-4655-46BB-B5BF-3EE007A8C2CC



### Client Responsibilities

- Complete information requests fully and in a timely fashion
- Inform MWWPR promptly of potential issues that it becomes aware of that may affect project success
- Share contact information and access to 3rd party partners and investors where possible
- Provide access to talent and executives
- Provide timely updates on business plan and new partners

| MONTH | ACTIVITY | FEE |
|---|---|---|
| January 1 – December 31 (unless terminated with sixty (60) days' notice | Ongoing media support<br>Event support<br>Materials development<br>Media briefings<br>Manage incoming media inquiries<br>Reporting and measurement | $20,000 per month |

1. **Team Travel and Press Release Distribution Expenses:** Estimated total expenses will be billed back separately as incurred.

   Additionally, any reasonable out of pocket expenses incurred on behalf of Client shall be billed to Client, including, without limitation, all travel-related expenses.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § § § | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | § § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § § | CASE NO. 19-50906-CAG |
| DEBTORS | | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

## AGREED ORDER ALLOWING LATE FILED PROOF OF CLAIM OF MWW GROUP, LLC

23739608v.1

EX. "B"

On the date this Order was signed came for consideration the Chapter 7 Trustee's Motion to Approve Agreed Order Allowing Late-Filed Proof of Claim of MWW Group, Inc. The Court finds that due notice has been given, that the Trustee and MWW Group, LLC both consent to the entry of this Order, that no party in interest made any response in opposition to the Motion, and that good cause has been shown to grant the relief requested.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Proof of Claim of MWW Group, LLC attached to the Motion as Exhibit A is hereby deemed to have been filed timely, prior to the Bar Date of August 5, 2019; and

IT IS FURTHER ORDERED, that this Order is without prejudice to any objections that the Trustee may have to the Proof of Claim of MWW Group, LLC other than the timeliness of filing (and without prejudice to MWW's defenses to any such objections).

### 

Submitted By:

Randolph N. Osherow
Texas State Bar No. 15335500
342 W. Woodlawn Ave., Suite 100
San Antonio, TX 78212
(210) 738-3001
(210) 737-6312 fax.
rosherow@hotmail.com
**Chapter 7 Trustee**

Consented To:

Frank J. Perch, III

- 2-

23739608v.1

(Not Admitted in Texas)
WHITE AND WILLIAMS LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103
(215) 864-6273
perchf@whiteandwilliams.com
**Counsel to MWW Group, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | **CHAPTER 7** |
| **LEGENDARY FIELD EXHIBITIONS, LLC;** | § § § | **CASE NO. 19-50900-CAG** |
| **AAF PLAYERS, LLC;** | § § | **CASE NO. 19-50902-CAG** |
| **AAF PROPERTIES, LLC;** | § § | **CASE NO. 19-50903-CAG** |
| **EBERSOL SPORTS MEDIA GROUP, INC.;** | § § § | **CASE NO. 19-50904-CAG** |
| **LFE 2, LLC;** | § § | **CASE NO. 19-50905-CAG** |
| **WE ARE REALTIME, LLC** | § § | **CASE NO. 19-50906-CAG** |
| **DEBTORS** | | **(SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG** |

<u>CERTIFICATE OF MAILING</u>

I certify that copies of the Motion to Approve Agreed Order Allowing Late filed Claim of MWW Group, LLC , was served  to the below named persons by first class mail and to the parties on the below mailing matrix, on this the___ day of  November, 2019:

Legendary Field Exhibitions, LLC
4525 Macro
San Antonio, TX 78218

MWW Group, LLC
c/o Frank J. Perch, III, Esq.
1650 Market Street, Suite 1800
Philadelphia, PA 19103-7395
Creditor

U.S. Trustee
PO Box 1539
San Antonio, TX 78295

William A. (Trey) Wood, III
Bracewell LLP
711 Louisiana Suite 2300
Houston, TX 77002
**Counsel for Debtor(s)**

Mailing matrix attached on parties to receive notice.

