**Daniel Paez**

| | |
|---|---|
| From: | Wertz, Jennifer <jwertz@jw.com> |
| Sent: | Thursday, January 16, 2020 12:04 PM |
| To: | Daniel Paez |
| Cc: | Gradney, Kendra |
| Subject: | RE: RETURN OF EXHIBITS FOR SILICON VALLEY BANK VS. RANDOLPH OSHEROW - CASE NO. 19-50900 - RE: DOC# 207 |

No need for the exhibits, feel free to destroy!

Thanks,

**Jennifer Wertz** | Partner
100 Congress Avenue Suite 1100 | Austin, TX | 78701
V: (512) 236-2247 | F: (512) 391-2147 | jwertz@jw.com


Jackson Walker LLP

**From:** Daniel Paez <Daniel_Paez@txwb.uscourts.gov>
**Sent:** Thursday, January 16, 2020 11:54 AM
**To:** Wertz, Jennifer <jwertz@jw.com>
**Subject:** RETURN OF EXHIBITS FOR SILICON VALLEY BANK VS. RANDOLPH OSHEROW - CASE NO. 19-50900 - RE: DOC# 20

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

*Dear : Ms. Wertz*

*A final order was entered on **8/23/19** regarding the following contested matters:*

### *#143 TRUSTEE'S MOTION TO COMPEL SILICON VALLEY BANK TO TURNOVER OF FUNDS IN THE AMOUNT OF $196,650.03*

### *#165 MOTION FOR RELIEF FROM STAY*

*Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.*

*Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **(10 days)**.*

***If we do not hear from you by this date, your exhibits will be destroyed by***

1

*the Bankruptcy Clerk's Office without further notice.*

*Attached is a copy of the Exhibit and Witness List for your review.*

*Thank you,*

*Daniel Paez*

**Case Manager**
**U.S. Bankruptcy Clerk's Office**
**Ph# 210-472-6720 x 5739**
Daniel_Paez@txwb.uscourts.gov