UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 19-50900-CAG-7 |
| LEGENDARY FIELD EXHIBITIONS, LLC, ET AL, | § § § § | CHAPTER 7 |
| DEBTORS. | § § § | |
| | | |
| COLTON SCHMIDT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMLARLY SITUATED; AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, | § § § § § § § § | |
| PLAINTIFFS, | § § | ADV. PROC. NO. 19-05053 |
| AAF PLAYERS, LLC, THOMAS DUNDON, CHARLES "CHARLIE" EBERSOL, LEGENDARY FIELD EXHIBITIONS, LLC, AAF PROPERTIES, LLC, EBERSOL SPORTS MEDIA GROUP, INC. AND DOES 1 THROUGH 200, INCLUSIVE | § § § § § § § § | |
| DEFENDANTS. | § | |

## AMENDED NOTICE OF ASSOCIATION
## AND APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned counsel hereby enters an amended appearance removing **Britton D. McClung** and substituting **Mark A. Fritsche** in these matters on behalf of Colton Schmidt, individually and on behalf of others similarly situated, and Reggie Northrup, individually and on behalf of others similarly situated, in the above-styled and numbered cause, and hereby requests service of all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, including all notices, orders, and

opinions issued by the Court pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure. Counsel's contact information is as follows:

**Joshua L. Hedrick**
**Katharine Battaia Clark**
**Mark A. Fritsche**
**Hedrick Kring, PLLC**
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Phone: (214) 880-9600
Fax: (214) 481-1844
Josh@HedrickKring.com
KClark@HedrickKring.com
Mark@HedrickKring.com

This appearance is as co-counsel with Abir Cohen Treyzon Salo, LLP, which counsel has previously appeared on behalf of these creditors.

Dated: January 17, 2020

Respectfully submitted,

*/s/ Katharine Battaia Clark*

**Joshua L. Hedrick**
Texas State Bar No. 24061123
**Katharine Battaia Clark**
Texas State Bar No. 24046712
**Mark A. Fritsche**
Texas State Bar No. 24100095

**HEDRICK KRING, PLLC**
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Phone: (214) 880-9600
Fax: (214) 481-1844
Josh@HedrickKring.com
KClark@HedrickKring.com
Mark@HedrickKring.com

-and-

**Boris Treyzon** (SBN 18893)
**Jonathon Farahi** (SBN 324316)
**ABIR COHEN TREYZON SALO, LLP**
16001 Ventura Boulevard, Suite 200
Encino, California 91436
Phone: (424) 288-4367
Fax: (424) 288-4368
btreyzon@actslaw.com
jfarahi@actslaw.com

**COUNSEL FOR COLTON SCHMIDT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system on the 17th day of January, 2020.

                                              */s/ Katharine Battaia Clark*
                                              Katharine Battaia Clark