IN THE UNITED STATESANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 19-50900-CAG |
| LEGENDARY FIELD EXHIBITIONS, LLC, | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

| | | |
|---|---|---|
| LEGENDARY FIELD EXHIBITIONS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | Adv. No. _____ |
| TECOVAS, INC. and | § | |
| MAJORMEDIA, INC. | § | |
| | § | |
| *Defendants,* | § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

COMES NOW Randolph N. Osherow, Chapter 7 Trustee for the bankruptcy estate of Legendary Filed Exhibitions, LLC and files this Original Complaint against Tecovas, Inc. and MajorMedia, Inc. for breach of contract.

I.

**JURISDICTION AND VENUE AND CONSTITUTIONAL AUTHORITY**

1.      The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334. This action is a core-proceeding pursuant to 28 U.S.C. § 157 (b)(2) (A) and (O).

2.      Venue is proper in this District pursuant to 28 U.S.C. § 1409(c).

3.      The Trustee consents to the entry of a final judgment by this Court in this matter.

II.

**PARTIES**

4.      Plaintiff, Randolph N. Osherow ("Trustee") is the duly-appointed Chapter 7 trustee for the bankruptcy estate of the Debtor. Trustee may be served with pleadings and process in this Adversary Proceeding through his undersigned counsel.

5.      Defendant, Tecovas, Inc. ("Tecovas"), is a Delaware corporation doing business in Texas as Tecovas Boots, Inc. and may be served via its registered agent, The Mangold Group, CPA, PC.

6.      Majormedia is a corporation which may be served by First Class Mail at 515 Center, Scranton, PA 18503.

### III.

### FACTUAL BANKGROUND

7.      Legendary Field Exhibitions, LLC ("Legendary" or "Debtor") is a Delaware limited liability company and filed its petition for voluntary relief under Chapter 7 on April 17, 2019. The case was assigned case number 19-50900, the lead case in six consolidated bankruptcies.

8.      Legendary did business as and operated as the Alliance of American Football ("AAF"). The AAF was engaged in presenting professional football competitions in several American media markets beginning in February and ending in April, 2019. The games were televised on broadcast networks and the through media streaming.

9.      Tecovas in writing authorized Majormedia, Inc. as its agents on Tecovas' behalf to solicit rates and contract to place media adverstisements, including on television and internet. A true and correct copy of the written Authorization is attached hereto as Exhibit "A" and is incorporated by reference for any and all purposes.

10.     Defendant, Tecovas, through its authorized agent, Majormedia, Inc., solicited a contract to advertise the business and goods of Tecovas during AAF game broadcasts during the the 2019 season.

11.     Debtor made a proposal to Tecovas for $41,600.00 for Live In-Game Commercial Media and $12,500.00 for Custom Feature/Integration Added Value. The total advertisement package actually provided for the benefit for Tecovas was $54,100.00. At Defendants' request, the Debtor provided advertisements, for the benefit of Defendants Tecovas, through various networks for the period March 16, 2019 through March 31, 2019. The Debtor kept a systematic record of the advertising spots run and the amounts owed attributable to those spots. The Debtor invoiced those amounts to Tecovas through its

authorized agent, Major Media. A true and correct copy of the invoice for those services and the dates therefor is attached hereto as Exhibit "B" and is incorporated by reference for any and all purposes.

12. Despite demand, Debtor has not been paid for the advertising services provided to Tecovas. On information and belief, Tecovas transmitted funds to its authorized agent sufficient to pay and for the payment of amounts owed to Debtor and Majormedia assumed responsibility for payment. Defendant Majormedia, assured Debtor that Debtor's invoices would be paid, but failed to pay the invoices when due. The invoices have not been paid as of the date of the filing of this Complaint.

13. Plaintiff's action is founded upon a claim for services, and is a claim for liquidated money demanded.

## IV.
### CONDITIONS PRECEDENT

14. All conditions precedent to Plaintiff's claims against the Defendants have occurred, been performed, satisfied, or otherwise fulfilled.

## V.
### ATTORNEY'S FEES

15. Under Texas las Plaintiff is entitled to recover its reasonable and necessary attorney's fees in its prosecution of this case. Plaintiff retained counsel, who has presented Plaintiff's demand to Defendants. Defendants have not tendered the amount owed within 30 days of when the claim was presented. Plaintiff submits to the Court that the following amounts of attorney's fees represent reasonable payment for performance of its attorney's services.

