## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § | CHAPTER 7 |
| | § | |
| LEGENDARY FIELD EXHIBITIONS, LLC. | § | CASE NO. 19-50900-CAG |
| | § | |
| | § | |
| AAF PLAYERS, LLC; | § | CASE NO. 19-50902-CAG |
| | § | |
| AAF PROPERTIES, LLC; | § | CASE NO. 19-50903-CAG |
| | § | |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § | CASE NO. 19-50904-CAG |
| | § | |
| | § | |
| LFE 2, LLC; | § | CASE NO. 19-50905-CAG |
| | § | |
| WE ARE REALTIME, LLC | § | CASE NO. 19-50906-CAG |
| | § | |
| DEBTORS | § | |

(SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) JOINTLY ADMINISTERED UNDER CASE NO. 19-50900-CAG)

### TRUSTEE'S APPLICATION TO EMPLOY
### REID, COLLINS & TSAI, LLP AS SPECIAL LITIGATION COUNSEL

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.  IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.  A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

**TO THE HONORABLE H. CRAIG A. GARGOTTA, U. S. BANKRUPTCY JUDGE:**

Randolph N. Osherow, Trustee, the duly appointed chapter 7 trustee in the above-referenced case ("Applicant" or "Trustee"), and files this Application of Trustee to Employ Reid Collins & Tsai LLP ("RCT"), as Special Litigation Counsel (the "Application").  In support of the

Application, the Trustee relies upon the Declaration of R. Adam Swick (the "Swick Declaration") attached hereto as **Exhibit A**, and respectfully states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. §§ 157(b).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.      Legendary Field Exhibitions, LLC, Ebersol Sports Media Group, Inc. and four affiliates (collectively, the "Debtors") filed their petitions for voluntary relief under Bankruptcy Code Chapter 7 on April 19, 2019 (collectively, the "Bankruptcy Cases").[1]

4.      Randolph N. Osherow was appointed as Chapter 7 Trustee thereafter and continues to serve in that capacity.

5.      On the Trustee's motion, the Court substantively consolidated the Bankruptcy Cases into, *In re Legendary Field Exhibitions*, Case No. 19-50900 [Docket No. 150].

6.      The Trustee proceeded to accumulate and dispose physical property of the Debtors and has been engaged in accumulating information important to administering the estate.  It appears now that the Debtors' remaining assets comprise preference actions and potential claims against investors, former directors, officers, insiders, members and patrons arising out of their actions and omissions in connection with the Debtors' management, oversight, capital raising, lending and operations (the "Claims").  The Claims relate to conduct that occurred in Texas and

---

[1] *In re Legendary Field Exhibitions, LLC,* Case No. 19-50900.
*In re Ebersol Sports Media Group, Inc.,* Case No. 19-50904.
*In re AAF Players, LLC,* Case no. 19-50902.
*In re AAF Properties, LLC,* Case No. 19-50903.
*In re LFE2, LLC,* Case No. 19-50905.
*In re We are Realtime, LLC,* Case No. 19-50906.

elsewhere.  If successful, the Claims may be covered by certain insurance policies the Debtors obtained prepetition, the proceeds of which are property of the estate.  *See In re OGA Charters, LLC*, No.1740920, 2018 WL 4057525, *4-5 (5th Cir. Aug. 24, 2018).

### RCT'S PROPOSED RETENTION

7.    Because the Claims involve the duties and obligations of directors, officers, interested investors with control positions and other corporate agents, counsel with significant experience investigating and litigating claims involving directors and officers, including in the context of a complex bankruptcy case, are well-suited for this engagement.  In the Trustee's judgment, retaining such qualified counsel to investigate the Claims and be in charge of litigation if a determination is made to pursue claims is warranted.  In that regard, the Trustee proposes to employ RCT to investigate, analyze and pursue the Claims.

8.    The Trustee seeks to engage RCT as special litigation counsel because of RCT's knowledge and experience in investigating and pursuing the type of Claims involved here in complex bankruptcy cases, and because RCT is willing to undertake the representation on an alternative, contingent-fee basis.

9.    The Trustee understands and is informed that RCT has substantial experience in complex bankruptcy litigation and litigation against officers, directors and insiders, including claims in which RCT obtained substantial settlements for the estate.  *See e.g., In re Isolux Corsan, L.L.C.*, No. 17-52777 (Bankr. W.D. Tex.); *In re KLD Technologies, Inc.*, No. 16-10345 (Bankr. W.D. Tex.); *In re Fresh & Easy, L,L.C.*, No. 15-1222) (Bankr. D. Del.); *In re AWTR Liquidation, Inc.*, No. 13-775 (Bankr. C.D. Cal.); *In re ZCO Liquidating Corp.*, No. 13-13126 (Bankr. D. Del.); *In re Belle Foods, LLC*, No. 13-81963 (Bankr. N.D. Ala.).

10.    The RCT attorneys primarily responsible for representing the Trustee will be:

R. Adam Swick
Reid Collins & Tsai, LLP
1301 S. Capital of Texas Hwy.
Building C, Suite 300
Austin, TX 78746
512.647.6100 (Main)
512.647.6110 (Direct)
aswick@rctlegal.com

Angela Somers
Reid Collins & Tsai, LLP
810 Seventh Avenue
Suite 410
New York, New York 10019
212.344.5200 (Main)
212.344.5208 (Direct)
asomers@rctlegal.com

Jordan L. Vimont
Reid Collins & Tsai, LLP
1301 S. Capital of Texas Hwy.
Building C, Suite 300
Austin, TX 78746
512.647.6100 (Main)
512.647.6127 (Direct)
jvimont@rctlegal.com

11.　　The Trustee has determined that is appropriate and necessary to engage representation on an alternative contingent-fee basis which will reduce administration costs both by transferring the fee risk of any litigation result to RCT and by capping the amount the Trustee may be required to advance for litigation costs.  Currently, considering the amount and volume of claims filed and the resources in the consolidated estate, it is unlikely that any meaningful distribution to creditors will be made.  Currently, the estate does not contain sufficient value to make a meaningful distribution to creditors.  The Trustee believes that obtaining representations on an alternative contingent-fee basis will conserve estate resources while retaining the services of attorneys well experienced in evaluating and pursuing the sort of Claims under circumstances this case presents.

