## Maria Esquivel

| | |
|---|---|
| **From:** | Maria Esquivel |
| **Sent:** | Friday, February 21, 2020 3:50 PM |
| **To:** | JFarahi@actslaw.com |
| **Subject:** | Return of Exhibits doc #216 Legendary Field Exhibitions |
| **Attachments:** | 19-50900 ex list.pdf; ex letter.pdf |

Dear Mr. Farahi,

Please respond to the attached letter regarding the return of exhibits in 19-50900, doc #216, by 3/2/2020.

Also attached is a copy of the exhibit and witness list for your review.

Maria T. Esquivel
Case Manager
U.S. Bankruptcy Court
(210) 278-5740

3-12-2020
Exhibits destroyed
per no response.
*(initials)*