

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 19, 2020.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § § | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | § § § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § § § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § § | CASE NO. 19-50906-CAG |
| DEBTORS | § | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

ORDER APPROVING CHAPTER 7 TRUSTEE'S
MOTION TO PAY ADMINISTRATIVE EXPENSES

On the day this Order was signed, came for consideration by the United States Bankruptcy Judge Presiding the Trustee's Motion to Pay Administrative Expenses to PayCor in the amount of $15,000.00 for W-3 and W-2 Processing, for a total of $15,000.00. The Court having

considered the Motion finds that it has merit and should be granted. It is, therefore

ORDERED, ADJUDGED, and DECREED that the administrative payments to PayCor in the amount of $15,000.00 for W-3 and W-2 Processing, for a total of $15,000.00, in administrative expenses, are hereby Allowed to be paid.

### # # #

RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com