# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

Judge: Craig A. Gargotta

IN RE: **Legendary Field Exhibitions, LLC and Ebersol Sports Media Group, Inc.**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on  **5/5/20 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL LISA ELIZONDO AT: lisa_elizondo@txwb.uscourts.gov) (Related Document(s): 266 Application to Compromise and Settle Claims Against Tecovas, Inc., Pursuant to Bankruptcy Rule 9019 (Adversary Case Number: 20–05006–CAG) filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Proposed Order)) Hearing Scheduled For 5/5/2020 at 09:30 AM at SA Courtroom 3 (Elizondo, Lisa)

Dated: 4/3/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKaplc]