**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 03, 2020.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | CHAPTER 7 |
|---|---|---|
| LEGENDARY FIELD EXHIBITIONS, LLC; | § | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § | CASE NO. 19-50906-CAG |
| DEBTORS | § | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

_____

<u>ORDER APPROVING TRUSTEE'S MOTION TO ALLOW AMENDED ORDER REGARDING OMNIBUS OBJECTION TO CLAIMS</u>

On the day this Order was signed, came for consideration before the United States Bankruptcy Judge Presiding the Trustee's Motion to Allow Amended Order Regarding Omnibus Objection to Claims.

The Court, after giving due consideration to the Motion and the merits thereof, is of the opinion that notice is proper, and no adverse interest being represented, it should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Amended Order Regarding Omnibus Objection to Claims is GRANTED.

### # # #

RANDOLPH N. OSHEROW, Chapter 7 Trustee
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 – Telephone /rosherow@hotmail.com