UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| LEGENDFARY FIELD EXHIBITIONS, LLC. | § § § | Case No. 19-50900-CAG |
| | § | |
| AAF PLAYERS, LLC; | § § | Case No. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § § | Case No. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § § | Case No. 19-50904-CAG |
| | § | |
| LFE 2, LLC; | § § | Case No. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § | Case No. 19-50906-CAG |
| DEBTORS, | § § | |
| | | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) JOINTLY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

**TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY UNDER
BANKRUPTCY RULE 9019 WITH F&F PRODUCTIONS, LLC**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWNETY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

Randolph N. Osherow, chapter 7 trustee of the consolidated bankruptcy estate of

Legendary Field Exhibitions, LLC (the "Trustee"), files this motion to compromise controversy

with F&F Productions, LLC ("F&F") under Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## Summary of Relief Requested

1. The Trustee seeks approval of a settlement reached with F&F. Under the proposed settlement, F&F will pay the Trustee the sum of $95,702.25 and the parties will exchange mutual releases. A complete description of the settlement is set forth below.

## Background

2. On April 19, 2019, Legendary Field Exhibitions, LLC and certain related entities (the "Debtors") filed their voluntary petitions for relief under Chapter 7, Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division (the "Bankruptcy Court"), thereby commencing the bankruptcy cases[1].

3. The Trustee is the duly appointed chapter 7 trustee in the case.

4. During the course of his investigation of the bankruptcy cases, the Trustee identified approximately $198,986.55 in payments received by F&F within 90 days of the Petition Date.

5. On November 10, 2021, Trustee sent a demand letter to F&F asserting that F&F had received certain payments from the Debtors that were avoidable under 11 U.S.C. § 547 of the Bankruptcy Code.

6. After the Trustee sent his preference demand, F&F provided the Trustee with documentation to the Trustee in support of its defenses. Specifically, F&F provided information

---

[1] The substantively consolidated cases are *In re Legendary Field Exhibitions, LLC*, Case No. 19-50900; *In re Ebersol Sports Media Group, Inc.*, Case No. 19-50904; *In re AAF Players, LLC*, Case No. 19-50902; *In re AAF Properties, LLC*, Case No. 19-50903; *In re LFE2, LLC*, Case No. 19-50905; and *In re We are Realtime, LLC*, Case No. 19-50906.

that F&F had provided subsequent new value that would limit F&F's alleged exposure to $127,603. This information and documentation precipitated a discussion of F&F's true exposure in the case. After negotiation, the Trustee and F&F reached an agreement to resolve all claims and causes of action between them. Attached as **Exhibit A** is a copy of the Settlement Agreement between the Trustee and F&F.

## Proposed Settlement and Compromise

7. Subject to Bankruptcy Court approval, F&F and the Trustee have agreed to the following:

- F&F will pay the sum of $95,702.25 in good and available funds to the Trustee (the "Settlement Payment") within 5 days of entry of an Order approving this agreement (the "9019 Order");

- The Trustee and F&F will exchange mutual releases; and

- F&F agrees that its proof of claim (Claim No. 135) will be withdrawn with prejudice.

## Merits of Compromise

8. The merits of a proposed compromise should be judged under the criteria set forth in *Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414 (1968). *TMT Trailer* requires that a compromise must be "fair and equitable." *TMT Trailer*, 390 U.S. at 424; *In re AWECO, Inc.*, 725 F.2d 293, 298 (5th Cir.), *cert. denied*, 469 U.S. 880 (1984). The terms "fair and equitable" mean that (i) senior interests are entitled to full priority over junior interests; and (ii) the settlement is reasonable in relation to the likely rewards of litigation. *In re Cajun Electric Power Coop.*, 119 F.3d 349, 355 (5th Cir. 1997); *In re Jackson Brewing Co.*, 624 F.2d 599, 602 (5th Cir. 1980).

9. In determining whether a proposed compromise is fair and equitable, a Court should consider the following factors:

  (i)  the probabilities of ultimate success should the claim be litigated;

  (ii)  the complexity, expense, and likely duration of litigating the claim;

  (iii)  the difficulties of collecting a judgment rendered from such litigation; and,

  (iv)  all other factors relevant to a full and fair assessment of the wisdom of the compromise.

*TMT Trailer*, 390 U.S. at 424. The Trustee believes that the proposed settlement satisfies the requirements established by the Supreme Court in *TMT Trailer*.

## Analysis of Proposed Compromise

10. <u>Probabilities of Ultimate Success</u>. During their discussions, F&F and the Trustee analyzed the various strengths and weaknesses of the various claims and defenses present in the preference demand. The Trustee believes that he would prevail on a portion of his claim. However, the Trustee recognizes that F&F has raised significant defenses to the preference demand. F&F believes that a portion of the claim does not qualify as a preference and it has a complete defense under 11 U.S.C. § 547(c)(2) and (c)(4) that, if successful, would eliminate exposure. Accordingly, F&F believes that it has no to the Trustee. Both parties acknowledge that a certain degree of uncertainty always exists with respect to litigation. The Trustee believes that the proposed settlement and compromise fairly recognizes his anticipated recovery on the preference claims without continued litigation. The parties have attempted to achieve a resolution that minimizes the potential damage and risk to all parties, including the estate's unsecured creditors.

