UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| LEGENDFARY FIELD EXHIBITIONS, LLC. | § § | Case No. 19-50900-CAG |
| | § | |
| AAF PLAYERS, LLC; | § § | Case No. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § | Case No. 19-50903-CAG |
| | § | |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § | Case No. 19-50904-CAG |
| | § | |
| LFE 2, LLC; | § § | Case No. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § | Case No. 19-50906-CAG |
| DEBTORS, | § § | |
| | § | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) JOINTLY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

**TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY UNDER
BANKRUPTCY RULE 9019 WITH PROOF OF THE PUDDING MGR, INC.**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWNETY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

Randolph N. Osherow, chapter 7 trustee of the consolidated bankruptcy estate of Legendary Field Exhibitions, LLC (the "Trustee"), files this motion to compromise controversy with Proof of the Pudding MGR, Inc. ("POTP") under Rule 9019 of the Federal Rules of

Bankruptcy Procedure.

## Summary of Relief Requested

1. The Trustee seeks approval of a settlement reached with POTP. Under the proposed settlement, POTP will pay the Trustee the sum of $13,000.00 and the parties will exchange mutual releases. A complete description of the settlement is set forth below.

## Background

2. On April 19, 2019, Legendary Field Exhibitions, LLC and certain related entities (the "Debtors") filed their voluntary petitions for relief under Chapter 7, Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division (the "Bankruptcy Court"), thereby commencing the bankruptcy cases[1].

3. The Trustee is the duly appointed chapter 7 trustee in the case.

4. During the course of his investigation of the bankruptcy cases, the Trustee identified approximately $163,392.17 in payments received by POTP within 90 days of the Petition Date.

5. On November 12, 2020, Trustee sent a demand letter to POTP asserting that POTP had received certain payments from the Debtors that were avoidable under 11 U.S.C. § 547 of the Bankruptcy Code.

6. After the Trustee sent his preference demand, POTP provided the Trustee with documentation in support of its defenses. Specifically, POTP provided information that POTP had provided subsequent new value that would significantly limit POTP's alleged exposure to

---

[1] The substantively consolidated cases are *In re Legendary Field Exhibitions, LLC*, Case No. 19-50900; *In re Ebersol Sports Media Group, Inc.*, Case No. 19-50904; *In re AAF Players, LLC*, Case No. 19-50902; *In re AAF Properties, LLC*, Case No. 19-50903; *In re LFE2, LLC*, Case No. 19-50905; and *In re We are Realtime, LLC*, Case No. 19-50906.

approximately $13,000. This information and documentation precipitated a discussion of POTP's true exposure in the case. After negotiation, the Trustee and POTP reached an agreement to resolve all claims and causes of action between them. Attached as **Exhibit A** is a copy of the Settlement Agreement between the Trustee and POTP.

## Proposed Settlement and Compromise

7. Subject to Bankruptcy Court approval, POTP and the Trustee have agreed to the following:

- POTP will pay the sum of $13,000.00 in good and available funds to the Trustee (the "Settlement Payment") within 5 days of entry of an Order approving this agreement (the "9019 Order");

- The Trustee and POTP will exchange mutual releases; and

- POTP will not file a proof of claim.

## Merits of Compromise

8. The merits of a proposed compromise should be judged under the criteria set forth in *Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414 (1968). *TMT Trailer* requires that a compromise must be "fair and equitable." *TMT Trailer*, 390 U.S. at 424; *In re AWECO, Inc.*, 725 F.2d 293, 298 (5th Cir.), *cert. denied*, 469 U.S. 880 (1984). The terms "fair and equitable" mean that (i) senior interests are entitled to full priority over junior interests; and (ii) the settlement is reasonable in relation to the likely rewards of litigation. *In re Cajun Electric Power Coop.*, 119 F.3d 349, 355 (5th Cir. 1997); *In re Jackson Brewing Co.*, 624 F.2d 599, 602 (5th Cir. 1980).

9. In determining whether a proposed compromise is fair and equitable, a Court should consider the following factors:

(i) the probabilities of ultimate success should the claim be litigated;

(ii) the complexity, expense, and likely duration of litigating the claim;

(iii) the difficulties of collecting a judgment rendered from such litigation; and,

(iv) all other factors relevant to a full and fair assessment of the wisdom of the compromise.

*TMT Trailer*, 390 U.S. at 424. The Trustee believes that the proposed settlement satisfies the requirements established by the Supreme Court in *TMT Trailer*.

