# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC**, Debtor(s)

Adversary Proceeding No.: 22–05078–cag

Judge: Craig A Gargotta

**Randolph N. Osherow, in his capacity as Chapter 7 Trustee et al.**
Plaintiff

v.

**Thomas G. Dundon et al.**
Defendant

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **6/30/25** was filed on **7/2/25**. The following deadlines apply:

The parties have until **July 9, 2025** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **July 23, 2025**.

If a request for redaction is filed, the redacted transcript is due **August 4, 2025**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **September 30, 2025** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Liesl Springer, Tracey Williams, Alyce Stine, and Kelli R. Philburn (609) 586–2311**, or you may view the document at the clerk's office public terminal.

Dated: 7/3/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Krystal Torres

[Notice of Filing of Transcript (AP)] [NtcftddlrrAPap]