# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

Judge: Craig A. Gargotta

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  VIA PHONE:(650)479–3207; AC 160–591–1937

on  **10/4/21 at 10:00 AM**

TELEPHONIC Hearing to Consider and Act Upon the Following: (Related Document(s): 424 Application to Compromise and Settle Pursuant to Federal Rule of Bankruptcy Procedure 9019 (21–Day Objection Language) filed by Brian S. Engel for Trustee Randolph N Osherow (Attachments: # 1 Proposed Order)) Hearing Scheduled For 10/4/2021 at 10:00 AM at VIA TELEPHONE–Conference Dial–In Number: (650)479–3207; Access Code: 160–591–1937 – EXHIBITS TO BE OFFERED MUST BE MAILED OR HAND DELIVERED TO THE CLERK'S OFFICE 7 DAYS IN ADVANCE OF THE SCHEDULED HEARING – EXHIBITS MUST BE BOUND, TABBED AND WITH A TABLE OF CONTENTS (Elizondo, Lisa)

Dated: 9/9/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKaplc]