#424 Application to Compromise and Settle Pursuant to Federal Rule of Bankruptcy Procedure 9019 (21-Day Objection Language) filed by Brian S. Engel for Trustee Randolph N Osherow

# EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Randolph Osherow, Trustee | v. Thomas Dundon and Dundon Capital Partners, LLC | DISTRICT COURT Western - San Antonio |
|---|---|---|
| **PLAINTIFF'S ATTORNEY** Brian Engel | **DEFENDANT'S ATTORNEY** Brent Hockaday Patrick Autry | DOCKET NUMBER 19-50900 |
| | | TRIAL DATE(S) 10//421 |
| **PRESIDING JUDGE** **CRAIG A. GARGOTTA** | ELECTRONIC COURT RECORDING OPERATOR Emilio Luna | COURTROOM DEPUTY **LISA ELIZONDO** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | DATE ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/4/21 | XX | 10/4/21 | SPA Schmidt |
| 2 | | 10/4/21 | XX | 10/4/21 | SPA Northrup |
| 3 | | 10/4/21 | XX | 10/4/21 | Proof of Claim 214 |
| 4 | | 10/4/21 | XX | 10/4/21 | Proof of Claim 187 |
| 5 | | 10/4/21 | XX | 10/4/21 | Proof of Claim 188 |
| 6 | | 10/4/21 | XX | 10/4/21 | Example W-2 |
| 7 | | 10/4/21 | XX | 10/4/21 | DCP Series 2 Term Sheet |
| 8 | | 10/4/21 | XX | 10/4/21 | Vanech Email |
| 9 | | 10/4/21 | XX | 10/4/21 | Deposition Excerpts of Thomas Dundon (sealed per the court's direction) |
| 10 | | 10/4/21 | XX | 10/4/21 | Osherow Declaration |
| 11 | | 10/4/21 | XX | 10/4/21 | Engel Declaration |
| | | | | | |
| W1 | | 10/4/21 | | | Brian Engel (by proffer) |
| W2 | | 10/4/21 | | | Randolph Osherow (by proffer) |
| | | | | | |
| | 1 | 10/4/21 | XX | 10/4/21 | Excerpts Colton Schmidt Deposition |
| | 2 | 10/4/21 | XX | 10/4/21 | Excerpts Reggie Northrup Deposition |
| | 3 | 10/4/21 | XX | 10/4/21 | Excerpts Thomas Dundon Deposition |
| | 4 | 10/4/21 | XX | 10/4/21 | Errata Sheet Thomas Dundon |

FILED
OCT 04 2021
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

Include a notation as to the location of any exhibit not held with the case file or not available because of size.