

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 04, 2021.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § | CHAPTER 7 |
| | § | |
| LEGENDARY FIELD EXHIBITIONS, LLC. | § § | CASE NO. 19-50900-CAG |
| | | |
| AAF PLAYERS, LLC; | § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § | CASE NO. 19-50906-CAG |
| DEBTORS | § | |
| | | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) JOINTLY ADMINISTERED UNDER CASE NO. 19-50900-CAG) |

**ORDER APPROVING COMPROMISE AND SETTLEMENT**
**WITH MWW GROUP, LLC**

The Court has considered the Motion to Compromise Controversy under Bankruptcy Rule 9019 with MWW Group, LLC ("MWW") filed by Randolph Osherow, chapter 7 trustee of the

consolidated bankruptcy estate of Legendary Field Exhibitions, LLC (the "Trustee"). The Court finds that notice of the proposed compromise is sufficient. The proposed compromise meets the requirements for a compromise as outlined in *Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414 (1968). Accordingly, it is therefore

**ORDERED THAT:**

1. The Motion to Compromise Controversy under Bankruptcy Rule 9019 with MWW is **GRANTED**.

2. The Settlement Agreement annexed to the Motion to Compromise Controversy under Bankruptcy Rule 9019 as **Exhibit A** is hereby approved, and the Trustee is authorized to enter into the Settlement Agreement.

3. The Trustee agrees not to object to MWW single claim in the amount of $98,397.21 in the Debtors' bankruptcy cases. MWW waives any rights it has under 11 U.S.C. § 502(h).

4. Each party shall bear its respective fees and costs.

5. All parties to this compromise and settlement shall execute and deliver all documents reasonably necessary to effectuate the intent of this compromise and settlement.

###

Submitted by:
**MCCLOSKEY ROBERSON WOOLLEY, PLLC**
Thomas A. Woolley, III
rwoolley@mccloskeypllc.com
945 Heights Blvd.
Houston, TX 77008
713-868-5581
713-868-1275 (fax)