

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 04, 2021.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC, | CASE NO.: 19-50900-cag |
| AAF PLAYERS, LLC, | CASE NO.: 19-50902-CAG |
| AAF PROPERTIES, LLC, | CASE NO.: 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC., | CASE NO.: 19-50904-CAG |
| LFE 2, LLC, | CASE NO.: 19-50905-CAG |
| WE ARE REALTIME, LLC, | CASE NO.; 19-50906-CAG |
| DEBTORS. | |
| | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) JOINTLY ADMINISTERED UNDER CASE NO. 19-50900-CAG) |

### ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY

Before the Court is Thomas G. Dundon's and Dundon Capital Partners, LLC's Motion for Leave to File a Sur-Reply to Trustee's Reply to Objections to Trustee's Application to Compromise and Settle Pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "Motion"). The Court, having considered same, finds it should grant the Motion. It is, therefore,

**ORDERED** the Motion is **GRANTED**, and Thomas G. Dundon and Dundon Capital Partners, LLC shall file their Sur-Reply to Trustee's Reply to Objections to Trustee's Application to Compromise and Settle Pursuant to Federal Rule of Bankruptcy Procedure 9019.

###

Order prepared and submitted by:

Jeffrey S. Lowenstein
Texas State Bar No. 24007574
jlowenstein@bellnunnally.com
Brent D. Hockaday
Texas State Bar No. 24071295
bhockaday@bellnunnally.com
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214.740.1400 (Telephone)
214.740.1499 (Facsimile)

*Attorneys for Defendant*
*Thomas G. Dundon*

6118480_1.docx