**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | **CHAPTER 7** |
| | § | |
| **LEGENDARY FIELD EXHIBITIONS, LLC.** | § | **CASE NO. 19-50900-CAG** |
| | § | |
| | § | |
| **AAF PLAYERS, LLC;** | § | **CASE NO. 19-50902-CAG** |
| | § | |
| **AAF PROPERTIES, LLC;** | § | **CASE NO. 19-50903-CAG** |
| | § | |
| **EBERSOL SPORTS MEDIA GROUP, INC.;** | § | **CASE NO. 19-50904-CAG** |
| | § | |
| | § | |
| **LFE 2, LLC;** | § | **CASE NO. 19-50905-CAG** |
| | § | |
| **WE ARE REALTIME, LLC** | § | **CASE NO. 19-50906-CAG** |
| | § | |
| **DEBTORS** | § | |

**(SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) JOINTLY ADMINISTERED UNDER CASE NO. 19-50900-CAG)**

**SECOND INTERIM APPLICATION OF SPECIAL LITIGATION**
<u>**COUNSEL FOR ALLOWANCE OF COMPENSATION**</u>

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

## FEE APPLICATION SUMMARY

I.  **CLIENT**: Randolph N. Osherow, Chapter 7 Trustee

II.  **REQUESTING FIRM**: McCloskey Roberson, PLLC as special litigation counsel

III.  **TOTAL AMOUNT OF FEES REQUESTED**:

    a.    Fees: $304,214.95

    b.    Expenses: $5,060.88

    c.    Pre-petition retainer: None.

    d.    Time period covered: May 29, 2021 – December 31, 2021.

IV.  **BREAKOUT OF CURRENT APPLICATION**: Not applicable as this is a contingent fee application for special litigation counsel retained by the Chapter 7 Trustee and approved by the Bankruptcy Court pursuant to 11 U.S.C. § 328.

V.  **PRIOR APPLICATIONS**: Fees: $487,188.50; Expenses: $25,144.79.

VI.  **OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE**: This Application will not result in this estate not being able to pay all co-equal or superior administrative claims in this ease.

VII.  **RESULT OBTAINED:** For the time period covered by this Application, McCloskey Roberson, PLLC worked to evaluate and prosecute claims and causes of action under 11 U.S.C. § 547.  Through the efforts of McCloskey Roberson, PLLC, the Trustee has collected a total of $825,787.38 in settlement of various preference matters during the Application Period as more detailed in the Application.

**To the Craig Gargotta,**
**United States Bankruptcy Judge:**

McCloskey Roberson, PLLC ("MR" or "Applicant"), as special counsel for Randolph N. Osherow, chapter 7 trustee (the "Trustee") in the above-captioned and numbered bankruptcy cases, files this Second Interim Application of Special Litigation Counsel for Allowance of Compensation (the "Application") for the period from May 29, 2021 to December 31, 2021 (the "Application Period").

## Overview

1.       The Trustee employed MR on a contingency fee basis to evaluate and pursue claims under 11 U.S.C. § 547 (the "Preference Claims").  During the Application Period, MR's efforts have resolved matters that have resulted in $825,787.38 in collections for the Debtor's estate. Pursuant to the contingency fee arrangement with the Trustee, MRW is entitled to $304,214.95. Accordingly, MR requests an award of compensation of $304,214.95 and the reimbursement of expenses in the amount of $5,060.88.

## Background

2.       Legendary Field Exhibitions, LLC, Ebersol Sports Media Group, Inc. and four affiliates (collectively, the "Debtors") filed their petitions for voluntary relief under Bankruptcy Code Chapter 7 on April 19, 2019 (collectively, the "Bankruptcy Cases").

3.       Randolph N. Osherow was appointed as Chapter 7 Trustee thereafter and continues to serve in that capacity.

4.       On the Trustee's motion, the Court substantively consolidated the Bankruptcy Cases into, *In re Legendary Field Exhibitions*, Case No. 19-50900 [Docket No. 150].

5.       In the course of administering the estate, the Trustee has identified numerous payments and transfers which appear to constitute preferential transfers pursuant to Bankruptcy Code § 547.

6.       The Trustee engaged MR to serve as his special litigation counsel in connection with the Preference Claims.  The Trustee signed an engagement agreement with MR on May 27, 2020 and filed his Application to Employ McCloskey Roberson, PLLC as Special Litigation Counsel Pursuant to 11 U.S.C. §§ 327(a) & 328(a) [Docket No. 279].  On July 6, 2020, the Court entered an Order Authorizing Employment of MR as Special Litigation Counsel [Docket No. 281].

7.     Applicant has made the required disclosures provided by law.

8.     To the best of its knowledge, Applicant is unaware of any co-equal or superior administrative claimants in this case with respect to the funds currently in the estate whose fees and expenses have not already been approved by the Court and paid, other than Trustee, general counsel, and Trustee's accountant. Trustee has informed Applicant that the current Estate assets are sufficient to pay all administrative claims in this case.

9.     All professional services, for which an allowance is requested, were performed by Applicant for and on behalf of Trustee and not on behalf of any other entity or any other person.

