**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | **CHAPTER 7** |
| | § | |
| **LEGENDARY FIELD EXHIBITIONS, LLC.** | § | **CASE NO. 19-50900-CAG** |
| | § | |
| | § | |
| **AAF PLAYERS, LLC;** | § | **CASE NO. 19-50902-CAG** |
| | § | |
| **AAF PROPERTIES, LLC;** | § | **CASE NO. 19-50903-CAG** |
| | § | |
| **EBERSOL SPORTS MEDIA GROUP, INC.;** | § | **CASE NO. 19-50904-CAG** |
| | § | |
| | § | |
| **LFE 2, LLC;** | § | **CASE NO. 19-50905-CAG** |
| | § | |
| **WE ARE REALTIME, LLC** | § | **CASE NO. 19-50906-CAG** |
| | § | |
| **DEBTORS** | § | |
| | | **(SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) JOINTLY ADMINISTERED UNDER CASE NO. 19-50900-CAG)** |

**TRUSTEE'S APPLICATION TO EMPLOY ABIR COHEN
TREYZON & SALO, LLP AND THOMPSON COBURN LLP
AS SPECIAL LITIGATION COUNSEL AND TO SUBSTITUTE AS
SPECIAL LITIGATION COUNSEL FOR REID COLLINS & TSAI, LLP**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO
YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN
TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF
REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING
BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A
HEARING TO BE HELD.**

**TO THE HONORABLE H. CRAIG A. GARGOTTA, U. S. BANKRUPTCY JUDGE:**

Randolph N. Osherow, Trustee, the duly appointed chapter 7 trustee in the above-

referenced case ("Applicant" or "Trustee"), and files this Application of Trustee to Employ Abir

Cohen Treyzon & Salo, LLP ("ACTS") and Thompson Coburn LLP, as Special Litigation Counsel (the "Application"). In support of the Application, the Trustee relies upon the Declaration of Boris Treyzon (the "Treyzon Declaration") attached hereto as **Exhibit A**, and the Declaration of Katharine Battaia Clark (the "Clark Declaration"), attached hereto as **Exhibit B**, and respectfully states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.      Legendary Field Exhibitions, LLC, Ebersol Sports Media Group, Inc., and four affiliates (collectively, the "Debtors") filed their petitions for voluntary relief under Bankruptcy Code Chapter 7 on April 19, 2019 (collectively, the "Bankruptcy Cases").[1]

4.      Randolph N. Osherow was appointed as Chapter 7 Trustee thereafter and continues to serve in that capacity.

5.      On the Trustee's motion, the Court substantively consolidated the Bankruptcy Cases into *In re Legendary Field Exhibitions*, Case No. 19-50900 [Docket No. 150].

6.      Certain former American Alliance of Football ("AAF") players filed in California Superior Court a putative class action suit against the Debtors and others, asserting that AAF players were not paid all amounts due on their contracts and seeking other relief. That suit was

---

[1] *In re Legendary Field Exhibitions, LLC,* Case No. 19-50900.
*In re Ebersol Sports Media Group, Inc.,* Case No. 19-50904.
*In re AAF Players, LLC*, Case no. 19-50902.
*In re AAF Properties, LLC,* Case No. 19-50903.
*In re LFE2, LLC*, Case No. 19-50905.
*In re We are Realtime, LLC,* Case No. 19-50906.

transferred to this Court where it has been litigated as Adversary Proceeding 19-05053, *Colton Schmidt, et al. vs. AAF Players, LLC, et al.* (the "Class Adversary").

7.      The same named plaintiffs also filed Proof of Claim No. 214-1 as a class proof of claim for the same putative class and seeking the same relief against the Debtors' estates as they sought against the Debtors in the Class Adversary. The Trustee objected to this proof of claim, and the Court consolidated the Class Adversary and the claim objection and entered a scheduling order for Phase 1 discovery.

8.      The Trustee collected, from the Debtors and third parties, records and information concerning the Debtors' business affairs, transactions, and capitalization. Some of the Trustee's information-gathering efforts occurred under Bankruptcy Rule 2004 or cooperatively. Other information was gathered through the Phase 1 discovery that occurred in the Class Adversary.

9.      After it appeared in discovery that the named plaintiffs and many other former players did not receive their year-one compensation in full and had a valid priority wage claim against the estate,[2] the Trustee successfully negotiated a settlement with the named plaintiffs and a settlement class of former players (the "Settlement Class"). The Court approved the settlement and agreement under Bankruptcy Rule 9019 after notice and a full evidentiary hearing over the objections of Dundon Capital Partners, LLC and Thomas G. Dundon.[3]  That order is final and non-appealable and was not appealed.

10.     The Court entered a preliminary order certifying the Settlement Class, appointing the named plaintiffs as Class Representatives, appointing ACTS and Thompson Coburn as Class Counsel, and approving the same settlement pursuant to Federal Rule of Civil Procedure 23[4] and

---

[2] The circumstances surrounding the claims and settlement are described in greater detail in the Trustee's Application Under Bankruptcy 9019.
[3] Court's Order and Opinion entered on the docket on October 26, 2021. (Docket No. 454).
[4] Fed. R. Civ. P. is incorporated in this case through Bankruptcy Rule 7023.

entered its final approval order after a fairness hearing on February 8, 2022, which finalized the prior determinations of Settlement Class certification, appointment of Class Representatives and Class Counsel, and approval of the settlement, as well as approving a fee award to Class Counsel.

11.     The settlement, approved under both Bankruptcy Rule 9019 and 7023, fully and finally resolves all claims that the named plaintiffs and Settlement Class members had or ever could have against the Debtors and the Estate.

12.     The Trustee previously retained the law firm Reid Collins & Tsai, LLP ("RCT") as special litigation counsel to assist the Trustee in evaluating and potentially to bring claims on the Estate's behalf, all as set out in the application to employ RCT (Docket No. 259).

13.     The Court approved RCT's engagement by order entered on March 16, 2020. (Docket No. 263).

14.     RCT has assisted the Trustee but has not been involved in the class action litigation described above and consolidated in the Class Adversary or the related document and deposition discovery, including discovery involving the actions of persons potentially liable to the Debtors under quasi-contractual, equitable, or legal claims related to the financing and operation of the Debtors.

15.     During the conduct of the Class Adversary, ACTS and Thompson Coburn have been actively involved and are well informed, and certainly more currently informed, than RCT about claims, including potential estate claims, against former officers, directors, and others involved in managing the Debtors. ACTS and Thompson Coburn have already invested substantial time and resources into pursing claims related to this bankruptcy. From the inception of the case to date, ACTS, Thompson Coburn, and their respective attorneys and staff at their law firms have spent more than 3,600 hours involved with this matter.

16.     The Trustee believes that, because, as a result of the class settlement, conflicts no longer exist between the Estate and the named plaintiff players and the members of the Settlement Class and putative class in the Class Adversary , and because those plaintiffs' and potential plaintiffs' interests in enhancing the Estate through legitimate claims are now aligned, it would be appropriate for ACTS and Thompson Coburn to substitute for RCT as special litigation counsel as set forth herein.

17.     RCT has consented to such substitution.

### PROPOSED RETENTION OF ACTS AND THOMPSON COBURN

18.     ACTS and Thompson Coburn have been active throughout the bankruptcy and the Class Adversary and are qualified to substitute and are well-suited to act as special litigation counsel and to pursue all of the Estate's known potential remaining claims.

19.     First, the Court is familiar with their work in this bankruptcy and the Class Adversary to date, which was both zealous and measured.

