**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE: | |
| | CASE NO. 19-50900-cag |
| LEGENDARY FIELD | |
| EXHIBITIONS, LLC, et al., | CHAPTER 7 |
| | |
| DEBTORS. | |

| | |
|---|---|
| COLTON SCHMIDT, et al., | |
| | |
| PLAINTIFFS, | |
| | ADV. PROC. NO. 19-05053-cag |
| v. | |
| | JUDGE CRAIG A. GARGOTTA |
| AAF PLAYERS, LLC, et al., | |
| | |
| DEFENDANTS. | |

**CREDITORS THOMAS G. DUNDON AND DUNDON CAPITAL PARTNERS LLC'S
OBJECTION TO THE TRUSTEE RANDOLH N. OSHEROW'S
APPLICATION TO EMPLOY ABIR COHEN TREYZON & SALO, LLP AND
THOMPSON COBURN LLP AS SPECIAL LITIGATION COUNSEL**

Pursuant to Local Rule 2014 of the United States Bankruptcy Court for the Western District

of Texas, Creditors Thomas G. Dundon and Dundon Capital Partners LLC ("DCP") (together,

"Dundon") file this Objection to Trustee Randolph N. Osherow's Application to Employ Abir

Cohen Trezon & Salo, LLP and Thompson Coburn LLP as Special Litigation Counsel for Reid

Collins & Tsai, LLP (the "Application"). (Doc. No. 462).

# TABLE OF CONTENTS

I.  SUMMARY ................................................................................................................. 1

II.  FACTUAL BACKGROUND ...................................................................................... 2

    A. The Trustee and Dundon Collaborated to Defeat Class
    Certification in the Adversary Proceeding filed by ACTS. .......................................... 2

    B. Trustee's Counsel Settled the Class Action Lawsuit and
    Continues to Pursue Claims Against Dundon ............................................................. 3

    C. The Court Approved the Application ......................................................................... 5

III.  ARGUMENTS AND AUTHORITIES ...................................................................... 5

    A. Legal Standard ......................................................................................................... 5

    B. Dundon's Objection Is Timely .................................................................................. 8

    C. The Retained Firms' Representation of the Trustee Creates
    an Actual Conflict of Interest Between the Adversary Plaintiffs
    and the Estate ............................................................................................................ 8

    D. Alternatively, the Retained Firms' Representation of the Trustee
    Creates a Potential Conflict of Interest Between the Adversary Plaintiffs
    and the Estate and the Retained Firms Cannot Operate in the Best
    Interest of the Estate ................................................................................................. 10

VI.  PRAYER .................................................................................................................. 12

## **TABLE OF AUTHORITIES**

### Cases

*In re Age Ref., Inc.*,
  447 B.R. 786 (Bankr. W.D. Tex. 2011) ...................................................................................6

*In re Am. Int'l Refinery, Inc.*,
  676 F.3d 455 (5th Cir. 2012) .................................................................................................5

*In re Austin Temp. Servs., Inc.*,
  No. 07-11888-FM, 2008 WL 4692368 (Bankr. W.D. Tex. Oct. 21, 2008) .........................8, 9

*In re Black & White Stripes, LLC*,
  623 B.R. 34 (Bankr. S.D.N.Y. 2020) .....................................................................................7

*Carickhoff v. Goodwin (In re Decade. S.A.C., LLC)*,
  No. 18-11668 (CSS), 2022 WL 486952 (Bankr. D. Del. Feb. 17, 2022) ..........................7, 8, 9

*Colton Schmidt and Reggie Northrup v. AAF Players LLC, et al.*,
  19-05053-cag (Bankr. W.D. Tex.) ..............................................................................2, 3, 4, 9

*In re HML Enters., LLC*,
  No. 16-90030, 2016 WL 5939737 (Bankr. E.D. Tex. Oct. 12, 2016) .........................6, 7, 9, 11

*In re JMK Constr. Grp., Ltd.*,
  441 B.R. 222 (Bankr. S.D.N.Y. 2010) ...................................................................................6

*In re Leslie Fay Cos., Inc.*,
  175 B.R. 525 (Bankr. S.D.N.Y. 1994) .................................................................................11

*In re Martin*,
  817 F.2d 175 (1st Cir. 1987) ................................................................................................11

*In re Marvel Entm't Grp., Inc.*,
  140 F.3d 463 (3d Cir. 1998) ...................................................................................................7

*In re Mercury*,
  280 B.R. 35 (Bankr. S.D.N.Y. 2002), *aff'd,* 122 F. App'x 528 (2d Cir. 2004) ........................9

*Pierson & Gaylen v. Creel & Atwood (In the Matter of Consol. Bancshares, Inc.)*,
  785 F.2d 1249 (5th Cir. 1986) ...............................................................................................6

*Quarles & Brady, LLP v. Maxfield (In re Jennings)*,
  199 F. App'x. 845 (11th Cir. 2006) .......................................................................................9

*In re Red Lion, Inc.*,
  166 B.R. 296 (Bankr. S.D. Tex. 1994) ................................................................................10

*In re SBMC Healthcare, LLC,*
    473 B.R. 871 (Bankr. S.D. Tex. 2012) ...................................................................................11

*In re W. Delta Oil Co., Inc.,*
    432 F.3d 347 (5th Cir. 2005) ..............................................................................................6, 9

*W.F. Dev. Corp. v. Office of the U.S. Tr. (In re W.F. Dev. Corp.),*
    905 F.2d 883 (5th Cir. 1990) ...................................................................................................6

**Statutes**

11 U.S.C. § 101 ..............................................................................................................................7, 8

11 U.S.C. § 327(a) .............................................................................................................................6

11 U.S.C. § 327(c) ..........................................................................................................................7, 8

Federal Rule of Civil Procedure 54(b) ..........................................................................................4, 5

Local Rule 2014(d) ...................................................................................................................1, 5, 8

Texas Disciplinary Rule of Prof'l Conduct 1.06(a) ........................................................................11

# I.  SUMMARY

The Retained Firms[1] can be loyal to the Adversary Plaintiffs[2] or the Trustee Randolph N. Osherow (the "Trustee") on behalf of the bankruptcy estate (the "Estate"), but not both. Dundon objects to the Application because there is an actual conflict of interest between the two sets of parties the Retained Firms purport to represent concurrently.

On the heels of the settlement in the Adversary Proceeding, the Trustee (on behalf of the Estate) filed the Application to employ the Retained Firms as special litigation counsel (Doc. No. 462), and the Court entered the Order granting the Application the next day (the "Order") (Doc. No. 463). The Trustee engaged the Retained Firms for the purpose of (among other things) investigating claims against Dundon on behalf of the Estate debtors. The arrangement is problematic because the Retained Firms already represent the Adversary Plaintiffs (judgment creditors) and have existing claims for their contingent attorneys' fees against the Estate. There is no doubt the Retained Firms are adverse to the Estate.

Further, Dundon, the Trustee, and its existing counsel worked together for nearly three years to defeat the Adversary Plaintiffs' claims in the Adversary Proceeding. Prior to the settlement in the Adversary Proceeding, the Trustee aligned interests with Dundon. They shared strategic initiatives, plans, and agreed (right before the settlement and just short of engagement) to retain the same expert to opine on behalf of all defendants. If leaked to the Retained Firms, the Trustee's knowledge of these strategic plans, especially as it relates to defending against class certification, could severely harm Dundon. And the Trustee obtained that knowledge under a clear

---

[1] Dundon refers to Abir Cohen Treyzon & Salo, LLP as ("ACTS") and Thompson Coburn LLP as ("TC") and both ACTS and TC collectively as the "Retained Firms."

[2] Dundon refers to Plaintiffs Colton Schmidt and Reggie Northrup, on behalf of themselves and all others similarly situated as the "Adversary Plaintiffs," and the adversary proceeding pending in this bankruptcy, Case No. 19-05053-cag as the "Adversary Proceeding."

understanding of joint defense confidentiality.[3] Now, the Trustee seeks to employ the Retained Firms, who still represent the Adversary Plaintiffs, while the Retained Firms investigate and pursue claims on behalf of the Trustee against Dundon in a parallel action. This arrangement is not permissible or appropriate because the Retained Firms have the opportunity to gain access to information from Dundon's formerly aligned party—the Trustee—and use it against Dundon in the ongoing class action suit. And it is impossible to imagine how the Trustee, its current counsel, and the Retained Firms could forge a sufficiently protective barrier to protect the strategic confidences of Dundon.[4]

In sum, Dundon asks the Court to sustain their objection and rescind the Order because there is an actual and, alternatively, potential conflict of interest that prevents the Trustee from employing the Retained Firms.

