

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 27, 2022.**

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LEGENDARY FIELD EXHIBITIONS, LLC, | § | CASE NO. 19-50900-cag |
| | § | |
| AAF PLAYERS, LLC; | § | CASE NO. 19-50902-cag |
| AAF PROPERTIES, LLC; | § | CASE NO. 19-50903-cag |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § | CASE NO. 19-50904-cag |
| LFE 2, LLC; | § | CASE NO. 19-50905-cag |
| WE ARE REALTIME, LLC. | § | CASE NO. 19-50906-cag |
| | § | |
| Debtors. | § | CHAPTER 7 |
| | § | |
| | § | (Substantive consolidation of all 6 cases into |
| | § | one case, Legendary Field Exhibitions, LLC, |
| | § | Case No. 19-50900-cag) |
| | § | |
| | § | (Jointly Administered Under |
| | § | 19-50900-cag). |

### ORDER VACATING ORDER AUTHORIZING EMPLOYMENT OF ABIR COHEN TREZON & SALO, LLP AND THOMPSON COBURN, LLP AS SPECIAL LITIGATION COUNSEL IN SUBSTITION OF REID COLLINS & TSAI, LLP (ECF NO. 463)

On this date came on to be considered the above-styled and numbered Chapter 13 case and, in particular, the Order Authorizing Employment of Abir Cohen Trezon & Salo, LLP and Thompson Coburn, LLP as Special Litigation Counsel in Substitution of Reid Collins & Tsai, LLP

(ECF No. 463). The Court, having reviewed the file and record in the case, finds that Order was entered in error and should be vacated.

IT IS THEREFORE ORDERED that the Order Authorizing Employment of Abir Cohen Trezon & Salo, LLP and Thompson Coburn, LLP as Special Litigation Counsel in Substitution of Reid Collins & Tsai, LLP (ECF No. 463) is hereby VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause notice of the entry of this Order to be served on all parties in interest in this case.

# # #