# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19−50900−cag

Chapter No.: 7

Judge: Craig A Gargotta

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **5/18/22 at 09:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 462 Application to Employ Abir Cohen Treyzon & Salo, LLP and Thompson Coburn LLP as Special Litigation Counsel and to Substitute as Special Litigation Counsel for Reid Collins & Tsai, LLP (21−Day Objection Language) filed by Brian S. Engel for Trustee Randolph N Osherow (Attachments: # 1 Exhibit A Declaration of R. Boris Treyzon in Support of Application to Employ # 2 Appendix B Declaration of Katharine Battaia Clark in Support of Application to Employ # 3 Exhibit C Letter of Engagement # 4 Proposed Order)) Hearing Scheduled For 5/18/2022 at 09:00 AM at SA Courtroom 3 (Elizondo, Lisa)

Dated: 4/28/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKaplc]