# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
### 615 E. HOUSTON STREET, ROOM 597
### SAN ANTONIO, TX 78205

*Barry D. Knight*
CLERK OF COURT

*(210) 472-6720*

DATE: March 9, 2022

Brian S. Engel
Barrett Daffin Frappier Turner & Engel
3809 Juniper Trace, Suite 205
Austin, TX 78738

**RE: Exhibits**
       Bankruptcy Case No.: 19-50900-cag
       Case Style: Legendary Field Exhibitions, LLC and AAF Properties, LLC

Dear Mr. Engel:

    A final order was entered on 10/26/21 regarding the following contested matters:

        #424 Application To Compromise and Settle Pursuant To Federal Rule of Bankruptcy Procedure 9019 filed by Brian S. Engel for Trustee Randolph N. Osherow.

    Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

    Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than 3/21/22 If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

NO RESPONSE AS OF 4/28/22
EXHIBITS DESTROYED

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Daniel Paez

903 San Jacinto, Suite 322
Austin, Texas 78701
(512) 916-5237

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779-7362

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750-1513

[Exhibits Letter] [Ltrex]