# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
### 615 E. HOUSTON STREET, ROOM 597
### SAN ANTONIO, TX 78205

*Barry D. Knight*
CLERK OF COURT

*(210) 472-6720*

**DATE:** March 9, 2022

Patrick H. Autry
Branscomb PLLC
Suite 206
4630 North Loop 1604 West
San Antonio, TX 78249

**RE: Exhibits**

    Bankruptcy Case No.: **19-50900-cag**

    Case Style: Legendary Field Exhibitions, LLC and AAF Properties, LLC

Dear Mr. Autry:

    A final order was entered on 10/26/21 regarding the following contested matters:

> **#424 Application To Compromise and Settle Pursuant To Federal Rule of Bankruptcy Procedure 9019 filed by Brian S. Engel for Trustee Randolph N. Osherow.**

    Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

    Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than 3/21/22 If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

NO RESPONSE AS OF 4/28/22
EXHIBITS DESTROYED

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Daniel Paez

---

903 San Jacinto, Suite 322
Austin, Texas 78701
(512) 916-5237

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779-7362

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750-1513

[Exhibits Letter] [Ltrex]