

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 09, 2022.**

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC | § | CASE NO. 19-50900-CAG |
| LLC. | § | |
| AAF PLAYERS, LLC; | § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC. | § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § | CASE NO. 19-50906-CAG |
| | § | |
| DEBTORS | § | |
| | § | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) JOINTLY ADMINISTERED UNDER CASE NO. 19-50900-CAG) |

**ORDER AUTHORIZING EMPLOYMENT OF ABIR COHEN
TREZON & SALO, LLP AND THOMPSON COBURN, LLP AS SPECIAL
<u>LITIGATION COUNSEL IN SUBSTITUTION OF REID COLLINS & TSAI, LLP</u>**
**(Docket No. 462)**

**Came on for consideration** the *Trustee's Application to Employ Abir Cohen Treyzon & Salo, LLP And Thompson Coburn LLP As Special Litigation Counsel And To Substitute As Special Litigation Counsel For Reid, Collins & Tsai, LLP, as Special Litigation Counsel* ("Application")

filed by Randolph M. Osherow as the chapter 7 Trustee.[1] The Court is of the opinion that the Application should be Granted and finds as follows:

The Court finds:

(i) It has jurisdiction over the matters raised in the Application;

(ii) Only one objection (Docket No. 467) was filed to the Application and that objection was withdrawn (Docket No. 472);

(iii) All other objections, if any, to the Application are resolved by this Order or overruled;

(iv) The relief requested in the Application is in the best interest of the Debtors' estates;

(v) Abir Cohen Treyzon & Salo, LLP ("ACTS") and Thompson Coburn ("TC") are eligible to represent the Trustee as special litigation counsel as set forth in the Application;

(vi) Reid Collins & Tsai, LLP ("RCT") should be permitted to withdraw as special litigation counsel and ACTS and TC be substituted;

(vii) proper and adequate notice of the Application has been given and no other or further notice is necessary;

(viii) Pursuant to Federal Rule of Bankruptcy Procedure 2014 and Local Rule 2014 and upon the record herein after due deliberation thereon good and sufficient cause exists to grant the Application.

**IT IS THEREFORE ORDERED**, that the Application is **GRANTED**;

**IT IS FURTHER ORDERED**, that pursuant to 11 U.S.C. §§ 327 and 328, the Trustee is authorized to employ ACTS and TCP jointly effective as of February 8, 2022 in substitution of RCT as counsel and for the matters described in the Application in accordance with and on the terms described in the Application, the Letter of Engagement, and this Order;

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

**IT IS FURTHER ORDERED**, that RCT is hereby permitted to withdraw as special litigation counsel;

**IT IS FURTHER ORDERED**, that ACTS and TC will submit an application to the Court for compensation and reimbursement of costs and expenses, which shall be analyzed under 11 U.S.C. § 328(a) and the Trustee may pay such fees and expenses consistent with an order of this Court approving such application consistent with the terms of the Letter of Engagement; and

**IT IS FURTHER ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

Order prepared and submitted by:

Brian S. Engel
Barrett Daffin Frappier Turner & Engel, LLP
580 LaVentana Blvd.
Driftwood, Texas 78619
512.687-2503
brianen@bdfgroup.com
ATTORNEY FOR THE
DEBTORS' SUBSTANTIVELY
CONSOLIDATED ESTATES