IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § | CASE NO. 19-50900-CAG |
| | § | |
| AAF PLAYERS, LLC; | § | CASE NO. 19-50902-CAG |
| | § | |
| AAF PROPERTIES, LLC; | § | CASE NO. 19-50903-CAG |
| | § | |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § | CASE NO. 19-50904-CAG |
| | § | |
| LFE 2, LLC; | § | CASE NO. 19-50905-CAG |
| | § | |
| WE ARE REALTIME, LLC | § | CASE NO. 19-50906-CAG |
| | § | |
| DEBTORS | § | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

## CHAPTER 7 TRUSTEE'S ADVISORY TO THE COURT

NOW COMES RANDOLPH N. OSHROW, Chapter 7 Trustee ("Trustee) of the bankruptcy estate of **LEGENDARY FIELD EXHIBITIONS, LLC**, Consolidated Above, and files this advisory to the Court.

1. On 8/7/19, a voluntary petition was filed initiating this case under Chapter 11 of the Bankruptcy On 4/17/19 this case filed as Chapter 7 Bankruptcy under Chapter 7 of the Bankruptcy Code. On 4/17/19, Randolph N. Osherow was appointed Chapter 7 Trustee and continues to act in that capacity.

2. For administrational purposes, the Trustee is notifying the Court that Janet Rakowitz of WYSI WYG Consulting was paid $5,550.00 for preparation of IRS Form 1120 for years 2019, 2020 and 2021 as per Court Order docket no. 474, dated 5/2/22 allowing for Employment of Accountant for Trustee. Invoice attached hereto. This Advisory is being filed to apprise the Court of status of the administration of this case.

Respectfully submitted the ___1___ day of June, 2022.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
300 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com

# WYSI WYG CONSULTING
# JANET RAKOWITZ, CONSULTANT

INVOICE:  09-21-09A

TO:    Bankruptcy Estate of Legendary Field Exhibitions
       Attn: Randolph N. Osherow
       342 West Woodlawn, Suite 100
       San Antonio, TX 78212

| Date | Description | Amount |
|---|---|---|
| 09/09/2021 | Completed 2019 Form 1120 | $1,850.00 |
| 09/09/2021 | Completed 2020 Form 1120 | $1,850.00 |
| 03/09/2022 | Completed 2021 Form 1120 | $1,850.00 |
| | **CASE #: 19-51571-CAG** | |
| | **TOTAL DUE:** | **$5,550.00** |

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § § § § | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | § § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § § | CASE NO. 19-50906-CAG |
| DEBTORS | | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

## CERTIFICATE OF MAILING

I certify that a true and correct copy of the CHAPTER 7 TRUSTEE'S ADVISORY TO THE COURT was mailed to the below-named persons by U.S. first class mail, postage prepaid this ___1___ day of June, 2022:

Legendary Fields Ex.
4525 Macro
San Antonio, TX 78218

U.S. Trustee
615 E Houston St.
Suite 533
San Antonio, TX 78205

William A. (Trey) Wood, III
Bracewell LLP
711 Louisiana Suite 2300
Houston, TX 77002
**Counsel for Debtor(s)**

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
300 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 – Telefax
rosherow@hotmail.com