

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Garrett Hudson ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Legendary Field Exhibitions, LLC
Court: United States Bankruptcy Court - Western District of Texas
Case Number: 19-50900-CAG-7
Chapter: 7
Claim # 666

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Wednesday, November 02, 2022.

Garrett Hudson

_Garrett Hudson_
Signature