Sidney H. Scheinberg, Esq.
State Bar No. 17736620
Godwin Bowman PC
1201 Elm Street, Suite 1700
Dallas, TX 75270
Telephone: (214) 939-4501
Fax: (214) 527-3116
Email: SScheinberg@GodwinBowman.com
**Attorney for Movant**
**Dilks & Knopik, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## San Antonio DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Legendary Field Exhibitions, LLC** | § | **CASE NO. 19-50900** |
| | § | |
| Debtor | § | |

### RESPONSE TO OBJECTION TO CLAIM

**TO THE HONORABLE BANKRUPTCY JUDGE**:

**NOW COMES** Dilks & Knopik, LLC, and makes this, its Response to Debtor's Objection to Claim and for response would show the Court the following:

1. Dilks & Knopik, LLC denies the allegations in this paragraph at this time.

2. Dilks & Knopik, LLC admits the allegations in this paragraph at this time.

3. Dilks & Knopik, LLC is unable to admit or deny the allegations in this paragraph at this time.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays the Court deny Debtors Objection to Claim.

Respectfully submitted,

## Godwin Bowman PC

/s/ *Sidney H. Scheinberg*

**Sidney H. Scheinberg**
State Bar No. 17736620
1201 Elm Street, Suite 1700
Dallas, TX 75270
Telephone: (214) 939-4501
Fax: (214) 527-3116
Email: SScheinberg@GodwinBowman.com
**ATTORNEY FOR**
**Dilks & Knopik, LLC**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Response has been sent either by first class mail or electronically to the following parties on December 9, 2022;

William A. (Trey) Wood, III
711 Louisiana, Suite 2300
Houston, TX 77002
Phone: (713) 223-2300
Fax: (713) 221-1212
trey.wood@bracewell.com

Legendary Field Exhibitions, LLC
4525 Macro
San Antonio, TX 78218

Randolph N Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001

/s/ *Sidney H. Scheinberg*
**SIDNEY H. SCHEINBERG**