**Continued hearing shall be held on 3/2/2023 at 09:30 AM in SA Courtroom 3. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 20, 2023**

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 19-50900-CAG-7 |
| | ) | Chapter: 7 |
| Legendary Field Exhibitions, LLC, et al. | ) | |
| | ) | **ORDER ON (UNOPPOSED) MOTION** |
| | ) | **TO CONTINUE HEARING ON** |
| | ) | **OBJECTION TO TRANSFER OF** |
| | ) | **CLAIM AND/OR TOLLING** |
| | ) | **TRANSFER OF CLAIM** |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Came on for consideration the (Unopposed) Motion of Claimant TRENT RICHARDSON ("Mr. Richardson"), pursuant to L.R. 9014(f), for an order continuing the January 23, 2023, hearing on his objection to transfer of claim [Dkt. No. 526].

Having considered the papers filed in connection therewith, and the case file in this action, and the lack of opposition to the requested relief, the Court finds good cause shown that the hearing should be continued. Accordingly,

1. Mr. Richardson's motion is **GRANTED**; and

2. The hearing on Mr. Richardson's objection to transfer of claim (Dkt. No. 526) is hereby continued to March 2, 2023, at 9:30 a.m.

**IT IS SO ORDERED**.

###

Respectfully submitted,
**ABIR COHEN TREYZON SALO, LLP**

*/s/ Jonathon Farahi*

Jonathon Farahi (CA SBN 324316)
**ABIR COHEN TREYZON SALO, LLP**
16001 Ventura Boulevard, Suite 200
Encino, California 91436
Phone: (424) 288-4367
Fax: (424) 288-4368
jfarahi@actslaw.com