**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 30, 2023.**



_____
CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § § | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC. | § § | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § | CASE NO. 19-50906-CAG |
| DEBTORS | § | (SUBSTANTIVELY CONSOLIDATED INTO CASE NO. 19-50900-CAG) JOINTLY ADMINISTERED UNDER CASE NO. 19-50900-CAG) |

<u>ORDER GRANTING</u>
<u>SECOND INTERIM APPLICATION FOR BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP, GENERAL COUNSEL FOR THE CHAPTER 7 TRUSTEE, FOR PAYMENT OF FEES AND EXPENSES</u>

Pending before the Court is the *Second Interim Application for Payment of Fees and Expenses* ("Fee Application") filed on behalf of Barrett Daffin Frappier Turner & Engel LLP, General Counsel for Randolph N. Osherow, Trustee ("Applicant"), in the above captioned and numbered case. Having reviewed said Fee

Application, the Court is of the opinion that the Fee Application is meritorious and that payment should be authorized. It is therefore hereby

**ORDERED** that the Fee Application of Barrett Daffin Frappier Turner & Engel LLP, is allowed in the amount of $204,675.00 in fees and $24,395.72 in expenses and the Trustee is authorized to pay such fees and expenses from the estate.

###

ORDER PREPARED BY:

Brian Engel
Barrett Daffin Frappier Turner & Engel, LLP
4004 Beltline Blvd, Suite 100
Addison, Texas 75001
Phone: (512) 687-2503
Brianen@BDFGroup.com