/s/Randolph N. Osherow
Chapter 7 Trustee
342 W. Woodlawn Ave., Suite 100
San Antonio, TX 78212
(210) 738-3001
(210) 737-6312 fax.
rosherow@hotmail.com
**Chapter 7 Trustee**


/s/ Frank J. Perch, III, Esq.
Counsel for
MWW Group, LLC
c/o Frank J. Perch, III, Esq.
1650 Market Street, Suite 1800
Philadelphia, PA 19103-7395
Creditor

A Bounce Above
13745 Lyall Pl
Lakeside, CA 92040-4823

AAF-ARIZONA HOTSHOTS
Park Place Printing, Inc.
535 W Baseline Rd., Ste 104
Mesa, AZ 85210

AARON C SMITH
LOCKE LORD LLP
111 SOUTH WACKER DRIVE
CHICAGO, IL 60606

Aflanny Inc.
P.O. Box 233
Rancho Santa Fe, CA 92067-0233

AIRZONA BOARD OF REGENTS
ARIZONA STATE UNIV
C/O ROBERT CHARLES JR.
ONE SOUTH CHURCH AVE SUITE 2000
TUCSON, AZ 85701

ALAN J SNYDER
3315 Falling Creek
San Antonio, TX 78259

Ali, Salene
110 Sunnyland Dr
San Antonio, TX 78228-2915

ALPHA ENTERTAINMENT, LLC
c/oARTOUSH VARSHOSAZ
K&L GATES, LLP
1717 MAIN STREET, #2800
DALLAS, TX 75201

ANGELA CATES
27022 Foggy Meadows Street
San Antonio, TX 78260

Annotti, Mark
2170 FAIRMONT CIRCLE
ORLANDO, FL 32837-6789

ANTHONY HURST
4716 Valdina Way
San Diego, CA 92124-2433

APRIL SCHULZE
10627 Larch Grove St.
Helotes, TX78023

Aramark Sports and Entertainment Services, L
C/O DUANE MORRIS LLP
JARRET P HITCHINGS
222 DELAWARE AVE SUITE 1600
WILMINGTON, DE 19801
Philadelphia, PA 19103-3041

Arizona Department of Revenue
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

ATLANTA JOURNAL CONSTITUTION
c/o Szabo Assoc. Inc.
3355 Lenos Rd NE Suite 945
Atlanta, GA 30326

AY Productions LLC
1334 Park View Avenue #250
Manhattan Beach, CA 90266-3751

Beddingfield, Blake
828 Woodburn Dr.,
Brentwood, TN 37027-8748

Big Fogg, Inc.
42095 Zero Dr. Unit A2
Temecula, CA 92590-3747

Big Ticket Inc. (Rich Waltz)
820 5th Ave. NW
Issaquah, WA 98027-2816

BLUE CROSS OF CALIFORNIA
dba ANTHEM BLUE
ERIC S GOLDSTEIN, ES
SHIPMAN & GOODWIN, LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

bluemedia
Gallaghers & Kennedy
Joe Cotterman
2575 E Camelback Rd Suite 1100
Phoenix, AZ 85016

BPM Concerts, LLC dba Ballpark Music
1045 Crossvine Rd.
Roswell, GA 30075-3886

Broadway Media, LLC dba KXRK, KEGA, KYMV.
KUUU, KUDD, KALL, KOVO
50 West Broadway #200
Salt Lake City, UT 84101-2024

Buck's Bags Inc.
2401 West Main St.
Boise, ID 83702-4845

BYRON JONES
113 MOSELEY AVE
EATONVILLE, FL 32751

CaliVenture Party Rentals
5562 Las Alturas Terrace
San Diego, CA 92114-5316

Callaway, Rob
12644 Brite Ranch
San Antonio, TX 78245-3218

Campbell Clinic Orthopedics
1400 South Germantown Road
Germantown, TN 38138-2205

Carroll, William
1285 Burgundy Court
Oviedo, FL 32766-6686

CBT CREATIVE BROADCASTIN TECHNIQUES
15 Charles Place
Closter, NJ 07624

CENTURY LINK COMMUNICATIONS, LLC
1025 El Dorado Blvd., Bankruptcy Legal
Broomfield, CO 80021