WHEREFORE, Plaintiff prays that the Court enter judgment in its favor and against Defendants and award Plaintiff judgment in the amount of $54,100.00 plus reasonable attorney's fees and for any and all other relief to which he may show himself justly entitled.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER

TURNER & ENGEL, LLP

By: /s/ Steve Turner

Steve Turner (SBN 20341700)
Brian S. Engel (SBN 00789279)
3809 Juniper Trace, Suite 205
Austin, Texas 78738
Telephone: (512) 687-2502
stevet@bdfgroup.com

ATTORNEYS FOR RANDOLPH N. OSHEROW,
CHAPTER 7 TRUSTEE

## CERTIFICATE OF MAILING

By my signature below, I hereby certify that on the 22nd day of January, 2020, a true and correct copy of the foregoing Complaint was served upon all parties listed on the attached mailing matrix via regular First Class Mail.

Tecovas, Inc. ("Tecovas"),
C/O its registered agent, The Mangold Group, CPA, PC.
4201 Bee Caves Rd, Suite A-200
Austin, Texas 78746

Majormedia, Inc.
220 Liinden St,
Scranton, PA 18503.

/s/ Steve Turner

Steve Turner

A Bounce Above
13745 Lyall Pl
Lakeside, CA 92040-4823

AAF-ARIZONA HOTSHOTS
Park Place Printing, Inc.
535 W Baseline Rd., Ste 104
Mesa, AZ 85210

Aflanny Inc.
P.O. Box 233
Rancho Santa Fe, CA 92067-0233

AIRZONA BOARD OF REGENTS
ARIZONA STATE UNIV
C/O ROBERT CHARLES JR.
ONE SOUTH CHURCH AVE SUITE 2000
TUCSON, AZ 85701

ALAN J SNYDER
3315 Falling Creek
San Antonio, TX 78259

Ali, Salene
110 Sunnyland Dr
San Antonio, TX 78228-2915

ALPHA ENTERTAINMENT, LLC
c/oARTOUSH VARSHOSAZ
K&L GATES, LLP
1717 MAIN STREET, #2800
DALLAS, TX 75201

ANGELA CATES
27022 Foggy Meadows Street
San Antonio, TX 78260

Annotti, Mark
2170 FAIRMONT CIRCLE
ORLANDO, FL 32837-6789

ANTHONY HURST
4716 Valdina Way
San Diego, CA 92124-2433

APRIL SCHULZE
10627 Larch Grove St.
Helotes, TX78023

Aramark Sports and Entertainment Services, L
C/O DUANE MORRIS LLP
JARRET P HITCHINGS
222 DELAWARE AVE SUITE 1600
WILMINGTON, DE 19801
Philadelphia, PA 19103-3041

Arizona Department of Revenue
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

ATLANTA JOURNAL CONSTITUTION
c/o Szabo Assoc. Inc.
3355 Lenos Rd NE Suite 945
Atlanta, GA 30326

AY Productions LLC
1334 Park View Avenue #250
Manhattan Beach, CA 90266-3751

Big Fogg, Inc.
42095 Zero Dr. Unit A2
Temecula, CA 92590-3747

bluemedia
Gallaghers & Kennedy
Joe Cotterman
2575 E Camelback Rd Suite 1100
Phoeniz, AZ 85016

BPM Concerts, LLC dba Ballpark Music
1045 Crossvine Rd.
Roswell, GA 30075-3886

Broadway Media, LLC dba KXRK, KEGA, KYMV.
KUUU, KUDD, KALL, KOVO
50 West Broadway #200
Salt Lake City, UT 84101-2024

Buck's Bags Inc.
2401 West Main St.
Boise, ID 83702-4845

BYRON JONES
113 MOSELEY AVE
EATONVILLE, FL 32751

CaliVenture Party Rentals
5562 Las Alturas Terrace
San Diego, CA 92114-5316

Callaway, Rob
12644 Brite Ranch
San Antonio, TX 78245-3218

Campbell Clinic Orthopedics
1400 South Germantown Road
Germantown, TN 38138-2205

Carroll, William
1285 Burgundy Court
Oviedo, FL 32766-6686

CBT CREATIVE BROADCASTIN TECHNIQUES
15 Charles Place
Closter, NJ 07624

CENTURY LINK COMMUNICATIONS, LLC
1025 El Dorado Blvd., Bankruptcy Legal
Broomfield, CO 80021