12.　　Subject to the Court's approval, the Trustee and RCT have entered into a Letter of Engagement in which RCT agrees to be compensated for services on a contingent-fee basis and to be responsible for certain necessary litigation costs above the cap that the Trustee has agreed to bear (for depositions, retention of experts and the like). A true and correct copy of the Letter of Engagement is attached to the Swick Declaration as **Exhibit 1**.

13.     Under the Letter of Engagement and in consideration of the risks RCT is undertaking, the Trustee has agreed, subject to the Court's approval, to pay RCT 35%[2] of the "Recoveries" as defined in the Letter of Engagement.[3]  If there are no Recoveries, RCT will not receive any contingency-fee.

14.     It is expected that pursuing the litigation will involve certain expenses, which may be substantial.  Under the Letter Agreement, the Trustee agreed to conduct e-discovery and to set-aside and pay, subject to Court approval, up to $75,000 before a lawsuit is filed and up to an additional $250,000 if a lawsuit is filed (the "Set-Aside") for the payment of necessary litigation expenses as defined in the Letter of Engagement.  RCT may advance fees and expenses in appropriate instances within the Set-Aside amount and will be entitled to reimbursement of such amounts upon application to and approval by the Court. RCT will advance fees in excess of the Set-Aside and will only be reimbursed such excess amounts out of Recoveries.

15.     RCT has agreed to submit fee applications to the Court periodically for earned fees and the reimbursement of necessary expenses consistent with the Letter of Engagement.  RCT understands that such applications will be analyzed under 11 U.S.C. § 328(a).

16.     RCT is qualified and willing to undertake its engagement in pursuing the estate's Claims described in this Motion and to pursue them to judgment if necessary.  The Trustee therefore, pursuant to 11 U.S.C. §§ 327-328 and Federal Rule of Bankruptcy Procedure 2014, seeks to employ and engage RCT.

---

[2] RCT understands that the trustee's general counsel, Barrett Daffin Frappier Turner & Engel, LLP, has agreed to provide substantial work as additional special counsel if a Claim is pursued for a contingent fee of 5% of recoveries.

[3] The Letter of Engagement defines Recoveries to include the "fair value of all consideration received by the Debtor and its estate in connection with the any settlement, judgment, award, or other recovery related to the Claims."

17.     Other than as described in this motion and the attached Exhibit "A," there is no proposed arrangement to compensate RCT.  RCT has not received any payments from the Trustee to date. RCT has not agreed to share any compensation RCT may receive with any other party or person, except RCT's partners, counsel and associates.

## RCT'S CONNECTIONS AND LACK OF CONFLICTS

18.     The Trustee is advised that RCT has investigated and continues to investigate and identify any connection with creditors or parties in interest, including former directors, officers, and insiders.  To the best of the Trustee's knowledge, other than as set forth in the Swick Declaration, none of RCT's partners, counsel or associates hold any adverse interest or have any connection to the parties and parties in interest in this case.

19.     Further, neither RCT nor any attorney at RCT:  (a) holds a claim against the Debtors' consolidated estate; (b) is a creditor, equity security holder, or an insiders of the Debtors; or (c) ever served as a director, officer, or employee of the Debtors.

20.     While the results of RCT's searches revealed no conflicts of interest regarding RCT's anticipated representation, connections to parties in interest were revealed.  Those connections are specifically described in the Swick Declaration.  Each of the connections is wholly unrelated to these Bankruptcy Cases.  The Trustee and RCT do not believe that either a potential conflict exists with respect to RCT's proposed representation in this case.

21.     Accordingly, the Trustee believes RCT to be a "disinterested person" as defined in 11 U.S.C. § 101(14).

WHEREFORE, the Trustee requests that the Court approve this Application and authorize him to employ RCT as special litigation counsel for the estate as of February 5, 2020.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

By: */s/ Brian S. Engel*
    Steve Turner
    Texas Bar No. 20314700
    Brian S. Engel
    Texas Bar No. 00789279
    3809 Juniper Trace, Suite 205
    Austin, Texas 78738
    Phone: (512) 687-2500
    Fax: (512) 477-1112
    SteveT@bdfgroup.com
    Brianen@bdfgroup.com

GENERAL COUNSEL FOR RANDOLPH N.
OSHEROW, CHAPTER 7 TRUSTEE

## <u>CERTIFICATE OF SERVICE</u>

By my signature below, I hereby certify that on the 21st day of February 2020, a true and correct copy of the foregoing document was served via electronic means or by first class mail as listed on the Court's ECF noticing system and by electronic mail to those persons filing a notice of appearance requesting notice and persons filing a proof of claim, all pursuant to the Court's order for limited notice mailing entered on the Court's docket as document no. 79.