11. After application of new value and ordinary course defenses that are likely available, F&F would be exposed to preference liability of $127,603.55 in preferential payments. The settlement payment of $95,702.25 represents approximately 75% of the amount that is likely

recoverable. Consequently, the Trustee has determined that the proposed compromise is in the best interest of all concerned parties.

12. <u>Complexity, Expense and Likely Duration</u>. Should the Trustee bring an adversary proceeding that would be litigated to conclusion, the Trustee estimates that a trial would last 3 or 4 hours. Briefing, discovery and preparation for trial would require several days of attorneys' time. Counsel for the Trustee has been retained in this case on a contingency fee basis. Accordingly, the estate would not incur additional attorneys' fees in connection with the litigation through trial.

13. <u>Difficulties of Collection</u>. If a judgment were rendered in an amount sought by the Trustee, the Trustee believes that he would be able to recover from F&F.

14. <u>Other Factors</u>. The Trustee believes that the proposed compromise is equitable and in the best interest of the estate. The parties avoid the time and expense of litigation, the estate receives cash for distribution to creditors and significant claims are withdrawn.

Accordingly, the Trustee requests that this Court approve the proposed settlement and compromise set forth above and for such other relief as is just.

**Dated: February 4, 2021.**

Respectfully submitted,

**McCLOSKEY ROBERSON WOOLLEY, PLLC**

By: /s/ Thomas A. Woolley, III
    Timothy M. McCloskey
    SBOT: 13417650
    tmccloskey@mccloskeypllc.com
    Thomas A. Woolley, III
    SBOT: 24042193
    rwoolley@mccloskeypllc.com
    945 Heights Blvd.
    Houston, TX 77008
    713-868-5581
    713-868-1275 (fax)

*Special Counsel for Randolph N. Osherow, chapter 7 trustee for the estate of Legendary Field Exhibitions, LLC*

*Special Counsel for Randolph N. Osherow, chapter 7 trustee for the estate of Legendary Field Exhibitions, LLC*

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
580 La Ventana Blvd.
Driftwood, TX 78619
(512) 687-2503
**brianen@bdfgroup.com**

*General Counsel for Randolph N. Osherow, chapter 7 trustee for the estate of Legendary Field Exhibitions, LLC*

## **Certificate of Service**

       I hereby certify that a true and correct copy of the foregoing instrument was duly served by United States first class mail, with proper postage affixed to all parties listed on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on this 5th of February 2021.

                                             */s/ Brian S. Engel*
                                             Brian S. Engel

| | | |
|---|---|---|
| A Bounce Above<br>13745 Lyall Pl<br>Lakeside, CA 92040-4823 | AAF-ARIZONA HOTSHOTS<br>Park Place Printing, Inc.<br>535 W Baseline Rd., Ste 104<br>Mesa, AZ 85210 | AARON C SMITH<br>LOCKE LORD LLP<br>111 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |
| Aflanny Inc.<br>P.O. Box 233<br>Rancho Santa Fe, CA 92067-0233 | AIRZONA BOARD OF REGENTS<br>ARIZONA STATE UNIV<br>C/O ROBERT CHARLES JR.<br>ONE SOUTH CHURCH AVE SUITE 2000<br>TUCSON, AZ 85701 | ALAN J SNYDER<br>3315 Falling Creek<br>San Antonio, TX 78259 |
| Ali, Salene<br>110 Sunnyland Dr<br>San Antonio, TX 78228-2915 | ALLEN J WESTGATE<br>5465 ALANDALE COURT<br>ORLANDO, FL 32839 | ALPHA ENTERTAINMENT, LLC<br>c/oARTOUSH VARSHOSAZ<br>K&L GATES, LLP<br>1717 MAIN STREET, #2800<br>DALLAS, TX 75201 |
| ANGELA CATES<br>27022 Foggy Meadows Street<br>San Antonio, TX 78260 | Annotti, Mark<br>2170 FAIRMONT CIRCLE<br>ORLANDO, FL 32837-6789 | ANTHONY HURST<br>4716 Valdina Way<br>San Diego, CA 92124-2433 |
| APRIL SCHULZE<br>10627 Larch Grove St.<br>Helotes, TX78023 | Aramark Sports and Entertainment Srvcs L<br>c/o Duane Morris LLP Jarret P Hitchings<br>222 DELAWARE AVE Ste 1600<br>WILMINGTON, DE 19801<br>Philadelphia, PA 19103-3041 | Arizona Department of Revenue<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 |

ASIF KHAN
3846 38TH STREET #3
SAN DIEGO, CA 92105

ATLANTA JOURNAL CONSTITUTION
c/o Szabo Assoc. Inc.
3355 Lenos Rd NE Suite 945
Atlanta, GA 30326