## Analysis of Proposed Compromise

10. Probabilities of Ultimate Success. During their discussions, POTP and the Trustee analyzed the various strengths and weaknesses of the various claims and defenses present in the preference demand. The Trustee believes that he would prevail on a portion of his claim. However, the Trustee recognizes that POTP has raised significant defenses to the preference demand. POTP believes that it has a complete defense under 11 U.S.C. § 547(c)(2) and (c)(4) that, if successful, would eliminate exposure. POTP provided documentation that it provided more than $166,000 in unpaid new value to the Debtors. Accordingly, POTP believes that it has no liability to the Trustee. Both parties acknowledge that a certain degree of uncertainty always exists with respect to litigation. The Trustee believes that the proposed settlement and compromise fairly recognizes his anticipated recovery on the preference claims without continued litigation. The parties have attempted to achieve a resolution that minimizes the potential damage and risk to all parties, including the estate's unsecured creditors.

11. After application of new value and ordinary course defenses that are likely available, POTP would be exposed to preference liability of $13,000.00 in preferential payments. Consequently, the Trustee has determined that the proposed compromise is in the best interest of all concerned parties.

12. <u>Complexity, Expense and Likely Duration</u>. Should the Trustee bring an adversary proceeding that would be litigated to conclusion, the Trustee estimates that a trial would last 3 or 4 hours. Briefing, discovery and preparation for trial would require several days of attorneys' time. Counsel for the Trustee has been retained in this case on a contingency fee basis. Accordingly, the estate would not incur additional attorneys' fees in connection with the litigation through trial.

13. <u>Difficulties of Collection</u>. If a judgment were rendered in an amount sought by the Trustee, the Trustee believes that he would be able to recover from POTP.

14. <u>Other Factors</u>. The Trustee believes that the proposed compromise is equitable and in the best interest of the estate. The parties avoid the time and expense of litigation, the estate receives cash for distribution to creditors and significant claims are withdrawn.

Accordingly, the Trustee requests that this Court approve the proposed settlement and compromise set forth above and for such other relief as is just.

**Dated: February 12, 2021.**

Respectfully submitted,

**McCLOSKEY ROBERSON WOOLLEY, PLLC**

By: /s/ Thomas A. Woolley, III
Timothy M. McCloskey
SBOT: 13417650
tmccloskey@mccloskeypllc.com
Thomas A. Woolley, III
SBOT: 24042193
rwoolley@mccloskeypllc.com
945 Heights Blvd.
Houston, TX 77008
713-868-5581
713-868-1275 (fax)

*Special Counsel for Randolph N. Osherow, chapter 7 trustee for the estate of Legendary Field Exhibitions, LLC*

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
580 La Ventana Blvd.
Driftwood, TX 78619
(512) 687-2503
**brianen@bdfgroup.com**

*General Counsel for Randolph N. Osherow, chapter 7 trustee for the estate of Legendary Field Exhibitions, LLC*

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument was duly served by United States first class mail, with proper postage affixed to all parties listed on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on this 22nd day of February 2021 and by regular first class mail postage prepaid on February 23, 2021..

/s/ Brian S. Engel
Brian Engel

| | | |
|---|---|---|
| A Bounce Above<br>13745 Lyall Pl<br>Lakeside, CA 92040-4823 | AAF-ARIZONA HOTSHOTS<br>Park Place Printing, Inc.<br>535 W Baseline Rd., Ste 104<br>Mesa, AZ 85210 | AARON C SMITH<br>LOCKE LORD LLP<br>111 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |
| Aflanny Inc.<br>P.O. Box 233<br>Rancho Santa Fe, CA 92067-0233 | AIRZONA BOARD OF REGENTS<br>ARIZONA STATE UNIV<br>C/O ROBERT CHARLES JR.<br>ONE SOUTH CHURCH AVE SUITE 2000<br>TUCSON, AZ 85701 | ALAN J SNYDER<br>3315 Falling Creek<br>San Antonio, TX 78259 |
| Ali, Salene<br>110 Sunnyland Dr<br>San Antonio, TX 78228-2915 | ALLEN J WESTGATE<br>5465 ALANDALE COURT<br>ORLANDO, FL 32839 | ALPHA ENTERTAINMENT, LLC<br>c/oARTOUSH VARSHOSAZ<br>K&L GATES, LLP<br>1717 MAIN STREET, #2800<br>DALLAS, TX 75201 |
| ANGELA CATES<br>27022 Foggy Meadows Street<br>San Antonio, TX 78260 | Annotti, Mark<br>2170 FAIRMONT CIRCLE<br>ORLANDO, FL 32837-6789 | ANTHONY HURST<br>4716 Valdina Way<br>San Diego, CA 92124-2433 |
| APRIL SCHULZE<br>10627 Larch Grove St.<br>Helotes, TX78023 | Aramark Sports and Entertainment Srvcs L<br>c/o Duane Morris LLP Jarret P Hitchings<br>222 DELAWARE AVE Ste 1600<br>WILMINGTON, DE 19801<br>Philadelphia, PA 19103-3041 | Arizona Department of Revenue<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 |

ASIF KHAN
3846 38TH STREET #3
SAN DIEGO, CA 92105

ATLANTA JOURNAL CONSTITUTION
c/o Szabo Assoc. Inc.
3355 Lenos Rd NE Suite 945
Atlanta, GA 30326