10.     No agreement or understanding exists between Applicant and any other person with respect to sharing the compensation to be allowed by Applicant for services rendered or to be rendered in connection with this case.

11.     No previous Interim Fee Application has been filed by Applicant. No promises have been made for the compensation of Applicant, other than to pay reasonable compensation for its services.  No retained has been received by Applicant.

12.     Applicant seeks compensation pursuant to the contingent fee agreement approved by the Court that included a 35% contingent fee in connection with any Preference Claim that is resolved before the filing of a complaint and a 40% contingent fee in connection with any Preference Claim that is resolved after the filing of a complaint.

**Amount of Fees and Expenses Requested**

13.     This Application seeks compensation for MR's professional services rendered from May 29, 2021 – December 31, 2021.  Through the effort of MR, the Trustee will receive payments of $825,787.38.  Pursuant to the contingency fee arrangement with the Trustee, MR is entitled to $304,214.95, as set forth below:

| Matter | Amount Collected | Percentage | Fee |
|---|---|---|---|
| XOS Digital[1] | $140,000.00 | 35% | $49,000.00 |
| Zachry Hospitality[2] | $75,000.00 | 35% | $26,250.00 |
| Island Hospitality | $24,000.00 | 40% | $9,600.00 |
| PHG Birmingham Perimeter Park | $42,447.93 | 40% | $16,979.17 |
| MWW Group LLC | $17,388.00 | 40% | $6,955.20 |
| SportsMEDIA | $25,000.00 | 40% | $10,000.00 |
| Werqwise, Inc | $30,000.00 | 40% | $12,000.00 |
| Daversa Partners | $30,000.00 | 40% | $12,000.00 |
| RSLLC Orlando Downtown Hotel | $10,000.00 | 40% | $4,000.00 |
| S2 Global Inc. | $15,000.00 | 40% | $6,000.00 |
| The Switch Enterprises | $10,000.00 | 40% | $4,000.00 |
| School of Health Corp. | $12,500.00 | 40% | $5,000.00 |
| ACO Medical Supply | $12,000.00 | 40% | $4,800.00 |
| KORE Interactive Systems | $7,020.00 | 40% | $2,808.00 |
| Undefined Creative Inc. | $5,000.00 | 35% | $1,750.00 |
| Medco Supply Company | $33,931.45 | 40% | $13,572.58 |
| Infinite Scale Design Group LLC | $12,500.00 | 35% | $4,375.00 |
| University of Utah | $227,000.00 | 35% | $79,450.00 |
| Savor & Black Tie | $25,000.00 | 35% | $8,750.00 |
| Hilton Downtown San Antonio | $37,500.00 | 35% | $13,125.00 |
| Eclinicalworks LLC | $22,500.00 | 40% | $9,000.00 |
| Bruno Event Team LLC | $12,000.00 | 40% | $4,800.00 |
| **TOTAL** | **$825,787.38** | | **$304,214.95** |

14.     As part of this Fee Application, MR is also seeking the reimbursement of expenses

in the amount of $5,060.88 as further set forth below:

---

[1] The total amount of the settlement with XOS Digital was $210,000 to be paid in three installments of $70,000 each. Applicant is only seeking its fee on the $140,000 paid during the Application Period.

[2] The total amount of the settlement with Zachry Hospitality was $100,000 to be paid in four installments of $25,000 each. Applicant is only seeking its fee on the $75,000 paid during the Application Period.

| Expense | Amount |
|---|---|
| Document processing | $333.41 |
| Postage/Delivery Fees | $362.52 |
| Pacer/Filing Fees/Service Fees | $776.20 |
| Consulting expert fees | $3,588.75 |
| **TOTAL** | **$5,060.88** |

15.     MR's expenditures were necessary and reasonable costs incident to the performance of professional services for the Trustee.  These amounts are recoverable under the approved contingency fee agreement with the Trustee.

16.     MR's professional services rendered were for and on behalf of the Trustee.

17.     No agreement or understanding exists between MR and any other person with respect to sharing the compensation to be received by MR in connection with the legal services rendered to the Trustee.

18.     This is MR's second interim fee application. MR continues to represent the Estate in connection with various Preference Claims.

### Accomplishments

19.     As described above, the principal accomplishments of MR during the Application Period were the settlement of various Preference Claims.  The services rendered by MR will result in an identifiable, material and tangible benefit to the estate.

### Factors Supporting Allowance of Compensation

20.     Section 328 of the Bankruptcy Code allows an attorney seeking to represent a bankruptcy estate to obtain prior court approval of his compensation plan.  Section 328 provides that once a compensation plan has been approved by the bankruptcy court, "the court may allow compensation different from the compensation provided under such terms and conditions after the

conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions." 11 U.S.C. § 328(a); *In Re Barron*, 325 F.3d 690, 692-93 (5th Cir. 2003).

21.     In this case, there were no intervening circumstances that were incapable of anticipation by the Bankruptcy Court at the time it approved the compensation. Accordingly, MR is entitled to the contingency fee previously approved by this Court. *Id*.