20.     The firms are qualified to serve as counsel in the subject matter areas raised by potential remaining Estate claims, which encompass potential insurance litigation as well as litigation arising out of the duties and obligations of directors, officers, and interested investors with control positions and other corporate agents. For example, ACTS has significant experience litigating complex commercial disputes, insurance bad faith litigation, and disputes involving corporate finance. (*See* Treyzon Declaration). Similarly, Thompson Coburn has significant experience in litigating cases within the complex bankruptcy environment, including cases involving issues regarding corporate governance and management.  Thompson Coburn also has experience with  insurance  matters  and  other  complex  commercial  disputes. (*See* Clark Declaration). ACTS and Thompson Coburn's in-depth knowledge of the subject matter gained

through years of previous experience litigating claims that are procedurally and substantively like those here will allow them to efficiently represent the Trustee with no need to learn the matter.

21.     In the Trustee's judgment, retaining qualified counsel to be in charge of bringing and litigating Claims on the Estate's behalf is warranted. In that regard, the Trustee proposes to employ ACTS and Thompson Coburn to investigate, analyze, and pursue any remaining estate claims involving the management, financing, and operation of the Debtors.

22.     The Trustee seeks to engage ACTS and Thompson Coburn as special litigation counsel because of their particular knowledge of the relevant facts and experience in pursuing the pursuing the type of Claims involved here and in complex bankruptcy cases, and because they are willing to undertake the representation on an alternative, contingent-fee basis on substantially the same terms as RCT.

23.     The ACTS attorneys primarily responsible for representing the Trustee will be:

| | |
|---|---|
| Boris Treyzon | Jonathan Farahi |
| ABIR COHEN TREYZON & | ABIR COHEN TREYZON & |
| SALO, LLP | SALO, LLP |
| 16001 Ventura Blvd. | 16001 Ventura Blvd. |
| Suite 200 | Suite 200 |
| Encino, CA 91436 | Encino, CA 91436 |
| Building C, Suite 300 | Building C, Suite 300 |
| 833.228.7529 (Main) | 833.228.7529 (Main) |
| 424.288.4368 | 424.288.4368 |
| btreyzon@actlaw.com | jfarahi@actlaw.com |

24.     The Thompson Coburn attorneys primarily responsible for representing the Trustee will be:

Katharine Battaia Clark
THOMPSON COBURN LLP
2100 Ross Ave.
Suite 3200
Dallas, Texas 75201
972.629.7100 (Main)
972.629.7171 (Fax)
kclark@thompsoncoburn.com

Nicole Williams
THOMPSON COBURN LLP
2100 Ross Ave.
Suite 3200
Dallas, Texas 75201
972.629.7100 (Main)
972.629.7171 (Fax)
nwilliams@thompsoncoburn.com

John Atkins
THOMPSON COBURN LLP
2100 Ross Ave.
Suite 3200
Dallas, Texas 75201
972.629.7100 (Main)
972.629.7171 (Fax)
jatkins@thompsoncoburn.com

25.     The Trustee believes it is appropriate and necessary to engage representation on an alternative, contingent-fee basis which will reduce administration costs both by transferring the fee risk of any litigation result to ACTS and Thompson Coburn and by capping the amount the Trustee may be required to advance for litigation costs. Currently, considering the amount and volume of claims filed and the resources in the consolidated estate, it is unlikely that any meaningful distribution to general creditors will be made. Currently, the Estate does not contain sufficient value to make a meaningful distribution to general creditors. The Trustee believes that obtaining representations on an alternative contingent-fee basis will conserve estate resources while retaining the services of attorneys well experienced in evaluating and pursuing the sort of Claims under circumstances this case presents.

26.     Subject to the Court's approval, the Trustee and ACTS and Thompson Coburn have entered into a Letter of Engagement in which the firms agree (1) to be compensated for services on a contingent-fee basis, (2) to be responsible for certain necessary litigation costs above the cap that the Trustee has agreed to bear (for depositions, retention of experts and the like) and (3) carry costs until the Estate reimburses the firms pursuant to 11 U.S.C. § 328(a). A true and correct copy of the Letter of Engagement is attached to this Application as **Exhibit C**.

27.     Under the Letter of Engagement and in consideration of the risks ACTS and Thompson Coburn are undertaking, the Trustee has agreed, subject to the Court's approval, to pay

a contingent fee of 35%[5] of the "Recoveries" as defined in the Letter of Engagement to ACTS and Thompson Coburn, subject to their agreement for division of fees disclosed in the Letter of Engagement.[6] If there are no Recoveries, the firms will not receive any contingency fee.

28.      It is expected that pursuing the litigation will involve certain expenses, which may be substantial. Under the Letter of Engagement, the Trustee agreed to conduct e-discovery and to set-aside and pay, subject to Court approval, up to $75,000 before a lawsuit is filed and up to an additional $250,000 if a lawsuit is filed (the "Set-Aside") for the payment of necessary litigation expenses as defined in the Letter of Engagement. ACTS and Thompson Coburn may advance fees and expenses in appropriate instances within the Set-Aside amount and will be entitled to reimbursement of such amounts upon application to and approval by the Court. To the extent ACTS or Thompson Coburn advance fees in excess of the Set-Aside, such fees will only be reimbursed out of Recoveries.

29.      ACTS and Thompson Coburn have agreed to submit fee applications to the Court periodically for earned fees and the reimbursement of necessary expenses consistent with the Letter of Engagement. ACTS and Thompson Coburn understand that such applications will be analyzed under 11 U.S.C. § 328(a).

30.      ACTS and Thompson Coburn are qualified and willing to undertake the engagement in pursuing the Estate's Claims described in this Application and to pursue them to judgment if necessary. The Trustee, therefore, pursuant to 11 U.S.C. §§ 327-328 and Federal Rule of Bankruptcy Procedure 2014, seeks to employ and engage ACTS and Thompson Coburn jointly.

---

[5] ACTS understands that the trustee's general counsel, Barrett Daffin Frappier Turner & Engel, LLP, has agreed to provide substantial work as additional special counsel on any Claims pursued for a contingent fee of 5% of recoveries.

[6] The Letter of Engagement defines Recoveries to include the "fair value of all consideration received by the Debtor and its estate in connection with the any settlement, judgment, award, or other recovery related to the Claims."

31.     Other than as described in this Application and the attached Exhibit "A," there is no proposed arrangement to compensate ACTS and Thompson Coburn. ACTS and Thompson Coburn are the appointed Class Counsel for the Settlement Class in the Adversary pursuant to the Court's final order approving the class action settlement, and in respect thereof have been awarded and are entitled to receive a contingent fee of 33% of sums distributed to Settlement Class members from the Estate at the time of such distributions. ACTS and Thompson Coburn have not received any payments from the Trustee to date.

32.     ACTS and Thompson Coburn have agreed to jointly represent the Trustee as special litigation counsel, subject to their agreement to divide any approved fees pursuant to the formula set forth in Exhibit A that is designed to reflect the percentage of work each firm expects to perform. ACTS and Thompson Coburn have not agreed to share any compensation each firm may receive with any other party or person, except their respective partners, counsel, and associates.

## CONNECTIONS AND DISCLOSURE CONCERNING POTENTIAL CONFLICTS

33.     The Trustee discloses, and the Court knows, that ACTS and Thompson Coburn represent and have represented the Class Representatives and Settlement Class members in the Adversary as appointed Class Counsel for settlement purposes.