## II. FACTUAL BACKGROUND

### A. The Trustee and Dundon Collaborated to Defeat Class Certification in the Adversary Proceeding filed by ACTS.

1. On April 10, 2019, ACTS, on behalf of class plaintiffs, filed a lawsuit against Dundon, among others, in the Superior Court of California in San Francisco County, California. Dundon removed that case to the United States District Court for the Northern District of California. *Colton Schmidt and Reggie Northrup v. AAF Players LLC, et al.*, 3:19-cv-03666-CRB (Doc. No. 1) (N.D. Cal.).

2. The Northern District of California subsequently transferred the case to the United

---

[3] Dundon always understood that he and the Trustee could and would likely eventually become adverse because there were threatened claims between them from the outset. But, there was a clearly established détente between them as it related to seeking an early dismissal and/or defeating class certification in the Adversary Proceeding.

[4] Of course, once the Adversary Proceeding is resolved, any concerns about retaining the Retained Firms would vanish as Dundon's shared strategic confidences primarily related to defending against the Adversary Proceeding.

States District Court for the Western District of Texas, San Antonio Division, which referred the matter to this Bankruptcy Court, where it remains pending as the Adversary Proceeding. *Id.* at Doc. No. 27; *Colton Schmidt and Reggie Northrup v. AAF Players LLC, et al.*, 19-05053-cag (Bankr. W.D. Tex.). Importantly, ACTS sued the Estate, represented by the Trustee, as defendants in what became the Adversary Proceeding. *See AAF Players LLC*, 19-05053-cag at Doc. No. 21.

3.     After the Western District referred this case to this Court, the Adversary Plaintiffs retained Katherine Clark of the law firm Hendrick Kring, PLLC. *Id.* at Doc. No. 72. Ms. Clark continued her representation of Plaintiffs when she transitioned to her current firm, TC, where she and Nicole Williams represent the Adversary Plaintiffs. *Id.* at Doc. Nos. 174, 178.

4.     Dundon and Defendant Charles Ebersol filed motions to dismiss with this Court. *See id.* at Doc. Nos. 29, 38–40, 46, 94. After multiple pleading amendments and hearings on subsequent motions to dismiss, the Defendant Parties proceeded to phased discovery. *Id.* at Doc. No. 135.

5.     During phased discovery, Dundon worked with the other defendants, including the Trustee, to defeat the Adversary Proceeding. Ex. 1 ¶ 3. As part of that collaboration, Dundon and the Trustee shared strategic initiatives, plans, and agreed initially to retain the same expert to opine on behalf of all defendants. *Id.* There was a clear understanding and frequent discussion among the Defendants' counsel that the Defendants were sharing strategic confidences to collectively defeat class certification. *Id.* Ultimately, the parties did not go through with the joint retention because the Trustee, Mr. Ebersol, and the Adversary Plaintiffs entered a settlement agreement. *Id.* ¶ 4.

**B.     Trustee's Counsel Settled the Class Action Lawsuit and Continues to Pursue Claims Against Dundon.**

6.     In August 2021, the Adversary Plaintiffs entered a settlement agreement with the

Trustee and Ebersol, but not Dundon. *See AAF Players LLC*, 19-05053-cag at Doc. No. 175. Dundon objected to the settlement, which the Court overruled. *Id.* at Docs. Nos. 187, 215. Accordingly, the parties proceeded to class certification for settlement.

7.     As part of the settlement, the Adversary Plaintiffs assigned to the bankruptcy estate "all their rights and interest in any and all claims against the Debtor and Ebersol and their right to recovery of certain damages recoverable against Dundon limited specifically to the amounts not paid under the Standard Player Agreements." *Id.* at Doc. No. 210 ¶ 13(f). The Adversary Plaintiffs, however, retained their claims for fraud and promissory fraud against Dundon in the adversary, which remain pending against Dundon. *See id.* (the case is still in phase 1 discovery relating to certification and certification briefing lies ahead).

8.     On February 9, 2022, the Court entered the Order for (1) Final Approval of the Settlement Agreement; (2) Class Certification Pursuant to Settlement Agreement; (3) Appointment of Class Counsel and Class Representatives Pursuant to Settlement Agreement; and (4) Approval of Compensation for Class Counsel and Service Awards for Class Representatives. *Id.* at Doc. No. 215. The following month, the Court entered a Partial Final Judgment Under Federal Rule of Civil Procedure 54(b) resulting from the settlement agreement. *Id.* at Doc. No. 222.

9.     The Retained Firms continue to represent the Adversary Plaintiffs against Dundon to pursue the same claims against Dundon in the Adversary Proceeding with which Dundon collaborated with the Trustee. The Retained Firms now seek to represent the Trustee—Dundon's former ally in the Adversary Proceeding—against Dundon. *Id.* at Doc. No. 224.

10.     The Trustee and Dundon shared confidential strategic information, including the retention and call of a rebuttal expert and discussions of what the expert's impressions and potential opinions, as well as strategic discussions regarding substantive areas of attack on class

certification issues and depositions of class representatives and other class discovery.[5]

## C.     The Court Approved the Application.

11.     On March 31, 2022, the Trustee filed the Application seeking to employ the Retained Firms. (Doc. No. 462). In the Application, the Trustee details his intent for the Retained Firms "to investigate, analyze, and pursue any remaining estate claims involving the management, financing, and operation of the Debtors." *Id.* ¶ 21.

12.     As an exhibit to the Application, the Trustee included the engagement letter of ACTS, which specifically identifies the "**Nature and Scope of Representation**." (Doc. No. 462-3 at 3). In this scope, the Retained Firms must "investigate, develop, and assert causes of action and rights the estates may have against certain of the debtors' former directors and officers, insiders, stockholders, and control parties and insurers (the 'Claims'), including without limitation [Dundon] . . . ." *Id.*

13.     The Court granted the Application on April 1, 2022. (Doc. No. 463). Regardless, Local Rule 2014(d) provides: "A party in interest who opposes an application for employment may file an objection within 21 days after the date of service of the application summary, and such objection shall be set for hearing *notwithstanding the Court's order granting the application to employ*." (emphasis added).

## III.     ARGUMENTS AND AUTHORITIES

## A.     Legal Standard

The Bankruptcy Code permits the Trustee to employ attorneys, with the Court's approval, so long as they do "not hold or represent an interest adverse to the estate, and that the professional be 'disinterested' [under the Code]." *In re Am. Int'l Refinery, Inc.*, 676 F.3d 455, 461–62 (5th Cir.

---

[5] Dundon avoids any details here so as to not divulge the strategic confidences but enough to give the court high level understanding of the exchanges.

2012) (internal quotation omitted) (citing 11 U.S.C. § 327(a); *W.F. Dev. Corp. v. Office of the U.S. Tr. (In re W.F. Dev. Corp.)*, 905 F.2d 883, 884 (5th Cir. 1990)). To determine whether an attorney may represent a Trustee under Section 327, courts determine whether the attorney: (1) holds or represents any interest that is adverse to the estate and (2) is a "disinterested person." *In re HML Enters., LLC*, No. 16-90030, 2016 WL 5939737, at *6 (Bankr. E.D. Tex. Oct. 12, 2016).

The first prong, analyzing adverse interest, "'is objective and precludes any interest or relationship, ***however slight***, that would even faintly color the independence and impartial attitude required by the Code and Bankruptcy Rules.'" *Id.* (emphasis added) (quoting *In re JMK Constr. Grp., Ltd.*, 441 B.R. 222, 229 (Bankr. S.D.N.Y. 2010)). With an eye to the specific facts of the case, the Fifth Circuit views this "adverse interest" to mean: "(1) to possess or assert ***any*** economic interest that would tend to lessen the value of the bankruptcy estate or that would create either an actual or potential dispute in which the estate is a rival claimant; or (2) to possess a predisposition under circumstances that render such a bias against the estate." *In re W. Delta Oil Co., Inc.*, 432 F.3d 347, 356 (5th Cir. 2005) (emphasis added) (citation omitted); *see also Pierson & Gaylen v. Creel & Atwood, (In the Matter of Consol. Bancshares, Inc.)*, 785 F.2d 1249, 1256 (5th Cir. 1986) (emphasis added) (quotation omitted) (Noting disinterestedness includes "anyone who in the *slightest degree* might have some interest or relationship that would color the independent and impartial attitude required by the [Bankruptcy] Code").[6] The "no conflict of interest" requirement of Section 327(a) serves the important policy of ensuring that attorneys "'tender undivided loyalty and provide untainted advice and assistance in furtherance of their fiduciary responsibilities.'"