CHRIS MUFFOLETO
2781 Wassum Trail
Chuluota, FL 32766

Classic Traditions, Inc.
4 Baltusrol Ct.
Shoal Creek, AL 35242-5903

Cliff Kleen Athletic
4480 Varsity Dr
Ann Arbor, MI 48108-5007

CLYDE SNOW & SESSIONS PC
201 SOUTH MAIN STREET SUITE 1300
SALT LAKE CITY, UT 84111

CMAXIII Entertainment/ Charles Sloan Jr.
24245 Wilderness Oak Apt #3310
San Antonio, TX 78258-7861

Colsell, Rick
3128 Guilitoy Ave
San Diego, CA 92117-2540

COMMONWEALTH OF PENNSYLVANIA
Attn: Deb Secrest/Labor/Ind Dept
Collections Support Unit
651 Boas Street, Rm 925
Harrisburg, PA 17121

Contemporary Services Corporation - CSC
17101 Superior St.
Northridge, CA 91325-1961

Coronado, Roberto
8034 Myrtle Glade
Converse, TX 78109-3275

Cortez Liquid Waste Services
19540 S US Highway 281
San Antonio TX 78221-9729

Cottrell, Theodore
4580 Regency Trace,
Atlanta, GA 30331-6832

Cox Media LLC San diego dba Cox Media - West
P.O Box 50456
Los Angeles, CA 90074-0456

COX MEDIA SAN DIEGO
c/o Szabo Associates, Inc.
3355 Lenox Rd NE Suite 945
Atlanta, GA 30326

CYNTHIA FRELUND
c/o AARON C SMITH
& STEPHEN J HUMENIUK
LOCKE LORD LLP
111 S WACKER DR
CHICAGO, IL 60606

DANIEL K WARD
8431 Cheyenne Pass
San Antonio, TX 78254

DANNY RHINEHART
11476 Willow
Windermere, FL 34786

Datatix Systems dba Smith'sTix
335 West Bugatti Drive
Salt Lake City, UT 84115-2521

David S Pottruck Revocable Trust
201 Spear St, Ste 1750
San Francisco, CA 94105-1699

Davis, Chrystal
1017 Margot Ln
Lake Wales, FL 33853-2732

Decker, Shawn
17525 Silver Creek Ct
Clermont, FL 34714-5825

DENISE DELOACH
13214 Vista del Mundo
San Antonio, TX 78216

DONNA WINFREY
2980 Cordie Lee Lane
Germantown, TN 38138-8184

Down In Front Productions, LLC
1318 Alford Ave, Suite 201
Hoover, AL 35226-3161

Downey, Carolyn
7450 Olivetas Avenue
Apartment 40
La Jolla, CA 92037-4924

Dr. Jill's Foot Pads, Inc.
384 S Military Trail
Deerfield Beach, FL 33442-3007

ED MCCLURE
1610 CR 323
Jourdanton, TX 78026

EDWARD LEPP DBA LEPPSDESIGN, LLC
320 NORTH SHADOWWOOD DRIVE
ST. AUGUSTINE, FL 32086

EM Printing, LLC
3081 Bartlett Corporate Dr.
Bartlett, TN 38133-8943

Embassy Suites by Hilton South Jordan
Salt Lake City
10333 South Jordan Gateway
South Jordan, UT 84095-3954

Embassy Suites San Antonio Riverwalk Downtow
125 East Houston St.
San Antonio, TX 78205-2247