CHRIS MUFFOLETO
2781 Wassum Trail
Chuluota, FL 32766

Cliff Kleen Athletic
4480 Varsity Dr
Ann Arbor, MI 48108-5007

CLYDE SNOW & SESSIONS PC
201 SOUTH MAIN STREET SUITE 1300
SALT LAKE CITY, UT 84111

CMAXIII Entertainment/ Charles Sloan Jr.
24245 Wilderness Oak Apt #3310
San Antonio, TX 78258-7861

Colsell, Rick
3128 Guilitoy Ave
San Diego, CA 92117-2540

COMMONWEALTH OF PENNSYLVANIA
Attn: Deb Secrest/Labor/Ind Dept
Collections Support Unit
651 Boas Street, Rm 925
Harrisburg, PA 17121

Contemporary Services Corporation - CSC
17101 Superior St.
Northridge, CA 91325-1961

Coronado, Roberto
8034 Myrtle Glade
Converse, TX 78109-3275

Cortez Liquid Waste Services
19540 S US Highway 281
San Antonio TX 78221-9729

Cottrell, Theodore
4580 Regency Trace,
Atlanta, GA 30331-6832

Cox Media LLC San diego dba Cox Media - West
P.O Box 50456
Los Angeles, CA 90074-0456

COX MEDIA SAN DIEGO
c/o Szabo Associates, Inc.
3355 Lenox Rd NE Suite 945
Atlanta, GA 30326

CYNTHIA FRELUND
c/o AARON C SMITH
& STEPHEN J HUMENIUK
LOCKE LORD LLP
111 S WACKER DR
CHICAGO, IL 60606

DANIEL K WARD
8431 Cheyenne Pass
San Antonio, TX 78254

DANNY RHINEHART
11476 Willow
Windermere, FL 34786

Datatix Systems dba Smith'sTix
335 West Bugatti Drive
Salt Lake City, UT 84115-2521

David S Pottruck Revocable Trust
201 Spear St, Ste 1750
San Francisco, CA 94105-1699

Davis, Chrystal
1017 Margot Ln
Lake Wales, FL 33853-2732

Decker, Shawn
17525 Silver Creek Ct
Clermont, FL 34714-5825

DENISE DELOACH
13214 Vista del Mundo
San Antonio, TX 78216

DONNA WINFREY
2980 Cordie Lee Lane
Germantown, TN 38138-8184

Down In Front Productions, LLC
1318 Alford Ave, Suite 201
Hoover, AL 35226-3161

Downey, Carolyn
7450 Olivetas Avenue
Apartment 40
La Jolla, CA 92037-4924

Dr Jill's Foot Pads, Inc.
384 S Military Trail
Deerfield Beach, FL 33442-3007

ED MCCLURE
1610 CR 323
Jourdanton, TX 78026

EDWARD LEPP DBA LEPPSDESIGN, LLC
320 NORTH SHADOWWOOD DRIVE
ST. AUGUSTINE, FL 32086

EM Printing, LLC
3081 Bartlett Corporate Dr.
Bartlett, TN 38133-8943

Embassy Suites by Hilton South Jordan
Salt Lake City
10333 South Jordan Gateway
South Jordan, UT 84095-3954

Embassy Suites San Antonio Riverwalk Downtow
125 East Houston St.
San Antonio, TX 78205-2247

EMILY MORGAN, LLC
705 EAST HOUSTON STREET
SAN ANTONIO, TX 78205

ENTERPRISE NEWS GROUP
825 N 300 WEST
SUITE NE 220
SALT LAKE CITY, UT 84103

Estrada, Letty
535 W Olmos Dr
San Antonio, TX 78212-1862

Evangelist, John
2669 Eltinge Drive
Alpine, CA 91901-2240

F&F Productions
14333 Myerlake Circle
Clearwater, FL 33760-2839

Fidelis Bookkeeping And Payroll Services
812 N Pacific St
Unit C
Oceanside, CA 92054-1967

Fikes, Bruce
113 W Huff Ave
San Antonio, TX 78214-2129

Fisher, Jason Zone
128 South Kikea Drive
Los Angeles, CA 90048-3526

Five Marketing & Management LLC
925 B Street #603
San Diego, CA 92101-4628

Florida Medical Distributors, LLC
123 Barrier Isle Drive
Ormond beach, FL 32176-2243