*/s/ Brian S. Engel*
Brian S. Engel

**Limited Mailing Matrix as of February 21, 2020**

**Pursuant to Order Granting Trustee's Motion to Limit Matrix (Docket No. 79)**

| PERSONS FILING A PROOF OF CLAIM | | |
| --- | --- | --- |
| | | |
| Joe Bosack<br>1661 Oak Road<br>Pottsville, PA 17901 | Marriott International, Inc.<br>John C Josefsberg<br>12740 HILLCREST RD #240<br>DALLAS, AZ 75230 | Nicolas Larios<br>206 Cork Way<br>Davenport, FL 33897 |
| The Montag Group, LLC<br>14 Vanderventer Ave., Ste. 255<br>Port Washington, NY 11050 | Pavilion Management Company<br>dba Hilton Phoenix<br>Mesa Hotel<br>1011 W Holmes Avenue<br>Mesa, AZ 85210 | Steven Shafer<br>1290 Rip-Jay Circle<br>Canyon Lake, TX 78133 |
| Steve Mariucci<br>c/o Arnie Herz<br>14 Vanderventer Ave., Ste. 255<br>Port Washington, NY 11050 | Silverman Group<br>436 Orange Street<br>New Haven, CT 06511 | John R Richardson<br>13100 Hissen Ridge Ln<br>Clermont, FL 34715 |
| Outdoor America Images, Inc. OAI<br>4545 W Hillsborough Ave<br>Tampa, FL 33614 | Renee Stout<br>2630 Fallbrook Dr.<br>Oviedo, FL 32765 | Ruth Palmer<br>1827 Schley Ave.<br>San Antonio, TX 78210 |
| Arizona Department of Revenue<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004 | Embassy Suites by Hilton South<br>Jordan<br>Salt Lake City<br>10333 South Jordan Gateway<br>South Jordan, UT 84095 | LEGENDARY FIELD<br>EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 |
| PRISMIC IO, Inc.<br>185 Alewife Brook Parkway, Suite<br>210<br>Cambridge, MA 02138 | LEGENDARY FIELD<br>EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | Alan J Snyder<br>3315 Falling Creek<br>San Antonio, TX 78259 |
| SHOCK DOCTOR INC<br>11488 SLATER AVENUE<br>Fountain Valley, CA 92708-5440 | AAF-Arizona Hotshots<br>Park Place Printing, Inc.<br>535 W Baseline Rd., Ste. 104<br>Mesa, AZ 85210 | Jennifer L Whitmore<br>6022 Spring Time<br>San Antonio, TX 78249 |
| JDH Broadcasting LLC - Dan Hellie<br>324 31st St.<br>Manhattan Beach, CA 90266 | DR. JILLS FOOT PADS INC<br>384 S MILITARY TRAIL<br>DEERFIELD BEACH, FL 33442 | Angela Cates<br>27022 Foggy Meadows Street<br>San Antonio, TX 78260-1822 |
| Fresh Concepts, LLC<br>49 Research Drive<br>Milford, CT 06460 | CBT CREATIVE<br>BROADCASTING<br>TECHNIQUES<br>15 Charles Place<br>Closter, NJ 07624 | Manuel Ramirez<br>22702 Sabine Summit<br>San Antonio, TX 78258-2401 |
| Teamworks Innovations, Inc.<br>122 E Parrish St<br>Durham, NC 27701 | Security Industry Specialists, Inc.<br>Attn: Tom P. Seltz, Pres. & CFO<br>20 West Galer Street<br>Seattle, WA 98119 | Trey Bates<br>215 N Center<br>#310<br>San Antonio, TX 78202-2756 |
| Safety Services, Inc. dba U.S. Safety<br>Services<br>5525 Blanco Rd. Suite 124<br>San Antonio, TX 78216 | Foot Management, Inc.<br>7201 Friendship Rd.<br>Pittsville, MD 21850 | Carroll William<br>1285 Burgundy Ct<br>Oviedo, FL 32766-6686 |
| James Patrick Gleason<br>1237 Union Club Drive<br>Winter Garden, FL 34787-3077 | VITAC Corporation<br>8300 E Maplewood Ave Suite 310<br>Greenwood Village, CO 80111 | Rhinehart, Danny<br>11476 Willow<br>Windermere, FL 34786 |

| | | |
|---|---|---|
| Cox Media - San Diego<br>c/o Szabo Associates Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta GA 30326 | Broadway Media, LLC dba KALL-<br>ESPN 700<br>50 West Broadway<br>Suite 200<br>Salt Lake City, UT 84101 | William Roberts<br>413 Four Seasons Ave<br>Mascotte, FL 34753 |
| bluemedia, Inc.<br>Gallagher& Kennedy c/o Joe<br>Cotterman<br>2575 E Camelback Road Suite 1100<br>Phoenix, AZ 85016 | Rhino Arizona, LLC<br>125 W Julie Dr<br>Tempe, AZ 85283 | Gary Hortenstine<br>1353 Old Virginia Ct.<br>Marietta, GA 30067 |
| Marriott Hotel Services, Inc. dba<br>Scottsdale Marri<br>John C Josefsberg<br>12740 Hillcrest Road #240<br>Dallas, TX 75230 | Stacie Johnson<br>3039 Chavez Avenue<br>Clermont, FL 34715 | LEGENDARY FIELD<br>EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 |
| Jennifer Monn<br>3597 Gatlin Place Circle<br>Orlando, FL 32812 | Thomas A. Tarasewich<br>3647 All American Blvd<br>Orlando, FL 32810 | Patrick A Harrington<br>P. O. Box 1019<br>Vidor, TX 77670-1019 |
| Major Promotions<br>3517 Spring Valley Court<br>Mountain Brook, AL 35223 | Lewis Consulting<br>11317 Via Playa de Cortes<br>San Diego, CA 92124 | Mcclure, Ed<br>1610 C R 323<br>Jourdanton, TX 78026 |
| Anthony Hurst<br>4716 Valdina Way<br>San Diego, CA 92124-2433 | LEGENDARY FIELD<br>EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | Michael Hamilton<br>2349 N Atwood Cir<br>Mesa, AZ 85207 |
| April Schulze<br>10627 Larch Grove Ct<br>HELOTES, TX 78023 | Jones, Byron<br>113 Moseley Ave<br>Eatonville, FL 32751 | Eric Gelvin<br>4354 E. Sandia St<br>PHOENIX, AZ 85044 |
| Donna Winfrey<br>2980 Cordie Lee Lane<br>Germantown, TN 38138-8184 | Datatix - SLC<br>334 W Bugatti Drive<br>Salt Lake City, UT 84115 | Salene Ali<br>110 Sunnyland Dr<br>San Antonio, TX 78228 |
| LEGENDARY FIELD<br>EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | Letty Baldit Estrada<br>535 W Olmos Dr<br>San Antonio, TX 78212 | Thomas Mason<br>7777 Glen America Drive<br>#349<br>Dallas, TX 75225 |
| Willaim J Neuls<br>4910 Hershey Dr<br>San Antonio, TX 78220 | Michael Reed<br>16165 Cayenne Ridge Rd<br>San Antonio, TX 92127 | Dale A. Wellman<br>2692 Indigo Drive<br>El Cajon, CA 92019 |
| Fidelis Bookkeeping And Payroll<br>Services<br>812 N Pacific St<br>Unit C<br>Oceanside, CA 92054 | John M Tompkins<br>4703 Camberley Ct<br>San Diego, CA 92154 | Walter John Ellis dba Sports and<br>Broadcast Service<br>12101 E Mountain View Rd<br>SCOTTSDALE, AZ 85259 |
| Chris Muffoletto<br>2781 Wassum Trail<br>Chuluota,, FL 32766-8544 | Aflanny Inc.<br>P.O. Box 233<br>Rancho Santa Fe, CA 92067 | Hyatt Regency Riverwalk San<br>Antonio<br>123 Losoya<br>San Antonio, TX 78205 |
| Denise DeLoach<br>13214 Vista del Mundo<br>San Antonio, TX 78216 | Morris, Colin<br>152 NE 167 Street<br>Suite 403<br>Miami, FL 33162 | Cain Broadcast Traffic, LLC<br>c/o Ava Cain<br>8820 SW 123rd CT. Apt. L107<br>Miami, FL 33186 |
| Robert Zearfoss<br>2548 Rio Cordillera<br>Boerne, TX 78006 | LEGENDARY FIELD<br>EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | Ray Sprayberry Dds Msd Pa<br>410 N School St<br>Boerne, TX 78006 |