AY Productions LLC
1334 Park View Avenue #250
Manhattan Beach, CA 90266-3751

B/C OF CA dba ANTHEM BLUE
ERIC S GOLDSTEIN, ES SHIPMAN &
GOODWIN, LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

BARB CRISPENS
VP OF FINANCE
KRANOS CORP DBA SCHUTT SPORTS
710 SOUTH INDUSTRIAL DR.
LITCHFIELD, IL 62056

Beddingfield, Blake
828 Woodburn Dr.,
Brentwood, TN 37027-8748

Big Fogg, Inc.
42095 Zero Dr. Unit A2
Temecula, CA 92590-3747

Big Ticket Inc. (Rich Waltz)
820 5th Ave. NW
Issaquah, WA 98027-2816

bluemedia
Gallaghers & Kennedy
Joe Cotterman
2575 E Camelback Rd Suite 1100
Phoeniz, AZ 85016

BPM Concerts, LLC dba Ballpark Music
1045 Crossvine Rd.
Roswell, GA 30075-3886

Broadway Media, LLC dba KXRK, KEGA,
KYMV.
KUUU, KUDD, KALL, KOVO
50 West Broadway #200
Salt Lake City, UT 84101-2024

Buck's Bags Inc.
2401 West Main St.
Boise, ID 83702-4845

BYRON JONES
113 MOSELEY AVE
EATONVILLE, FL 32751

CaliVenture Party Rentals
5562 Las Alturas Terrace
San Diego, CA 92114-5316

Callaway, Rob
12644 Brite Ranch
San Antonio, TX 78245-3218

Campbell Clinic Orthopedics
1400 South Germantown Road
Germantown, TN 38138-2205

Carroll, William
1285 Burgundy Court
Oviedo, FL 32766-6686

CBT CREATIVE BROADCASTIN
TECHNIQUES
15 Charles Place
Closter, NJ 07624

CENTURY LINK COMMUNICATIONS,
LLC
1025 El Dorado Blvd., Bankruptcy Legal
Broomfield, CO 80021

CHRIS MUFFOLETO
2781 Wassum Trail
Chuluota, FL 32766

Classic Traditions, Inc.
4 Baltusrol Ct.
Shoal Creek, AL 35242-5903

Cliff Kleen Athletic
4480 Varsity Dr
Ann Arbor, MI 48108-5007

CLYDE SNOW & SESSIONS PC
201 SOUTH MAIN STREET SUITE 1300
SALT LAKE CITY, UT 84111

CMAXIII Entertainment/ Charles Sloan Jr.
24245 Wilderness Oak Apt #3310
San Antonio, TX 78258-7861

Colsell, Rick
3128 Guilitoy Ave
San Diego, CA 92117-2540

COMMONWEALTH OF PA
Attn: Deb Secrest/Labor/Ind Dept
Collections Support Unit
651 Boas Street, Rm 925
Harrisburg, PA 17121

Contemporary Services Corporation - CSC
17101 Superior St.
Northridge, CA 91325-1961

Coronado, Roberto
8034 Myrtle Glade
Converse, TX 78109-3275

Cortez Liquid Waste Services
19540 S US Highway 281
San Antonio TX 78221-9729

Cottrell, Theodore
4580 Regency Trace,
Atlanta, GA 30331-6832

Cox Media LLC San diego dba Cox Media - West
P.O Box 50456
Los Angeles, CA 90074-0456

COX MEDIA SAN DIEGO
c/o Szabo Associates, Inc.
3355 Lenox Rd NE Suite 945
Atlanta, GA 30326

Cynthia Frelund c/o Aaron C Smith
& Stephen J Humeniuk Locke Lord LLP
111 S Wacker Dr
Chicago, IL 60606

DANIEL K WARD
8431 Cheyenne Pass
San Antonio, TX 78254

DANNY RHINEHART
11476 Willow
Windermere, FL 34786

Datatix Systems dba Smith'sTix
335 West Bugatti Drive
Salt Lake City, UT 84115-2521

David S Pottruck Revocable Trust
201 Spear St, Ste 1750
San Francisco, CA 94105-1699

Davis, Chrystal
1017 Margot Ln
Lake Wales, FL 33853-2732

Decker, Shawn
17525 Silver Creek Ct
Clermont, FL 34714-5825

DENISE DELOACH
13214 Vista del Mundo
San Antonio, TX 78216

DONNA WINFREY
2980 Cordie Lee Lane
Germantown, TN 38138-8184

Down In Front Productions, LLC
1318 Alford Ave, Suite 201
Hoover, AL 35226-3161

Downey, Carolyn
7450 Olivetas Avenue
Apartment 40
La Jolla, CA 92037-4924

Dr. Jill's Foot Pads, Inc.
384 S Military Trail
Deerfield Beach, FL 33442-3007

ED MCCLURE
1610 CR 323
Jourdanton, TX 78026

EDWARD LEPP DBA LEPPSDESIGN, LLC
320 NORTH SHADOWWOOD DRIVE
ST. AUGUSTINE, FL 32086

EM Printing, LLC
3081 Bartlett Corporate Dr.
Bartlett, TN 38133-8943

Embassy Suites by Hilton South Jordan Salt Lake City
10333 South Jordan Gateway
South Jordan, UT 84095-3954