AY Productions LLC
1334 Park View Avenue #250
Manhattan Beach, CA 90266-3751

B/C OF CA dba ANTHEM BLUE
ERIC S GOLDSTEIN, ES SHIPMAN & GOODWIN, LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

BARB CRISPENS
VP OF FINANCE
KRANOS CORP DBA SCHUTT SPORTS
710 SOUTH INDUSTRIAL DR.
LITCHFIELD, IL 62056

Beddingfield, Blake
828 Woodburn Dr.,
Brentwood, TN 37027-8748

Big Fogg, Inc.
42095 Zero Dr. Unit A2
Temecula, CA 92590-3747

Big Ticket Inc. (Rich Waltz)
820 5th Ave. NW
Issaquah, WA 98027-2816

bluemedia
Gallaghers & Kennedy
Joe Cotterman
2575 E Camelback Rd Suite 1100
Phoeniz, AZ 85016

BPM Concerts, LLC dba Ballpark Music
1045 Crossvine Rd.
Roswell, GA 30075-3886

Broadway Media, LLC dba KXRK, KEGA, KYMV.
KUUU, KUDD, KALL, KOVO
50 West Broadway #200
Salt Lake City, UT 84101-2024

Buck's Bags Inc.
2401 West Main St.
Boise, ID 83702-4845

BYRON JONES
113 MOSELEY AVE
EATONVILLE, FL 32751

CaliVenture Party Rentals
5562 Las Alturas Terrace
San Diego, CA 92114-5316

Callaway, Rob
12644 Brite Ranch
San Antonio, TX 78245-3218

Campbell Clinic Orthopedics
1400 South Germantown Road
Germantown, TN 38138-2205

Carroll, William
1285 Burgundy Court
Oviedo, FL 32766-6686

CBT CREATIVE BROADCASTIN TECHNIQUES
15 Charles Place
Closter, NJ 07624

CENTURY LINK COMMUNICATIONS, LLC
1025 El Dorado Blvd., Bankruptcy Legal
Broomfield, CO 80021

CHRIS MUFFOLETO
2781 Wassum Trail
Chuluota, FL 32766

Classic Traditions, Inc.
4 Baltusrol Ct.
Shoal Creek, AL 35242-5903

Cliff Kleen Athletic
4480 Varsity Dr
Ann Arbor, MI 48108-5007

CLYDE SNOW & SESSIONS PC
201 SOUTH MAIN STREET SUITE 1300
SALT LAKE CITY, UT 84111

CMAXIII Entertainment/ Charles Sloan Jr.
24245 Wilderness Oak Apt #3310
San Antonio, TX 78258-7861

Colsell, Rick
3128 Guilitoy Ave
San Diego, CA 92117-2540

COMMONWEALTH OF PA
Attn: Deb Secrest/Labor/Ind Dept
Collections Support Unit
651 Boas Street, Rm 925
Harrisburg, PA 17121

Contemporary Services Corporation - CSC
17101 Superior St.
Northridge, CA 91325-1961