## Conclusion

22.     The efforts of MR during the Application Period will directly result in the recovery of $825,787.38. Pursuant to the contingency fee arrangement with the Trustee, MR is entitled to $304,214.95 and $5,060.88 in expenses. Under *Barron* the requested contingency fee is appropriate in this case. By any reasonable measure, the services provided by MR will benefit the estate. Accordingly, MR requests that the Court approve the second interim compensation and reimbursement of expenses as set forth above; and grant such other and further relief as is just.

**Dated: January 18, 2022.**

Respectfully submitted,

**McCLOSKEY ROBERSON WOOLLEY, PLLC**

By:  ____*/s/ Thomas A. Woolley, III*____
        Timothy M. McCloskey
        SBOT: 13417650
        Thomas A. Woolley, III
        SBOT: 24042193
        945 Heights Blvd.
        Houston, TX 77008
        713-868-5581
        713-868-1275 (fax)
        Email: tmccloskey@mrwpllc.com
        Email: rwoolley@mrwpllc.com
        *Special Counsel for the Trustee*

## Certificate of Service

By my signature below, I hereby certify that on or before the 18th day of January 2022, a true and correct copy of the foregoing document was served upon the parties on the attached mailing matrix via electronic means as listed on the Court's ECF noticing system or by regular first class mail, postage prepaid.

_/s/ Brian S. Engel_
Brian S. Engel

A Bounce Above
13745 Lyall Pl
Lakeside, CA 92040-4823

AAF-ARIZONA HOTSHOTS
Park Place Printing, Inc.
535 W Baseline Rd., Ste 104
Mesa, AZ 85210

AARON C SMITH
LOCKE LORD LLP
111 SOUTH WACKER DRIVE
CHICAGO, IL 60606

Aflanny Inc.
P.O. Box 233
Rancho Santa Fe, CA 92067-0233

AIRZONA BOARD OF REGENTS
ARIZONA STATE UNIV
C/O ROBERT CHARLES  JR.
ONE SOUTH CHURCH AVE SUITE 2000
TUCSON, AZ 85701

ALAN J SNYDER
3315 Falling Creek
San Antonio, TX 78259

Ali, Salene
110 Sunnyland Dr
San Antonio, TX 78228-2915

ALLEN J WESTGATE
5465 ALANDALE COURT
ORLANDO, FL 32839

ALPHA ENTERTAINMENT, LLC
c/oARTOUSH VARSHOSAZ
K&L GATES, LLP
1717 MAIN STREET, #2800
DALLAS, TX 75201

ANGELA CATES
27022 Foggy Meadows Street
San Antonio, TX 78260

Annotti, Mark
2170 FAIRMONT CIRCLE
ORLANDO, FL 32837-6789

ANTHONY HURST
4716 Valdina Way
San Diego, CA 92124-2433

APRIL SCHULZE
10627 Larch Grove St.
Helotes, TX78023

Aramark Sports and Entertainment Srvcs L
c/o Duane Morris LLP Jarret P Hitchings
222 DELAWARE AVE Ste 1600
WILMINGTON, DE 19801
Philadelphia, PA 19103-3041

Arizona Department of Revenue
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

ASIF KHAN
3846 38TH STREET #3
SAN DIEGO, CA 92105

ATLANTA JOURNAL CONSTITUTION
c/o Szabo Assoc. Inc.
3355 Lenos Rd NE Suite 945
Atlanta, GA 30326

AY Productions LLC
1334 Park View Avenue #250
Manhattan Beach, CA 90266-3751

B/C OF CA dba ANTHEM BLUE
ERIC S GOLDSTEIN, ES SHIPMAN &
GOODWIN, LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

BARB CRISPENS
VP OF FINANCE
KRANOS CORP DBA SCHUTT SPORTS
710 SOUTH INDUSTRIAL DR.
LITCHFIELD, IL 62056

Beddingfield, Blake
828 Woodburn Dr.,
Brentwood, TN 37027-8748

Big Fogg, Inc.
42095 Zero Dr. Unit A2
Temecula, CA 92590-3747

Big Ticket Inc. (Rich Waltz)
820 5th Ave. NW
Issaquah, WA 98027-2816

bluemedia
Gallaghers & Kennedy
Joe Cotterman
2575 E Camelback Rd Suite 1100
Phoeniz, AZ 85016

BPM Concerts, LLC dba Ballpark Music
1045 Crossvine Rd.
Roswell, GA 30075-3886

Broadway Media, LLC dba KXRK, KEGA,
KYMV.
KUUU, KUDD, KALL, KOVO
50 West Broadway #200
Salt Lake City, UT 84101-2024

Buck's Bags Inc.
2401 West Main St.
Boise, ID 83702-4845

BYRON JONES
113 MOSELEY AVE
EATONVILLE, FL 32751

CaliVenture Party Rentals
5562 Las Alturas Terrace
San Diego, CA 92114-5316

Callaway, Rob
12644 Brite Ranch
San Antonio, TX 78245-3218

Campbell Clinic Orthopedics
1400 South Germantown Road
Germantown, TN 38138-2205

Carroll, William
1285 Burgundy Court
Oviedo, FL 32766-6686

CBT CREATIVE BROADCASTIN
TECHNIQUES
15 Charles Place
Closter, NJ 07624

CENTURY LINK COMMUNICATIONS,
LLC
1025 El Dorado Blvd., Bankruptcy Legal
Broomfield, CO 80021