34.     The named plaintiffs and putative class members, and therefore ACTS and Thompson Coburn, were previously adverse to the Estate as demonstrated by the record in the Adversary (among other things). However, the Trustee believes that the comprehensive class action settlement, which the Court approved following the February 8, 2022 final fairness hearing and which liquidated the claims of the Class Representatives and Settlement Class Members against the Estate, has obviated and removed any formerly-existing adversity. Under the settlement, the Settlement Class members were awarded allowed level four priority claims against

the to be paid out of Estate funds, if any, subject to senior priority administrative claims and a subordinated general claim to be paid behind general creditors. This general claim could only receive payment in the event of a surplus estate.

35. The Settlement Class members have by the settlement been transformed from litigants against the Estate to holders of allowed claims whose priority has been adjudicated, no different from any other allowed claim holder. None of the Settlement Class members has any right to pursue any individual suit against the Estate other than the right to distributions, if any, on their now allowed claims. All such "other" rights and claims were assigned to and are owned by the Estate by virtue of the final class action settlement.

36. The Trustee believes, and asserts, that there is no current adversity and that the interest of the named plaintiffs, putative class members, and their counsel in pursuing efforts to enhance the Estate are aligned. The Trustee is also not aware of any client information of the named plaintiffs and Class Representatives, Class Representatives, or other plaintiff putative class members that has been disclosed, or that would require disclosure to the Trustee by virtue of the contemplated engagement. The Settlement Class members' claims against the Estate have been litigated to final conclusion; the engagement described herein is to pursue claims owned by the Estate.

37. The Trustee is further advised that ACTS and Thompson Coburn have investigated and continue to investigate and identify any connection with creditors or parties in interest, including former directors, officers, and insiders. To the best of the Trustee's knowledge, other than as set forth in the attached Treyzon Declaration and Clark Declaration, , none of ACTS's or Thompson Coburn's partners, counsel, or associates hold any adverse interest or have any disqualifying connection to the parties and parties in interest in this case.

38.     Further, neither ACTS nor Thompson Coburn, nor their respective attorneys, (a) holds a claim against the Debtors' consolidated estate; (b) is a creditor, equity security holder, or an insiders of the Debtors; or (c) ever served as a director, officer, or employee of the Debtors.

39.     While the results of ACTS's and Thompson Coburn's searches revealed no conflicts of interest regarding their anticipated representation, connections to parties in interest were revealed and disclosed, if any, in the attached Declarations.  The only connection of significance is the disclosed representation of the named plaintiffs and putative class members in the Adversary and the Settlement Class discussed above. [The Trustee, ACTS, and Thompson Coburn do not believe that a potential conflict exists with respect to their proposed representation of the Estate in this case.

40.     Accordingly, the Trustee believes ACTS and Thompson Coburn to be a "disinterested person" as defined in 11 U.S.C. § 101(14).

**WHEREFORE**, the Trustee requests that the Court:

a.  approve this Application and authorize him to employ ACTS and Thompson Coburn jointly as special litigation counsel for the estate as of February 8, 2022;

b.  Authorize the law firm RCT to withdraw as special litigation counsel and substitute ACTS and Thompson Coburn in that role; and

c.  Grant the Trustee such other, further and general relief to which he may show himself entitled.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

By: */s/ Brian S. Engel*
     Steve Turner
     Texas Bar No. 20314700

Brian S. Engel
Texas Bar No. 00789279
580 LaVentana Pkwy.
Driftwood, Texas 78619
Phone:  (512) 687-2500
Fax:  (512) 477-1112
SteveT@bdfgroup.com
Brianen@bdfgroup.com

GENERAL COUNSEL FOR RANDOLPH N.
OSHEROW, CHAPTER 7 TRUSTEE

## <u>CERTIFICATE OF SERVICE</u>

By my signature below, I hereby certify that on before the 1st day of April 2022, a true and correct copy of the foregoing document was served via electronic means or by first class mail as listed on the Court's ECF noticing system and by first class mail to those persons filing a notice of appearance requesting notice and persons filing a proof of claim, all pursuant to the Court's order for limited notice mailing entered on the Court's docket as document no. 79.

*/s/ Brian S. Engel*
Brian S. Engel

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | **CHAPTER 7** |
| | § | |
| **LEGENDARY FIELD EXHIBITIONS, LLC.** | § | **CASE NO. 19-50900-CAG** |
| | § | |
| | § | |
| **AAF PLAYERS, LLC;** | § | **CASE NO. 19-50902-CAG** |
| | § | |
| **AAF PROPERTIES, LLC;** | § | **CASE NO. 19-50903-CAG** |
| | § | |
| **EBERSOL SPORTS MEDIA GROUP, INC.;** | § | **CASE NO. 19-50904-CAG** |
| | § | |
| | § | |
| **LFE 2, LLC;** | § | **CASE NO. 19-50905-CAG** |
| | § | |
| **WE ARE REALTIME, LLC** | § | **CASE NO. 19-50906-CAG** |
| | § | |
| | | **(SUBSTANTIVE CONSOLIDATION** |
| **DEBTORS** | | **UNDER CASE NO. 19-50900-CAG)** |

**DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329
AND BANKRUPTCY RULE 2016(b)**

I certify that Abir Cohen Treyzon & Salo,  LLP ("the ACTS Firm"), subject to the Court's approval of the Trustee's Application To Employ Abir Cohen Treyzon & Salo, LLP and Thompson Coburn LLP, as Special Litigation Counsel for the Estate (the "Application"), is the special litigation counsel for the Estate in the above-named case and that the compensation paid or agreed to be paid to the ACTS Firm for services rendered, or to be rendered, on behalf of the Estate in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:

As set forth in the Application and the Letter of Engagement attached thereto as Exhibit "A."

No retainer, compensation, or other payment has been received by the ACTS Firm thus far in connection with its employment by the Trustee in this case.

All fees and expenses to be paid to the ACTS Firm are subject to prior approval by the Court after notice as required by law.

The ACTS Firm is jointly retained with Thompson Coburn LLP to represent the Trustee as special counsel and has a disclosed division of fees agreement with Thompson Coburn LLP pursuant to which any contingent fee received would be split between the ACTS Firm and Thompson Coburn. The ACTS Firm has not otherwise agreed to share compensation with any other person or firm.

Dated: _____March 29, 2022_____

/s/ Boris Treyzon_____
Boris Treyzon, Partner

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | **CHAPTER 7** |
| | § | |
| **LEGENDARY FIELD EXHIBITIONS,** | § | **CASE NO. 19-50900-CAG** |
| **LLC.** | § | |
| | § | |
| **AAF PLAYERS, LLC;** | § | **CASE NO. 19-50902-CAG** |
| | § | |
| **AAF PROPERTIES, LLC;** | § | **CASE NO. 19-50903-CAG** |
| | § | |
| **EBERSOL SPORTS MEDIA GROUP,** | § | **CASE NO. 19-50904-CAG** |
| **INC.;** | § | |
| | § | |
| **LFE 2, LLC;** | § | **CASE NO. 19-50905-CAG** |
| | § | |
| **WE ARE REALTIME, LLC** | § | **CASE NO. 19-50906-CAG** |
| | § | |
| **DEBTORS** | | **(SUBSTANTIVE CONSOLIDATION** |
| | | **UNDER CASE NO. 19-50900-CAG)** |

**DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329**
**AND BANKRUPTCY RULE 2016(b)**

I certify that Thompson Coburn LLP ("the TC Firm"), subject to the Court's approval of the Trustee's Application To Employ Abir Cohen Treyzon & Salo, LLP and Thompson Coburn LLP as Special Litigation Counsel for the Estate (the "Application"), is the special litigation counsel for the Estate in the above-named case and that the compensation paid or agreed to be paid to the TC Firm for services rendered, or to be rendered, on behalf of the Estate in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:

As set forth in the Application and the Letter of Engagement attached thereto as Exhibit "A."