---

[6] Other courts in this Circuit have articulated the definition of adverse interest "in terms of motivation: whether the attorney possesses a meaningful incentive to act contrary to the best interests of the estate and its sundry creditors." *In re Age Ref., Inc.*, 447 B.R. 786, 802 (Bankr. W.D. Tex. 2011) (quotation omitted). Similarly, "'[a]n actual conflict is said to exist when there is an active competition between two competing interests, in which one interest can only be served at the expense of the other.'" *HML Enters.*, 2016 WL 5939737, at *7 (quotation omitted).

*HML Enters.*, 2016 WL 5939737, at *5 (quotations omitted). Upon the objection by a creditor, however, the Court must "disapprove such employment if there is an actual conflict of interest." 11 U.S.C. 327(c). Sections 327(a) and (c) "impose a *per se* disqualification as trustee's counsel of any attorney who has an actual conflict of interest." *HML Enters.*, 2016 WL 5939737, at *7 (citing *In re Marvel Entm't Grp., Inc.*, 140 F.3d 463, 476 (3d Cir. 1998)).[7]

The second prong references the definition of "disinterested person" under Section 101(14) of the Bankruptcy Code—which incorporates an adverse interest requirement, thereby overlapping with the first prong. *Id.* (citations omitted). As a result, the Court may address both prongs of the analysis by determining whether an attorney holds or represents an adverse interest to the estate. *In re Black & White Stripes, LLC*, 623 B.R. 34, 49 (Bankr. S.D.N.Y. 2020) (citations omitted).[8]

Courts also examine whether an attorney's representation of the Trustee creates a potential conflict of interest. *Carickhoff v. Goodwin (In re Decade. S.A.C., LLC)*, No. 18-11668 (CSS), 2022 WL 486952, at *6 (Bankr. D. Del. Feb. 17, 2022) (citing *Marvel Entm't Grp.*, 140 F.3d at 476). "'A potential conflict is said to be one in which the competition is presently dormant, but may become active if certain contingencies occur.'" *HML Enters.*, 2016 WL 5939737, at *7 (quotation omitted).

---

[7] "[T]he adverse interest standard is a rigorous one and is sufficiently broad to include a professional with the slightest degree might have some interest or relationship that would color the independent and impartial attitude required by the Code." *HML Enters.*, 2016 WL 5939737, at *8 (quotations omitted).

[8] A "disinterested" person is one who: (1) "is not a creditor, an equity security holder, or an insider;" (2) "is not and was not within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor;" and (3) "does not have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason." 11 U.S.C. § 101(14)(A)–(C).

### B. Dundon's Objection Is Timely.

As an initial matter, Dundon, individually, and DCP, properly asserts this objection as interested creditors. *See* 11 U.S.C. § 327(c) (enabling a creditor to object to a trustee's application to employ a professional). The objection is timely even though the Court has already approved the Application to Employ. The Trustee filed his Application on March 31, 2022. (Doc. No. 462), and the Court entered the Order the following day. (Doc. No. 463). Local Rule 2014(d) provides "A party in interest who opposes an application for employment may file an objection within 21 days after the date of service of the application, and such objection shall be set for hearing ***notwithstanding the Court's order granting*** the application to employ." (emphasis added). Because Dundon filed this Objection within 21 days of the Trustee's service of the Application, the objection is timely. The Court may also consider the issue of whether the Retained Firms have a disqualifying conflict *sua sponte*. *See Decade. S.A.C.*, 2022 WL 486952, at *5.

### C. The Retained Firms' Representation of the Trustee Creates an Actual Conflict of Interest Between the Adversary Plaintiffs and the Estate.

Dundon objects to the employment of the Retained Firms because there is an actual conflict of interest for the Retained Firms' to continue to represent creditors (the Adversary Plaintiffs) and debtors (the Trustee on behalf of the Estate). *See* 11 U.S.C. § 101(10). While Section 327 contemplates counsel for creditors also representing debtors if employed for a special purpose, courts consider whether such an arrangement is appropriate under the circumstances by, among other things, ensuring "'the undivided loyalty and exclusive allegiance required of a fiduciary to the estate in the bankruptcy is not compromised or eroded.'" *See In re Austin Temp. Servs., Inc.*, No. 07-11888-FM, 2008 WL 4692368, at *3 (Bankr. W.D. Tex. Oct. 21, 2008) (quotation omitted). In other words, "creditor's counsel can represent the trustee [unless there is an actual conflict of interest] . . . and if such attorney does not hold any interest adverse to the debtor or to

the estate with respect to the matter on which the attorney is to be employed." *Id*. The Retained

Firms cannot meet this threshold because the Estate becomes "'a rival claimant.'" *See W. Delta*

*Oil Co., Inc.*, 432 F.3d at 356 (quotation omitted).

When the Trustee and the Adversary Plaintiffs entered the settlement in the Adversary

Proceeding, the Adversary Plaintiffs retained their status as creditors—becoming judgment

creditors with a priority wage claim for part of their settlement and general unsecured claims for

the remainder. As part of that arrangement, the Retained Firms also became creditors in "An

Agreed Fee Request," entitling them to 33% of the settlement proceeds. *See AAF Players LLC*,

19-05053-cag at Doc. No. 204 ¶ 13(e). This arrangement places the Retained Firms in the

untenable position of "dual representation forc[ing] [them] to advance two diametrically opposed

goals and depriv[ing] each represented party of 'unbiased, independent assessments of the

available and outstanding claims.'" *See HML Enters.*, 2016 WL 5939737, at *7 (citing *Quarles &*

*Brady, LLP v. Maxfield (In re Jennings)*, 199 F. App'x. 845, 849 (11th Cir. 2006)); *In re Mercury*,

280 B.R. 35, 54 (Bankr. S.D.N.Y. 2002), *aff'd,* 122 F. App'x 528 (2d Cir. 2004) (internal quotation

omitted) ("'Having to divide one's allegiance between two clients is what Section 327 attempts to

prevent.'"). When there is "[a]n active competition between two competing interest, in which one

interest can only be served at the expense of the other[,]" there is an actual conflict. *Id*. (quotation

omitted). The Retained Firms' concurrent representation will necessarily place the interest of one

party, the Adversary Plaintiffs or the Trustee, over the other. *See Austin Temp. Servs., Inc.*, 2008

WL 4692368, at *4 (finding a conflict of interest when attorneys attempted to represent both the

trustee and creditors where the attorneys and their creditor clients had claims against the estate);

*Decade. S.A.C., LLC*, 2022 WL 486952, at *5–8 (disqualifying a special counsel and ordering the

discouragement of fees after a conflict of interest arose between the trustee and a creditor

represented by the same firm).

By way of example, as outlined at length in Dundon's recent Motion to Dismiss filed in the Adversary Proceeding (Doc. No. 229), the Adversary Plaintiffs assigned certain of their claims and damages to the Trustee as part of the settlement, while retaining their fraud claims against Dundon. The Retained Firms still have a contingent fee interest in the retained fraud claims, but, to Dundon's knowledge, have no stake in the assigned claims. And, Adversary Plaintiffs and the Retained Firms would not be forced to share any of the money recovered from Dundon in the Adversary Proceeding with the estate. This is a clear conflict of interest. Alternatively, it is clearly conceivable that the Retained Firms see more ultimate value in pursuing Dundon in the main bankruptcy than zealously pursuing the remaining fraud claims in the Adversary Proceeding. What is clear is the Adversary Plaintiffs and the Trustee are going after the same source of funds. The Adversary Plaintiffs would get first dollars in the Adversary Proceeding and last dollars in the main bankruptcy.