EMILY MORGAN, LLC
705 EAST HOUSTON STREET
SAN ANTONIO, TX 78205

ENTERPRISE NEWS GROUP
825 N 300 WEST
SUITE NE 220
SALT LAKE CITY, UT 84103

Estrada, Letty
535 W Olmos Dr
San Antonio, TX 78212-1862

Evangelist, John
2669 Eltinge Drive
Alpine, CA 91901-2240

F&F Productions
14333 Myerlake Circle
Clearwater, FL 33760-2839

Fidelis Bookkeeping And Payroll Services
812 N Pacific St
Unit C
Oceanside, CA 92054-1967

Fikes, Bruce
113 W Huff Ave
San Antonio, TX 78214-2129

Fisher, Jason Zone
128 South Kikea Drive
Los Angeles, CA 90048-3526

Five Marketing & Management LLC
925 B Street #603
San Diego, CA 92101-4628

Florida Medical Distributors, LLC
123 Barrier Isle Drive
Ormond beach, FL 32176-2243

Flying V Group
2051 Placentia Ave.
Costa Mesa, CA 92627-3405

Foot Management, Inc.
7201 Friendship Rd.
Pittsville, MD 21850-2039

Ford, Steve
3275 Madison Ave
San Diego, CA 92116-4450

FRANCHISE TAX BOARDBANKRUPTCY SECTION
MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Franklin, Donna
6050 Brunswick Rd.
Lakeland, TN 38002-6945

FRESH CONCEPTS LLC
49 Research Drive
Milford, CT 06460

Gage, Christina
13021 Shenandoah Dr.
Lakeside, CA 92040-3333

GARY HORTENSTINE
1353 Old Virginia Ct.
Marietta, GA 30067

Gelvin, Eric
4354 E Sandia St.
Phoenix, AZ 85044

Georgia State University Athletics /
Georgia State University Stadium
755 Hank Aaron Dr.
Atlanta, GA 30315-1120

Georgia State University dba GSU  Panther Di
55 Gilmer Street Room 318
Atlanta, GA 30303

Glick, Rush
1651 Vann Court
El Cajon, CA 92020-2236

Goddard, John
1833 Wind Willow Road
Belle Isle, FL 32809-6859

Green, Nicholas
18626 Creekside Pass
San Antonio, TX 78259-3306

GREY SEAL PUPPETS
PO BOX 12
MCCLELLANVILLE, SC 29458

Hamilton, Michael
2349 N. Atwood Circle
Mesa, AZ 85207-2490

Hands on Atlanta
C/O KILPATRICK TOWNSEND & STOCKTON LLP
1100 PEACHTREE STREET NE SUITE 2800
ATLANTA, GA 30309

HEATHER J PANKO
STUTZMAN BROMBERT ESSERMAN & PLIFKA
2323 BRYAN ST SUITE 2200
DALLAS, TX 75201

Hernandez, Jose
1681 san altos
Lemon Grove, CA 91945-3929

High Rise Audio
6783 S 2300 E
Salt Lake City, UT 84121-3121

Hog Wild
c/o R SHERWOOD
EVANS PETREE PC
1291 TULLY ST
1715 AARON BRENNER DR #800
MEMPHIS, TN 38107

Holiday Inn Riverwalk
217 N. St. Marys Street
San Antonio, TX 78205-2303

Hyatt Regency Riverwalk San Antonio
123 Losoya
San Antonio, TX 78205-2688

ICM Partners - Terrell Davis
10250 Constellation Blvd. 31st floor
Los Angeles, CA 90067-6231

iHeartMedia Ent. Inc.
c/oHerzlich & Blum, LLP
15760 Ventura Boulevard
Suite 700
Encino, CA 91436