Flying V Group
2051 Placentia Ave.
Costa Mesa, CA 92627-3405

Foot Management, Inc.
7201 Friendship Rd.
Pittsville, MD 21850-2039

Ford, Steve
3275 Madison Ave
San Diego, CA 92116-4450

FRANCHISE TAX BOARDBANKRUPTCY SECTION
MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Franklin, Donna
6050 Brunswick Rd
Lakeland, TN 38002-6945

FRESH CONCEPTS LLC
49 Research Drive
Milford, CT 06460

Gage, Christina
13021 Shenandoah Dr.
Lakeside, CA 92040-3333

GARY HORTENSTINE
1353 Old Virginia Ct.
Marietta, GA 30067

Gelvin, Eric
4354 E Sandia St.
Phoenix, AZ 85044

Georgia State University Athletics /
Georgia State University Stadium
755 Hank Aaron Dr.
Atlanta, GA 30315-1120

Georgia State University dba GSU Panther Di
55 Gilmer Street Room 318
Atlanta, GA 30303

Glick, Rush
1651 Vann Court
El Cajon, CA 92020-2236

Goddard, John
1833 Wind Willow Road
Belle Isle, FL 32809-6859

Green, Nicholas
18626 Creekside Pass
San Antonio, TX 78259-3306

GREY SEAL PUPPETS
PO BOX 12
MCCLELLANVILLE, SC 29458

Hamilton, Michael
2349 N. Atwood Circle
Mesa, AZ 85207-2490

Hands on Atlanta
C/O KILPATRICK TOWNSEND & STOCKTON LLP
1100 PEACHTREE STREET NE SUITE 2800
ATLANTA, GA 30309

HEATHER J PANKO
STUTZMAN BROMBERT ESSERMAN & PLIFKA
2323 BRYAN ST SUITE 2200
DALLAS, TX 75201

Hernandez, Jose
1681 san altos
Lemon Grove, CA 91945-3929

High Rise Audio
6783 S 2300 E
Salt Lake City, UT 84121-3121

Hog Wild
c/o R SHERWOOD
EVANS PETREE PC
1291 TULLY ST
1715 AARON BRENNER DR #800
MEMPHIS, TN 38107

Hyatt Regency Riverwalk San Antonio
123 Losoya
San Antonio, TX 78205-2688

ICM Partners - Terrell Davis
10250 Constellation Blvd. 31st floor
Los Angeles, CA 90067-6231

iHeartMedia Ent. Inc.
c/oHerzlich & Blum, LLP
15760 Ventura Boulevard
Suite 700
Encino, CA 91436

JACK DONALD SIDES II
5621 BUTTERCUP LANE
MCKINNEY, TX 75070

JACK KNIGHT ELECTRICAL
11625 RAINBOW RIDGE
HELOTES, TX 78023

JAMES PATRICK GLEASON
1237 Union Club Drive
Winter Garden, FL 34787

Jeff Knight Electrical
11625 Rainbow Ridge
Helotes, TX 78023-4406

JENNIFER L WHITMORE
6022 Spring Time
San Antonio, TX 78249

JENNIFER MONN
3597 Gatlin Place Circle
Orlando, FL 32812

Joe Bosack
1661 Oak Road
Pottsville, PA 17901-3209

JOHN R RICHARDSON
13100 Hissen Ridge Ln
Clermonth, Fl 34715

JOHN ROUNDTREE
9188 Mudville Rd.
Millington, TN 38053

JONATHAN HODGINS
1334 Baur Boulevard
St. Louis, MO 63132

Juleyna, LLC dba Exhibit Experts
4012 East Broadway
Suite 307
Phoenix, AZ 85040-8800

KCYY/KISS/KTKX RADIO
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

KENS TELEVISION
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

KFMB TELEVISION
C/O ZSABO ASSOC INC.
3355 LENOX RD NE, SUITE 945
ATLANTA, GA 30326

Knuckey, Thomas
310 W Hornbeam Dr
longwood, FL 32779-2533

Kohlhausen, Susan
5918 Tivoli Gardens Blvd
Orlando, FL 32829-7704

KPNX TELEVISION
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

KRLV/KOMP/KBAD RADIO
C/O SZABO ASSOC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