| | | |
|---|---|---|
| LEGENDARY FIELD EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | Robert Callaway<br>12644 Brite Ranch<br>San Antonio, TX 78245 | Juleyna, LLC dba Exhibit Experts<br>4012 East Broadway<br>Suite 307<br>Phoenix, AZ 85040 |
| ohn Rountree<br>9188 Mudville Rd.<br>Millington, TN 38053<br>MILLINGTON, TN 38053 | Vaughn, Nia<br>405 Pleasant Hill Road<br>Lilburn, GA 30047 | Annotti, Mark<br>2170 FAIRMONT CIRCLE<br>ORLANDO, FL 32837 |
| Samantha Evans<br>539 Parkmont Ct<br>San Antonio, TX 78258 | Stieg, Frank<br>215 Salvador Square<br>Winter Park, FL 32789 | ohn C Maywald<br>39 Walnut Grove Rd<br>Boerne, TX 78006 |
| Daniel K. Ward<br>8431 Cheyenne Pass<br>San Antonio, TX 78254 | Marriott International, Inc.<br>John C Josefsberg<br>12740 HILLCREST RD #240<br>DALLAS, AZ 75230 | Nationwide Referral Company,<br>Inc. dba Apartment &<br>Relocation Center<br>11818 Wurzbach Rd.<br>San Antonio, TX 78230 |
| Timothy Grant<br>867 S. GRANT ST<br>LONGWOOD, FL 32750-5507 | Johnson Group, Inc.<br>9 W Country Gables Drive<br>Phoenix, AZ 85023 | Roberto Coronado<br>8034 Myrtle Glade<br>Converse, TX 78109-3275 |
| LEGENDARY FIELD EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | Teamworks Innovations, Inc.<br>122 E Parrish St<br>Durham, NC 27701 | Tastinger, Anthony<br>14867 Hawksmoor Run Circle<br>Orlando, FL 32828 |
| Sneaky Big Studios, LLC<br>15750 N. Northsight Blvd.<br>Scottsdale, AZ 85260 | WILLIAM SHAPINS<br>13119 LAKESHORE GROVE DR<br>WINTER GARDEN, FL 34787 | Georgia State University dba GSU<br>Panther Dining<br>55 Gilmer Street Room 318<br>Atlanta, GA 30303 |
| Paul M Halsey dba Admiral Video,<br>LLC<br>503 E. Erie St. Suite B<br>Lancaster, NY 14086 | PCS Production Company, LP<br>1551 Corporate Drive<br>Suite 125<br>Irving, TX 75038 | Georgia State University Athletics<br>/<br>Georgia State University Stadium<br>755 Hank Aaron Dr.<br>Atlanta, GA 30315 |
| David Capraro<br>3215 River Frio<br>San Antonio, TX 78253 | Ladds<br>6881 Appling Farms Parkway<br>Memphis, TN 38133 | Residence Inn by Marriott Orlando<br>Downtown<br>680 N Orange Ave<br>Orlando, FL 32801 |
| Scott Enos<br>14718<br>Eagles Crossing Drive<br>Orlando, FL 32837-6923 | William Michael Murray<br>4019 Conway Place Circle<br>Orlando, FL 32812 | Royal Restrooms Mountain West,<br>LLC<br>563 N Colorado St<br>Salt Lake City, UT 84116 |
| Edward Lepp dba Leppdesign, LLC<br>320 North Shadowwood Drive<br>St. Augustine, FL 32086 | LEGENDARY FIELD EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | Thomas Ward<br>612 Angelica Circle<br>CARY, NC 27518 |
| Stewart Ogier<br>9238 Brae Moss<br>San Antonio, TX 78249 | Chrystal Davis<br>1017 Margot Ln<br>Lake Wales, FL 33853 | Steve Wolff<br>2131 Palomar Airport Rd Ste 330<br>Carlsbad, CA 92011 |
| Donna Franklin<br>6050 Brunswick Rd.<br>Lakeland, TN 38002 | Thomas S. Knuckey<br>310 W. Hornbeam Drive<br>Longwood, FL 32779 | F&F Productions<br>14333 Myerlake Circle<br>Clearwater, FL 33760 |
| Lindsay Skousen<br>459 Virginia Drive<br>Winter Park, FL 32789 | Rick and Tammy Colsell<br>3128 Guilitoy Ave<br>San Diego, CA 92117-2540 | EM Printing, LLC<br>3081 Bartlett Corporate Dr.<br>Bartlett, TN 38133 |