Embassy Suites San Antonio Riverwalk Downtow
125 East Houston St.
San Antonio, TX 78205-2247

EMERALD AAGAARD VP
CBT CREATIVE BROADCASTING TECHNIQUES
15 CHARLES PLACE
CLOSTER, NJ 07624

EMERALD CHIN VP
CBT CREATIVE BROADCAST TECHNIQUES
15 CHARLES PLACE
CLOSTER, NJ 07624

EMILY MORGAN, LLC
705 EAST HOUSTON STREET
SAN ANTONIO, TX 78205

ENTERPRISE NEWS GROUP
825 N 300 WEST
SUITE NE 220
SALT LAKE CITY, UT 84103

ESTEBAN RAMIREZ, IV
3029 MORNING TRL
SAN ANTONIO, TX 78247

Estrada, Letty
535 W Olmos Dr
San Antonio, TX 78212-1862

Evangelist, John
2669 Eltinge Drive
Alpine, CA 91901-2240

F&F Productions
14333 Myerlake Circle
Clearwater, FL 33760-2839

Fidelis Bookkeeping And Payroll Services
812 N Pacific St
Unit C
Oceanside, CA 92054-1967

Fikes, Bruce
113 W Huff Ave
San Antonio, TX 78214-2129

Fisher, Jason Zone
128 South Kikea Drive
Los Angeles, CA 90048-3526

Five Marketing & Management LLC
925 B Street #603
San Diego, CA 92101-4628

Florida Medical Distributors, LLC
123 Barrier Isle Drive
Ormond beach, FL 32176-2243

Flying V Group
2051 Placentia Ave.
Costa Mesa, CA 92627-3405

Foot Management, Inc.
7201 Friendship Rd.
Pittsville, MD 21850-2039

Ford, Steve
3275 Madison Ave
San Diego, CA 92116-4450

FRANCHISE TAX
BOARDBANKRUPTCY SECTION
MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Franklin, Donna
6050 Brunswick Rd.
Lakeland, TN 38002-6945

FRESH CONCEPTS LLC
49 Research Drive
Milford, CT 06460

Gage, Christina
13021 Shenandoah Dr.
Lakeside, CA 92040-3333

GANNETT CO., INC.
C/O KATHLEEN HENNESSEY
GANNETT CO., INC.
LAW DEPT, 7950 JONES BRANCH DR.
MCLEAN, VA 22107

GARY HORTENSTINE
1353 Old Virginia Ct.
Marietta, GA 30067

Gelvin, Eric
4354 E Sandia St.
Phoenix, AZ 85044

Georgia State University Athletics /
Georgia State University Stadium
755 Hank Aaron Dr.
Atlanta, GA 30315-1120

Georgia State University dba GSU Panther
Di
55 Gilmer Street Room 318
Atlanta, GA 30303

Glick, Rush
1651 Vann Court
El Cajon, CA 92020-2236

Goddard, John
1833 Wind Willow Road
Belle Isle, FL 32809-6859

Green, Nicholas
18626 Creekside Pass
San Antonio, TX 78259-3306

GREY SEAL PUPPETS
PO BOX 12
MCCLELLANVILLE, SC 29458

Hamilton, Michael
2349 N. Atwood Circle
Mesa, AZ 85207-2490

Hands on Atlanta
C/O KILPATRICK TOWNSEND &
STOCKTON LLP
1100 PEACHTREE ST NE STE 2800
ATLANTA, GA 30309

HEATHER J PANKO
STUTZMAN BROMBERT ESSERMAN &
PLIFKA
2323 BRYAN ST SUITE 2200
DALLAS, TX 75201

Hernandez, Jose
1681 san altos
Lemon Grove, CA 91945-3929

High Rise Audio
6783 S 2300 E
Salt Lake City, UT 84121-3121

Hog Wild c/o R SHERWOOD
EVANS PETREE PC
1291 TULLY ST
1715 AARON BRENNER DR #800
MEMPHIS, TN 38107

Holiday Inn Riverwalk
217 N. St. Marys Street
San Antonio, TX 78205-2303

Hyatt Regency Riverwalk San Antonio
123 Losoya
San Antonio, TX 78205-2688

ICM Partners - Terrell Davis
10250 Constellation Blvd. 31st floor
Los Angeles, CA 90067-6231

iHeartMedia Ent. Inc.
c/oHerzlich & Blum, LLP
15760 Ventura Boulevard
Suite 700
Encino, CA 91436