Coronado, Roberto
8034 Myrtle Glade
Converse, TX 78109-3275

Cortez Liquid Waste Services
19540 S US Highway 281
San Antonio TX 78221-9729

Cottrell, Theodore
4580 Regency Trace,
Atlanta, GA 30331-6832

| | | |
|---|---|---|
| Cox Media LLC San diego dba Cox Media - West<br>P.O Box 50456<br>Los Angeles, CA 90074-0456 | COX MEDIA SAN DIEGO<br>c/o Szabo Associates, Inc.<br>3355 Lenox Rd NE Suite 945<br>Atlanta, GA 30326 | Cynthia Frelund c/o Aaron C Smith<br>& Stephen J Humeniuk Locke Lord LLP<br>111 S Wacker Dr<br>Chicago, IL 60606 |
| DANIEL K WARD<br>8431 Cheyenne Pass<br>San Antonio, TX 78254 | DANNY RHINEHART<br>11476 Willow<br>Windermere, FL 34786 | Datatix Systems dba Smith'sTix<br>335 West Bugatti Drive<br>Salt Lake City, UT 84115-2521 |
| David S Pottruck Revocable Trust<br>201 Spear St, Ste 1750<br>San Francisco, CA 94105-1699 | Davis, Chrystal<br>1017 Margot Ln<br>Lake Wales, FL 33853-2732 | Decker, Shawn<br>17525 Silver Creek Ct<br>Clermont, FL 34714-5825 |
| DENISE DELOACH<br>13214 Vista del Mundo<br>San Antonio, TX 78216 | DONNA WINFREY<br>2980 Cordie Lee Lane<br>Germantown, TN 38138-8184 | Down In Front Productions, LLC<br>1318 Alford Ave, Suite 201<br>Hoover, AL 35226-3161 |
| Downey, Carolyn<br>7450 Olivetas Avenue<br>Apartment 40<br>La Jolla, CA 92037-4924 | Dr. Jill's Foot Pads, Inc.<br>384 S Military Trail<br>Deerfield Beach, FL 33442-3007 | ED MCCLURE<br>1610 CR 323<br>Jourdanton, TX 78026 |
| EDWARD LEPP DBA LEPPSDESIGN, LLC<br>320 NORTH SHADOWWOOD DRIVE<br>ST. AUGUSTINE, FL 32086 | EM Printing, LLC<br>3081 Bartlett Corporate Dr.<br>Bartlett, TN 38133-8943 | Embassy Suites by Hilton South Jordan Salt Lake City<br>10333 South Jordan Gateway<br>South Jordan, UT 84095-3954 |
| Embassy Suites San Antonio Riverwalk Downtow<br>125 East Houston St.<br>San Antonio, TX 78205-2247 | EMERALD AAGAARD VP<br>CBT CREATIVE BROADCASTING TECHNIQUES<br>15 CHARLES PLACE<br>CLOSTER, NJ 07624 | EMERALD CHIN VP<br>CBT CREATIVE BROADCAST TECHNIQUES<br>15 CHARLES PLACE<br>CLOSTER, NJ 07624 |
| EMILY MORGAN, LLC<br>705 EAST HOUSTON STREET<br>SAN ANTONIO, TX 78205 | ENTERPRISE NEWS GROUP<br>825 N 300 WEST<br>SUITE NE 220<br>SALT LAKE CITY, UT 84103 | ESTEBAN RAMIREZ, IV<br>3029 MORNING TRL<br>SAN ANTONIO, TX 78247 |
| Estrada, Letty<br>535 W Olmos Dr<br>San Antonio, TX 78212-1862 | Evangelist, John<br>2669 Eltinge Drive<br>Alpine, CA 91901-2240 | F&F Productions<br>14333 Myerlake Circle<br>Clearwater, FL 33760-2839 |
| Fidelis Bookkeeping And Payroll Services<br>812 N Pacific St<br>Unit C<br>Oceanside, CA 92054-1967 | Fikes, Bruce<br>113 W Huff Ave<br>San Antonio, TX 78214-2129 | Fisher, Jason Zone<br>128 South Kikea Drive<br>Los Angeles, CA 90048-3526 |

Five Marketing & Management LLC
925 B Street #603
San Diego, CA 92101-4628

Florida Medical Distributors, LLC
123 Barrier Isle Drive
Ormond beach, FL 32176-2243

Flying V Group
2051 Placentia Ave.
Costa Mesa, CA 92627-3405

Foot Management, Inc.
7201 Friendship Rd.
Pittsville, MD 21850-2039

Ford, Steve
3275 Madison Ave
San Diego, CA 92116-4450

FRANCHISE TAX
BOARDBANKRUPTCY SECTION
MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Franklin, Donna
6050 Brunswick Rd.
Lakeland, TN 38002-6945

FRESH CONCEPTS LLC
49 Research Drive
Milford, CT 06460

Gage, Christina
13021 Shenandoah Dr.
Lakeside, CA 92040-3333

GANNETT CO., INC.
C/O KATHLEEN HENNESSEY
GANNETT CO., INC.
LAW DEPT, 7950 JONES BRANCH DR.
MCLEAN, VA 22107

GARY HORTENSTINE
1353 Old Virginia Ct.
Marietta, GA 30067

Gelvin, Eric
4354 E Sandia St.
Phoenix, AZ 85044

Georgia State University Athletics /
Georgia State University Stadium
755 Hank Aaron Dr.
Atlanta, GA 30315-1120

Georgia State University dba GSU Panther Di
55 Gilmer Street Room 318
Atlanta, GA 30303

Glick, Rush
1651 Vann Court
El Cajon, CA 92020-2236

Goddard, John
1833 Wind Willow Road
Belle Isle, FL 32809-6859

Green, Nicholas
18626 Creekside Pass
San Antonio, TX 78259-3306

GREY SEAL PUPPETS
PO BOX 12
MCCLELLANVILLE, SC 29458

Hamilton, Michael
2349 N. Atwood Circle
Mesa, AZ 85207-2490

Hands on Atlanta
C/O KILPATRICK TOWNSEND &
STOCKTON LLP
1100 PEACHTREE ST NE STE 2800
ATLANTA, GA 30309

HEATHER J PANKO
STUTZMAN BROMBERT ESSERMAN &
PLIFKA
2323 BRYAN ST SUITE 2200
DALLAS, TX 75201

Hernandez, Jose
1681 san altos
Lemon Grove, CA 91945-3929

High Rise Audio
6783 S 2300 E
Salt Lake City, UT 84121-3121

Hog Wild c/o R SHERWOOD
EVANS PETREE PC
1291 TULLY ST
1715 AARON BRENNER DR #800
MEMPHIS, TN 38107

Holiday Inn Riverwalk
217 N. St. Marys Street
San Antonio, TX 78205-2303

Hyatt Regency Riverwalk San Antonio
123 Losoya
San Antonio, TX 78205-2688

ICM Partners - Terrell Davis
10250 Constellation Blvd. 31st floor
Los Angeles, CA 90067-6231

iHeartMedia Ent. Inc.
c/oHerzlich & Blum, LLP
15760 Ventura Boulevard
Suite 700
Encino, CA 91436