CHRIS MUFFOLETO
2781 Wassum Trail
Chuluota, FL 32766

Classic Traditions, Inc.
4 Baltusrol Ct.
Shoal Creek, AL 35242-5903

Cliff Kleen Athletic
4480 Varsity Dr
Ann Arbor, MI 48108-5007

CLYDE SNOW & SESSIONS PC
201 SOUTH MAIN STREET SUITE 1300
SALT LAKE CITY, UT 84111

CMAXIII Entertainment/ Charles Sloan Jr.
24245 Wilderness Oak Apt #3310
San Antonio, TX 78258-7861

Colsell, Rick
3128 Guilitoy Ave
San Diego, CA 92117-2540

COMMONWEALTH OF PA
Attn: Deb Secrest/Labor/Ind Dept
Collections Support Unit
651 Boas Street, Rm 925
Harrisburg, PA 17121

Contemporary Services Corporation - CSC
17101 Superior St.
Northridge, CA 91325-1961

Coronado, Roberto
8034 Myrtle Glade
Converse, TX 78109-3275

Cortez Liquid Waste Services
19540 S US Highway 281
San Antonio TX 78221-9729

Cottrell, Theodore
4580 Regency Trace,
Atlanta, GA 30331-6832

Cox Media LLC San diego dba Cox Media - West
P.O Box 50456
Los Angeles, CA 90074-0456

COX MEDIA SAN DIEGO
c/o Szabo Associates, Inc.
3355 Lenox Rd NE Suite 945
Atlanta, GA 30326

Cynthia Frelund c/o Aaron C Smith
& Stephen J Humeniuk Locke Lord LLP
111 S Wacker Dr
Chicago, IL 60606

DANIEL K WARD
8431 Cheyenne Pass
San Antonio, TX 78254

DANNY RHINEHART
11476 Willow
Windermere, FL 34786

Datatix Systems dba Smith'sTix
335 West Bugatti Drive
Salt Lake City, UT 84115-2521

David S Pottruck Revocable Trust
201 Spear St, Ste 1750
San Francisco, CA 94105-1699

Davis, Chrystal
1017 Margot Ln
Lake Wales, FL 33853-2732

Decker, Shawn
17525 Silver Creek Ct
Clermont, FL 34714-5825

DENISE DELOACH
13214 Vista del Mundo
San Antonio, TX 78216

DONNA WINFREY
2980 Cordie Lee Lane
Germantown, TN 38138-8184

Down In Front Productions, LLC
1318 Alford Ave, Suite 201
Hoover, AL 35226-3161

Downey, Carolyn
7450 Olivetas Avenue
Apartment 40
La Jolla, CA 92037-4924

Dr. Jill's Foot Pads, Inc.
384 S Military Trail
Deerfield Beach, FL 33442-3007

ED MCCLURE
1610 CR 323
Jourdanton, TX 78026

EDWARD LEPP DBA LEPPSDESIGN, LLC
320 NORTH SHADOWWOOD DRIVE
ST. AUGUSTINE, FL 32086

EM Printing, LLC
3081 Bartlett Corporate Dr.
Bartlett, TN 38133-8943

Embassy Suites by Hilton South Jordan
Salt Lake City
10333 South Jordan Gateway
South Jordan, UT 84095-3954

Embassy Suites San Antonio Riverwalk
Downtow
125 East Houston St.
San Antonio, TX 78205-2247

EMERALD AAGAARD VP
CBT CREATIVE BROADCASTING
TECHNIQUES
15 CHARLES PLACE
CLOSTER, NJ 07624

EMERALD CHIN VP
CBT CREATIVE BROADCAST
TECHNIQUES
15 CHARLES PLACE
CLOSTER, NJ 07624

EMILY MORGAN, LLC
705 EAST HOUSTON STREET
SAN ANTONIO, TX 78205

ENTERPRISE NEWS GROUP
825 N 300 WEST
SUITE NE 220
SALT LAKE CITY, UT 84103

ESTEBAN RAMIREZ, IV
3029 MORNING TRL
SAN ANTONIO, TX 78247

Estrada, Letty
535 W Olmos Dr
San Antonio, TX 78212-1862

Evangelist, John
2669 Eltinge Drive
Alpine, CA 91901-2240

F&F Productions
14333 Myerlake Circle
Clearwater, FL 33760-2839

Fidelis Bookkeeping And Payroll Services
812 N Pacific St
Unit C
Oceanside, CA 92054-1967

Fikes, Bruce
113 W Huff Ave
San Antonio, TX 78214-2129

Fisher, Jason Zone
128 South Kikea Drive
Los Angeles, CA 90048-3526

Five Marketing & Management LLC
925 B Street #603
San Diego, CA 92101-4628

Florida Medical Distributors, LLC
123 Barrier Isle Drive
Ormond beach, FL 32176-2243

Flying V Group
2051 Placentia Ave.
Costa Mesa, CA 92627-3405

Foot Management, Inc.
7201 Friendship Rd.
Pittsville, MD 21850-2039

Ford, Steve
3275 Madison Ave
San Diego, CA 92116-4450

FRANCHISE TAX
BOARDBANKRUPTCY SECTION
MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Franklin, Donna
6050 Brunswick Rd.
Lakeland, TN 38002-6945