No retainer, compensation, or other payment has been received by the TC Firm thus far in connection with its employment by the Trustee in this case.

All fees and expenses to be paid to the TC Firm are subject to prior approval by the Court after notice as required by law.

The TC Firm is jointly retained with Abir Cohen Treyzon & Salo, LLP ("ACTS") to represent the Trustee as special counsel and has a disclosed division of fees agreement with ACTS pursuant to which any contingent fee received would be split between the TC Firm and ACTS. The TC Firm has not otherwise agreed to share compensation with any other person or firm.

Dated:  _____March 29, 2022_____

*/s/ Katharine Battaia Clark*
Katharine Battaia Clark, Partner

**AMENDED MAILING MATRIX**

**PER ORDER LIMITING MATIX (DOCKET n. 79)**

**(UPDATED 3/30/22)**

Joe Bosack
1661 Oak Road
Pottsville, PA 17901

The Montag Group, LLC
14 Vanderventer Ave., Ste. 255
Port Washington, NY 11050

Steve Mariucci
c/o Arnie Herz
14 Vanderventer Ave., Ste. 255
Port Washington, NY 11050

Outdoor America Images, Inc.
OAI
4545 W Hillsborough Ave
Tampa, FL 3361

Arizona Department of Revenue
2005 N Central Ave, Suite 100
Phoenix, AZ 85004

PRISMIC IO, Inc.
185 Alewife Brook Parkway,
Suite 210
Cambridge, MA 02138

SHOCK DOCTOR INC
11488 SLATER AVENUE
Fountain Valley, CA 92708-5440

JDH Broadcasting LLC - Dan
Hellie
324 31st St.
Manhattan Beach, CA 90266

Fresh Concepts, LLC
49 Research Drive
Milford, CT 06460

Teamworks Innovations, Inc.
122 E Parrish St
Durham, NC 27701

Safety Services, Inc. dba U.S.
Safety Services

5525 Blanco Rd. Suite 124
San Antonio, TX 78216

James Patrick Gleason
1237 Union Club Drive
Winter Garden, FL 34787-3077

Cox Media - San Diego
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

**bluemedia, Inc.**
**Gallagher& Kennedy c/o Joe**
**Cotterman**
**2575 E Camelback Road Suite**
**1100**
**Phoenix, AZ 85016**

Marriott Hotel Services, Inc. dba
Scottsdale Marri
John C Josefsberg
12740 Hillcrest Road #240
Dallas, TX 75230

Marriott International, Inc.
John C Josefsberg
12740 HILLCREST RD #240
DALLAS, AZ 75230

Pavilion Management Company
dba Hilton Phoenix
Mesa Hotel
1011 W Holmes Avenue
Mesa, AZ 85210

*Renee Stout*
*2630 Fallbrook Dr.*
*Oviedo, FL 32765*

Embassy Suites by Hilton South
Jordan
Salt Lake City
10333 South Jordan Gateway
South Jordan, UT 8409

CBT Createive Broadcast
Techniques
ATTN: Emerald Chin
15 Charles Place
Closter, NJ 07624

AAF-Arizona Hotshots
Park Place Printing, Inc.
535 W Baseline Rd., Ste. 104
Mesa, AZ 85210

DR. JILLS FOOT PADS INC
384 S MILITARY TRAIL
DEERFIELD BEACH, FL 33442

Security Industry Specialists, Inc.
c/o Tom P. Seltz, Pres. & CFO
20 West Galer Street
Seattle, WA 98119

Foot Management, Inc.
7201 Friendship Rd.
Pittsville, MD 21850

VITAC Corporation
8300 E Maplewood Ave Suite
310
Greenwood Village, CO 80111

Broadway Media, LLC dba
KALL-ESPN 700
50 West Broadway
Suite 200
Salt Lake City, UT 84101

Rhino Arizona, LLC
125 W Julie Dr
Tempe, AZ 85283

Stacie Johnson
3039 Chavez Avenue
Clermont, FL 34715

Nicolas Larios
206 Cork Way
Davenport, FL 33897

Steven Shafer
1290 Rip-Jay Circle
Canyon Lake, TX 78133

John R Richardson
13100 Hissen Ridge Ln
Clermont, FL 34715

Ruth Palmer
1827 Schley Ave.
San Antonio, TX 78210

Ron Mauddin
802 Little Creek Ct.
Canton, GA 30114

Alan Snyder
5100 John D. Ryan Blvd. #2314
San Antonio, TX 78245

Jennifer L Whitmore
6022 Spring Time
San Antonio, TX 78249

Angela Cates
27022 Foggy Meadows Street
San Antonio, TX 78260-1822

Trey Bates
215 N Center
#310
San Antonio, TX 78202-2756

Carroll William
1285 Burgundy Ct
Oviedo, FL 32766-6686

Rhinehart, Danny
11476 Willow
Windermere, FL 34786

William Roberts
413 Four Seasons Ave
Mascotte, FL 34753

Gary Hortenstine
1353 Old Virginia Ct.
Marietta, GA 30067

Richard Horner
12423 Orangewood Circle
Tavares, FL 32778

Jennifer Monn

3597 Gatlin Place Circle
Orlando, FL 32812

Major Promotions
3517 Spring Valley Court
Mountain Brook, AL 35223

Anthony Hurst
4716 Valdina Way
San Diego, CA 92124-2433

April Schulze
10627 Larch Grove Ct
HELOTES, TX 78023

Donna Winfrey
2980 Cordie Lee Lane
Germantown, TN 38138-8184

Tiffany Jolley
5450 Rowley Rd.
Apt. 504
San Antonio, TX 78240

Willaim J Neuls
4910 Hershey Dr
San Antonio, TX 78220

Fidelis Bookkeeping And Payroll
Services
812 N Pacific St
Unit C
Oceanside, CA 92054

Chris Muffoletto
2781 Wassum Trail
Chuluota,, FL 32766-8544

Denise DeLoach
13214 Vista del Mundo
San Antonio, TX 78216

Robert Zearfoss
2548 Rio Cordillera
Boerne, TX 78006

Robert Gleeson
830 Dwyer Ave., No. 903
San Antonio, TX 78204-1033

John Rountree
9188 Mudville Rd.
Millington, TN 38053
MILLINGTON, TN 38053

Samantha Evans
601 Hammocks View
Savanah, GA 31410

Daniel K. Ward
8431 Cheyenne Pass
San Antonio, TX 7825

Timothy Grant
867 S. GRANT ST
LONGWOOD, FL 32750-5507

Ruben V. Lasoya
Loyosa International, LLC
205 Rosebud St.
Boerne, TX 78006

Sneaky Big Studios, LLC
15750 N. Northsight Blvd.
Scottsdale, AZ 85260

Paul M Halsey dba Admiral
Video, LLC
503 E. Erie St. Suite B
Lancaster, NY 14086

David Capraro
3215 River Frio
San Antonio, TX 78253

Scott Enos
14718
Eagles Crossing Drive
Orlando, FL 32837-6923

Edward Lepp dba Leppdesign,
LLC
320 North Shadowwood Drive
St. Augustine, FL 32086