**D.      Alternatively, the Retained Firms' Representation of the Trustee Creates a Potential Conflict of Interest Between the Adversary Plaintiffs and the Estate and the Retained Firms Cannot Operate in the Best Interest of the Estate.**

There also lies a potential conflict of interest that should disqualify the Retained Firms from continued representation of the Trustee on behalf of the Estate. *See In re Red Lion, Inc.*, 166 B.R. 296, 298 (Bankr. S.D. Tex. 1994) (citations omitted) ("The bankruptcy courts have consistently held that when there is a conflict or potential conflict of interest between the debtor corporation and the owner of such corporation, representation by the same counsel should not be allowed."). "Potential conflicts, no less than actual ones, can provide motives for attorneys to act in ways contrary to the best interests of their clients . . . . [Therefore,] it is [important] to ask whether a professional has 'either a meaningful incentive to act contrary to the best interests of the

estate and its sundry creditors—an incentive sufficient to place those parties at more than acceptable risk—or the reasonable perception of one.'" *In re Leslie Fay Cos., Inc.*, 175 B.R. 525, 533 (Bankr. S.D.N.Y. 1994) (citing *In re Martin*, 817 F.2d 175, 180–81 (1st Cir. 1987)). If there is plausibility "'that the representation of another interest may cause the debtor's attorneys to act any differently than they would without that other representation, then they have a conflict of interest adverse to the estate.'" *HML Enters.*, 2016 WL 5939737, at *7 (quotation omitted). Courts also look to the Code of Professional Responsibility. *Id.* at *8 (citing *In re SBMC Healthcare, LLC*, 473 B.R. 871, 877 (Bankr. S.D. Tex. 2012)).[9]

Here, the Retained Firms are placing themselves in a position that effectively sits on both sides of a litigation—the Adversary Proceeding. Until the Trustee and the Adversary Plaintiffs entered their settlement, they were opposition parties in the Adversary Proceeding. As a co-defendant with Dundon, the Trustee and Dundon did more than align their interests. They shared strategic initiatives, plans, and agreed (right before the settlement and just short of engagement) to retain the same expert to opine on behalf of all defendants. *See* Ex. 1. While Dundon recognizes the alignment of Dundon and the Trustee was for purposes of defeating the class certification, that does not change the historical facts of Dundon and the Trustee sharing critical defense information and materials as former co-defendants. Because the Adversary Plaintiffs' claims against Dundon in the Adversary Proceeding are live and pending, the Retained Firms' concurrent representation of the Adversary Plaintiffs in the Adversary Proceeding and the Trustee for investigation into claims against Dundon in a future lawsuit is problematic. Such concurrent representation will grant

---

[9] Texas disciplinary rule 1.06(a) states simply: "A lawyer shall not represent opposing parties to the same litigation." Tex. Disciplinary Rules Prof'l Conduct R. 1.06(a), reprinted in 3B Tex. Govt. Code Ann., tit. 2, subtit. G, app. A at 102 (West 2013). The accompanying comment to Rule 1.06 is insightful in this analysis: "The term 'opposing parties' as used in this Rule contemplates a situation where a judgment favorable to one of the parties will directly impact unfavorably upon the other party." *Id.* at cmt. 2.

the Retained Firms access to information and strategy they otherwise would not know about to use in the Adversary Proceeding.

The Trustee believes the class settlement resolves existing conflicts between the Adversary Plaintiffs and the Estate because their "interests in enhancing the Estate through legitimate claims are now aligned." (Doc No. 462 ¶¶ 16, 36). However, the Trustee cannot unwind that cork and become a vehicle for the Retained Firms to utilize the Trustee's knowledge and resources to pursue the Adversary Proceeding.[10]

## IV.    PRAYER

WHEREFORE, Dundon prays this Court rescind the Court's Order (Doc. No. 463), sustaining Dundon's objection to the Trustee's Application (Doc. No. 462), and grant Dundon such other and further relief, whether at law or in equity, to which they are justly entitled.

---

[10] Dundon notes Dundon has a motion to dismiss pending in the Adversary Proceeding that should dismissal all causes of action in the Adversary Proceeding, and that should the Court dismiss such claims, the conflict between the Adversary Plaintiffs and the Trustee, and therefore this objection, would become moot.

Dated: April 21, 2022

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:     */s/ Brent D. Hockaday*
       Jeffrey S. Lowenstein
       Texas Bar No. 24007574
       jlowenstein@bellnunnally.com
       Brent D. Hockaday
       Texas Bar No. 24071295
       bhockaday@bellnunnally.com
       2323 Ross Avenue, Suite 1900
       Dallas, Texas 75201
       214.740.1400 (Telephone)
       214.740.1499 (Facsimile)

       And

**BRANSCOMB PLLC**

       Patrick H. Autry
       Texas Bar No. 01447600
       pautry@branscomblaw.com
       Lockhill Crossing, Suite 206
       4630 North Loop 1604 W.
       San Antonio, Texas 78249
       210.598.5400 (Telephone)
       210.598.5405 (Facsimile)

**ATTORNEYS FOR DEFENDANT
THOMAS G. DUNDON**

## <u>CERTIFICATE OF SERVICE</u>

By my signature below, I hereby certify that on this 21st day of April 2022, a true and correct copy of the foregoing document was served via electronic means or by first class mail as listed on the Court's ECF noticing system and by first class mail to those persons filing a notice of appearance requesting notice and persons filing a proof of claim, all pursuant to the Court's order for limited notice mailing entered on the Court's docket as document no. 79.

*/s/ Brent D. Hockaday*
Brent D. Hockaday

**AMENDED MAILING MATRIX**

**PER ORDER LIMITING MATIX (DOCKET n. 79)**

**(UPDATED 3/30/22)**

Joe Bosack
1661 Oak Road
Pottsville, PA 17901

The Montag Group, LLC
14 Vanderventer Ave., Ste. 255
Port Washington, NY 11050

Steve Mariucci
c/o Arnie Herz
14 Vanderventer Ave., Ste. 255
Port Washington, NY 11050

Outdoor America Images, Inc.
OAI
4545 W Hillsborough Ave
Tampa, FL 3361

Arizona Department of Revenue
2005 N Central Ave, Suite 100
Phoenix, AZ 85004

PRISMIC IO, Inc.
185 Alewife Brook Parkway,
Suite 210
Cambridge, MA 02138

SHOCK DOCTOR INC
11488 SLATER AVENUE
Fountain Valley, CA 92708-5440

JDH Broadcasting LLC - Dan
Hellie
324 31st St.
Manhattan Beach, CA 90266

Fresh Concepts, LLC
49 Research Drive
Milford, CT 06460

Teamworks Innovations, Inc.
122 E Parrish St
Durham, NC 27701

Safety Services, Inc. dba U.S.
Safety Services

5525 Blanco Rd. Suite 124
San Antonio, TX 78216

James Patrick Gleason
1237 Union Club Drive
Winter Garden, FL 34787-3077

Cox Media - San Diego
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

**bluemedia, Inc.**
**Gallagher& Kennedy c/o Joe**
**Cotterman**
**2575 E Camelback Road Suite**
**1100**
**Phoenix, AZ 85016**

Marriott Hotel Services, Inc. dba
Scottsdale Marri
John C Josefsberg
12740 Hillcrest Road #240
Dallas, TX 75230

Marriott International, Inc.
John C Josefsberg
12740 HILLCREST RD #240
DALLAS, AZ 75230

Pavilion Management Company
dba Hilton Phoenix
Mesa Hotel
1011 W Holmes Avenue
Mesa, AZ 85210

*Renee Stout*
*2630 Fallbrook Dr.*
*Oviedo, FL 32765*

Embassy Suites by Hilton South
Jordan
Salt Lake City
10333 South Jordan Gateway
South Jordan, UT 8409

CBT Createive Broadcast
Techniques
ATTN: Emerald Chin
15 Charles Place
Closter, NJ 07624

AAF-Arizona Hotshots
Park Place Printing, Inc.
535 W Baseline Rd., Ste. 104
Mesa, AZ 85210

DR. JILLS FOOT PADS INC
384 S MILITARY TRAIL
DEERFIELD BEACH, FL 33442

Security Industry Specialists, Inc.
c/o Tom P. Seltz, Pres. & CFO
20 West Galer Street
Seattle, WA 98119

Foot Management, Inc.
7201 Friendship Rd.
Pittsville, MD 21850

VITAC Corporation
8300 E Maplewood Ave Suite
310
Greenwood Village, CO 80111

Broadway Media, LLC dba
KALL-ESPN 700
50 West Broadway
Suite 200
Salt Lake City, UT 84101