JACK DONALD SIDES II
5621 BUTTERCUP LANE
MCKINNEY, TX 75070

JACK KNIGHT ELECTRICAL
11625 RAINBOW RIDGE
HELOTES, TX 78023

JAMES PATRICK GLEASON
1237 Union Club Drive
Winter Garden, FL 34787

Jeff Knight Electrical
11625 Rainbow Ridge
Helotes, TX 78023-4406

JENNIFER L WHITMORE
6022 Spring Time
San Antonio, TX 78249

JENNIFER MONN
3597 Gatlin Place Circle
Orlando, FL 32812

Joe Bosack
1661 Oak Road
Pottsville, PA 17901-3209

JOHN R RICHARDSON
13100 Hissen Ridge Ln
Clermonth, Fl 34715

JOHN ROUNDTREE
9188 Mudville Rd.
Millington, TN 38053

JONATHAN HODGINS
1334 Baur Boulevard
St. Louis, MO 63132

JONATHAN HOWELL
(PAVILION MANAGEMENT CO.)
GLAST PHILLIPS & MURRAY, PC
14801 QUORUM DRIVE, STE 500
DALLAS, TX 75254

Juleyna, LLC dba Exhibit Experts
4012 East Broadway
Suite 307
Phoenix, AZ 85040-8800

KCYY/KISS/KTKX RADIO
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

KENS TELEVISION
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

KFMB TELEVISION
C/O ZSABO ASSOC INC.
3355 LENOX RD NE, SUITE 945
ATLANTA, GA 30326

Knuckey, Thomas
310 W Hornbeam Dr
longwood, FL 32779-2533

Kohlhausen, Susan
5918 Tivoli Gardens Blvd
Orlando, FL 32829-7704

KPNX TELEVISION
C/O SZABO ASSOC INC.
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

KRLV/KOMP/KBAD RADIO
C/O SZABO ASSOC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

Ladds
6881 Appling Farms Parkway
Memphis, TN 38133-4713

LAMAR
P.O Box 96030
Baton Rouge, LA 70896-9030

Lamar Advertising
1600 Century Ctr Pkwy #104
Memphis, TN 38134-6100

LATHROP GAGE
RAYMOND URBANIK
2101 CEDAR SPRINGS RD
SUITE 1400
DALLAS, TX 75201

LATHROP GAGE
WENDI ALPER PRESSMAN
7701 FORSYTH BLVD SUITE 500
ST LOUIS, MO 63105

Law Enforcement Specialists Inc
PO Box 11656
Glendale, AZ 85318-1656

LAWRENCE D PARK
109 OAKWOOD DR
CUMMIMG, GA 30040

Lazser Down LLC
4528 W. 140th Street
Leawood, KS 66224-3591

LEWIS CONSULTING
11317 VIA PLAYA DE CORTES
SAN DIEGO, CA 92124

Lopez, Jake
8922 Summer Trail
San Antonio, TX 78250-2613

Mabry, Ashaad
21302 Encino Commons #9204
San Antonio, TX 78259

MacDonald, Kelly
1923 San Jose Ave,
San Francisco, CA 94112-2406

Major Promotions
3517 Spring Valley Court
Mountain Brook, AL 35223-1467

MANUEL RAMIREZ
22702 Sabine Summit
San Antonio, TX 78258

Markey, John & Teresa
5508 Redland Dr
San Diego, CA 92115-2215

Marriott Hotel Services Inc DBA Scottsdale
Marriott at McDowell Mountains
John C Josefsberg
12740 Hillcrest Rd #240
Dallas, TX 75230

MARRIOTT INTERNATIONAL INC.
John C. Josefsberg
12740 Hillcrest Rd suite 240
Dallas, TX 75230

Mason, Thomas
7777 Glen American Apt 349,
Dallas, TX 75225-1840

Masque Sound & Recording DBA Professional
Wireless Systems
21 E Union Ave
East Rutherford, NJ 07073-2127