Ladds
6881 Appling Farms Parkway
Memphis, TN 38133-4713

LAMAR
P.O Box 96030
Baton Rouge, LA 70896-9030

Lamar Advertising
1600 Century Ctr Pkwy #104
Memphis, TN 38134-6100

LATHROP GAGE
RAYMOND URBANIK
2101 CEDAR SPRINGS RD
SUITE 1400
DALLAS, TX 75201

LATHROP GAGE
WENDI ALPER PRESSMAN
7701 FORSYTH BLVD SUITE 500
ST LOUIS, MO 63105

Law Enforcement Specialists Inc
PO Box 11656
Glendale, AZ 85318-1656

LAWRENCE D PARK109 OAKWOOD DR
CUMMIMG, GA 30040

Lazser Down LLC
4528 W. 140th Street
Leawood, KS 66224-3591

LEWIS CONSULTING
11317 VIA PLAYA DE CORTES
SAN DIEGO, CA 92124

Lopez, Jake
8922 Summer Trail
San Antonio, TX 78250-2613

Mabry, Ashaad
21302 Encino Commons #9204
San Antonio, TX 78259

Major Promotions
3517 Spring Valley Court
Mountain Brook, AL 35223-1467

MANUEL RAMIREZ
22702 Sabine Summit
San Antonio, TX 78258

Markey, John & Teresa
5508 Redland Dr
San Diego, CA 92115-2215

Marriott Hotel Services Inc DBA Scottsdale
Marriott at McDowell Mountains
John C Josefsberg
12740 Hillcrest Rd #240
Dallas, TX 75230

MARRIOTT INTERNATIONAL INC.
John C. Josefsberg
12740 Hillcrest Rd suite 240
Dallas, TX 75230

Mason, Thomas
7777 Glen American Apt 349,
Dallas, TX 75225-1840

Masque Sound & Recording DBA Professional
Wireless Systems
21 E Union Ave
East Rutherford, NJ 07073-2127

Matthies, Mason
PO Box 732
Rancho Santa Fe, CA 92067-0732

Maywald, John
39 Walnut Grove Road
Boerne, TX 78006-6222

Mclain, Nick
3753 e fairfield st
mesa, AZ 85205-4969

Media2, Inc. dba m2
1 Bridge St.
Suite 215
Irvington, NY 10533-1629

MIND OVER MEDIA LLC
15212 N 53RD STREET
SCOTTSDALE, AZ 85254

MMS MEDIA LLC
11872 REAGAN STREET
LOS ALAMITOS, CA 90720

Mobile Modular
NIEL BANSRAJ
5700 LAS POSITAS RD.
LIVERMORE, CA 94550

Morris, Colin
152 NE 167 Street
Suite 403
Miami, FL 33162-3400

Moxley, Trae J.
PO Box 1252,
Carbondale, CO 81623-1252

Muirbrook, Richard
2433 Hansen Meadows Drive,
Syracuse, UT 84075-9368

Murray, Aaron
C/O ELEMENT SPORTS
3180 NORTH POINT PKWY SUITE 106
ALPHARETTA, GA 30005

Nationwide Referral Company, Inc. dba Apartm
Relocation Center
11818 Wurzbach Rd.
San Antonio, TX 78230-2710

NBCUNIVERSAL MEDIA LLC
30 Rockefeller Plaza(1221 Campus)
New York, NY 10112

nerdmatics
8149 Santa Monica Blvd
#404
West Hollywood, CA 90046-4912

NICOLAS LARIOS
206 Cork Way
Davenport, FL 33897

North Carolina Department of Revenue
BANKRUPTCY UNIT
PO BOX 1168
Raleigh, NC 27602-1168

OFFICE DEPOT
6600 N MILITARY TRAIL, S416N
BOCA RATON, FL 33496

Ollier, Lori
31459 Sonoma Lane
Temecula, CA 92591-2116

Outdoor America Images, Inc. OAI
4545 W Hillsborough Ave
Tampa, FL 33614-5441

PATRICK A. HARRINGTON
PO Box 1019
Vidor, TX 77670-1019

PATRICK H AUTRY
(DUNDON CAPITAL PARTERS &
THOMAS G DUNDON)
BRANSCOMB PC
(DUNDON CAPITAL PARTNERS)
8023 VANTAGE DRIVE, SUITE 560

Paul M Halsey dba Admiral Video, LLC
503 E. Erie St. Suite B
Lancaster, NY 14086-9506

Pavilion Management Company dba Hilton Phoen
Mesa Hotel
1011 W Holmes Avenue
Mesa, AZ 85210-4923