| | | |
|---|---|---|
| Flying V Group<br>2051 Placentia Ave.<br>Costa Mesa, CA 92627 | TOP Marketing USA<br>c/o Jonathan Hodgins<br>1332 Baur Blvd<br>St. Louis, MO 63132 | John Evangelist<br>2669 Eltinge Drive<br>P.O. Box 2637<br>Alpine, CA 91903 |
| Green, Nicholas<br>18626 Creekside Pass<br>San Antonio, TX 78259 | Signal Wiz - Technical Services<br>6822 Fisk Avenue<br>San Diego, CA 92122-2437 | Atlanta Journal-Constitution<br>c/o Szabo Associates Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta GA 30326 |
| Charles E. Smith<br>4233 Avocado Blvd<br>LaMesa, Ca 91941 | Matthies, Mason<br>PO Box 732<br>Rancho Santa Fe, CA 92067 | Christina Gage<br>13021 Shenandoah dr.<br>lakeside, CA 92040-3333 |
| Joy R Wilson<br>15330 75 Ave N<br>Palm Beach Gardens, FL 33418 | CLIFF KEEN ATHLETIC<br>4480 VARSITY DR<br>ANN ARBOR, MI 48106 | Lopez, Jake<br>8922 Summer Trail<br>San Antonio, TX 78250 |
| John & Teresa Markey<br>5508 Redland Dr<br>San Diego, CA 92115-2215 | LEGENDARY FIELD<br>EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | Brenda Sue Shavers<br>574 Terry Street SE<br>Atlanta, GA 30312-2838 |
| LEGENDARY FIELD<br>EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | Big Fogg, Inc.<br>42095 Zero Dr. Unit A2<br>Temecula, CA 29590 | CaliVenture Party Rentals<br>5562 Las Alturas Terrace<br>San Diego, CA 92114 |
| Decker, Shawn<br>17525 Silver Creek Ct<br>Clermont, FL 34714 | TNT GameTruck, LLC<br>26788 Rhapsody Ct<br>menifee, CA 92584 | LEGENDARY FIELD<br>EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 |
| A Bounce Above Party Rentals<br>13745 Lyall Place<br>Lakeside, CA 92040 | Nicholas L McLain<br>3753 E Fairfield Street<br>Mesa, AZ 85205 | High Rise Audio<br>6783 S 2300 E<br>Salt Lake City, UT 84121 |
| Campbell Clinic Orthopedics<br>1400 South Germantown Road<br>Germantown, TN 38138 | Ford, Steve<br>3275 Madison Ave<br>San Diego, CA 92116 | Kohlhausen, Susan<br>5918 Tivoli Gardens Blvd<br>Orlando, FL 32829 |
| Prospect Productions LLC dba<br>Barnicle<br>175 Varick St. 2nd floor<br>New York, NY 10014 | IHEARTMEDIA +<br>ENTERTAINMENT, INC.<br>Herzlich & Blum, LLP<br>15760 Ventura Blvd.<br>Suite 700<br>Encino, CA 91436 | ICM Partners - Terrell Davis<br>10250 Constellation Blvd. 31st<br>floor<br>Los Angeles, CA 90067 |
| Jason Zone Fisher<br>128 South Kilkea Drive<br>Los Angeles, CA 90048 | Florida Medical Distributors, LLC<br>123 Barrier Isle Drive<br>Ormond beach, FL 32176 | Rheinbold, Jim<br>10437 La Morada Dr<br>San Diego, CA 92124 |
| CenturyLink Communications, LLC<br>1025 El Dorado Blvd. (Legal-BKY)<br>Broomfield, CO 80021 | Down In Front Productions, LLC<br>1318 Alford Ave, Suite 201<br>Hoover, AL 35226 | Lori Ollier<br>31459 Sonoma Lane<br>Temecula, CA 9259 |
| Jose Hernandez<br>1681 San Altos Place<br>Lemon Grove, CA 91945 | Contemporary Services<br>Corporation - CSC<br>17101 Superior St.<br>Northridge, CA 91325 | Aramark Sports and Entertainment<br>Services, LLC<br>c/o Duane Morris LLP - Attn:<br>Jarret P. Hitchings<br>222 Delaware Avenue, Ste. 1600<br>Wilmington, DE 19801 |
| San Antonio Express<br>c/o Zalina Tsarakova<br>4747 Southwest Frwy.<br>Houston, TX 77027 | Theodore J Cottrell<br>4580 Regency Trace,SW<br>Atlanta, GA 30331 | Bruce D. Fikes<br>113 W Huff Ave<br>San Antonio, TX 78214 |

| | | |
|---|---|---|
| Carolyn J. Downey<br>7450 Olivetas Avenue<br>Apartment 40<br>La Jolla, CA 92037 | John Russell<br>3642 Terrace Place<br>Carlsbad, CA 92010-6593 | PCH TRIBUNE LLC DBA<br>NUMBER SIX LLC<br>4770 S 5600 W<br>West Valley City, UT 84118 |
| Jim Wadley<br>786 West Solana Circle<br>Solana Beach, CA 92075 | LEGENDARY FIELD<br>EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | AY Productions LLC<br>1334 Park View Avenue #250<br>Manhattan Beach, CA 90266 |
| NBCUniversal Media, LLC<br>30 Rockerfeller Plaza (1221<br>Campus)<br>New York, NY 10112 | John F Goddard<br>1833 Wind Willow Rd<br>Belle Isle, FL 32809 | Lawrence (Larry) D. Park<br>109 Oakwood Dr.<br>Cumming, GA 30040 |
| Engstrand, William<br>1505 South Siliverstone Ct.<br>Orange City, FL 32763 | Kelly Ann MacDonald<br>1923 San Jose Ave<br>San Francisco, CA 92114 | WinCraft, Incorporated<br>960 E Mark St<br>Winona, MN 55987 |
| Stallard, Diane<br>1503 South Silverstone Court<br>Orange City, FL 32763 | Simplified Coach, Inc.<br>14051 Saratoga-Sunnyvale Rd.<br>Saratoga, CA 95070 | School of Health Corp.<br>6764 Eagle Way<br>Chicago, IL 60678-1067 |
| Five Marketing & Management LLC<br>925 B Street #603<br>San Diego, CA 92101 | Big Ticket Inc. (Rich Waltz)<br>820 5th Ave. NW<br>Issaquah, WA 98027 | Hines Ward Jr.<br>Knox Law Firm<br>120 West Tenth Street<br>Erie, PA 16501 |
| Kenneth Watson<br>3503 Tree Crossing Parkway,<br>Birmingham, AL 35244 | Blake Beddingfield<br>828 Woodburn Dr<br>Brentwood, TN 37027 | Shaun O'Hara<br>60 Soho Consulting, LLC<br>c/o Aaron C. Smith<br>Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 |
| Nicole Varner<br>221 Crumley St. SW<br>Atlanta, GA 30312 | Holiday Inn Riverwalk<br>217 N. St. Marys Street<br>San Antonio, TX 78205 | Hubbard Radio Phoenix, LLC<br>1100 N 52nd St<br>Phoenix, AZ 85008 |
| CMAXIII Entertainment/ Charles<br>Sloan Jr.<br>24245 Wilderness Oak Apt #3310<br>San Antonio, TX 78258 | Cox Media - San Diego<br>c/o Szabo Associates Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta GA 30326 | Won Worldwide, LLC<br>c/o Nicholas Cutaia<br>Goulston & Storrs PC<br>885 Third Avenue<br>New York, NY 10022 |
| BUCKS BAGS, INC.<br>2401 W MAIN ST<br>BOISE, ID 83702 | Blue Cross of California d/b/a<br>Anthem Blue Cross<br>Anthem Blue Cross Life and<br>Health Insura<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103 | MGM RESORTS<br>INTERNATIONAL<br>OPERATIONS, INC.<br>SAMUEL A. SCHWARTZ, ESQ.<br>100 N CITY PARKWAY, STE<br>1600<br>LAS VEGAS, NV 89106 |
| Three Sisters Partnership<br>c/o Russell W. Savory<br>BEARD & SAVORY , PLLC<br>119 South Main St., #500<br>Memphis, TN 38103 | NEP Supershooters, LP<br>c/o Paul Mazeski, Esq.<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 1521 | Deseret Digital Media INC<br>David Pearce<br>PO Box 45654<br>Salt Lake City, UT 84145 |
| Weber, Jake<br>1120 Ecology Loop<br>Eads, TN 38028 | 3636 merrimac ave<br>san deigo, CA 92117 | Delta Dental of California<br>Phillip K. Wang, Esq.<br>RIMON, P.C.<br>One Embarcadero Center, Suite<br>400<br>San Francisco, CA 94111 |