JACK DONALD SIDES II
5621 BUTTERCUP LANE
MCKINNEY, TX 75070

JACK KNIGHT ELECTRICAL
11625 RAINBOW RIDGE
HELOTES, TX 78023

| | | |
|---|---|---|
| JAMES PATRICK GLEASON<br>1237 Union Club Drive<br>Winter Garden, FL 34787 | JAMICHAEL GEORGE WINSTON<br>1601 PRINCESS HELEN RD W<br>MOBILE, AL 36618 | Jeff Knight Electrical<br>11625 Rainbow Ridge<br>Helotes, TX 78023-4406 |
| JENNIFER L WHITMORE<br>6022 Spring Time<br>San Antonio, TX 78249 | JENNIFER MONN<br>3597 Gatlin Place Circle<br>Orlando, FL 32812 | Joe Bosack<br>1661 Oak Road<br>Pottsville, PA 17901-3209 |
| JOHN R RICHARDSON<br>13100 Hissen Ridge Ln<br>Clermonth, Fl 34715 | JOHN ROUNDTREE<br>9188 Mudville Rd.<br>Millington, TN 38053 | JONATHAN HODGINS<br>1334 Baur Boulevard<br>St. Louis, MO 63132 |
| JONATHAN HOWELL<br>(PAVILION MANAGEMENT CO.)<br>GLAST PHILLIPS & MURRAY, PC<br>14801 QUORUM DRIVE, STE 500<br>DALLAS, TX 75254 | Juleyna, LLC dba Exhibit Experts<br>4012 East Broadway<br>Suite 307<br>Phoenix, AZ 85040-8800 | KATHRYN HETZLER<br>PRESIDENT/CEO<br>GREENSCAPE<br>7902 US HIGHWAY 70<br>BARTLETT, TN 38133 |
| KCYY/KISS/KTKX RADIO<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | KENS TELEVISION<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | KFMB TELEVISION<br>C/O ZSABO ASSOC INC.<br>3355 LENOX RD NE, SUITE 945<br>ATLANTA, GA 30326 |
| Knuckey, Thomas<br>310 W Hornbeam Dr<br>longwood, FL 32779-2533 | Kohlhausen, Susan<br>5918 Tivoli Gardens Blvd<br>Orlando, FL 32829-7704 | KPNX TELEVISION<br>C/O SZABO ASSOC INC.<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 |
| KRLV/KOMP/KBAD RADIO<br>C/O SZABO ASSOC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | Ladds<br>6881 Appling Farms Parkway<br>Memphis, TN 38133-4713 | Lamar Advertising<br>1600 Century Ctr Pkwy #104<br>Memhis, TN 38134-6100 |
| LAMAR<br>P.O Box 96030<br>Baton Rouge, LA 70896-9030 | LANCE P REED<br>PRESIDENT<br>DOCUMENT STRATEGIES, INC.<br>1235 OLD ALPHARETTA RD SUITE 110<br>ALPHARETTA, GA 30005 | LATHROP GAGE<br>RAYMOND URBANIK<br>2101 CEDAR SPRINGS RD<br>SUITE 1400<br>DALLAS, TX 75201 |
| LATHROP GAGE<br>WENDI ALPER PRESSMAN<br>7701 FORSYTH BLVD SUITE 500<br>ST LOUIS, MO 63105 | Law Enforcement Specialists Inc<br>PO Box 11656<br>Glendale, AZ 85318-1656 | LAWRENCE D PARK<br>109 OAKWOOD DR<br>CUMMIMG, GA 30040 |
| Lazser Down LLC<br>4528 W. 140th Street<br>Leawood, KS 66224-3591 | LEO J HUDSON<br>7123 QUAIL GARDENS<br>SAN ANTONIO, TX 78250 | LEWIS CONSULTING<br>11317 VIA PLAYA DE CORTES<br>SAN DIEGO, CA 92124 |