JACK DONALD SIDES II
5621 BUTTERCUP LANE
MCKINNEY, TX 75070

JACK KNIGHT ELECTRICAL
11625 RAINBOW RIDGE
HELOTES, TX 78023

| | | |
|---|---|---|
| JAMES PATRICK GLEASON<br>1237 Union Club Drive<br>Winter Garden, FL 34787 | JAMICHAEL GEORGE WINSTON<br>1601 PRINCESS HELEN RD W<br>MOBILE, AL 36618 | Jeff Knight Electrical<br>11625 Rainbow Ridge<br>Helotes, TX 78023-4406 |
| JENNIFER L WHITMORE<br>6022 Spring Time<br>San Antonio, TX 78249 | JENNIFER MONN<br>3597 Gatlin Place Circle<br>Orlando, FL 32812 | Joe Bosack<br>1661 Oak Road<br>Pottsville, PA 17901-3209 |
| JOHN R RICHARDSON<br>13100 Hissen Ridge Ln<br>Clermonth, Fl 34715 | JOHN ROUNDTREE<br>9188 Mudville Rd.<br>Millington, TN 38053 | JONATHAN HODGINS<br>1334 Baur Boulevard<br>St. Louis, MO 63132 |
| JONATHAN HOWELL<br>(PAVILION MANAGEMENT CO.)<br>GLAST PHILLIPS & MURRAY, PC<br>14801 QUORUM DRIVE, STE 500<br>DALLAS, TX 75254 | Juleyna, LLC dba Exhibit Experts<br>4012 East Broadway<br>Suite 307<br>Phoenix, AZ 85040-8800 | KATHRYN HETZLER<br>PRESIDENT/CEO<br>GREENSCAPE<br>7902 US HIGHWAY 70<br>BARTLETT, TN 38133 |
| KCYY/KISS/KTKX RADIO<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | KENS TELEVISION<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | KFMB TELEVISION<br>C/O ZSABO ASSOC INC.<br>3355 LENOX RD NE, SUITE 945<br>ATLANTA, GA 30326 |
| Knuckey, Thomas<br>310 W Hornbeam Dr<br>longwood, FL 32779-2533 | Kohlhausen, Susan<br>5918 Tivoli Gardens Blvd<br>Orlando, FL 32829-7704 | KPNX TELEVISION<br>C/O SZABO ASSOC INC.<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 |
| KRLV/KOMP/KBAD RADIO<br>C/O SZABO ASSOC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | Ladds<br>6881 Appling Farms Parkway<br>Memphis, TN 38133-4713 | Lamar Advertising<br>1600 Century Ctr Pkwy #104<br>Memhis, TN 38134-6100 |
| LAMAR<br>P.O Box 96030<br>Baton Rouge, LA 70896-9030 | LANCE P REED<br>PRESIDENT<br>DOCUMENT STRATEGIES, INC.<br>1235 OLD ALPHARETTA RD SUITE 110<br>ALPHARETTA, GA 30005 | LATHROP GAGE<br>RAYMOND URBANIK<br>2101 CEDAR SPRINGS RD<br>SUITE 1400<br>DALLAS, TX 75201 |
| LATHROP GAGE<br>WENDI ALPER PRESSMAN<br>7701 FORSYTH BLVD SUITE 500<br>ST LOUIS, MO 63105 | Law Enforcement Specialists Inc<br>PO Box 11656<br>Glendale, AZ 85318-1656 | LAWRENCE D PARK<br>109 OAKWOOD DR<br>CUMMIMG, GA 30040 |
| Lazser Down LLC<br>4528 W. 140th Street<br>Leawood, KS 66224-3591 | LEO J HUDSON<br>7123 QUAIL GARDENS<br>SAN ANTONIO, TX 78250 | LEWIS CONSULTING<br>11317 VIA PLAYA DE CORTES<br>SAN DIEGO, CA 92124 |

Lopez, Jake
8922 Summer Trail
San Antonio, TX 78250-2613

Mabry, Ashaad
21302 Encino Commons #9204
San Antonio, TX 78259

MacDonald, Kelly
1923 San Jose Ave,
San Francisco, CA 94112-2406

Major Promotions
3517 Spring Valley Court
Mountain Brook, AL 35223-1467

MANUEL RAMIREZ
22702 Sabine Summit
San Antonio, TX 78258

Markey, John & Teresa
5508 Redland Dr
San Diego, CA 92115-2215

Marriott Hotel Services Inc DBA Scottsdale
Marriott at McDowell Mountains
John C Josefsberg
12740 Hillcrest Rd #240
Dallas, TX 75230