FRESH CONCEPTS LLC
49 Research Drive
Milford, CT 06460

Gage, Christina
13021 Shenandoah Dr.
Lakeside, CA 92040-3333

GANNETT CO., INC.
C/O KATHLEEN HENNESSEY
GANNETT CO., INC.
LAW DEPT, 7950 JONES BRANCH DR.
MCLEAN, VA 22107

GARY HORTENSTINE
1353 Old Virginia Ct.
Marietta, GA 30067

Gelvin, Eric
4354 E Sandia St.
Phoenix, AZ 85044

Georgia State University Athletics /
Georgia State University Stadium
755 Hank Aaron Dr.
Atlanta, GA 30315-1120

Georgia State University dba GSU  Panther
Di
55 Gilmer Street Room 318
Atlanta, GA 30303

Glick, Rush
1651 Vann Court
El Cajon, CA 92020-2236

Goddard, John
1833 Wind Willow Road
Belle Isle, FL 32809-6859

Green, Nicholas
18626 Creekside Pass
San Antonio, TX 78259-3306

GREY SEAL PUPPETS
PO BOX 12
MCCLELLANVILLE, SC 29458

Hamilton, Michael
2349 N. Atwood Circle
Mesa, AZ 85207-2490

Hands on Atlanta
C/O KILPATRICK TOWNSEND &
STOCKTON LLP
1100 PEACHTREE ST NE STE 2800
ATLANTA, GA 30309

HEATHER J PANKO
STUTZMAN BROMBERT ESSERMAN &
PLIFKA
2323 BRYAN ST SUITE 2200
DALLAS, TX 75201

Hernandez, Jose
1681 san altos
Lemon Grove, CA 91945-3929

High Rise Audio
6783 S  2300 E
Salt Lake City, UT 84121-3121

Hog Wild c/o R SHERWOOD
EVANS PETREE PC
1291 TULLY ST
1715 AARON BRENNER DR #800
MEMPHIS, TN 38107

Holiday Inn Riverwalk
217 N. St. Marys Street
San Antonio, TX 78205-2303

Hyatt Regency Riverwalk San Antonio
123 Losoya
San Antonio, TX 78205-2688

ICM Partners - Terrell Davis
10250 Constellation Blvd. 31st floor
Los Angeles, CA 90067-6231

iHeartMedia Ent. Inc.
c/oHerzlich & Blum, LLP
15760 Ventura Boulevard
Suite 700
Encino, CA 91436

JACK DONALD SIDES II
5621 BUTTERCUP LANE
MCKINNEY, TX 75070

JACK KNIGHT ELECTRICAL
11625 RAINBOW RIDGE
HELOTES, TX 78023

JAMES PATRICK GLEASON
1237 Union Club Drive
Winter Garden, FL 34787

JAMICHAEL GEORGE WINSTON
1601 PRINCESS HELEN RD W
MOBILE, AL 36618

Jeff Knight Electrical
11625 Rainbow Ridge
Helotes, TX 78023-4406

JENNIFER L WHITMORE
6022 Spring Time
San Antonio, TX 78249

JENNIFER MONN
3597 Gatlin Place Circle
Orlando, FL 32812

Joe Bosack
1661 Oak Road
Pottsville, PA 17901-3209

JOHN R RICHARDSON
13100 Hissen Ridge Ln
Clermonth, Fl 34715

JOHN ROUNDTREE
9188 Mudville Rd.
Millington, TN 38053

JONATHAN HODGINS
1334 Baur Boulevard
St. Louis, MO 63132

JONATHAN HOWELL
(PAVILION MANAGEMENT CO.)
GLAST PHILLIPS & MURRAY, PC
14801 QUORUM DRIVE, STE 500
DALLAS, TX 75254

Juleyna, LLC dba Exhibit Experts
4012 East Broadway
Suite 307
Phoenix, AZ 85040-8800

KATHRYN HETZLER
PRESIDENT/CEO
GREENSCAPE
7902 US HIGHWAY 70
BARTLETT, TN 38133

KCYY/KISS/KTKX RADIO
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

KENS TELEVISION
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

KFMB TELEVISION
C/O ZSABO ASSOC INC.
3355 LENOX RD NE, SUITE 945
ATLANTA, GA 30326

Knuckey, Thomas
310 W Hornbeam Dr
longwood, FL 32779-2533

Kohlhausen, Susan
5918 Tivoli Gardens Blvd
Orlando, FL 32829-7704

KPNX TELEVISION
C/O SZABO ASSOC INC.
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

KRLV/KOMP/KBAD RADIO
C/O SZABO ASSOC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