Thomas A. Tarasewich
3647 All American Blvd
Orlando, FL 32810

Lewis Consulting
11317 Via Playa de Cortes
San Diego, CA 92124

Jones, Byron
113 Moseley Ave
Eatonville, FL 32751

Datatix - SLC
334 W Bugatti Drive

Salt Lake City, UT 84115

Letty Baldit Estrada
535 W Olmos Dr
San Antonio, TX 78212

Michael Reed
16165 Cayenne Ridge Rd
San Diego, CA 92127

John M Tompkins
4703 Camberley Ct
San Diego, CA 92154

Aflanny Inc.
P.O. Box 233
Rancho Santa Fe, CA 92067

Morris, Colin
152 NE 167 Street
Suite 403
Miami, FL 33162

Pyro Shows of Texas, Inc.
ATTN:Michael Walden
P.O. Box 1776
Lafollette, TN37766

Robert Callaway
12644 Brite Ranch
San Antonio, TX 78245

Vaughn, Nia
405 Pleasant Hill Road
Lilburn, GA 30047

Stieg, Frank
215 Salvador Square
Winter Park, FL 32789

Marriott International, Inc.
John C Josefsberg
12740 HILLCREST RD #240
DALLAS, AZ 75230

Johnson Group, Inc.
9 W Country Gables Drive
Phoenix, AZ 85023

Teamworks Innovations, Inc.
122 E Parrish St
Durham, NC 27701

WILLIAM SHAPINS

13119 LAKESHORE GROVE DR
WINTER GARDEN, FL 34787

PCS Production Company, LP
1551 Corporate Drive
Suite 125
Irving, TX 75038

Ladds
6881 Appling Farms Parkway
Memphis, TN 38133

William Michael Murray
4019 Conway Place Circle
Orlando, FL 32812

Leo J. Hudson
7123 Quail Gardens
San Antonio, TX 78250

Patrick A Harrington
P. O. Box 1019
Vidor, TX 77670-1019

Mcclure, Ed
1610 C R 323
Jourdanton, TX 78026

Michael Hamilton
2349 N Atwood Cir
Mesa, AZ 85207

Eric Gelvin
4354 E. Sandia St
PHOENIX, AZ 85044

Salene Ali
110 Sunnyland Dr
San Antonio, TX 78228

Thomas Mason
7777 Glen America Drive
#349
Dallas, TX 75225

Dale A. Wellman
2692 Indigo Drive
El Cajon, CA 92019

Walter John Ellis dba Sports and
Broadcast Service
12101 E Mountain View Rd
SCOTTSDALE, AZ 85259

Hyatt Regency Riverwalk San
Antonio
123 Losoya
San Antonio, TX 78205

Cain Broadcast Traffic, LLC
c/o Ava Cain
8820 SW 123rd CT. Apt. L107
Miami, FL 33186

Ray Sprayberry Dds Msd Pa
410 N School St
Boerne, TX 78006

Juleyna, LLC dba Exhibit Experts
4012 East Broadway
Suite 307
Phoenix, AZ 85040

Annotti, Mark
2170 FAIRMONT CIRCLE
ORLANDO, FL 32837

John C Maywald
39 Walnut Grove Rd
Boerne, TX 78006

Nationwide Referral Company,
Inc. dba Apartment &
Relocation Center
11818 Wurzbach Rd.
San Antonio, TX 78230

Roberto Coronado
8034 Myrtle Glade
Converse, TX 78109-3275

Tastinger, Anthony
14867 Hawksmoor Run Circle
Orlando, FL 32828

Georgia State University dba
GSU Panther Dining
55 Gilmer Street Room 318
Atlanta, GA 30303

Georgia State University
Athletics /
Georgia State University Stadium
755 Hank Aaron Dr.
Atlanta, GA 30315

Residence Inn by Marriott
Orlando Downtown

680 N Orange Ave
Orlando, FL 32801

Royal Restrooms Mountain West, LLC
563 N Colorado St
Salt Lake City, UT 84116

Thomas Ward
612 Angelica Circle
CARY, NC 27518

Stewart Ogier
9238 Brae Moss
San Antonio, TX 78249

Donna Franklin
6050 Brunswick Rd.
Lakeland, TN 38002

Lindsay Skousen
459 Virginia Drive
Winter Park, FL 32789

Flying V Group
2051 Placentia Ave.
Costa Mesa, CA 92627

Green, Nicholas
18626 Creekside Pass
San Antonio, TX 78259

Charles E. Smith
4233 Avocado Blvd
LaMesa, Ca 91941

Joy R Wilson
15330 75 Ave N
Palm Beach Gardens, FL 33418

John & Teresa Markey
5508 Redland Dr
San Diego, CA 92115-2215

Nathan Shapiro
242 Impala Trace
San Antonio, TX 78258

Decker, Shawn
17525 Silver Creek Ct
Clermont, FL 34714

A Bounce Above Party Rentals
13745 Lyall Place

Lakeside, CA 92040

Chrystal Davis
1017 Margot Ln
Lake Wales, FL 33853

Thomas S. Knuckey
310 W. Hornbeam Drive
Longwood, FL 32779

Rick and Tammy Colsell
3128 Guilitoy Ave
San Diego, CA 92117-2540

TOP Marketing USA
c/o Jonathan Hodgins
1332 Baur Blvd
St. Louis, MO 63132

Signal Wiz - Technical Services
6822 Fisk Avenue
San Diego, CA 92122-2437

Matthies, Mason
PO Box 732
Rancho Santa Fe, CA 92067

CLIFF KEEN ATHLETIC
4480 VARSITY DR
ANN ARBOR, MI 48106

Kathryn Hetzler
Greenscape
7902 US Highway 40
Bartlett, TN 39133

Big Fogg, Inc.
42095 Zero Dr. Unit A2
Temecula, CA 29590

TNT GameTruck, LLC
26788 Rhapsody Ct
menifee, CA 92584

Nicholas L McLain
3753 E Fairfield Street
Mesa, AZ 85205

Steve Wolff
2131 Palomar Airport Rd Ste 330
Carlsbad, CA 92011

F&F Productions
14333 Myerlake Circle

Clearwater, FL 33760

EM Printing, LLC
3081 Bartlett Corporate Dr.
Bartlett, TN 38133

John Evangelist
2669 Eltinge Drive
P.O. Box 2637
Alpine, CA 91903

Atlanta Journal-Constitution
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

Christina Gage
13021 Shenandoah dr.
lakeside, CA 92040-3333

Lopez, Jake
8922 Summer Trail
San Antonio, TX 78250

Brenda Sue Shavers
574 Terry Street SE
Atlanta, GA 30312-2838

CaliVenture Party Rentals
5562 Las Alturas Terrace
San Diego, CA 92114

Image Cam, Inc.
ATTN: Ron Prociw
7835 E Evans Rd.
Suite 500
Scottsdale, AZ 85260

High Rise Audio
6783 S 2300 E
Salt Lake City, UT 8412

Campbell Clinic Orthopedics
1400 South Germantown Road
Germantown, TN 38138

Prospect Productions LLC dba Barnicle
175 Varick St. 2nd floor
New York, NY 1001

Jason Zone Fisher
128 South Kilkea Drive
Los Angeles, CA 90048

CenturyLink Communications, LLC
1025 El Dorado Blvd. (Legal-BKY)
Broomfield, CO 80021

Jose Hernandez
1681 San Altos Place
Lemon Grove, CA 91945

San Antonio Express
c/o Zalina Tsarakova
4747 Southwest Frwy.
Houston, TX 77027

Carolyn J. Downey
7450 Olivetas Avenue
Apartment 40
La Jolla, CA 92037

Jim Wadley
786 West Solana Circle
Solana Beach, CA 92075

BCUniversal Media, LLC
30 Rockerfeller Plaza (1221 Campus)
New York, NY 10112

Ford, Steve
3275 Madison Ave
San Diego, CA 92116

IHEARTMEDIA + ENTERTAINMENT, INC.
Herzlich & Blum, LLP
15760 Ventura Blvd.
Suite 700
Encino, CA 91436