Rhino Arizona, LLC
125 W Julie Dr
Tempe, AZ 85283

Stacie Johnson
3039 Chavez Avenue
Clermont, FL 34715

Nicolas Larios
206 Cork Way
Davenport, FL 33897

Steven Shafer
1290 Rip-Jay Circle
Canyon Lake, TX 78133

John R Richardson
13100 Hissen Ridge Ln
Clermont, FL 34715

Ruth Palmer
1827 Schley Ave.
San Antonio, TX 78210

Ron Mauddin
802 Little Creek Ct.
Canton, GA 30114

Alan Snyder
5100 John D. Ryan Blvd. #2314
San Antonio, TX 78245

Jennifer L Whitmore
6022 Spring Time
San Antonio, TX 78249

Angela Cates
27022 Foggy Meadows Street
San Antonio, TX 78260-1822

Trey Bates
215 N Center
#310
San Antonio, TX 78202-2756

Carroll William
1285 Burgundy Ct
Oviedo, FL 32766-6686

Rhinehart, Danny
11476 Willow
Windermere, FL 34786

William Roberts
413 Four Seasons Ave
Mascotte, FL 34753

Gary Hortenstine
1353 Old Virginia Ct.
Marietta, GA 30067

Richard Horner
12423 Orangewood Circle
Tavares, FL 32778

Jennifer Monn

3597 Gatlin Place Circle
Orlando, FL 32812

Major Promotions
3517 Spring Valley Court
Mountain Brook, AL 35223

Anthony Hurst
4716 Valdina Way
San Diego, CA 92124-2433

April Schulze
10627 Larch Grove Ct
HELOTES, TX 78023

Donna Winfrey
2980 Cordie Lee Lane
Germantown, TN 38138-8184

Tiffany Jolley
5450 Rowley Rd.
Apt. 504
San Antonio, TX 78240

Willaim J Neuls
4910 Hershey Dr
San Antonio, TX 78220

Fidelis Bookkeeping And Payroll
Services
812 N Pacific St
Unit C
Oceanside, CA 92054

Chris Muffoletto
2781 Wassum Trail
Chuluota,, FL 32766-8544

Denise DeLoach
13214 Vista del Mundo
San Antonio, TX 78216

Robert Zearfoss
2548 Rio Cordillera
Boerne, TX 78006

Robert Gleeson
830 Dwyer Ave., No. 903
San Antonio, TX 78204-1033

John Rountree
9188 Mudville Rd.
Millington, TN 38053
MILLINGTON, TN 38053

Samantha Evans
601 Hammocks View
Savanah, GA 31410

Daniel K. Ward
8431 Cheyenne Pass
San Antonio, TX 7825

Timothy Grant
867 S. GRANT ST
LONGWOOD, FL 32750-5507

Ruben V. Lasoya
Loyosa International, LLC
205 Rosebud St.
Boerne, TX 78006

Sneaky Big Studios, LLC
15750 N. Northsight Blvd.
Scottsdale, AZ 85260

Paul M Halsey dba Admiral
Video, LLC
503 E. Erie St. Suite B
Lancaster, NY 14086

David Capraro
3215 River Frio
San Antonio, TX 78253

Scott Enos
14718
Eagles Crossing Drive
Orlando, FL 32837-6923

Edward Lepp dba Leppdesign,
LLC
320 North Shadowwood Drive
St. Augustine, FL 32086

Thomas A. Tarasewich
3647 All American Blvd
Orlando, FL 32810

Lewis Consulting
11317 Via Playa de Cortes
San Diego, CA 92124

Jones, Byron
113 Moseley Ave
Eatonville, FL 32751

Datatix - SLC
334 W Bugatti Drive

Salt Lake City, UT 84115

Letty Baldit Estrada
535 W Olmos Dr
San Antonio, TX 78212

Michael Reed
16165 Cayenne Ridge Rd
San Diego, CA 92127

John M Tompkins
4703 Camberley Ct
San Diego, CA 92154

Aflanny Inc.
P.O. Box 233
Rancho Santa Fe, CA 92067

Morris, Colin
152 NE 167 Street
Suite 403
Miami, FL 33162

Pyro Shows of Texas, Inc.
ATTN:Michael Walden
P.O. Box 1776
Lafollette, TN37766

Robert Callaway
12644 Brite Ranch
San Antonio, TX 78245

Vaughn, Nia
405 Pleasant Hill Road
Lilburn, GA 30047

Stieg, Frank
215 Salvador Square
Winter Park, FL 32789

Marriott International, Inc.
John C Josefsberg
12740 HILLCREST RD #240
DALLAS, AZ 75230

Johnson Group, Inc.
9 W Country Gables Drive
Phoenix, AZ 85023

Teamworks Innovations, Inc.
122 E Parrish St
Durham, NC 27701

WILLIAM SHAPINS

13119 LAKESHORE GROVE
DR
WINTER GARDEN, FL 34787

PCS Production Company, LP
1551 Corporate Drive
Suite 125
Irving, TX 75038

Ladds
6881 Appling Farms Parkway
Memphis, TN 38133

William Michael Murray
4019 Conway Place Circle
Orlando, FL 32812

Leo J. Hudson
7123 Quail Gardens
San Antonio, TX 78250

Patrick A Harrington
P. O. Box 1019
Vidor, TX 77670-1019

Mcclure, Ed
1610 C R 323
Jourdanton, TX 78026

Michael Hamilton
2349 N Atwood Cir
Mesa, AZ 85207

Eric Gelvin
4354 E. Sandia St
PHOENIX, AZ 85044

Salene Ali
110 Sunnyland Dr
San Antonio, TX 78228

Thomas Mason
7777 Glen America Drive
#349
Dallas, TX 75225

Dale A. Wellman
2692 Indigo Drive
El Cajon, CA 92019

Walter John Ellis dba Sports and
Broadcast Service
12101 E Mountain View Rd
SCOTTSDALE, AZ 85259

Hyatt Regency Riverwalk San
Antonio
123 Losoya
San Antonio, TX 78205

Cain Broadcast Traffic, LLC
c/o Ava Cain
8820 SW 123rd CT. Apt. L107
Miami, FL 33186

Ray Sprayberry Dds Msd Pa
410 N School St
Boerne, TX 78006

Juleyna, LLC dba Exhibit Experts
4012 East Broadway
Suite 307
Phoenix, AZ 85040

Annotti, Mark
2170 FAIRMONT CIRCLE
ORLANDO, FL 32837

John C Maywald
39 Walnut Grove Rd
Boerne, TX 78006

Nationwide Referral Company,
Inc. dba Apartment &
Relocation Center
11818 Wurzbach Rd.
San Antonio, TX 78230

Roberto Coronado
8034 Myrtle Glade
Converse, TX 78109-3275

Tastinger, Anthony
14867 Hawksmoor Run Circle
Orlando, FL 32828

Georgia State University dba
GSU Panther Dining
55 Gilmer Street Room 318
Atlanta, GA 30303

Georgia State University
Athletics /
Georgia State University Stadium
755 Hank Aaron Dr.
Atlanta, GA 30315

Residence Inn by Marriott
Orlando Downtown

680 N Orange Ave
Orlando, FL 32801

Royal Restrooms Mountain West, LLC
563 N Colorado St
Salt Lake City, UT 84116

Thomas Ward
612 Angelica Circle
CARY, NC 27518

Stewart Ogier
9238 Brae Moss
San Antonio, TX 78249

Donna Franklin
6050 Brunswick Rd.
Lakeland, TN 38002

Lindsay Skousen
459 Virginia Drive
Winter Park, FL 32789

Flying V Group
2051 Placentia Ave.
Costa Mesa, CA 92627

Green, Nicholas
18626 Creekside Pass
San Antonio, TX 78259

Charles E. Smith
4233 Avocado Blvd
LaMesa, Ca 91941

Joy R Wilson
15330 75 Ave N
Palm Beach Gardens, FL 33418

John & Teresa Markey
5508 Redland Dr
San Diego, CA 92115-2215

Nathan Shapiro
242 Impala Trace
San Antonio, TX 78258

Decker, Shawn
17525 Silver Creek Ct
Clermont, FL 34714

A Bounce Above Party Rentals
13745 Lyall Place

Lakeside, CA 92040

Chrystal Davis
1017 Margot Ln
Lake Wales, FL 33853

Thomas S. Knuckey
310 W. Hornbeam Drive
Longwood, FL 32779

Rick and Tammy Colsell
3128 Guilitoy Ave
San Diego, CA 92117-2540

TOP Marketing USA
c/o Jonathan Hodgins
1332 Baur Blvd
St. Louis, MO 63132

Signal Wiz - Technical Services
6822 Fisk Avenue
San Diego, CA 92122-2437

Matthies, Mason
PO Box 732
Rancho Santa Fe, CA 92067

CLIFF KEEN ATHLETIC
4480 VARSITY DR
ANN ARBOR, MI 48106

Kathryn Hetzler
Greenscape
7902 US Highway 40
Bartlett, TN 39133

Big Fogg, Inc.
42095 Zero Dr. Unit A2
Temecula, CA 29590

TNT GameTruck, LLC
26788 Rhapsody Ct
menifee, CA 92584

Nicholas L McLain
3753 E Fairfield Street
Mesa, AZ 85205

Steve Wolff
2131 Palomar Airport Rd Ste 330
Carlsbad, CA 92011

F&F Productions
14333 Myerlake Circle

Clearwater, FL 33760

EM Printing, LLC
3081 Bartlett Corporate Dr.
Bartlett, TN 38133

John Evangelist
2669 Eltinge Drive
P.O. Box 2637
Alpine, CA 91903

Atlanta Journal-Constitution
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