Matthies, Mason
PO Box 732
Rancho Santa Fe, CA 92067-0732

Maywald, John
39 Walnut Grove Road
Boerne, TX 78006-6222

Mclain, Nick
3753 e fairfield st
mesa, AZ 85205-4969

Media2, Inc. dba m2
1 Bridge St.
Suite 215
Irvington, NY 10533-1629

MIND OVER MEDIA LLC
15212 N 53RD STREET
SCOTTSDALE, AZ 85254

MMS MEDIA LLC
11872 REAGAN STREET
LOS ALAMITOS, CA 90720

Mobile Modular
NIEL BANSRAJ
5700 LAS POSITAS RD.
LIVERMORE, CA 94550

Morris, Colin
152 NE 167 Street
Suite 403
Miami, FL 33162-3400

Moxley, Trae J.
PO Box 1252,
Carbondale, CO 81623-1252

Muirbrook, Richard
2433 Hansen Meadows Drive,
Syracuse, UT 84075-9368

Murray, Aaron
C/O ELEMENT SPORTS
3180 NORTH POINT PKWY SUITE 106
ALPHARETTA, GA 30005

Nationwide Referral Company, Inc. dba Apartm
Relocation Center
11818 Wurzbach Rd.
San Antonio, TX 78230-2710

NBCUNIVERSAL MEDIA LLC
30 Rockefeller Plaza(1221 Campus)
New York, NY 10112

NEP II, Inc dba NEP Supershooters, LP
c/o Paul Mazeski, Esq.
301 Grant Street, 20th Floor
Pittsburgh, PA 15219

nerdmatics
8149 Santa Monica Blvd
#404
West Hollywood, CA 90046-4912

NICOLAS LARIOS
206 Cork Way
Davenport, FL 33897

North Carolina Department of Revenue
BANKRUPTCY UNIT
PO BOX 1168
Raleigh, NC 27602-1168

OFFICE DEPOT
6600 N MILITARY TRAIL, S416N
BOCA RATON, FL 33496

Ollier, Lori
31459 Sonoma Lane
Temecula, CA 92591-2116

Outdoor America Images, Inc.  OAI
4545 W Hillsborough Ave
Tampa, FL 33614-5441

PATRICK A. HARRINGTON
PO Box 1019
Vidor, TX 77670-1019

PATRICK H AUTRY
(DUNDON CAPITAL PARTERS &
THOMAS G DUNDON)
BRANSCOMB PC
(DUNDON CAPITAL PARTNERS)
8023 VANTAGE DRIVE, SUITE 560

Paul M Halsey dba Admiral Video, LLC
503 E. Erie St.  Suite B
Lancaster, NY 14086-9506

Pavilion Management Company dba Hilton Phoen
Mesa Hotel
1011 W Holmes Avenue
Mesa, AZ 85210-4923

PCH TRIBUNE LLC DBA NUMBER SIX LLC
4770 S 5600 W
West Valley City, UT 84118-7400

PCS Production Company, LP
1551 Corporate Drive
Suite 125
Irving, TX 75038-2450

Polian Consulting
C/O  IRVING WALKER
COLE SCHOTZ PC
300 LOMBARD ST #1450
BELTIMORE, MD 21202

PORTER  HEDGES LLP
AARON J POWER
1000 MAIN STREET 36TH FL
HOUSTON, TX 77002

PRISMIC IO, Inc.
185 Alewife Brook Parkway, Suite 210
Cambridge, MA 02138-1104

Prospect Productions LLC dba Barnicle
175 Varick St. 2nd floor
New York, NY 10014-5856

Reed, Michael
16165 Cayenne Ridge Rd
San Diego, CA  92127-3707

RENEE STOUT
2630 Fallbrook Dr.
Oviedo, FL 32765

Residence Inn by Marriott Orlando Downtown
680 N Orange Ave
Orlando, FL 32801-1374

Rheinbold, Jim
10437 La Morada Dr
San Diego, CA 92124-1011

RHINO ARIZONA, LLC
125 W Julie Dr.
Tempe, AZ 85283

ROBERT ZEARFOSS
2548 Rio Cordillera
San Antonio, TX 78006

Royal Restrooms Mountain West, LLC
563 N Colorado St
Salt Lake City, UT 84116-2505