PCH TRIBUNE LLC DBA NUMBER SIX LLC
4770 S 5600 W
West Valley City, UT 84118-7400

PCS Production Company, LP
1551 Corporate Drive
Suite 125
Irving, TX 75038-2450

Polian Consulting
C/O IRVING WALKER
COLE SCHOTZ PC
300 LOMBARD ST #1450
BELTIMORE, MD 21202

PORTER HEDGES LLP
AARON J POWER
1000 MAIN STREET 36TH FL
HOUSTON, TX 77002

PRISMIC IO, Inc.
185 Alewife Brook Parkway, Suite 210
Cambridge, MA 02138-1104

Prospect Productions LLC dba Barnicle
175 Varick St. 2nd floor
New York, NY 10014-5856

Reed, Michael
16165 Cayenne Ridge Rd
San Diego, CA 92127-3707

RENEE STOUT
2630 Fallbrook Dr.
Oviedo, FL 32765

Residence Inn by Marriott Orlando Downtown
680 N Orange Ave
Orlando, FL 32801-1374

Rheinhold, Jim
10437 La Morada Dr
San Diego, CA 92124-1011

RHINO ARIZONA, LLC
125 W Julie Dr
Tempe, AZ 85283

ROBERT ZEARFOSS
2548 Rio Cordillera
San Antonio, TX 78006

Royal Restrooms Mountain West, LLC
563 N Colorado St
Salt Lake City, UT 84116-2505

RUSSELL W MILLS
BELL NUNNALLY & MARTIN LLP
2323 ROSS AVE SUITE 1900
DALLAS, TX 75201

RUSSELL W. MILLS
(DUNDON CAPITAL PARTNERS
& THOMAS G DUNDON)
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

Russell, John
3642 Terrace Place
Carlsbad, CA 92010-6593

RUTHER PALMER
1827 Schley Ave.
San Antonio, TX 78210

Safety Services, Inc. dba U.S. Safety Servic
5525 Blanco Rd Suite 124
San Antonio, TX 78216-6678

SAMANTHA EVANS
539 Parkmont Ct
San Antonio, TX 78258

SAN ANTONIO BUSINESS JOURNAL
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

SAN ANTONIO EXPRESS
c/o Zalina Tsarakova
4747 Southwest Freeway
Houston, TX 77027

SCOTT ENOS
14718 EAGLES CROSSING DRIVE
ORLANDO, FL 32837-6923

Security Industry Specialists Inc. - SIS
20 West Galer Street
Seattle, WA 98119

SECURITY INDUSTRY SPECIALISTS, INC.
C/O WAYNE R TERRY
15910 VENTURA BOULEVARD 12TH FL
ENCINO, CA 91436

Shapins, William
13119 Lakeshore Grove Drive
Winter Garden, FL 34787-5459

Shavers, Brenda S
574 Terry Street Southeast
Atlanta, GA 30312-2838

SHOCK DOCTOR INC.
11488 SLATER AVE
FOUNTAIN VALLEY, CA 92708-5440

Signal Wiz - Technical Services
6822 Fisk Avenue
San Diego, CA 92122-2437

Silverman Group
436 Orange Street
New Haven, CT 06511-6402

Skousen, Lindsay
459 Virginia Dr
Winter Park, FL 32789-5806

Smith, Charles
4233 Avacado Blvd
La Mesa, CA 91941-7125

Sneaky Big Studios, LLC
15750 N. Northsight Blvd.
Scottsdale, AZ 85260-1936

Sodexo
c/o Thomas Stanton, Ass Gen Counsel
9801 Washingtonian Blvd 12th Fl
Gaithersburg, MD 20878

SPECTRUM REACH/CHARTER
PO BOX 936671
ATLANTA, GA 31193-6671

STACIE JOHNSON
3039 Chavez Ave
Clermont, FL 34715

Stallard, Diane
1503 South Silverstone Court
Orange City, FL 32763-6256

STATE OF ALABAMA
DEPT OF REVENUE
PO BOX 320001
MONTGOMERY, AL 36132-0001

STEVE MARIUCCI
c/o Arnie Herz
14 Vanderventer Ave, suite 255
Port Washington, NY 11050