| | | |
|---|---|---|
| 1715 Aaron Brenner Drive Suite 800<br>1291 Tully Street<br>1715 Aaron Brenner Drive Suite 800<br>Memphis, TN 38107 | Creditor<br>Texas Comptroller of Public<br>Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Sequoia One PEO, LLC<br>1850 Gateway Dr.<br>Suite 700<br>San Mateo, CA 94404 |
| Tri-C Club Supply, Inc.<br>32615 Park Lane<br>Garden City, MI 48135-1528 | Texas Comptroller of Public<br>Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | IGG Consulting, LLC<br>8100 La Mesa Blvd<br>suite 105<br>La Mesa, CA 91942<br>La Mesa, CA 91942 |
| Embassy Suites San Antonio<br>Riverwalk Downtown<br>125 East Houston St.<br>San Antonio, TX 78205 | John Larios<br>8222 Manderly PL<br>Converse, TX 78109 | Swirl Inc.<br>c/o Davis & Gilbert LLP<br>Attn: Massimo Giugliano<br>1740 Broadway<br>New York, NY 10019 |
| nerdmatics<br>8149 Santa Monica Blvd<br>#404<br>West Hollywood, CA 90046 | Gray, Michael<br>9262 Dames Rocket Pl,<br>Las Vegas, NV 89148 | Jake Bennett<br>c/o Bryan and Cathy Bennett<br>4653 S Vivian Court<br>Morrison, CO 80465-1851 |
| LEGENDARY FIELD<br>EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 0762 | Colton Schmidt and Reggie<br>Northup<br>c/o Jonathon Farahi, Esq.<br>Abir Cohen Treyzon Salo LLP<br>16001 Ventura Blvd, Suite 200<br>Encino, California 91436 | Carey International, Inc.<br>c/o Greenberg Traurig LLP, Attn:<br>Thomas McKee<br>1750 Tysons Boulevard, Suite<br>1000<br>McLean, VA 22102 |
| Dundon Capital Partners, LLC<br>c/o Russell W. Mills<br>Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201 | Lexington Hotel Conference<br>Center<br>Jacksonville Riverwalk<br>1515 Prudential Drive<br>Jacksonville, FL 32207 | 00 South Ashley Property Owner,<br>LLC<br>Locke Lord LLP<br>Attn: Brian A. Raynor<br>111 S Wacker Drive<br>Chicago, IL 60606 |
| Thomas G. Dundon<br>c/o Russell W. Mills<br>Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201 | Law Enforcement Specialists Inc<br>PO Box 11656<br>Glendale, AZ 85318-1656 | Sodexo, Inc.<br>9801 Washingtonian Blvd.<br>Gaithersburg, MD 20878 |
| wilford coleman jr<br>2121 Pioneer Pass<br>Seguin, TX 78155 | War Machine Inc dba<br>TSHIRTGUN.COM<br>3429 Rutherford Rd Ext<br>Ste B<br>Taylors, SC 29687 | Synergy Specialists Medical<br>Group, Inc.<br>4910 Directors Place<br>Suite 350<br>San Diego, CA 92121 |
| Rush Glick<br>1651 Vann Court<br>El Cajon, CA 92020-2236<br>El Cajon, CA 92020-2236 | SAFC Management<br>One AT&T Parkway<br>San Antonio, TX 78219 | Landmark American Insurance<br>Company<br>c/o Tony L. Draper<br>Walker Wilcox Matousek, LLP<br>1001 McKinney, Suite 2000<br>Houston, TX 77002 |
| Cortez Liquid Waste Services<br>19540 S US Highway 281<br>San Antonio TX, 78221 | Classic Traditions, Inc.<br>4 Baltusrol Ct.<br>Shoal Creek, AL 35242 | LEGENDARY FIELD<br>EXHIBITIONS, LLC |

| | | 15 Charles Place<br>Closter, NJ 07624 |
|---|---|---|
| TRT Development Company-San Antonio<br>c/o Wick Phillips Attn: Jason Rudd<br>3131 McKinney Ave., Suite 100<br>Dallas, TX 75204 | LEGENDARY FIELD EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | Williams, Jack F.<br>1355 Christmas Lane NE<br>Atlanta, GA 30329 US |
| Marriott Hotel Services, Inc.<br>John C Josefsberg<br>12740 HILLCREST RD #240<br>DALLAS, AZ 75230 | Lexington Hotel Conference Center<br>Jacksonville Riverwalk<br>1515 Prudential Drive<br>Jacksonville, FL 32207 | Xandr<br>One AT&T Way<br>Room 3A104<br>ATTN: Karen Cavagnaro<br>Bedminster, NJ 07921 |
| Emily Morgan, LLC<br>705 East Houston Street<br>San Antonio, Texas 78205 | Architectural Surfaces & Design Inc.<br>5526 West 13400 South<br>Herriman, UT 84096 | 1954 Productions, LLC<br>8447 Wilshire Boulevard, Ste 300<br>Beverly Hills, CA 90211 |
| UTAH MEDIA GROUP<br>4770 S 5600 W<br>WEST VALLEY CITY, UT 84118 | Thomas A. Veit<br>c/o Stephen A. Roberts<br>Clark Hill Strasburger<br>720 Brazos, Suite 700<br>Austin, TX 78701 | Wehbe, Freddie<br>PO Box 140911<br>Gainesville, FL 32614 |
| IsoLynx, LLC<br>Attn: Ed Evansen, CEO<br>179 Ward Hill Avenue<br>Haverhill, MA 01835 | Marriott Plaza San Antonio<br>555 S, Alamo<br>San Antonio, TX 78205 | Silicon Valley Bank<br>Jennifer F. Wertz<br>Jackson Walker LLP<br>100 Congress Avenue, Suite 1100<br>Austin, TX 78701 |
| Mathis, Chaevis<br>1894 Janet Lane<br>Decatur, GA 30035 | Marriott Memphis East<br>5795 Poplar Avenue<br>14185 Dallas Parkway, Suite 1150<br>Memphis, TN 38119 | Larry Mac Duff<br>% Kasey C. Nye Esq.,<br>WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VI<br>5210 E. Williams Circle, Suite 800<br>Tucson, AZ 8571 |
| Stratos, Inc. DBA ServiceMaster by Stratos<br>Jason P. Hood<br>Davies Hood PLLC<br>1910 Madison Ave., PMB 72<br>Memphis, TN 38104-2620 | Clear Gear<br>354 N Lewis Rd #149<br>Royersford, PA 19468 | Richard Muirbrook and all similarly situated emplo<br>c/o Joshua W. Wolfshohl<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 |
| LEGENDARY FIELD EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | Christopher Kuehn<br>2516 Martha Ave,<br>Green Bay, WI 54301 | University of Utah (University System of Utah)<br>451 1400 E<br>Salt Lake City, UT 84112 |
| ALT Systems, Inc.<br>2777 Ontario Street<br>Suite 210<br>Burbank, CA 9150 | eClinicalWorks LLC<br>2 Technology Drive<br>Westborough, MA 01581 | Padilla, Gustavo<br>804 Coldbrook Court<br>Chula Vista, CA 91913 |
| Crew One Productions, Inc.<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: Blake D. Roth, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219 | Colette McCue<br>4360 Berry Oak Drive<br>Apopka, FL 32712-5793 | CenturyLink Communications, LLC<br>Attn: Legal-Bankruptcy<br>fka Qwest Communications Company<br>1025 El Dorado Blvd.<br>Broomfield, CO 80021 |