| | | |
|---|---|---|
| Lopez, Jake<br>8922 Summer Trail<br>San Antonio, TX 78250-2613 | Mabry, Ashaad<br>21302 Encino Commons #9204<br>San Antonio, TX 78259 | MacDonald, Kelly<br>1923 San Jose Ave,<br>San Francisco, CA 94112-2406 |
| Major Promotions<br>3517 Spring Valley Court<br>Mountain Brook, AL 35223-1467 | MANUEL RAMIREZ<br>22702 Sabine Summit<br>San Antonio, TX 78258 | Markey, John & Teresa<br>5508 Redland Dr<br>San Diego, CA 92115-2215 |
| Marriott Hotel Services Inc DBA Scottsdale Marriott at McDowell Mountains<br>John C Josefsberg<br>12740 Hillcrest Rd #240<br>Dallas, TX 75230 | MARRIOTT INTERNATIONAL INC.<br>John C. Josefsberg<br>12740 Hillcrest Rd suite 240<br>Dallas, TX 75230 | Mason, Thomas<br>7777 Glen American Apt 349,<br>Dallas, TX 75225-1840 |
| Masque Sound & Recording DBA Professional Wireless Systems<br>21 E Union Ave<br>East Rutherford, NJ 07073-2127 | Matthies, Mason<br>PO Box 732<br>Rancho Santa Fe, CA 92067-0732 | Maywald, John<br>39 Walnut Grove Road<br>Boerne, TX 78006-6222 |
| Mclain, Nick<br>3753 e fairfield st<br>mesa, AZ 85205-4969 | Media2, Inc. dba m2<br>1 Bridge St.<br>Suite 215<br>Irvington, NY 10533-1629 | MELISSA SCOTT<br>1973<br>10339 FASANO DRIVE<br>LAKESIDE, CA 92040 |
| MICHAEL E WALDEN<br>PRESIDENT<br>PYRO SHOWS OF TEXAS, INC.<br>PO BOX 1776<br>LAFOLLETTE, TN 37766 | MICHAEL T CALKINS<br>5698 BASSETT PL<br>SANFORD, FL 32771-8501 | MIND OVER MEDIA LLC<br>15212 N 53RD STREET<br>SCOTTSDALE, AZ 85254 |
| MMS MEDIA LLC<br>11872 REAGAN STREET<br>LOS ALAMITOS, CA 90720 | Mobile Modular<br>NIEL BANSRAJ<br>5700 LAS POSITAS RD.<br>LIVERMORE, CA 94550 | Morris, Colin<br>152 NE 167 Street<br>Suite 403<br>Miami, FL 33162-3400 |
| Moxley, Trae J.<br>PO Box 1252,<br>Carbondale, CO 81623-1252 | Muirbrook, Richard<br>2433 Hansen Meadows Drive,<br>Syracuse, UT 84075-9368 | Murray, Aaron<br>C/O ELEMENT SPORTS<br>3180 NORTH POINT PKWY SUITE 106<br>ALPHARETTA, GA 30005 |
| MWW Group LLC<br>Frank J. Perch, III<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103-7395 | NATHAN SHAPIRO<br>242 IMPALA TRACE<br>SAN ANTONIO, TX 78258 | Nationwide Referral Company, Inc. dba Apartm<br>Relocation Center<br>11818 Wurzbach Rd.<br>San Antonio, TX 78230-2710 |
| NBCUNIVERSAL MEDIA LLC<br>30 Rockefeller Plaza(1221 Campus)<br>New York, NY 10112 | NEP II, Inc dba NEP Supershooters, LP<br>c/o Paul Mazeski, Esq.<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 15219 | nerdmatics<br>8149 Santa Monica Blvd<br>#404<br>West Hollywood, CA 90046-4912 |

| | | |
|---|---|---|
| NICOLAS LARIOS<br>206 Cork Way<br>Davenport, FL 33897 | North Carolina Department of Revenue<br>BANKRUPTCY UNIT<br>PO BOX 1168<br>Raleigh, NC 27602-1168 | OFFICE DEPOT<br>6600 N MILITARY TRAIL, S416N<br>BOCA RATON, FL 33496 |
| Ollier, Lori<br>31459 Sonoma Lane<br>Temecula, CA 92591-2116 | Outdoor America Images, Inc. OAI<br>4545 W Hillsborough Ave<br>Tampa, FL 33614-5441 | PATRICK A. HARRINGTON<br>PO Box 1019<br>Vidor, TX 77670-1019 |
| Patrick H Autry (Dundon Capital Parters & Thomas G Dundon) Branscomb PC<br>8023 Vantage Drive, Suite 560<br>San Antonio, TX 78230 | Paul M Halsey dba Admiral Video, LLC<br>503 E. Erie St. Suite B<br>Lancaster, NY 14086-9506 | Pavilion Management Company dba Hilton Phoen<br>Mesa Hotel<br>1011 W Holmes Avenue<br>Mesa, AZ 85210-4923 |
| PCH TRIBUNE LLC DBA NUMBER SIX LLC<br>4770 S 5600 W<br>West Valley City, UT 84118-7400 | PCS Production Company, LP<br>1551 Corporate Drive<br>Suite 125<br>Irving, TX 75038-2450 | Polian Consulting<br>C/O IRVING WALKER<br>COLE SCHOTZ PC<br>300 LOMBARD ST #1450<br>BELTIMORE, MD 21202 |
| PORTER HEDGES LLP<br>AARON J POWER<br>1000 MAIN STREET 36TH FL<br>HOUSTON, TX 77002 | PRISMIC IO, Inc.<br>185 Alewife Brook Parkway, Suite 210<br>Cambridge, MA 02138-1104 | Prospect Productions LLC dba Barnicle<br>175 Varick St. 2nd floor<br>New York, NY 10014-5856 |
| Reed, Michael<br>16165 Cayenne Ridge Rd<br>San Diego, CA 92127-3707 | RENEE STOUT<br>2630 Fallbrook Dr.<br>Oviedo, FL 32765 | Residence Inn by Marriott Orlando Downtown<br>680 N Orange Ave<br>Orlando, FL 32801-1374 |
| Rheinbold, Jim<br>10437 La Morada Dr<br>San Diego, CA 92124-1011 | RHINO ARIZONA, LLC<br>125 W Julie Dr.<br>Tempe, AZ 85283 | RICHARD HORNER<br>12423 ORANGEWOOD CIRCLE<br>TAVARES, FL 32778 |
| ROBERT GLEESON<br>230 DWYER AVE #903<br>SAN ANTONIO, TX 78204-1033 | ROBERT ZEARFOSS<br>2548 Rio Cordillera<br>San Antonio, TX 78006 | RON BEVILACQUA<br>3677 41ST STREET #4<br>SAN DIEGO, CA 92105 |
| RON MAULDIN<br>1964<br>802 LITTLE CREEK CT<br>CANTON, GA 30114 | RON PROCIW<br>PRESIDENT IMAGE CAM, INC.<br>7835 E EVANS RD SUITE 500<br>SCOTTSDALE, AZ 85260 | Royal Restrooms Mountain West, LLC<br>563 N Colorado St<br>Salt Lake City, UT 84116-2505 |
| RUBEN V LOSOYA<br>LOSOYA INDUSTRIES, LLC<br>205 ROSEBUD STREET<br>BOERNE, TX 78006 | RUSSELL W MILLS<br>BELL NUNNALLY & MARTIN LLP<br>2323 ROSS AVE SUITE 1900<br>DALLAS, TX 75201 | RUSSELL W. MILLS (DUNDON CAP PARTNERS & THOMAS G DUNDON)<br>Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201 |