MARRIOTT INTERNATIONAL INC.
John C. Josefsberg
12740 Hillcrest Rd suite 240
Dallas, TX 75230

Mason, Thomas
7777 Glen American Apt 349,
Dallas, TX 75225-1840

Masque Sound & Recording DBA
Professional
Wireless Systems
21 E Union Ave
East Rutherford, NJ 07073-2127

Matthies, Mason
PO Box 732
Rancho Santa Fe, CA 92067-0732

Maywald, John
39 Walnut Grove Road
Boerne, TX 78006-6222

Mclain, Nick
3753 e fairfield st
mesa, AZ 85205-4969

Media2, Inc. dba m2
1 Bridge St.
Suite 215
Irvington, NY 10533-1629

MELISSA SCOTT
1973
10339 FASANO DRIVE
LAKESIDE, CA 92040

MICHAEL E WALDEN
PRESIDENT
PYRO SHOWS OF TEXAS, INC.
PO BOX 1776
LAFOLLETTE, TN 37766

MICHAEL T CALKINS
5698 BASSETT PL
SANFORD, FL 32771-8501

MIND OVER MEDIA LLC
15212 N 53RD STREET
SCOTTSDALE, AZ 85254

MMS MEDIA LLC
11872 REAGAN STREET
LOS ALAMITOS, CA 90720

Mobile Modular
NIEL BANSRAJ
5700 LAS POSITAS RD.
LIVERMORE, CA 94550

Morris, Colin
152 NE 167 Street
Suite 403
Miami, FL 33162-3400

Moxley, Trae J.
PO Box 1252,
Carbondale, CO 81623-1252

Muirbrook, Richard
2433 Hansen Meadows Drive,
Syracuse, UT 84075-9368

Murray, Aaron
C/O ELEMENT SPORTS
3180 NORTH POINT PKWY SUITE 106
ALPHARETTA, GA 30005

MWW Group LLC
Frank J. Perch, III
1650 Market Street, Suite 1800
Philadelphia, PA 19103-7395

NATHAN SHAPIRO
242 IMPALA TRACE
SAN ANTONIO, TX 78258

Nationwide Referral Company, Inc. dba
Apartm
Relocation Center
11818 Wurzbach Rd.
San Antonio, TX 78230-2710

NBCUNIVERSAL MEDIA LLC
30 Rockefeller Plaza(1221 Campus)
New York, NY 10112

NEP II, Inc dba NEP Supershooters, LP
c/o Paul Mazeski, Esq.
301 Grant Street, 20th Floor
Pittsburgh, PA 15219

nerdmatics
8149 Santa Monica Blvd
#404
West Hollywood, CA 90046-4912

NICOLAS LARIOS
206 Cork Way
Davenport, FL 33897

North Carolina Department of Revenue
BANKRUPTCY UNIT
PO BOX 1168
Raleigh, NC 27602-1168

OFFICE DEPOT
6600 N MILITARY TRAIL, S416N
BOCA RATON, FL 33496

Ollier, Lori
31459 Sonoma Lane
Temecula, CA 92591-2116

Outdoor America Images, Inc. OAI
4545 W Hillsborough Ave
Tampa, FL 33614-5441

PATRICK A. HARRINGTON
PO Box 1019
Vidor, TX 77670-1019

Patrick H Autry (Dundon Capital Parters & Thomas G Dundon) Branscomb PC
8023 Vantage Drive, Suite 560
San Antonio, TX 78230

Paul M Halsey dba Admiral Video, LLC
503 E. Erie St. Suite B
Lancaster, NY 14086-9506

Pavilion Management Company dba Hilton Phoen
Mesa Hotel
1011 W Holmes Avenue
Mesa, AZ 85210-4923

PCH TRIBUNE LLC DBA NUMBER SIX LLC
4770 S 5600 W
West Valley City, UT 84118-7400

PCS Production Company, LP
1551 Corporate Drive
Suite 125
Irving, TX 75038-2450

Polian Consulting
C/O IRVING WALKER
COLE SCHOTZ PC
300 LOMBARD ST #1450
BELTIMORE, MD 21202

PORTER HEDGES LLP
AARON J POWER
1000 MAIN STREET 36TH FL
HOUSTON, TX 77002

PRISMIC IO, Inc.
185 Alewife Brook Parkway, Suite 210
Cambridge, MA 02138-1104

Prospect Productions LLC dba Barnicle
175 Varick St. 2nd floor
New York, NY 10014-5856