Ladds
6881 Appling Farms Parkway
Memphis, TN 38133-4713

Lamar Advertising
1600 Century Ctr Pkwy #104
Memhis, TN 38134-6100

LAMAR
P.O Box 96030
Baton Rouge, LA 70896-9030

LANCE P REED
PRESIDENT
DOCUMENT STRATEGIES, INC.
1235 OLD ALPHARETTA RD SUITE 110
ALPHARETTA, GA 30005

LATHROP GAGE
RAYMOND URBANIK
2101 CEDAR SPRINGS RD
SUITE 1400
DALLAS, TX 75201

LATHROP GAGE
WENDI ALPER PRESSMAN
7701 FORSYTH BLVD SUITE 500
ST LOUIS, MO 63105

Law Enforcement Specialists Inc
PO Box 11656
Glendale, AZ 85318-1656

LAWRENCE D PARK
109 OAKWOOD DR
CUMMIMG, GA 30040

Lazser Down LLC
4528 W. 140th Street
Leawood, KS 66224-3591

LEO J HUDSON
7123 QUAIL GARDENS
SAN ANTONIO, TX 78250

LEWIS CONSULTING
11317 VIA PLAYA DE CORTES
SAN DIEGO, CA 92124

Lopez, Jake
8922 Summer Trail
San Antonio, TX 78250-2613

Mabry, Ashaad
21302 Encino Commons #9204
San Antonio, TX 78259

MacDonald, Kelly
1923 San Jose Ave,
San Francisco, CA 94112-2406

Major Promotions
3517 Spring Valley Court
Mountain Brook, AL 35223-1467

MANUEL RAMIREZ
22702 Sabine Summit
San Antonio, TX 78258

Markey, John & Teresa
5508 Redland Dr
San Diego, CA 92115-2215

Marriott Hotel Services Inc DBA Scottsdale
Marriott at McDowell Mountains
John C Josefsberg
12740 Hillcrest Rd #240
Dallas, TX 75230

MARRIOTT INTERNATIONAL INC.
John C. Josefsberg
12740 Hillcrest Rd suite 240
Dallas, TX 75230

Mason, Thomas
7777 Glen American Apt 349,
Dallas, TX 75225-1840

Masque Sound & Recording DBA
Professional
Wireless Systems
21 E Union Ave
East Rutherford, NJ 07073-2127

Matthies, Mason
PO Box 732
Rancho Santa Fe, CA 92067-0732

Maywald, John
39 Walnut Grove Road
Boerne, TX 78006-6222

Mclain, Nick
3753 e fairfield st
mesa, AZ 85205-4969

Media2, Inc. dba m2
1 Bridge St.
Suite 215
Irvington, NY 10533-1629

MELISSA SCOTT
1973
10339 FASANO DRIVE
LAKESIDE, CA 92040

MICHAEL E WALDEN
PRESIDENT
PYRO SHOWS OF TEXAS, INC.
PO BOX 1776
LAFOLLETTE, TN 37766

MICHAEL T CALKINS
5698 BASSETT PL
SANFORD, FL 32771-8501

MIND OVER MEDIA LLC
15212 N 53RD STREET
SCOTTSDALE, AZ 85254

MMS MEDIA LLC
11872 REAGAN STREET
LOS ALAMITOS, CA 90720

Mobile Modular
NIEL BANSRAJ
5700 LAS POSITAS RD.
LIVERMORE, CA 94550

Morris, Colin
152 NE 167 Street
Suite 403
Miami, FL 33162-3400

Moxley, Trae J.
PO Box 1252,
Carbondale, CO 81623-1252

Muirbrook, Richard
2433 Hansen Meadows Drive,
Syracuse, UT 84075-9368

Murray, Aaron
C/O ELEMENT SPORTS
3180 NORTH POINT PKWY SUITE 106
ALPHARETTA, GA 30005

MWW Group LLC
Frank J. Perch, III
1650 Market Street, Suite 1800
Philadelphia, PA 19103-7395

NATHAN SHAPIRO
242 IMPALA TRACE
SAN ANTONIO, TX 78258

Nationwide Referral Company, Inc. dba
Apartm
Relocation Center
11818 Wurzbach Rd.
San Antonio, TX 78230-2710

NBCUNIVERSAL MEDIA LLC
30 Rockefeller Plaza(1221 Campus)
New York, NY 10112

NEP II, Inc dba NEP Supershooters, LP
c/o Paul Mazeski, Esq.
301 Grant Street, 20th Floor
Pittsburgh, PA 15219

nerdmatics
8149 Santa Monica Blvd
#404
West Hollywood, CA 90046-4912

NICOLAS LARIOS
206 Cork Way
Davenport, FL 33897

North Carolina Department of Revenue
BANKRUPTCY UNIT
PO BOX 1168
Raleigh, NC 27602-1168

OFFICE DEPOT
6600 N MILITARY TRAIL, S416N
BOCA RATON, FL 33496

Ollier, Lori
31459 Sonoma Lane
Temecula, CA 92591-2116

Outdoor America Images, Inc.  OAI
4545 W Hillsborough Ave
Tampa, FL 33614-5441

PATRICK A. HARRINGTON
PO Box 1019
Vidor, TX 77670-1019

Patrick H Autry (Dundon Capital
Parters & Thomas G Dundon) Branscomb
PC
8023 Vantage Drive, Suite 560
San Antonio, TX 78230

Paul M Halsey dba Admiral Video, LLC
503 E. Erie St.  Suite B
Lancaster, NY 14086-9506