Florida Medical Distributors, LLC
123 Barrier Isle Drive
Ormond beach, FL 32176

Down In Front Productions, LLC
1318 Alford Ave, Suite 201
Hoover, AL 35226

Contemporary Services Corporation - CSC
17101 Superior St.
Northridge, CA 91325

Theodore J Cottrell
4580 Regency Trace,SW
Atlanta, GA 30331

John Russell
3642 Terrace Place
Carlsbad, CA 92010-6593

Esteban Ramirez IV
3029 Morning Trl.
San Antonio, TX 78247

Ron Bevelacqua
2577 41st St. #4
San Diego, CA 92105

John F Goddard
1833 Wind Willow Rd
Belle Isle, FL 32809

Kohlhausen, Susan
5918 Tivoli Gardens Blvd
Orlando, FL 32829

ICM Partners - Terrell Davis
10250 Constellation Blvd. 31st floor
Los Angeles, CA 90067

Rheinbold, Jim
10437 La Morada Dr
San Diego, CA 92124

Lori Ollier
31459 Sonoma Lane
Temecula, CA 92591

Aramark Sports and Entertainment Services, LLC
c/o Duane Morris LLP - Attn: Jarret P. Hitchings
222 Delaware Avenue, Ste. 1600
Wilmington, DE 1980

Bruce D. Fikes
113 W Huff Ave
San Antonio, TX 78214

PCH TRIBUNE LLC DBA NUMBER SIX LLC
4770 S 5600 W
West Valley City, UT 84118

AY Productions LLC

1334 Park View Avenue #250
Manhattan Beach, CA 90266

Lawrence (Larry) D. Park
109 Oakwood Dr.
Cumming, GA 30040

Engstrand, William
1505 South Siliverstone Ct.
Orange City, FL 32763

Stallard, Diane
1503 South Silverstone Court
Orange City, FL 32763

Five Marketing & Management LLC
925 B Street #603
San Diego, CA 92101

Kenneth Watson
3503 Tree Crossing Parkway,
Birmingham, AL 35244

Nicole Varner
221 Crumley St. SW
Atlanta, GA 30312

CMAXIII Entertainment/ Charles Sloan Jr.
24245 Wilderness Oak Apt #3310
San Antonio, TX 78258

BUCKS BAGS, INC.
2401 W MAIN ST
BOISE, ID 83702

Three Sisters Partnership
c/o Russell W. Savory
BEARD & SAVORY , PLLC
119 South Main St., #500
Memphis, TN 38103

Weber, Jake
1120 Ecology Loop
Eads, TN 38028

1715 Aaron Brenner Drive Suite 800
1291 Tully Street
1715 Aaron Brenner Drive Suite 800
Memphis, TN 38107

Tri-C Club Supply, Inc.
32615 Park Lane
Garden City, MI 48135-1528

Embassy Suites San Antonio
Riverwalk Downtown
125 East Houston St.
San Antonio, TX 78205

Nerdmatics
1613 Chelsea Road, #808
San Marino, CA 91108

Michael T. Calkins
5698 Bassett Pl.
Sanford, FL 32771-8501

Dundon Capital Partners, LLC
c/o Russell W. Mills
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

Thomas G. Dundon
c/o Russell W. Mills
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

Law Enforcement Specialists Inc
PO Box 11656
Glendale, AZ 85318-1656

wilford coleman jr
2121 Pioneer Pass
Seguin, TX 78155

Rush Glick
1651 Vann Court
El Cajon, CA 92020-2236

Cortez Liquid Waste Services
19540 S US Highway 281
San Antonio TX, 78221

TRT Development Company-San
Antonio
c/o Wick Phillips Attn: Jason
Rudd
3131 McKinney Ave., Suite 100
Dallas, TX 75204

Marriott Hotel Services, Inc.
John C Josefsberg

12740 HILLCREST RD #240
DALLAS, AZ 75230

Emily Morgan, LLC
705 East Houston Street
San Antonio, Texas 78205

UTAH MEDIA GROUP
4770 S 5600 W
WEST VALLEY CITY, UT
84118

War Machine Inc dba
TSHIRTGUN.COM
3429 Rutherford Rd Ext
Ste B
Taylors, SC 29687

SAFC Management
One AT&T Parkway
San Antonio, TX 78219

Classic Traditions, Inc.
4 Baltusrol Ct.
Shoal Creek, AL 35242

George (Zeke) Kennedy
27027 Bulverde Rd.
San Antonio, TX 78260

Kelly Ann MacDonald
1923 San Jose Ave
San Francisco, CA 92114

Simplified Coach, Inc.
14051 Saratoga-Sunnyvale Rd.
Saratoga, CA 95070

Big Ticket Inc. (Rich Waltz)
820 5th Ave. NW
Issaquah, WA 98027

Blake Beddingfield
828 Woodburn Dr
Brentwood, TN 37027

Holiday Inn Riverwalk
217 N. St. Marys Street
San Antonio, TX 78205

Cox Media - San Diego
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

Blue Cross of California d/b/a
Anthem Blue Cross
Anthem Blue Cross Life and
Health Insura
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 0610

NEP Supershooters, LP
c/o Paul Mazeski, Esq.
301 Grant Street, 20th Floor
Pittsburgh, PA 15219

3636 merrimac ave
San deigo, CA 92117

Texas Comptroller of Public
Accounts
c/o Office of the Attorney
General
Bankruptcy - Collections Division
MC-008
PO Box 12548
Austin TX 78711-2548

Texas Comptroller of Public
Accounts
c/o Office of the Attorney
General
Bankruptcy - Collections Division
MC-008
PO Box 12548
Austin TX 78711-2548

John Larios
8222 Manderly PL
Converse, TX 78109

Gray, Michael
9262 Dames Rocket Pl,
Las Vegas, NV 89148

Colton Schmidt and Reggie
Northup
c/o Jonathon Farahi, Esq.
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd, Suite 200
Encino, California 91436

Lexington Hotel Conference
Center
Jacksonville Riverwalk
1515 Prudential Drive

Jacksonville, FL 32207

Lexington Hotel Conference
Center
Jacksonville Riverwalk
1515 Prudential Drive
Jacksonville, FL 32207

Architectural Surfaces & Design
Inc.
5526 West 13400 South
Herriman, UT 84096

Thomas A. Veit
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701

Marriott Plaza San Antonio
555 S, Alamo
San Antonio, TX 78205

Marriott Memphis East
5795 Poplar Avenue
14185 Dallas Parkway, Suite
1150
Memphis, TN 38119

Clear Gear
354 N Lewis Rd #149
Royersford, PA 19468

Christopher Kuehn
2516 Martha Ave,
Green Bay, WI 54301

eClinicalWorks LLC
2 Technology Drive
Westborough, MA 01581

Colette McCue
4360 Berry Oak Drive
Apopka, FL 32712-5793

NFL Enterprises LLC
Lowenstein Sandler LLP
Attn: Jeffrey Cohen
1251 Avenue of the Americas
New York, NY 10020

Control Dynamics Corporation
960 Louis Drive
Warminster, PA 18974

HALO Branded Solutions, Inc.
1500 Halo Way
Sterling, IL 61081

San Diego Sportservice, Inc.
dba Delaware North
c/o James C. Thoman, Esq. -
Hodgson Russ
140 Pearl Street, #100
Buffalo, NY 14202

IsoLynx, LLC
Attn: Ed Evansen, CEO
179 Ward Hill Avenue
Haverhill, MA 01835

Mathis, Chaevis
1894 Janet Lane
Decatur, GA 30035

Stratos, Inc. DBA ServiceMaster
by Stratos
Jason P. Hood
Davies Hood PLLC
1910 Madison Ave., PMB 72
Memphis, TN 38104-2620