Christina Gage
13021 Shenandoah dr.
lakeside, CA 92040-3333

Lopez, Jake
8922 Summer Trail
San Antonio, TX 78250

Brenda Sue Shavers
574 Terry Street SE
Atlanta, GA 30312-2838

CaliVenture Party Rentals
5562 Las Alturas Terrace
San Diego, CA 92114

Image Cam, Inc.
ATTN: Ron Prociw
7835 E Evans Rd.
Suite 500
Scottsdale, AZ 85260

High Rise Audio
6783 S 2300 E
Salt Lake City, UT 8412

Campbell Clinic Orthopedics
1400 South Germantown Road
Germantown, TN 38138

Prospect Productions LLC dba Barnicle
175 Varick St. 2nd floor
New York, NY 1001

Jason Zone Fisher
128 South Kilkea Drive
Los Angeles, CA 90048

CenturyLink Communications, LLC
1025 El Dorado Blvd. (Legal-BKY)
Broomfield, CO 80021

Jose Hernandez
1681 San Altos Place
Lemon Grove, CA 91945

San Antonio Express
c/o Zalina Tsarakova
4747 Southwest Frwy.
Houston, TX 77027

Carolyn J. Downey
7450 Olivetas Avenue
Apartment 40
La Jolla, CA 92037

Jim Wadley
786 West Solana Circle
Solana Beach, CA 92075

BCUniversal Media, LLC
30 Rockerfeller Plaza (1221 Campus)
New York, NY 10112

Ford, Steve
3275 Madison Ave
San Diego, CA 92116

IHEARTMEDIA + ENTERTAINMENT, INC.
Herzlich & Blum, LLP
15760 Ventura Blvd.
Suite 700
Encino, CA 91436

Florida Medical Distributors, LLC
123 Barrier Isle Drive
Ormond beach, FL 32176

Down In Front Productions, LLC
1318 Alford Ave, Suite 201
Hoover, AL 35226

Contemporary Services Corporation - CSC
17101 Superior St.
Northridge, CA 91325

Theodore J Cottrell
4580 Regency Trace,SW
Atlanta, GA 30331

John Russell
3642 Terrace Place
Carlsbad, CA 92010-6593

Esteban Ramirez IV
3029 Morning Trl.
San Antonio, TX 78247

Ron Bevelacqua
2577 41st St. #4
San Diego, CA 92105

John F Goddard
1833 Wind Willow Rd
Belle Isle, FL 32809

Kohlhausen, Susan
5918 Tivoli Gardens Blvd
Orlando, FL 32829

ICM Partners - Terrell Davis
10250 Constellation Blvd. 31st floor
Los Angeles, CA 90067

Rheinbold, Jim
10437 La Morada Dr
San Diego, CA 92124

Lori Ollier
31459 Sonoma Lane
Temecula, CA 92591

Aramark Sports and Entertainment Services, LLC
c/o Duane Morris LLP - Attn: Jarret P. Hitchings
222 Delaware Avenue, Ste. 1600
Wilmington, DE 1980

Bruce D. Fikes
113 W Huff Ave
San Antonio, TX 78214

PCH TRIBUNE LLC DBA NUMBER SIX LLC
4770 S 5600 W
West Valley City, UT 84118

AY Productions LLC

1334 Park View Avenue #250
Manhattan Beach, CA 90266

Lawrence (Larry) D. Park
109 Oakwood Dr.
Cumming, GA 30040

Engstrand, William
1505 South Siliverstone Ct.
Orange City, FL 32763

Stallard, Diane
1503 South Silverstone Court
Orange City, FL 32763

Five Marketing & Management LLC
925 B Street #603
San Diego, CA 92101

Kenneth Watson
3503 Tree Crossing Parkway,
Birmingham, AL 35244

Nicole Varner
221 Crumley St. SW
Atlanta, GA 30312

CMAXIII Entertainment/ Charles Sloan Jr.
24245 Wilderness Oak Apt #3310
San Antonio, TX 78258

BUCKS BAGS, INC.
2401 W MAIN ST
BOISE, ID 83702

Three Sisters Partnership
c/o Russell W. Savory
BEARD & SAVORY , PLLC
119 South Main St., #500
Memphis, TN 38103

Weber, Jake
1120 Ecology Loop
Eads, TN 38028

1715 Aaron Brenner Drive Suite 800
1291 Tully Street
1715 Aaron Brenner Drive Suite 800
Memphis, TN 38107

Tri-C Club Supply, Inc.
32615 Park Lane
Garden City, MI 48135-1528

Embassy Suites San Antonio
Riverwalk Downtown
125 East Houston St.
San Antonio, TX 78205

Nerdmatics
1613 Chelsea Road, #808
San Marino, CA 91108

Michael T. Calkins
5698 Bassett Pl.
Sanford, FL 32771-8501

Dundon Capital Partners, LLC
c/o Russell W. Mills
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

Thomas G. Dundon
c/o Russell W. Mills
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

Law Enforcement Specialists Inc
PO Box 11656
Glendale, AZ 85318-1656

wilford coleman jr
2121 Pioneer Pass
Seguin, TX 78155

Rush Glick
1651 Vann Court
El Cajon, CA 92020-2236

Cortez Liquid Waste Services
19540 S US Highway 281
San Antonio TX, 78221

TRT Development Company-San
Antonio
c/o Wick Phillips Attn: Jason
Rudd
3131 McKinney Ave., Suite 100
Dallas, TX 75204

Marriott Hotel Services, Inc.
John C Josefsberg

12740 HILLCREST RD #240
DALLAS, AZ 75230

Emily Morgan, LLC
705 East Houston Street
San Antonio, Texas 78205

UTAH MEDIA GROUP
4770 S 5600 W
WEST VALLEY CITY, UT
84118

War Machine Inc dba
TSHIRTGUN.COM
3429 Rutherford Rd Ext
Ste B
Taylors, SC 29687

SAFC Management
One AT&T Parkway
San Antonio, TX 78219

Classic Traditions, Inc.
4 Baltusrol Ct.
Shoal Creek, AL 35242

George (Zeke) Kennedy
27027 Bulverde Rd.
San Antonio, TX 78260

Kelly Ann MacDonald
1923 San Jose Ave
San Francisco, CA 92114

Simplified Coach, Inc.
14051 Saratoga-Sunnyvale Rd.
Saratoga, CA 95070

Big Ticket Inc. (Rich Waltz)
820 5th Ave. NW
Issaquah, WA 98027

Blake Beddingfield
828 Woodburn Dr
Brentwood, TN 37027

Holiday Inn Riverwalk
217 N. St. Marys Street
San Antonio, TX 78205

Cox Media - San Diego
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

Blue Cross of California d/b/a
Anthem Blue Cross
Anthem Blue Cross Life and
Health Insura
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 0610

NEP Supershooters, LP
c/o Paul Mazeski, Esq.
301 Grant Street, 20th Floor
Pittsburgh, PA 15219

3636 merrimac ave
San deigo, CA 92117

Texas Comptroller of Public
Accounts
c/o Office of the Attorney
General
Bankruptcy - Collections Division
MC-008
PO Box 12548
Austin TX 78711-2548

Texas Comptroller of Public
Accounts
c/o Office of the Attorney
General
Bankruptcy - Collections Division
MC-008
PO Box 12548
Austin TX 78711-2548