RUSSELL W MILLS
BELL NUNNALLY & MARTIN LLP
2323 ROSS AVE SUITE 1900
DALLAS, TX 75201

RUSSELL W. MILLS
(DUNDON CAPITAL PARTNERS
& THOMAS G DUNDON)
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

Russell, John
3642 Terrace Place
Carlsbad, CA 92010-6593

RUTHER PALMER
1827 Schley Ave.
San Antonio, TX 78210

SAFC Management
One AT&T Parkway
San Antonio, TX 78219

Safety Services, Inc. dba U.S. Safety Servic
5525 Blanco Rd. Suite 124
San Antonio, TX 78216-6678

SAMANTHA EVANS
539 Parkmont Ct
San Antonio, TX 78258

SAN ANTONIO BUSINESS JOURNAL
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

SAN ANTONIO EXPRESS
c/o Zalina Tsarakova
4747 Southwest Freeway
Houston, TX 77027

SCOTT ENOS
14718 EAGLES CROSSING DRIVE
ORLANDO, FL 32837-6923

Security Industry Specialists Inc. - SIS
20 West Galer Street
Seattle, WA 98119

SECURITY INDUSTRY SPECIALISTS, INC.
C/O WAYNE R TERRY
15910 VENTURA BOULEVARD 12TH FL
ENCINO, CA 91436

Shapins, William
13119 Lakeshore Grove Drive
Winter Garden, FL 34787-5459

Shavers, Brenda S
574 Terry Street Southeast
Atlanta, GA 30312-2838

SHOCK DOCTOR INC.
11488 SLATER AVE
FOUNTAIN VALLEY, CA 92708-5440

Signal Wiz - Technical Services
6822 Fisk Avenue
San Diego, CA 92122-2437

Silverman Group
436 Orange Street
New Haven, CT 06511-6402

Simplified Coach, Inc.
14051 Saratoga-Sunnyvale Rd.
Saratoga, CA 95070-5834

Skousen, Lindsay
459 Virginia Dr
Winter Park, FL 32789-5806

Smith, Charles
4233 Avacado Blvd
La Mesa, CA 91941-7125

Sneaky Big Studios, LLC
15750 N. Northsight Blvd.
Scottsdale, AZ 85260-1936

Sodexo
c/o Thomas Stanton, Ass Gen Counsel
9801 Washingtonian Blvd 12th Fl
Gaithersburg, MD 20878

SPECTRUM REACH/CHARTER
PO BOX 936671
ATLANTA, GA 31193-6671

STACIE JOHNSON
3039 Chavez Ave
Clermont, FL 34715

Stallard, Diane
1503 South Silverstone Court
Orange City, FL 32763-6256

STATE OF ALABAMA
DEPT OF REVENUE
PO BOX 320001
MONTGOMERY, AL 36132-0001

STEPHEN J HUMENIUK
LOCKE LORD LLP
600 CONGRESS AVE SUITE 2200
AUSTIN, TX 78701

STEVE MARIUCCI
c/o Arnie Herz
14 Vanderventer Ave, suite 255
Port Washington, NY 11050

STEVEN SHAFER
1290 Rip-Jay Circle
Canyon Lake, TX 78133

Stieg, Frank
215 Salvador Square
Winter Park, FL 32789-5618

Tarasewich, Thomas
3647 All American Blvd
Orlando, FL 32810-4726

Tastinger, Anthony
14867 Hawksmoor Run Circle
Orlando, FL 32828-7510

TEAMWORKS INNOVATIONS, INC.
122 E Parrish Street
Durham, NC 27701

Temple, Nicholas
6166 TREE FOX PL
Indianapolis, IN 46237

THE MONTAG GROUP, LLC
14 Vanderventer Ave Suite 255
Port Washington, NY 11050

THEODORE J COTTRELL
4580 REGENCY TRACE SW
ATLANTA, GA 30331

THREE SISTERS PARTNERSHIP
c/op Russell Savory
Beard & Savory
119 S main St Suite 500
Memphis, TN 38103