STEVEN SHAFER
1290 Rip-Jay Circle
Canyon Lake, TX 78133

Stieg, Frank
215 Salvador Square
Winter Park, FL 32789-5618

Tarasevich, Thomas
3647 All American Blvd
Orlando, FL 32810-4726

Tastinger, Anthony
14867 Hawksmoor Run Circle
Orlando, FL 32828-7510

TEAMWORKS INNOVATIONS, INC.
122 E Parrish Street
Durham, NC 27701

Temple, Nicholas
6166 TREE FOX PL
Indianapolis, IN 46237

THE MONTAG GROUP, LLC
14 Vanderventer Ave Suite 255
Port Washington, NY 11050

THEODORE J COTTRELL
4580 REGENCY TRACE SW
ATLANTA, GA 30331

THREE SISTERS PARTNERSHIP
c/op Russell Savory
Beard & Savory
119 S main St Suite 500
Memphis, TN 38103

TIMOTHY GRANT
867 S Grant St.
Longwood, FL 32750-5507

TNT Game Truck, LLC
26788 Rhapsody Ct.
Menifee, LA 92584-2714

Tompkins, John
4703 Camberley Ct.
San Diego, CA 92154-8407

TREY BATES
215 N Center
#310
San Antonio, TX 78202

TRI-C Club Supply Inc.
32615 Park Lane St.
Garden City, MI 48135-1528

TRT DEVELOPMENT COMAPNY-SAN ANTONIO
C/O WICK PHILLIPS ATTN: JASON RUDD
3131 McKINNEY AVE., SUITE 100
DALLAS, TX 75204

TRT DEVELOPMENT COMPANY
Omni SA Hotel
c/o Kristen A Miller Reinsch
4001 Maple Ave, Suite 600
Dallas, TX 75219

Varner, Nicole
221 Crumley Street SW
Atlanta, GA 30312-2609

Vaughn, Nia
405 Pleasant Hill Road 30047-2980

VITAC Corporation
8300 E Maplewood Ave Suite 310
Greenwood Village, CO 80111-4851

Wadley, Jim
786 West Solana Circle
Solana Beach, CA 92075-2358

WALTER JOHN ELLIS DBA SPORTS & BROA-
CAST SERVICE, 12101 E Mountain View Rd.
Scottsdale, AZ 85259

Ward, Thomas
612 Angelica Circle,
Cary, NC 27518-8727

Watson, Kenneth
3503 Tree Crossing Parkway,
Birmingham, AL 35244-4095

WAYNE TERRY
HEMAR ROUSSO & HEALD
15910 VENTURA BOULEVARD, 12TH FL
ENCINO, CA 91436

WCF Mutual Insurance
c/o Law Offices of William B King, PC
3511 Broadway
San Antonio, TX 78209

Weber, Jake
1120 Ecology Loop
Eads, TN 38028-3416

WEIL GOTSHAL & MANGES LLP
YEHUDAH BUCHWEITZ & GARRETT FAIL
(CBS)
767 FIFTH AVE
NEW YORK, NY 10153

WEIL GOTSHAL & MANGES LLP
ALFREDO PEREZ
700 LOUISIANA ST SUITE 1700
HOUSTON, TX 77002

Wellman, Dale
2692 Indigo Drive
El Cajon, CA 92019-3869

WFTV TELEVISIONC/O SZABO
ASSOCIATES INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

WHBQ TELEVISION
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

WHBQ-TV - Cox Media Group NE, Inc.
P.O Box 82393
Chicago, IL 80691-0293

WHBQ-TV - Cox Media Group NE, Inc., Jay
6080 Mt Moriah Road EXT
Memphis, TN 38115-2645

WILFORD COLEMAN, JR.
2121 PIONEER PASS
SEGUIN, TX 78155

WILLIAM ENGSTRAND
1505 S SILVERSTONE CT.
ORANGE CITY, FL 32763

WILLIAM J NEULS
4910 Hershey Dr
San Antonio, Tx 78220

WILLIAM MICHAEL MURRAY
4019 Conway Place Circle
Orlando, FL 32812

WILLIAM ROBERTS
413 Four Seasons Ave
mascotte, FL 34753

Wilson, Joy
15330 75 Avenue N.
Palm Beach Gardens, FL 33418-1901

Wolff, Steve
2131 Palomar Airport Road Ste. 330
Carlsbad, CA 92011-1466

WRSV RADIO
C/O SZABO ASSOC INC
3355 LENOX RD NE, SUITE 945
ATLANTA, GA 30326