| | | |
|---|---|---|
| ATLANTIC COAST ORTHOPAEDIC MEDICAL SUPPLIES, INC. 6510 Northpark Blvd Charlotte, NC 28216-2367 | NFL Enterprises LLC Lowenstein Sandler LLP Attn: Jeffrey Cohen 1251 Avenue of the Americas New York, NY 10020 | Johnson, Michael and Melvia 1238 Roman Point Dr. Norcross, GA 30093 |
| Morgan, Lewis & Bockius 1701 Market Street Philadelphia, PA 19103 | Control Dynamics Corporation 960 Louis Drive Warminster, PA 18974 | CT Corporation 28 Liberty St, 42nd Floor New York, NY 10005 |
| Chris Amaker 2313 Lockhill Selma, suite 180 SAN ANTONIO, TX 78230 | HALO Branded Solutions, Inc. 1500 Halo Way Sterling, IL 61081 | CT Corporation 28 Liberty St, 42nd Floor New York, NY 10005 |
| Diaz, Jana 13334 Stetson Trl San Antonio, TX 78223 | San Diego Sportservice, Inc. dba Delaware North c/o James C. Thoman, Esq. - Hodgson Russ 140 Pearl Street, #100 Buffalo, NY 14202 | Lien Solution 28 Liberty St, 42nd Floor New York, NY 10005 |
| Gutierrez, Doretta 25002 Cooper Valley San Antonio, TX 78255 | Prince Shonola 1200 Holden Avenue Apt 102 Orlando, FL 32839 | Kenneth Lantz 7306 Crownpiece Street San Antonio, TX 78240 |
| leroy thompson 968 kings highway Apt P-15 west deptford, NJ 08086 | SkyCam, LLC J. Scott Rose Jackson Walker LLP 112 E Pecan Street, Suite 2400 San Antonio, TX 78205 | Kirven, Korren N. 918 Early Street, Lynchburg, VA 24503 |
| Belz Construction Services, LLC Butler Snow c/o Mike Less 6075 Poplar Ave., Suite 500 Memphis, TN 38119 | LEGENDARY FIELD EXHIBITIONS, LLC 15 Charles Place Closter, NJ 07624 | Control Dynamics Corp. 960 Louis Drive Westminster, PA 18974 |
| Accolade USA Inc. 60 Industrial Parkway Ste. 397 Cheektowaga, NY 14227-2774 | New Era Cap Co., Inc. Phillips Lytle LLP Attn: Angela Z. Miller, Esq. One Canalside, 125 Main Street Buffalo, NY 14203 | Push Button Films 5165 Galt Way San Diego, CA 92117 |
| UCF Athletics Association, Inc. 4465 Knights Victory Way, Orlando, FL 32816 | Cynthia Frelund - WME Entertainment, LLC 11 Madison Ave. 18th fl. New York, NY 10010 | LEGENDARY FIELD EXHIBITIONS, LLC 15 Charles Place Closter, NJ 07624 |
| LMREC III CLO I REO I, Inc. % Stutzman, Bromberg, Esserman & Plifka Attn: Heather J. Panko 2323 Bryan Street, Suite 2200 Dallas, TX 75201 | G&G Outfitters, Inc. 4901 Forbes Blvd Attn.: Dan Brady Lanham, MD 2070 | HENRY SCHEIN, Inc. 135 Duryea Rd Melville, NY 11747 |
| Florida Department of Revenue Mark Hamilton P.O. Box 6668 Tallahassee, FL 32314-6668 | Memphis 310262 AAF Kathleen Hennessey Gannett Co. Inc. Law Dept, 7950 Jones Branch Dr. McLean, VA 22107 | ADVANCE LOCAL MEDIA LLC DBA ALABAMA MEDIA GROUP ATTN CREDIT DEPT/KARINE MARTIROSYAN ONE HARMON PLAZA, 9TH FLOOR SECACUS, NJ 07094 |