| | | |
|---|---|---|
| Russell, John<br>3642 Terrace Place<br>Carlsbad, CA 92010-6593 | RUTHER PALMER<br>1827 Schley Ave.<br>San Antonio, TX 78210 | SAFC Management<br>One AT&T Parkway<br>San Antonio, TX 78219 |
| Safety Services, Inc. dba U.S. Safety Servic<br>5525 Blanco Rd. Suite 124<br>San Antonio, TX 78216-6678 | SAMANTHA EVANS<br>539 Parkmont Ct<br>San Antonio, TX 78258 | SAN ANTONIO BUSINESS JOURNAL<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 |
| SAN ANTONIO EXPRESS<br>c/o Zalina Tsarakova<br>4747 Southwest Freeway<br>Houston, TX 77027 | SCOTT ENOS<br>14718 EAGLES CROSSING DRIVE<br>ORLANDO, FL 32837-6923 | Security Industry Specialists Inc. - SIS<br>20 West Galer Street<br>Seattle, WA 98119 |
| SECURITY INDUSTRY SPECIALISTS, INC.<br>C/O WAYNE R TERRY<br>15910 VENTURA BVLD 12TH FL<br>ENCINO, CA 91436 | Shapins, William<br>13119 Lakeshore Grove Drive<br>Winter Garden, FL 34787-5459 | Shavers, Brenda S<br>574 Terry Street Southeast<br>Atlanta, GA 30312-2838 |
| SHOCK DOCTOR INC.<br>11488 SLATER AVE<br>FOUNTAIN VALLEY, CA 92708-5440 | Signal Wiz - Technical Services<br>6822 Fisk Avenue<br>San Diego, CA 92122-2437 | Silverman Group<br>436 Orange Street<br>New Haven, CT 06511-6402 |
| Simplified Coach, Inc.<br>14051 Saratoga-Sunnyvale Rd.<br>Saratoga, CA 95070-5834 | Skousen, Lindsay<br>459 Virginia Dr<br>Winter Park, FL 32789-5806 | Smith, Charles<br>4233 Avacado Blvd<br>La Mesa, CA 91941-7125 |
| Sneaky Big Studios, LLC<br>15750 N. Northsight Blvd.<br>Scottsdale, AZ 85260-1936 | Sodexo<br>c/o Thomas Stanton, Ass Gen Counsel<br>9801 Washingtonian Blvd 12th Fl<br>Gaithersburg, MD 20878 | SPECTRUM REACH/CHARTER<br>PO BOX 936671<br>ATLANTA, GA 31193-6671 |
| STACIE JOHNSON<br>3039 Chavez Ave<br>Clermont, FL 34715 | Stallard, Diane<br>1503 South Silverstone Court<br>Orange City, FL 32763-6256 | STATE OF ALABAMA<br>DEPT OF REVENUE<br>PO BOX 320001<br>MONTGOMERY, AL 36132-0001 |
| STEPHEN J HUMENIUK<br>LOCKE LORD LLP<br>600 CONGRESS AVE SUITE 2200<br>AUSTIN, TX 78701 | STEVE MARIUCCI<br>c/o Arnie Herz<br>14 Vanderventer Ave, suite 255<br>Port Washington, NY 11050 | STEVEN SHAFER<br>1290 Rip-Jay Circle<br>Canyon Lake, TX 78133 |
| Stieg, Frank<br>215 Salvador Square<br>Winter Park, FL 32789-5618 | Tarasewich, Thomas<br>3647 All American Blvd<br>Orlando, FL 32810-4726 | Tastinger, Anthony<br>14867 Hawksmoor Run Circle<br>Orlando, FL 32828-7510 |