Reed, Michael
16165 Cayenne Ridge Rd
San Diego, CA 92127-3707

RENEE STOUT
2630 Fallbrook Dr.
Oviedo, FL 32765

Residence Inn by Marriott Orlando Downtown
680 N Orange Ave
Orlando, FL 32801-1374

Rheinbold, Jim
10437 La Morada Dr
San Diego, CA 92124-1011

RHINO ARIZONA, LLC
125 W Julie Dr.
Tempe, AZ 85283

RICHARD HORNER
12423 ORANGEWOOD CIRCLE
TAVARES, FL 32778

ROBERT GLEESON
230 DWYER AVE #903
SAN ANTONIO, TX 78204-1033

ROBERT ZEARFOSS
2548 Rio Cordillera
San Antonio, TX 78006

RON BEVILACQUA
3677 41ST STREET #4
SAN DIEGO, CA 92105

RON MAULDIN
1964
802 LITTLE CREEK CT
CANTON, GA 30114

RON PROCIW
PRESIDENT IMAGE CAM, INC.
7835 E EVANS RD SUITE 500
SCOTTSDALE, AZ 85260

Royal Restrooms Mountain West, LLC
563 N Colorado St
Salt Lake City, UT 84116-2505

RUBEN V LOSOYA
LOSOYA INDUSTRIES, LLC
205 ROSEBUD STREET
BOERNE, TX 78006

RUSSELL W MILLS
BELL NUNNALLY & MARTIN LLP
2323 ROSS AVE SUITE 1900
DALLAS, TX 75201

RUSSELL W. MILLS (DUNDON CAP PARTNERS & THOMAS G DUNDON)
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

Russell, John
3642 Terrace Place
Carlsbad, CA 92010-6593

RUTHER PALMER
1827 Schley Ave.
San Antonio, TX 78210

SAFC Management
One AT&T Parkway
San Antonio, TX 78219

Safety Services, Inc. dba U.S. Safety Servic
5525 Blanco Rd. Suite 124
San Antonio, TX 78216-6678

SAMANTHA EVANS
539 Parkmont Ct
San Antonio, TX 78258

SAN ANTONIO BUSINESS JOURNAL
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

SAN ANTONIO EXPRESS
c/o Zalina Tsarakova
4747 Southwest Freeway
Houston, TX 77027

SCOTT ENOS
14718 EAGLES CROSSING DRIVE
ORLANDO, FL 32837-6923

Security Industry Specialists Inc. - SIS
20 West Galer Street
Seattle, WA 98119

SECURITY INDUSTRY SPECIALISTS, INC.
C/O WAYNE R TERRY
15910 VENTURA BVLD 12TH FL
ENCINO, CA 91436

Shapins, William
13119 Lakeshore Grove Drive
Winter Garden, FL 34787-5459

Shavers, Brenda S
574 Terry Street Southeast
Atlanta, GA 30312-2838

SHOCK DOCTOR INC.
11488 SLATER AVE
FOUNTAIN VALLEY, CA 92708-5440

Signal Wiz - Technical Services
6822 Fisk Avenue
San Diego, CA 92122-2437

Silverman Group
436 Orange Street
New Haven, CT 06511-6402

Simplified Coach, Inc.
14051 Saratoga-Sunnyvale Rd.
Saratoga, CA 95070-5834

Skousen, Lindsay
459 Virginia Dr
Winter Park, FL 32789-5806

Smith, Charles
4233 Avacado Blvd
La Mesa, CA 91941-7125

Sneaky Big Studios, LLC
15750 N. Northsight Blvd.
Scottsdale, AZ 85260-1936

Sodexo
c/o Thomas Stanton, Ass Gen Counsel
9801 Washingtonian Blvd 12th Fl
Gaithersburg, MD 20878

SPECTRUM REACH/CHARTER
PO BOX 936671
ATLANTA, GA 31193-6671

STACIE JOHNSON
3039 Chavez Ave
Clermont, FL 34715

Stallard, Diane
1503 South Silverstone Court
Orange City, FL 32763-6256

STATE OF ALABAMA
DEPT OF REVENUE
PO BOX 320001
MONTGOMERY, AL 36132-0001

STEPHEN J HUMENIUK
LOCKE LORD LLP
600 CONGRESS AVE SUITE 2200
AUSTIN, TX 78701

STEVE MARIUCCI
c/o Arnie Herz
14 Vanderventer Ave, suite 255
Port Washington, NY 11050