Pavilion Management Company dba Hilton
Phoen
Mesa Hotel
1011 W Holmes Avenue
Mesa, AZ 85210-4923

PCH TRIBUNE LLC DBA NUMBER SIX
LLC
4770 S 5600 W
West Valley City, UT 84118-7400

PCS Production Company, LP
1551 Corporate Drive
Suite 125
Irving, TX 75038-2450

Polian Consulting
C/O  IRVING WALKER
COLE SCHOTZ PC
300 LOMBARD ST #1450
BELTIMORE, MD 21202

PORTER  HEDGES LLP
AARON J POWER
1000 MAIN STREET 36TH FL
HOUSTON, TX 77002

PRISMIC IO, Inc.
185 Alewife Brook Parkway, Suite 210
Cambridge, MA 02138-1104

Prospect Productions LLC dba Barnicle
175 Varick St. 2nd floor
New York, NY 10014-5856

Reed, Michael
16165 Cayenne Ridge Rd
San Diego, CA  92127-3707

RENEE STOUT
2630 Fallbrook Dr.
Oviedo, FL 32765

Residence Inn by Marriott Orlando
Downtown
680 N Orange Ave
Orlando, FL 32801-1374

Rheinbold, Jim
10437 La Morada Dr
San Diego, CA 92124-1011

RHINO ARIZONA, LLC
125 W Julie Dr.
Tempe, AZ 85283

RICHARD HORNER
12423 ORANGEWOOD CIRCLE
TAVARES, FL 32778

ROBERT GLEESON
230 DWYER AVE #903
SAN ANTONIO, TX 78204-1033

ROBERT ZEARFOSS
2548 Rio Cordillera
San Antonio, TX 78006

RON BEVILACQUA
3677 41ST STREET #4
SAN DIEGO, CA 92105

RON MAULDIN
1964
802 LITTLE CREEK CT
CANTON, GA 30114

RON PROCIW
PRESIDENT IMAGE CAM, INC.
7835 E EVANS RD SUITE 500
SCOTTSDALE, AZ 85260

Royal Restrooms Mountain West, LLC
563 N Colorado St
Salt Lake City, UT 84116-2505

RUBEN V LOSOYA
LOSOYA INDUSTRIES, LLC
205 ROSEBUD STREET
BOERNE, TX 78006

RUSSELL W MILLS
BELL NUNNALLY & MARTIN LLP
2323 ROSS AVE SUITE 1900
DALLAS, TX 75201

RUSSELL W. MILLS (DUNDON CAP
PARTNERS & THOMAS G DUNDON)
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

Russell, John
3642 Terrace Place
Carlsbad, CA 92010-6593

RUTHER PALMER
1827 Schley Ave.
San Antonio, TX 78210

SAFC Management
One AT&T Parkway
San Antonio, TX 78219

Safety Services, Inc. dba U.S. Safety Servic
5525 Blanco Rd. Suite 124
San Antonio, TX 78216-6678

SAMANTHA EVANS
539 Parkmont Ct
San Antonio, TX 78258

SAN ANTONIO BUSINESS JOURNAL
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

SAN ANTONIO EXPRESS
c/o Zalina Tsarakova
4747 Southwest Freeway
Houston, TX 77027

SCOTT ENOS
14718 EAGLES CROSSING DRIVE
ORLANDO, FL 32837-6923

Security Industry Specialists Inc. - SIS
20 West Galer Street
Seattle, WA 98119

SECURITY INDUSTRY SPECIALISTS,
INC.
C/O WAYNE R TERRY
15910 VENTURA BVLD 12TH FL
ENCINO, CA 91436

Shapins, William
13119 Lakeshore Grove Drive
Winter Garden, FL 34787-5459

Shavers, Brenda S
574 Terry Street Southeast
Atlanta, GA 30312-2838

SHOCK DOCTOR INC.
11488 SLATER AVE
FOUNTAIN VALLEY, CA 92708-5440

Signal Wiz - Technical Services
6822 Fisk Avenue
San Diego, CA 92122-2437

Silverman Group
436 Orange Street
New Haven, CT 06511-6402

Simplified Coach, Inc.
14051 Saratoga-Sunnyvale Rd.
Saratoga, CA 95070-5834

Skousen, Lindsay
459 Virginia Dr
Winter Park, FL 32789-5806

Smith, Charles
4233 Avacado Blvd
La Mesa, CA 91941-7125

Sneaky Big Studios, LLC
15750 N. Northsight Blvd.
Scottsdale, AZ 85260-1936

Sodexo
c/o Thomas Stanton, Ass Gen Counsel
9801 Washingtonian Blvd 12th Fl
Gaithersburg, MD 20878

SPECTRUM REACH/CHARTER
PO BOX 936671
ATLANTA, GA 31193-6671

STACIE JOHNSON
3039 Chavez Ave
Clermont, FL 34715

Stallard, Diane
1503 South Silverstone Court
Orange City, FL 32763-6256

STATE OF ALABAMA
DEPT OF REVENUE
PO BOX 320001
MONTGOMERY, AL 36132-0001

STEPHEN J HUMENIUK
LOCKE LORD LLP
600 CONGRESS AVE SUITE 2200
AUSTIN, TX 78701

STEVE MARIUCCI
c/o Arnie Herz
14 Vanderventer Ave, suite 255
Port Washington, NY 11050