Kranos Corp. d/b/a Schutt Sports
ATTN: Barb Caspens
710 South Industrial Dr.
Litchfield, IL 62056

Crew One Productions, Inc.
c/o Waller Lansden Dortch &
Davis, LLP
Attn: Blake D. Roth, Esq.
511 Union Street, Suite 2700
Nashville, TN 37219

ATLANTIC COAST
ORTHOPAEDIC MEDICAL
SUPPLIES, INC.
6510 Northpark Blvd
Charlotte, NC 28216-236

Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Chris Amaker
2313 Lockhill Selma, suite 180
SAN ANTONIO, TX 78230

Diaz, Jana
13334 Stetson Trl
San Antonio, TX 78223

Gutierrez, Doretta
25002 Cooper Valley
San Antonio, TX 78255

leroy thompson
968 kings highway Apt P-15
west deptford, NJ 08086

Belz Construction Services, LLC
Butler Snow
c/o Mike Less
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Accolade USA Inc.
60 Industrial Parkway Ste. 397
Cheektowaga, NY 14227-2774

UCF Athletics Association, Inc.
4465 Knights Victory Way,
Orlando, FL 32816

LMREC III CLO I REO I, Inc.
% Stutzman, Bromberg,
Esserman & Plifka
Attn: Heather J. Panko
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Prince Shonola
1200 Holden Avenue
Apt 102
Orlando, FL 32839

SkyCam, LLC
J. Scott Rose
Jackson Walker LLP
112 E Pecan Street, Suite 2400
San Antonio, TX 78205

Document Strategies, Inc.
ATTN: Lance P. Reed
1235 Old Alpharetta Rd.
Suite 110
Alpharetta, GA 30005

New Era Cap Co., Inc.
Phillips Lytle LLP
Attn: Angela Z. Miller, Esq.

One Canalside, 125 Main Street
Buffalo, NY 14203

Cynthia Frelund - WME
Entertainment, LLC
11 Madison Ave. 18th fl.
New York, NY 10010

G&G Outfitters, Inc.
4901 Forbes Blvd
Attn.: Dan Brady
Lanham, MD 20706

WinCraft, Incorporated
960 E Mark St
Winona, MN 55987

School of Health Corp.
6764 Eagle Way
Chicago, IL 60678-1067

Hines Ward Jr.
Knox Law Firm
120 West Tenth Street
Erie, PA 16501

Shaun O'Hara
60 Soho Consulting, LLC
c/o Aaron C. Smith
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606

Hubbard Radio Phoenix, LLC
1100 N 52nd St
Phoenix, AZ 85008

Won Worldwide, LLC
c/o Nicholas Cutaia
Goulston & Storrs PC
885 Third Avenue
New York, NY 10022

MGM RESORTS
INTERNATIONAL
OPERATIONS, INC.
SAMUEL A. SCHWARTZ, ESQ.
100 N CITY PARKWAY, STE
1600
LAS VEGAS, NV 89106

Deseret Digital Media INC
David Pearce

PO Box 45654
Salt Lake City, UT 84145

Delta Dental of California
Phillip K. Wang, Esq.
RIMON, P.C.
One Embarcadero Center, Suite
400
San Francisco, CA 94111

Sequoia One PEO, LLC
1850 Gateway Dr.
Suite 700
San Mateo, CA 94404

IGG Consulting, LLC
8100 La Mesa Blvd
suite 105
La Mesa, CA 91942

Swirl Inc.
c/o Davis & Gilbert LLP
Attn: Massimo Giugliano
1740 Broadway

Jake Bennett
c/o Bryan and Cathy Bennett
4653 S Vivian Court
Morrison, CO 80465-1851

Carey International, Inc.
c/o Greenberg Traurig LLP, Attn:
Thomas McKee
1750 Tysons Boulevard, Suite
1000

00 South Ashley Property Owner,
LLC
Locke Lord LLP
Attn: Brian A. Raynor
111 S Wacker Drive
Chicago, IL 60606

Sodexo, Inc.
9801 Washingtonian Blvd.
Gaithersburg, MD 20878

Synergy Specialists Medical
Group, Inc.
4910 Directors Place
Suite 350
San Diego, CA 92121

Landmark American Insurance
Company
c/o Tony L. Draper
Walker Wilcox Matousek, LLP
1001 McKinney, Suite 2000
Houston, TX 77002

Allen J. Westgate
5465 Alandale Re.
Orlando, FL 32839

Williams, Jack F.
1355 Christmas Lane NE
Atlanta, GA 30329 US

Xandr
One AT&T Way
Room 3A104
ATTN: Karen Cavagnaro
Bedminster, NJ 07921

Wehbe, Freddie
PO Box 140911
Gainesville, FL 32614

Silicon Valley Bank
Jennifer F. Wertz
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701

Larry Mac Duff
% Kasey C. Nye Esq.,
WATERFALL, ECONOMIDIS,
CALDWELL, HANSHAW & VI
5210 E. Williams Circle, Suite
800
Tucson, AZ 85711

Richard Muirbrook and all
similarly situated emplo
c/o Joshua W. Wolfshohl
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002

University of Utah (University
System of Utah)
451 1400 E
Salt Lake City, UT 84112

Padilla, Gustavo
804 Coldbrook Court

Chula Vista, CA 91913

CenturyLink Communications, LLC
Attn: Legal-Bankruptcy
fka Qwest Communications Company
1025 El Dorado Blvd.
Broomfield, CO 80021

Johnson, Michael and Melvia
1238 Roman Point Dr.
Norcross, GA 30093

CT Corporation
28 Liberty St, 42nd Floor
New York, NY 10005

CT Corporation
28 Liberty St, 42nd Floor
New York, NY 10005

Lien Solution
28 Liberty St, 42nd Floor
New York, NY 10005

Kenneth Lantz
7306 Crownpiece Street
San Antonio, TX 78240

Kirven, Korren N.
918 Early Street,
Lynchburg, VA 24503

Control Dynamics Corp.
960 Louis Drive
Westminster, PA 18974

Push Button Films
5165 Galt Way
San Diego, CA 92117

Jamichael George Winston
1600 Princess Hell Rd. W
Mobile, AL 36618

HENRY SCHEIN, Inc.
135 Duryea Rd
Melville, NY 11747

Florida Department of Revenue
Mark Hamilton
P.O. Box 6668
Tallahassee, FL 32314-6668

MNI Targeted Media
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 3032

Melissa Scott
10339 Fasano Dr.
Lakeside. CA 92040

Street & Smith's Sports Group
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 3032

Leah McDonald
233 W Mistletoe Ave
SAN ANTONIO, TX 78212

Kathleen Hennessey Gannett Co. Inc.
Law Dept, 7950 Jones Branch Dr.
McLean, VA 22107

Ohio Bureau of Workers' Compensation
PO Box 15567
Columbus, OH 43215-0567

ADVANCE LOCAL MEDIA LLC DBA ALABAMA MEDIA GROUP
ATTN CREDIT DEPT/KARINE MARTIROSYAN
ONE HARMON PLAZA, 9TH FLOOR
SECAUCUS, NJ 07094

Entercom Communications Inc.
335 New Commerce Blvd
Hanover Twp, PA 18706

Debra Baum
1509 E. Washington Ave., #12
El Cajon, CA 92019

First Insurance Funding
P.O Box 7000
Carol Stream, IL 60197-7000

Woodson, Rod
3304 Medallion Ct.
Pleasanton, CA 94588

State of Delaware Divsion of Revenue
820 N French St.
Wilmington, DE 19801

MWW Group LLC
PO Box 69076
New York, NY 10087-5483

AAF PLAYERS, LLC 19-50902

State of Alabama Department of Revenue
P.O. Box 320001
Montgomery, AL 36132-0001

Lamar Advertising Company-Credit Dept.
PO Box 66338
Baton Rouge, LA 70896

Trae Moxley
0416 MJN rd.
Carbondale, CO 81623

Silverman Group
436 Orange Street
New Haven, CT 06511

Aaron William Murray
c/o Element Sports
3180 North Point Pkwy, Suite 106
Alpharetta, GA 30005