John Larios
8222 Manderly PL
Converse, TX 78109

Gray, Michael
9262 Dames Rocket Pl,
Las Vegas, NV 89148

Colton Schmidt and Reggie
Northup
c/o Jonathon Farahi, Esq.
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd, Suite 200
Encino, California 91436

Lexington Hotel Conference
Center
Jacksonville Riverwalk
1515 Prudential Drive

Jacksonville, FL 32207

Lexington Hotel Conference
Center
Jacksonville Riverwalk
1515 Prudential Drive
Jacksonville, FL 32207

Architectural Surfaces & Design
Inc.
5526 West 13400 South
Herriman, UT 84096

Thomas A. Veit
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701

Marriott Plaza San Antonio
555 S, Alamo
San Antonio, TX 78205

Marriott Memphis East
5795 Poplar Avenue
14185 Dallas Parkway, Suite
1150
Memphis, TN 38119

Clear Gear
354 N Lewis Rd #149
Royersford, PA 19468

Christopher Kuehn
2516 Martha Ave,
Green Bay, WI 54301

eClinicalWorks LLC
2 Technology Drive
Westborough, MA 01581

Colette McCue
4360 Berry Oak Drive
Apopka, FL 32712-5793

NFL Enterprises LLC
Lowenstein Sandler LLP
Attn: Jeffrey Cohen
1251 Avenue of the Americas
New York, NY 10020

Control Dynamics Corporation
960 Louis Drive
Warminster, PA 18974

HALO Branded Solutions, Inc.
1500 Halo Way
Sterling, IL 61081

San Diego Sportservice, Inc.
dba Delaware North
c/o James C. Thoman, Esq. -
Hodgson Russ
140 Pearl Street, #100
Buffalo, NY 14202

IsoLynx, LLC
Attn: Ed Evansen, CEO
179 Ward Hill Avenue
Haverhill, MA 01835

Mathis, Chaevis
1894 Janet Lane
Decatur, GA 30035

Stratos, Inc. DBA ServiceMaster
by Stratos
Jason P. Hood
Davies Hood PLLC
1910 Madison Ave., PMB 72
Memphis, TN 38104-2620

Kranos Corp. d/b/a Schutt Sports
ATTN: Barb Caspens
710 South Industrial Dr.
Litchfield, IL 62056

Crew One Productions, Inc.
c/o Waller Lansden Dortch &
Davis, LLP
Attn: Blake D. Roth, Esq.
511 Union Street, Suite 2700
Nashville, TN 37219

ATLANTIC COAST
ORTHOPAEDIC MEDICAL
SUPPLIES, INC.
6510 Northpark Blvd
Charlotte, NC 28216-236

Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Chris Amaker
2313 Lockhill Selma, suite 180
SAN ANTONIO, TX 78230

Diaz, Jana
13334 Stetson Trl
San Antonio, TX 78223

Gutierrez, Doretta
25002 Cooper Valley
San Antonio, TX 78255

leroy thompson
968 kings highway Apt P-15
west deptford, NJ 08086

Belz Construction Services, LLC
Butler Snow
c/o Mike Less
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Accolade USA Inc.
60 Industrial Parkway Ste. 397
Cheektowaga, NY 14227-2774

UCF Athletics Association, Inc.
4465 Knights Victory Way,
Orlando, FL 32816

LMREC III CLO I REO I, Inc.
% Stutzman, Bromberg,
Esserman & Plifka
Attn: Heather J. Panko
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Prince Shonola
1200 Holden Avenue
Apt 102
Orlando, FL 32839

SkyCam, LLC
J. Scott Rose
Jackson Walker LLP
112 E Pecan Street, Suite 2400
San Antonio, TX 78205

Document Strategies, Inc.
ATTN: Lance P. Reed
1235 Old Alpharetta Rd.
Suite 110
Alpharetta, GA 30005

New Era Cap Co., Inc.
Phillips Lytle LLP
Attn: Angela Z. Miller, Esq.

One Canalside, 125 Main Street
Buffalo, NY 14203

Cynthia Frelund - WME
Entertainment, LLC
11 Madison Ave. 18th fl.
New York, NY 10010

G&G Outfitters, Inc.
4901 Forbes Blvd
Attn.: Dan Brady
Lanham, MD 20706

WinCraft, Incorporated
960 E Mark St
Winona, MN 55987

School of Health Corp.
6764 Eagle Way
Chicago, IL 60678-1067

Hines Ward Jr.
Knox Law Firm
120 West Tenth Street
Erie, PA 16501

Shaun O'Hara
60 Soho Consulting, LLC
c/o Aaron C. Smith
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606

Hubbard Radio Phoenix, LLC
1100 N 52nd St
Phoenix, AZ 85008

Won Worldwide, LLC
c/o Nicholas Cutaia
Goulston & Storrs PC
885 Third Avenue
New York, NY 10022

MGM RESORTS
INTERNATIONAL
OPERATIONS, INC.
SAMUEL A. SCHWARTZ, ESQ.
100 N CITY PARKWAY, STE
1600
LAS VEGAS, NV 89106

Deseret Digital Media INC
David Pearce

PO Box 45654
Salt Lake City, UT 84145

Delta Dental of California
Phillip K. Wang, Esq.
RIMON, P.C.
One Embarcadero Center, Suite
400
San Francisco, CA 94111

Sequoia One PEO, LLC
1850 Gateway Dr.
Suite 700
San Mateo, CA 94404

IGG Consulting, LLC
8100 La Mesa Blvd
suite 105
La Mesa, CA 91942

Swirl Inc.
c/o Davis & Gilbert LLP
Attn: Massimo Giugliano
1740 Broadway

Jake Bennett
c/o Bryan and Cathy Bennett
4653 S Vivian Court
Morrison, CO 80465-1851

Carey International, Inc.
c/o Greenberg Traurig LLP, Attn:
Thomas McKee
1750 Tysons Boulevard, Suite
1000

00 South Ashley Property Owner,
LLC
Locke Lord LLP
Attn: Brian A. Raynor
111 S Wacker Drive
Chicago, IL 60606

Sodexo, Inc.
9801 Washingtonian Blvd.
Gaithersburg, MD 20878

Synergy Specialists Medical
Group, Inc.
4910 Directors Place
Suite 350
San Diego, CA 92121

Landmark American Insurance
Company
c/o Tony L. Draper
Walker Wilcox Matousek, LLP
1001 McKinney, Suite 2000
Houston, TX 77002

Allen J. Westgate
5465 Alandale Re.
Orlando, FL 32839

Williams, Jack F.
1355 Christmas Lane NE
Atlanta, GA 30329 US

Xandr
One AT&T Way
Room 3A104
ATTN: Karen Cavagnaro
Bedminster, NJ 07921

Wehbe, Freddie
PO Box 140911
Gainesville, FL 32614

Silicon Valley Bank
Jennifer F. Wertz
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701

Larry Mac Duff
% Kasey C. Nye Esq.,
WATERFALL, ECONOMIDIS,
CALDWELL, HANSHAW & VI
5210 E. Williams Circle, Suite
800
Tucson, AZ 85711

Richard Muirbrook and all
similarly situated emplo
c/o Joshua W. Wolfshohl
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002

University of Utah (University
System of Utah)
451 1400 E
Salt Lake City, UT 84112

Padilla, Gustavo
804 Coldbrook Court

Chula Vista, CA 91913

CenturyLink Communications, LLC
Attn: Legal-Bankruptcy
fka Qwest Communications Company
1025 El Dorado Blvd.
Broomfield, CO 80021

Johnson, Michael and Melvia
1238 Roman Point Dr.
Norcross, GA 30093

CT Corporation
28 Liberty St, 42nd Floor
New York, NY 10005

CT Corporation
28 Liberty St, 42nd Floor
New York, NY 10005

Lien Solution
28 Liberty St, 42nd Floor
New York, NY 10005

Kenneth Lantz
7306 Crownpiece Street
San Antonio, TX 78240

Kirven, Korren N.
918 Early Street,
Lynchburg, VA 24503

Control Dynamics Corp.
960 Louis Drive
Westminster, PA 18974

Push Button Films
5165 Galt Way
San Diego, CA 92117

Jamichael George Winston
1600 Princess Hell Rd. W
Mobile, AL 36618

HENRY SCHEIN, Inc.
135 Duryea Rd
Melville, NY 11747

Florida Department of Revenue
Mark Hamilton
P.O. Box 6668
Tallahassee, FL 32314-6668

MNI Targeted Media
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 3032

Melissa Scott
10339 Fasano Dr.
Lakeside. CA 92040

Street & Smith's Sports Group
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 3032