TIMOTHY GRANT
867 S Grant St.
Longwood, FL 32750-5507

TNT Game Truck, LLC
26788 Rhapsody Ct.
Menifee, LA 92584-2714

Tompkins, John
4703 Camberley Ct.
San Diego, CA 92154-8407

TREY BATES
215 N Center
#310
San Antonio, TX 78202

TRI-C Club Supply Inc.
32615 Park Lane St.
Garden City, MI 48135-1528

TRT DEVELOPMENT COMAPNY-SAN ANTONIO
C/O WICK PHILLIPS ATTN: JASON RUDD
3131 McKINNEY AVE., SUITE 100
DALLAS, TX 75204

TRT DEVELOPMENT COMPANY
Omni SA Hotel
c/o Kristen A Miller Reinsch
4001 Maple Ave, Suite 600
Dallas, TX 75219

UTAH MEDIA GROUP
4770 S 5600 W
WEST VALLEY CITY, UT 84118

Varner, Nicole
221 Crumley Street SW
Atlanta, GA 30312-2609

Vaughn, Nia
405 Pleasant Hill Road 30047-2980

VITAC Corporation
8300 E Maplewood Ave Suite 310
Greenwood Village, CO 80111-4851

Wadley, Jim
786 West Solana Circle
Solana Beach, CA  92075-2358

WALTER JOHN ELLIS DBA SPORTS & BROA-
CAST SERVICE, 12101 E Mountain View Rd.
Scottsdale, AZ 85259

War Machine Inc dba TSHIRTGUN.COM
3429-B Rutherford Rd EXT
Taylors, SC 29687-2133

Ward, Thomas
612 Angelica Circle,
Cary, NC 27518-8727

Watson, Kenneth
3503 Tree Crossing Parkway,
Birmingham, AL 35244-4095

WAYNE TERRY
HEMAR ROUSSO & HEALD
15910 VENTURA BOULEVARD, 12TH FL
ENCINO, CA 91436

WCF Mutual Insurance
c/o Law Offices of William B King, PC
3511 Broadway
San Antonio, TX 78209

Weber, Jake
1120 Ecology Loop
Eads, TN 38028-3416

WEIL GOTSHAL & MANGES LLP
YEHUDAH BUCHWEITZ & GARRETT FAIL
(CBS)
767 FIFTH AVE
NEW YORK, NY 10153

WEIL GOTSHAL & MANGES LLP
ALFREDO PEREZ
700 LOUISIANA ST SUITE 1700
HOUSTON, TX 77002

Wellman, Dale
2692 Indigo Drive
El Cajon, CA 92019-3869

WFTV TELEVISIONC/O SZABO
ASSOCIATES INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

WHBQ TELEVISION
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

WHBQ-TV - Cox Media Group NE, Inc.
P.O Box 82393
Chicago, IL 80691-0293

WHBQ-TV - Cox Media Group NE, Inc., Jay
6080 Mt. Moriah Road EXT
Memphis, TN 38115-2645

WILFORD COLEMAN, JR.
2121 PIONEER PASS
SEGUIN, TX 78155

WILLIAM ENGSTRAND
1505 S SILVERSTONE CT.
ORANGE CITY, FL 32763

WILLIAM J NEULS
4910 Hershey Dr
San Antonio, Tx 78220

WILLIAM MICHAEL MURRAY
4019 Conway Place Circle
Orlando, FL 32812

WILLIAM ROBERTS
413 Four Seasons Ave
mascotte, FL 34753

Wilson, Joy
15330 75 Avenue N.
Palm Beach Gardens, FL 33418-1901

Wolff, Steve
2131 Palomar Airport Road Ste. 330
Carlsbad, CA 92011-1466

WRSV RADIO
C/O SZABO ASSOC INC
3355 LENOX RD NE, SUITE 945
ATLANTA, GA 30326