| | | |
|---|---|---|
| MNI Targeted Media<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326 | Ohio Bureau of Workers'<br>Compensation<br>PO Box 15567<br>Columbus, OH 43215-0567 | Entercom Communications Inc.<br>335 New Commerce Blvd<br>Hanover Twp, PA 18706 |
| LEGENDARY FIELD<br>EXHIBITIONS, LLC<br>15 Charles Place<br>Closter, NJ 07624 | Leah McDonald<br>233 W Mistletoe Ave<br>SAN ANTONIO, TX 78212 | Debra Baum<br>1509 E. Washington Ave., #12<br>El Cajon, CA 92019 |
| Street & Smiths Sports Group<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326 | First Insurance Funding<br>P.O Box 7000<br>Carol Stream, IL 60197-7000 | |
| | | |
| **PERSONS FILING A NOTICE OF APPEARANCE AND REQUESTING NOTICE** | | |
| | | |
| Three Sisters Partnership<br>c/o Russell W. Savory<br>Beard & Savory, PLLC<br>119 South Main Street<br>Suite 500<br>Memphis, Tennessee 38103 | | |
| Arizona Board of Regents, a body<br>corporate<br>for and on behalf of  Arizona State<br>University<br>c/o Robert M. Charles, Jr.<br>Lewis Roca Rothgerber Christie<br>LLP<br>One South Church Avenue, Suite<br>2000<br>Tucson, AZ 85701-1611 | | |
| Security Industry Specialists<br>c/o Wayne R. Tery. Esq.- File No:<br>3991-20190386<br>IIEMAR, ROUSSO & HEALD,<br>LLP<br>I5910 Ventura Boulevatd, l2th Floor<br>Encino- Califonra 91436-282 | | |
| CBS TV Networks, Inc.<br>c/o WEIL, GOTSHAL & MANGES<br>LLP<br>Alfredo R. Pérez<br>700 Louisiana Street, Suite 1700<br>Houston, Texas  77002 | | |
| CBS TV Networks, Inc.<br>c/o WEIL, GOTSHAL & MANGES<br>LLP<br>Yehudah L. Buchweitz  and Garrett<br>A. Fail<br>767 Fifth Avenue New York, New<br>York  10153 | | |
| LMREC III CLO I REO I, INC.<br>c/o Heather J. Panko Stutzman<br>Bromberg, Esserman & Plifka, A<br>Professional Corporation | | |

| | | |
|---|---|---|
| 2323 Bryan Street<br>Suite 2200 Dallas, Texas 75201 | | |
| IsoLynx, LLC<br>c/o Lathrop Gage, LLP<br>Attn. Raymond J. Urbanik<br>2101 Cedar Springs Road,<br>Suite 1400 Dallas, TX 75201 | | |
| IsoLynx, LLC<br>c/o Lathrop Gage, LLP<br>Attn. Wendi Alper-Pressman<br>7701 Forsyth Blvd., Suite 500<br>St. Louis, MO 63105 | | |
| Kristen A. Miller Reinsch<br>TRT Holdings, Inc.<br>4001 Maple Avenue Suite 600<br>Dallas, Texas 75219 | | |
| Cynthia Freuhand<br>c/o Aaron C. Smith☐<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | | |
| Cynthia Freuhand<br>c/o Stephen J. Humeniuk<br>LOCKE LORD LLP<br>600 Congress Ave., Suite 2200<br>Austin, TX 78701 | | |
| Zachary Hospitality, LLC<br>c/o Roderick J. Regan<br>11118 Wurzbach, #101<br>San Antonio, TX 78230 | | |
| Alpha Entertainment, LLC<br>c/o Artoush Varshosaz<br>K&L Gates LLP<br>1717 Main Street, Suite 2800<br>Dallas, Texas 75201 | | |
| Dundon Capital Partners, LLC and<br>Thomas G. Dundon<br>c/o Russell W. Mills<br>Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, Texas 7520 | | |
| Pavillion Management Company<br>c/o Jonathan L. Howell<br>Glast, Phillips & Murray, P.C.<br>14801 Quorum Drive, Ste. 500<br>Dallas, Texas 75254 | | |
| Blue Cross of California d/b/a<br>Anthem Blue Cross<br>c/o Eric S. Goldstein, Esq.<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-191 | | |
| Courtney J. Hull Assistant Attorney<br>General bk-<br>c/o Sherri K. Simpson, Paralegal | | |

| | | |
|---|---|---|
| Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX  78711-2548 | | |
| ShaunO'Hara and 60 Soho<br>Consulting, LLC<br>c/o Aaron C. Smith<br>LOCKE LORD LLP<br>111 South Wacker Drive Chicago,<br>IL 60606 | | |
| ShaunO'Hara and 60 Soho<br>Consulting, LLC<br>c/o Stephen J. Humeniuk LOCKE<br>LORD LLP<br>600 Congress Ave.<br>Suite 2200<br>Austin, TX 7870 | | |
| Reggie Northrup and Colton<br>Schmidt<br>c/o Joshua L. Hedrick<br>Katharine Battaia Clark<br>Britton D. McClung<br>Hedrick Kring, PLLC<br>1700 Pacific Avenue, Suite 4650<br>Dallas, Texas 75201 | | |
| Landmark American Insurance<br>Company<br>c/o Tony L. Draper<br>WALKER WILCOX MATOUSEK,<br>LLP<br>1001 McKinney<br>Suite 2000<br>Houston, Texas 77002 | | |
| | | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | **CHAPTER 7** |
| | § | |
| **LEGENDARY FIELD EXHIBITIONS, LLC.** | § | **CASE NO. 19-50900-CAG** |
| | § | |
| | § | |
| **AAF PLAYERS, LLC;** | § | **CASE NO. 19-50902-CAG** |
| | § | |
| **AAF PROPERTIES, LLC;** | § | **CASE NO. 19-50903-CAG** |
| | § | |
| **EBERSOL SPORTS MEDIA GROUP, INC.;** | § | **CASE NO. 19-50904-CAG** |
| | § | |
| | § | |
| **LFE 2, LLC;** | § | **CASE NO. 19-50905-CAG** |
| | § | |
| **WE ARE REALTIME, LLC** | § | **CASE NO. 19-50906-CAG** |
| | § | |
| | | **(SUBSTANTIVE CONSOLIDATION** |
| **DEBTORS** | | **UNDER CASE NO. 19-50900-CAG)** |

**DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329
AND BANKRUPTCY RULE 2016(b)**

I certify that Reid, Collins & Tsai LLP ("the Firm"), subject to the Court's approval of the Trustee's Application To Employ Reid, Collins & Tsai LLP as Special Litigation Counsel for the Estate (the "Application"), is the special litigation counsel for the estate in the above-named case and that the compensation paid or agreed to be paid to the Firm for services rendered, or to be rendered, on behalf of the estate in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:

As set forth in the Application and the Letter of Engagement attached thereto as Exhibit "A."

No retainer, compensation or other payment has been received by the Firm thus far in connection with its employment by the trustee in this case.

All fees and expenses to be paid to the Firm are subject to prior approval by the Court after notice as required by law.

The Firm has not agreed to share this compensation with any other person or firm.

Dated:  February 20, 2020.

*/s/ R. Adam Swick*
R. Adam Swick, Partner