| | | |
|---|---|---|
| TEAMWORKS INNOVATIONS, INC.<br>122 E Parrish Street<br>Durham, NC 27701 | Temple, Nicholas<br>6166 TREE FOX PL<br>Indianapolis, IN 46237 | THE MONTAG GROUP, LLC<br>14 Vanderventer Ave Suite 255<br>Port Washington, NY 11050 |
| THEODORE J COTTRELL<br>4580 REGENCY TRACE SW<br>ATLANTA, GA 30331 | THREE SISTERS PARTNERSHIP<br>c/op Russell Savory<br>Beard & Savory<br>119 S main St Suite 500<br>Memphis, TN 38103 | TIFFANY JOLLEY<br>ACCT EXECUTIVE<br>ALLIANCE OF AMERICAN FOOTBALL<br>5450 ROWLEY RD APT 904<br>SAN ANTONIO, TX 78240 |
| TIMOTHY GRANT<br>867 S Grant St.<br>Longwood, FL 32750-5507 | TNT Game Truck, LLC<br>26788 Rhapsody Ct.<br>Menifee, LA 92584-2714 | Tompkins, John<br>4703 Camberley Ct.<br>San Diego, CA 92154-8407 |
| TREY BATES<br>215 N Center<br>#310<br>San Antonio, TX 78202 | TRI-C Club Supply Inc.<br>32615 Park Lane St.<br>Garden City, MI 48135-1528 | TRT DEVELOPMENT COMPANY<br>Omni SA Hotel<br>c/o Kristen A Miller Reinsch<br>4001 Maple Ave, Suite 600<br>Dallas, TX 75219 |
| TRT DEVELOPMENT CO-SAN ANTONIO<br>C/O WICK PHILLIPS JASON RUDD<br>3131 McKINNEY AVE STE 100<br>DALLAS, TX 75204 | UTAH MEDIA GROUP<br>4770 S 5600 W<br>WEST VALLEY CITY, UT 84118 | Varner, Nicole<br>221 Crumley Street SW<br>Atlanta, GA 30312-2609 |
| Vaughn, Nia<br>405 Pleasant Hill Road 30047-2980 | VITAC Corporation<br>8300 E Maplewood Ave Suite 310<br>Greenwood Village, CO 80111-4851 | Wadley, Jim<br>786 West Solana Circle<br>Solana Beach, CA 92075-2358 |
| WALTER JOHN ELLIS DBA SPORTS & BROA-<br>CAST SERVICE, 12101 E Mountain View Rd.<br>Scottsdale, AZ 85259 | War Machine Inc dba TSHIRTGUN.COM<br>3429-B Rutherford Rd EXT<br>Taylors, SC 29687-2133 | Ward, Thomas<br>612 Angelica Circle,<br>Cary, NC 27518-8727 |
| Watson Sr, Kenneth<br>3503 Tree Crossing Parkway,<br>Hoover, AL 35244-4095 | WAYNE TERRY<br>HEMAR ROUSSO & HEALD<br>15910 VENTURA BOULEVARD, 12TH FL<br>ENCINO, CA 91436 | WCF Mutual Insurance<br>c/o Law Offices of William B King, PC<br>3511 Broadway<br>San Antonio, TX 78209 |
| Weber, Jake<br>1120 Ecology Loop<br>Eads, TN 38028-3416 | WEIL GOTSHAL & MANGES LLP<br>ALFREDO PEREZ<br>700 LOUISIANA ST SUITE 1700<br>HOUSTON, TX 77002 | WEIL GOTSHAL & MANGES LLP<br>YEHUDAH BUCHWEITZ & GARRETT FAIL<br>(CBS) 767 FIFTH AVE<br>NEW YORK, NY 10153 |
| Wellman, Dale<br>2692 Indigo Drive<br>El Cajon, CA 92019-3869 | WFTV TELEVISIONC/O SZABO ASSOCIATES INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | WHBQ TELEVISION<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 |

WHBQ-TV - Cox Media Group NE, Inc.
P.O Box 82393
Chicago, IL 80691-0293

WHBQ-TV - Cox Media Group NE, Inc., Jay
6080 Mt. Moriah Road EXT
Memphis, TN 38115-2645

WILFORD COLEMAN, JR.
2121 PIONEER PASS
SEGUIN, TX 78155

WILLIAM ENGSTRAND
1505 S SILVERSTONE CT.
ORANGE CITY, FL 32763

WILLIAM J NEULS
4910 Hershey Dr
San Antonio, Tx 78220

WILLIAM MICHAEL MURRAY
4019 Conway Place Circle
Orlando, FL 32812

WILLIAM ROBERTS
413 Four Seasons Ave
mascotte, FL 34753

Wilson, Joy
15330 75 Avenue N.
Palm Beach Gardens, FL 33418-1901

Wolff, Steve
2131 Palomar Airport Road Ste. 330
Carlsbad, CA 92011-1466

WRSV RADIO
C/O SZABO ASSOC INC
3355 LENOX RD NE, SUITE 945
ATLANTA, GA 30326