STEVEN SHAFER
1290 Rip-Jay Circle
Canyon Lake, TX 78133

Stieg, Frank
215 Salvador Square
Winter Park, FL 32789-5618

Tarasewich, Thomas
3647 All American Blvd
Orlando, FL 32810-4726

Tastinger, Anthony
14867 Hawksmoor Run Circle
Orlando, FL 32828-7510

| | | |
|---|---|---|
| TEAMWORKS INNOVATIONS, INC.<br>122 E Parrish Street<br>Durham, NC 27701 | Temple, Nicholas<br>6166 TREE FOX PL<br>Indianapolis, IN 46237 | THE MONTAG GROUP, LLC<br>14 Vanderventer Ave Suite 255<br>Port Washington, NY 11050 |
| THEODORE J COTTRELL<br>4580 REGENCY TRACE SW<br>ATLANTA, GA 30331 | THREE SISTERS PARTNERSHIP<br>c/op Russell Savory<br>Beard & Savory<br>119 S main St Suite 500<br>Memphis, TN 38103 | TIFFANY JOLLEY<br>ACCT EXECUTIVE<br>ALLIANCE OF AMERICAN FOOTBALL<br>5450 ROWLEY RD APT 904<br>SAN ANTONIO, TX 78240 |
| TIMOTHY GRANT<br>867 S Grant St.<br>Longwood, FL 32750-5507 | TNT Game Truck, LLC<br>26788 Rhapsody Ct.<br>Menifee, LA 92584-2714 | Tompkins, John<br>4703 Camberley Ct.<br>San Diego, CA 92154-8407 |
| TREY BATES<br>215 N Center<br>#310<br>San Antonio, TX 78202 | TRI-C Club Supply Inc.<br>32615 Park Lane St.<br>Garden City, MI 48135-1528 | TRT DEVELOPMENT COMPANY<br>Omni SA Hotel<br>c/o Kristen A Miller Reinsch<br>4001 Maple Ave, Suite 600<br>Dallas, TX 75219 |
| TRT DEVELOPMENT CO-SAN ANTONIO<br>C/O WICK PHILLIPS JASON RUDD<br>3131 McKINNEY AVE STE 100<br>DALLAS, TX 75204 | UTAH MEDIA GROUP<br>4770 S 5600 W<br>WEST VALLEY CITY, UT 84118 | Varner, Nicole<br>221 Crumley Street SW<br>Atlanta, GA 30312-2609 |
| Vaughn, Nia<br>405 Pleasant Hill Road 30047-2980 | VITAC Corporation<br>8300 E Maplewood Ave Suite 310<br>Greenwood Village, CO 80111-4851 | Wadley, Jim<br>786 West Solana Circle<br>Solana Beach, CA 92075-2358 |
| WALTER JOHN ELLIS DBA SPORTS & BROA-<br>CAST SERVICE, 12101 E Mountain View Rd.<br>Scottsdale, AZ 85259 | War Machine Inc dba TSHIRTGUN.COM<br>3429-B Rutherford Rd EXT<br>Taylors, SC 29687-2133 | Ward, Thomas<br>612 Angelica Circle,<br>Cary, NC 27518-8727 |
| Watson Sr, Kenneth<br>3503 Tree Crossing Parkway,<br>Hoover, AL 35244-4095 | WAYNE TERRY<br>HEMAR ROUSSO & HEALD<br>15910 VENTURA BOULEVARD, 12TH FL<br>ENCINO, CA 91436 | WCF Mutual Insurance<br>c/o Law Offices of William B King, PC<br>3511 Broadway<br>San Antonio, TX 78209 |
| Weber, Jake<br>1120 Ecology Loop<br>Eads, TN 38028-3416 | WEIL GOTSHAL & MANGES LLP<br>ALFREDO PEREZ<br>700 LOUISIANA ST SUITE 1700<br>HOUSTON, TX 77002 | WEIL GOTSHAL & MANGES LLP<br>YEHUDAH BUCHWEITZ & GARRETT FAIL<br>(CBS) 767 FIFTH AVE<br>NEW YORK, NY 10153 |
| Wellman, Dale<br>2692 Indigo Drive<br>El Cajon, CA 92019-3869 | WFTV TELEVISIONC/O SZABO ASSOCIATES INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | WHBQ TELEVISION<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 |

WHBQ-TV - Cox Media Group NE, Inc.
P.O Box 82393
Chicago, IL 80691-0293

WHBQ-TV - Cox Media Group NE, Inc., Jay
6080 Mt. Moriah Road EXT
Memphis, TN 38115-2645

WILFORD COLEMAN, JR.
2121 PIONEER PASS
SEGUIN, TX 78155

WILLIAM ENGSTRAND
1505 S SILVERSTONE CT.
ORANGE CITY, FL 32763

WILLIAM J NEULS
4910 Hershey Dr
San Antonio, Tx 78220

WILLIAM MICHAEL MURRAY
4019 Conway Place Circle
Orlando, FL 32812

WILLIAM ROBERTS
413 Four Seasons Ave
mascotte, FL 34753

Wilson, Joy
15330 75 Avenue N.
Palm Beach Gardens, FL 33418-1901

Wolff, Steve
2131 Palomar Airport Road Ste. 330
Carlsbad, CA 92011-1466

WRSV RADIO
C/O SZABO ASSOC INC
3355 LENOX RD NE, SUITE 945
ATLANTA, GA 30326