STEVEN SHAFER
1290 Rip-Jay Circle
Canyon Lake, TX 78133

Stieg, Frank
215 Salvador Square
Winter Park, FL 32789-5618

Tarasewich, Thomas
3647 All American Blvd
Orlando, FL 32810-4726

Tastinger, Anthony
14867 Hawksmoor Run Circle
Orlando, FL 32828-7510

TEAMWORKS INNOVATIONS, INC.
122 E Parrish Street
Durham, NC 27701

Temple, Nicholas
6166 TREE FOX PL
Indianapolis, IN 46237

THE MONTAG GROUP, LLC
14 Vanderventer Ave Suite 255
Port Washington, NY 11050

THEODORE J COTTRELL
4580 REGENCY TRACE SW
ATLANTA, GA 30331

THREE SISTERS PARTNERSHIP
c/op Russell Savory
Beard & Savory
119 S main St Suite 500
Memphis, TN 38103

TIFFANY JOLLEY
ACCT EXECUTIVE
ALLIANCE OF AMERICAN FOOTBALL
5450 ROWLEY RD APT 904
SAN ANTONIO, TX 78240

TIMOTHY GRANT
867 S Grant St.
Longwood, FL 32750-5507

TNT Game Truck, LLC
26788 Rhapsody Ct.
Menifee, LA 92584-2714

Tompkins, John
4703 Camberley Ct.
San Diego, CA 92154-8407

TREY BATES
215 N Center
#310
San Antonio, TX 78202

TRI-C Club Supply Inc.
32615 Park Lane St.
Garden City, MI 48135-1528

TRT DEVELOPMENT COMPANY
Omni SA Hotel
c/o Kristen A Miller Reinsch
4001 Maple Ave, Suite 600
Dallas, TX 75219

TRT DEVELOPMENT CO-SAN
ANTONIO
C/O WICK PHILLIPS JASON RUDD
3131 McKINNEY AVE STE 100
DALLAS, TX 75204

UTAH MEDIA GROUP
4770 S 5600 W
WEST VALLEY CITY, UT 84118

Varner, Nicole
221 Crumley Street SW
Atlanta, GA 30312-2609

Vaughn, Nia
405 Pleasant Hill Road 30047-2980

VITAC Corporation
8300 E Maplewood Ave Suite 310
Greenwood Village, CO 80111-4851

Wadley, Jim
786 West Solana Circle
Solana Beach, CA 92075-2358

WALTER JOHN ELLIS DBA SPORTS &
BROA-
CAST SERVICE, 12101 E Mountain View
Rd.
Scottsdale, AZ 85259

War Machine Inc dba TSHIRTGUN.COM
3429-B Rutherford Rd EXT
Taylors, SC 29687-2133

Ward, Thomas
612 Angelica Circle,
Cary, NC 27518-8727

Watson Sr, Kenneth
3503 Tree Crossing Parkway,
Hoover, AL 35244-4095

WAYNE TERRY
HEMAR ROUSSO & HEALD
15910 VENTURA BOULEVARD, 12TH FL
ENCINO, CA 91436

WCF Mutual Insurance
c/o Law Offices of William B King, PC
3511 Broadway
San Antonio, TX 78209

Weber, Jake
1120 Ecology Loop
Eads, TN 38028-3416

WEIL GOTSHAL & MANGES LLP
ALFREDO PEREZ
700 LOUISIANA ST SUITE 1700
HOUSTON, TX 77002

WEIL GOTSHAL & MANGES LLP
YEHUDAH BUCHWEITZ & GARRETT
FAIL
(CBS) 767 FIFTH AVE
NEW YORK, NY 10153

Wellman, Dale
2692 Indigo Drive
El Cajon, CA 92019-3869

WFTV TELEVISIONC/O SZABO
ASSOCIATES INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

WHBQ TELEVISION
C/O SZABO ASSOC INC
3355 LENOX RD NE SUITE 945
ATLANTA, GA 30326

WHBQ-TV - Cox Media Group NE, Inc.
P.O Box 82393
Chicago, IL 80691-0293

WHBQ-TV - Cox Media Group NE, Inc., Jay
6080 Mt. Moriah Road EXT
Memphis, TN 38115-2645

WILFORD COLEMAN, JR.
2121 PIONEER PASS
SEGUIN, TX 78155


WILLIAM ENGSTRAND
1505 S SILVERSTONE CT.
ORANGE CITY, FL 32763

WILLIAM J NEULS
4910 Hershey Dr
San Antonio, Tx 78220

WILLIAM MICHAEL MURRAY
4019 Conway Place Circle
Orlando, FL 32812


WILLIAM ROBERTS
413 Four Seasons Ave
mascotte, FL 34753

Wilson, Joy
15330 75 Avenue N.
Palm Beach Gardens, FL 33418-1901

Wolff, Steve
2131 Palomar Airport Road Ste. 330
Carlsbad, CA 92011-1466


WRSV RADIO
C/O SZABO ASSOC INC
3355 LENOX RD NE, SUITE 945
ATLANTA, GA 30326