KPNX Television
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Office Depot
6600 N Military Trail, S416N
Boca Raton, FL 33496

WSRV Radio
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

WFTV Television
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

KCYY/KISS/KTKX Radio
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

WHBQ Television
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

Ashaad Mabry
21302 Encino Commons, #9204
San Antonio, TX 78259

Cox Media - San Diego
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326

Mobile Modular Management
Corporation
Niel Bansraj
5700 Las Positas Rd
Livermore, CA 94550

KRLV/KOMP/KBAD Radio
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

North Carolina Department of
Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Nicholas Temple
6166 Tree Fox Pl
Indianapolis, IN 46237

Blue Cross of California d/b/a
Anthem Blue Cross a
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

WCF Mutual Insurance Company

c/o Law Offices of William B.
Kingman, P
3511 Broadway
San Antonio, TX 78209

Landmark American Insurance
Company
c/o Tony L. Draper
Walker Wilcox Matousek, LLP
1001 McKinney, Suite 2000
Houston, TX 77002

First Insurance Funding
P.O Box 7000
Carol Stream, IL 60197-7000

Nebraska Department of Revenue
Nebraska State Office Building
301 Centennial Mall S
Lincoln, NE 68508

Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216

Vermont Department of Taxes
PO Box 429 133 State Street
Montpelier, VT 05601-0429

State of Minnesota, Department
of Revenue
Minnesota Revenue
PO Box 64447-BKY
St. Paul, MN 55164-0447

AAF PROPERTIES, LLC 19-
50903

Media2, Inc. dba m2
1 Bridge St.
Suite 215
Irvington, NY 10533

825 n 300 west
Suite NE220
Salt Lake City, UT 84103

Hands on Atlanta
Kilpatrick Townsend & Stockton
LLP
1100 Peachtree Street NE, Suite
2800
Attn: Paul M. Rosenblatt

Atlanta, GA 30309

Grey Seal Puppets
PO Box 12
MC CLELLANVILLE, SC 29458

Masque Sound & Recording
DBA Professional
Wireless Systems
21 E Union Ave
East Rutherford, NJ 07073

Jeff Knight Electrical
11625 Rainbow Ridge
Helotes, TX 78023

Fedex Corporate Services Inc.
3965 Airways Blvd
Module G, 3rd Floor
Memphis, TN 38116-5017

EBERSOL SPORTS MEDIA
GROUP, INC. 19-50904

Mind Over Media LLC
15212 N. 53rd St.
Scottsdale, AZ 85254

MMS Media LLC
11872 Reagan Street
Los Alamitos, CA 90720

Spectrum Reach / Charter
PO Box 936671
Atlanta, GA 31193-6671

Spectrum Reach / Charter
PO Box 936671
Atlanta, GA 31193-6671

Spectrum Reach / Charter
PO Box 936671
Atlanta, GA 31193-6671

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Security Industry Specialists, Inc.
Attn: Tom P. Seltz, Pres. & CFO
20 West Galer Street
Seattle, WA 98119

David S. Pottruck Revocable
Trust
201 Spear Street
Suite 1750
San Francisco, CA 94105

Polian Consulting LLC
c/o Irving Walker
Cole Schotz PC
300 E. Lombard Street, Suite
1450
Baltimore, MD 21202

Emily Morgan, LLC
705 East Houston Street
San Antonio Texas 78205

Kelly Ann MacDonald
1923 San Jose Ave
San Francisco, CA 92114

Thomas A. Veit
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701

2135 Spring Oaks Drive
2135 SPRING OAKS DR
SPRINGVILLE, UT 84663

Mountain Pictures LLC
2135 Spring Oaks Drive
Springville, UT 84663

CSTV Networks, Inc. and its
affiliates
Y. Buchweitz, Well, Gotshal &
Manges
767 Fifth Ave.
New York, NY 10153

CBS Corporation and it's
affiliates
c/o Y. Buchweitz, Weil, Gotshal
& Manges
767 Fifth Avenue
New York, NY 10153

Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

LFE2, LLC 19-50905

Jack Donald Sides II
5621 Buttercup Lane
McKinney, TX 75070

San Antonio Business Journal
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

Lazser Down LLC
4528 W. 140th Street
Leawood, KS 66224

KENS Television
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

Russell W. Mills
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201

Three Sisters Partnership
c/o Russell W. Savory
Beard & Savory, PLLC
119 South Main Street, Suite 500
Memphis, Tennessee 38103

Arizona Board of Regents,
a body corporate for and on
behalf of
Arizona State University
c/o Robert M. Charles, Jr.
Lewis Roca Rothgerber Christie
LLP
One South Church Avenue, Suite
2000
Tucson, AZ 85701-1611

WEIL, GOTSHAL & MANGES
LLP
Alfredo R. Pérez
700 Louisiana Street, Suite 1700
Houston, Texas 77002

WEIL, GOTSHAL & MANGES
LLP
Yehudah L. Buchweitz (pro hac
vice pending)

Garrett A. Fail (pro hac vice
pending)
767 Fifth Avenue
New York, New York 10153

Wayne R. Tery. Esq. - File No:
3991-20190386
IIEMAR, ROUSSO & HEALD,
LLP
I5910 Ventura Boulevatd, l2th
Floor
Er.rcino- Califonra 9 1 436 -2829

Aaron C. Smith☐
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606

Stephen J. Humeniuk
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, TX 78701

Roderick J. Regan
11118 Wurzbach, #101
San Antonio, TX 78230.

Artoush Varshosaz
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201

Jonathan L. Howell
Glast, Phillips & Murray, P.C.
14801 Quorum Drive, Ste. 500
Dallas, Texas 75254

Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Courtney J. Hull
Assistant Attorney General
Attorney General's Office
Bankruptcy & Collections
Division
P.O. Box 12548
Austin, TX 78711-2548

Thomas A. Woolley, III
McCloskey Roberson, PLLC
945 Heights Blvd.

Houston, Texas 77008

Claudio E. Iannitelli
Iannitelli Marcolini, P.C.
5353 North 16t Street
Suite 315
Phoenix, AZ 85016

Boris Treyzon
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd.
Suite 200
Encino, CA 91436

Jonathan Farahi
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd.
Suite 200
Encino, CA 91436

Jeffrey Scott Lowenstein
Bell Nunnally & Martin

2323 Ross Avenue, Ste 1900
Dallas, TX 75201

Brent Hockaday
Bell Nunnally & Martin
2323 Ross Avenue, Ste 1900
Dallas, TX 75201

Patrick H. Autry
Branscomb PLLC
Lockhill Crossing, Suite 206
4630 North Loop 1604 W.
San Antonio, TX  78249

William A. (Trey) Wood
Bracewell LLP
711 Louisiana
Suite 2300
Houston, TX 77002

United States Trustee
PO Box 1539

San Antonio, TX 7829

Katharine Battaia Clark
Thompson & Coburn, LLP
2100 Ross Ave.
Suite 3200
Dallas, TX 75201

Nicole Williams
Thompson & Coburn, LLP
2100 Ross Ave.
Suite 3200
Dallas, TX 75201

John Atkins
Thompson & Coburn, LLP
2100 Ross Ave.
Suite 3200
Dallas, TX 75201