Leah McDonald
233 W Mistletoe Ave
SAN ANTONIO, TX 78212

Kathleen Hennessey Gannett Co. Inc.
Law Dept, 7950 Jones Branch Dr.
McLean, VA 22107

Ohio Bureau of Workers' Compensation
PO Box 15567
Columbus, OH 43215-0567

ADVANCE LOCAL MEDIA
LLC DBA ALABAMA MEDIA GROUP
ATTN CREDIT DEPT/KARINE MARTIROSYAN
ONE HARMON PLAZA, 9TH FLOOR
SECAUCUS, NJ 07094

Entercom Communications Inc.
335 New Commerce Blvd
Hanover Twp, PA 18706

Debra Baum
1509 E. Washington Ave., #12
El Cajon, CA 92019

First Insurance Funding
P.O Box 7000
Carol Stream, IL 60197-7000

Woodson, Rod
3304 Medallion Ct.
Pleasanton, CA 94588

State of Delaware Divsion of Revenue
820 N French St.
Wilmington, DE 19801

MWW Group LLC
PO Box 69076
New York, NY 10087-5483

AAF PLAYERS, LLC 19-50902

State of Alabama Department of Revenue
P.O. Box 320001
Montgomery, AL 36132-0001

Lamar Advertising Company-Credit Dept.
PO Box 66338
Baton Rouge, LA 70896

Trae Moxley
0416 MJN rd.
Carbondale, CO 81623

Silverman Group
436 Orange Street
New Haven, CT 06511

Aaron William Murray
c/o Element Sports
3180 North Point Pkwy, Suite 106
Alpharetta, GA 30005

KPNX Television
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Office Depot
6600 N Military Trail, S416N
Boca Raton, FL 33496

WSRV Radio
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

WFTV Television
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

KCYY/KISS/KTKX Radio
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

WHBQ Television
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

Ashaad Mabry
21302 Encino Commons, #9204
San Antonio, TX 78259

Cox Media - San Diego
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326

Mobile Modular Management
Corporation
Niel Bansraj
5700 Las Positas Rd
Livermore, CA 94550

KRLV/KOMP/KBAD Radio
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

North Carolina Department of
Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Nicholas Temple
6166 Tree Fox Pl
Indianapolis, IN 46237

Blue Cross of California d/b/a
Anthem Blue Cross a
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

WCF Mutual Insurance Company

c/o Law Offices of William B.
Kingman, P
3511 Broadway
San Antonio, TX 78209

Landmark American Insurance
Company
c/o Tony L. Draper
Walker Wilcox Matousek, LLP
1001 McKinney, Suite 2000
Houston, TX 77002

First Insurance Funding
P.O Box 7000
Carol Stream, IL 60197-7000

Nebraska Department of Revenue
Nebraska State Office Building
301 Centennial Mall S
Lincoln, NE 68508

Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216

Vermont Department of Taxes
PO Box 429 133 State Street
Montpelier, VT 05601-0429

State of Minnesota, Department
of Revenue
Minnesota Revenue
PO Box 64447-BKY
St. Paul, MN 55164-0447

AAF PROPERTIES, LLC 19-
50903

Media2, Inc. dba m2
1 Bridge St.
Suite 215
Irvington, NY 10533

825 n 300 west
Suite NE220
Salt Lake City, UT 84103

Hands on Atlanta
Kilpatrick Townsend & Stockton
LLP
1100 Peachtree Street NE, Suite
2800
Attn: Paul M. Rosenblatt

Atlanta, GA 30309

Grey Seal Puppets
PO Box 12
MC CLELLANVILLE, SC 29458

Masque Sound & Recording
DBA Professional
Wireless Systems
21 E Union Ave
East Rutherford, NJ 07073

Jeff Knight Electrical
11625 Rainbow Ridge
Helotes, TX 78023

Fedex Corporate Services Inc.
3965 Airways Blvd
Module G, 3rd Floor
Memphis, TN 38116-5017

EBERSOL SPORTS MEDIA
GROUP, INC. 19-50904

Mind Over Media LLC
15212 N. 53rd St.
Scottsdale, AZ 85254

MMS Media LLC
11872 Reagan Street
Los Alamitos, CA 90720

Spectrum Reach / Charter
PO Box 936671
Atlanta, GA 31193-6671

Spectrum Reach / Charter
PO Box 936671
Atlanta, GA 31193-6671

Spectrum Reach / Charter
PO Box 936671
Atlanta, GA 31193-6671

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Security Industry Specialists, Inc.
Attn: Tom P. Seltz, Pres. & CFO
20 West Galer Street
Seattle, WA 98119

David S. Pottruck Revocable Trust
201 Spear Street
Suite 1750
San Francisco, CA 94105

Polian Consulting LLC
c/o Irving Walker
Cole Schotz PC
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202

Emily Morgan, LLC
705 East Houston Street
San Antonio Texas 78205

Kelly Ann MacDonald
1923 San Jose Ave
San Francisco, CA 92114

Thomas A. Veit
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701

2135 Spring Oaks Drive
2135 SPRING OAKS DR
SPRINGVILLE, UT 84663

Mountain Pictures LLC
2135 Spring Oaks Drive
Springville, UT 84663

CSTV Networks, Inc. and its affiliates
Y. Buchweitz, Well, Gotshal & Manges
767 Fifth Ave.
New York, NY 10153

CBS Corporation and it's affiliates
c/o Y. Buchweitz, Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

LFE2, LLC 19-50905

Jack Donald Sides II
5621 Buttercup Lane
McKinney, TX 75070

San Antonio Business Journal
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

Lazser Down LLC
4528 W. 140th Street
Leawood, KS 66224

KENS Television
c/o Szabo Associates Inc.
3355 Lenox Road NE, Suite 945
Atlanta GA 30326

Russell W. Mills
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201

Three Sisters Partnership
c/o Russell W. Savory
Beard & Savory, PLLC
119 South Main Street, Suite 500
Memphis, Tennessee 38103

Arizona Board of Regents,
a body corporate for and on behalf of
Arizona State University
c/o Robert M. Charles, Jr.
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez
700 Louisiana Street, Suite 1700
Houston, Texas 77002

WEIL, GOTSHAL & MANGES LLP
Yehudah L. Buchwetiz (pro hac vice pending)

Garrett A. Fail (pro hac vice pending)
767 Fifth Avenue
New York, New York 10153

Wayne R. Tery. Esq. - File No: 3991-20190386
IIEMAR, ROUSSO & HEALD, LLP
I5910 Ventura Boulevatd, l2th Floor
Er.rcino- Califonra 9 1 436 -2829

Aaron C. Smith
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606

Stephen J. Humeniuk
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, TX 78701

Roderick J. Regan
11118 Wurzbach, #101
San Antonio, TX 78230.

Artoush Varshosaz
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201

Jonathan L. Howell
Glast, Phillips & Murray, P.C.
14801 Quorum Drive, Ste. 500
Dallas, Texas 75254

Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Courtney J. Hull
Assistant Attorney General
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Thomas A. Woolley, III
McCloskey Roberson, PLLC
945 Heights Blvd.

Houston, Texas 77008

Claudio E. Iannitelli
Iannitelli Marcolini, P.C.
5353 North 16t Street
Suite 315
Phoenix, AZ 85016

Boris Treyzon
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd.
Suite 200
Encino, CA 91436

Jonathan Farahi
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd.
Suite 200
Encino, CA 91436

Jeffrey Scott Lowenstein
Bell Nunnally & Martin

2323 Ross Avenue, Ste 1900
Dallas, TX 75201

Brent Hockaday
Bell Nunnally & Martin
2323 Ross Avenue, Ste 1900
Dallas, TX 75201

Patrick H. Autry
Branscomb PLLC
Lockhill Crossing, Suite 206
4630 North Loop 1604 W.
San Antonio, TX 78249

William A. (Trey) Wood
Bracewell LLP
711 Louisiana
Suite 2300
Houston, TX 77002

United States Trustee
PO Box 1539

San Antonio, TX 7829

Katharine Battaia Clark
Thompson & Coburn, LLP
2100 Ross Ave.
Suite 3200
Dallas, TX 75201

Nicole Williams
Thompson & Coburn, LLP
2100 Ross Ave.
Suite 3200
Dallas, TX 75201

John Atkins
Thompson & Coburn, LLP
2100 Ross Ave.
Suite 3200
Dallas, TX 75201

.