**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| | § | |
| **LEGENDARY FIELD EXHIBITIONS, LLC;** | § | **CASE NO. 19-50900-CAG** |
| | § | |
| | § | |
| **AAF PLAYERS, LLC;** | § | **CASE NO. 19-50902-CAG** |
| | § | |
| **AAF PROPERTIES, LLC'** | § | **CASE NO. 19-50903-CAG** |
| | § | |
| **EBERSOL SPORTS MEDIA GROUP, INCL;** | § | **CASE NO. 19-50904-CAG** |
| | § | |
| | § | |
| **LFE 2, LLC;** | § | **CASE NO. 19-50905-CAG** |
| | § | |
| **WE ARE REALTIME, LLC** | § | **CASE NO. 19-50906-CAG** |
| | § | |
| Debtors. | § | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) |
| | § | SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |
| | § | |
| | § | |

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 14 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

**SWIRL INC.'S UNOPPOSED MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE HONORABLE CRAIG A. GARGOTTA,
UNITED STATES BANKRUPTCY JUDGE:

Movant Swirl Inc. ("Swirl") moves for relief from the automatic stay pursuant to 11 U.S.C.

§ 362(d) and Federal Rule of Bankruptcy Procedure 4001(a) for entry of an order for relief from

the automatic stay to permit Swirl to effectuate a right of setoff pursuant to section 553(a) of the

Bankruptcy Code.

HB: 4877-5524-9234.6

In support of this Motion, Swirl respectfully states as follows:

## I.     JURISDICTION

1.      This Court has jurisdiction over this matter pursuant to 11 U.S.C. §§ 157(a) and 1334(a).

2.      This Motion is a core proceeding under 11 U.S.C. § 157(b)(2)(G).

3.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The statutory and legal predicates for the relief requested herein are sections 362(d) and 553(a) of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 4001(a).

## II.     BACKGROUND

**A.     Scope of Work & Staffing Plan.**

5.      On or around November 5, 2018, Ebersol Sports Media Group, Inc. (the "Debtor") and Swirl entered into the Agency Services Agreement (the "Agreement") and the Scope of Work & Staffing Plan (the "SOW"). The SOW outlines key responsibilities, deliverables and requirements associated with, among other things, strategy, creative development, media, and execution of advertising plans to be provided by Swirl. In turn, Debtor would pay Swirl commissions, fees, production expenses and media charges.

6.      On January 17, 2019, Swirl provided Debtor with an invoice for work to be performed for the dates 1/22/19 – 2/18/19 of the SOW, which included the total amount due of $600,000.00.

7.      On or about January 25, 2019, Debtor issued a check to Swirl in the total amount of $600,000.00. Out of the $600,00.00, $129,641.29 was provided to a third-party vendor.

8.      Swirl continues to hold the total amount of $470,358.71 (the "Payment") to secure payment of the total amount due Swirl for dates 1/22/19 – 02/18/19 of the SOW.

**B.      Background Relating to the Bankruptcy Cases.**

9.      On April 17, 2019 (the "Petition Date"), Legendary Field Exhibitions, LLC, AAF Players, LLC, AAF Properties, LLC, the Debtor, LFE2, LLC, and We are Realtime, LLC, filed voluntary chapter 7 cases on April 19, 2019 (the "Bankruptcy Cases"). Randolph N. Osherow was appointed as Chapter 7 Trustee (the "Trustee") for the Debtor's bankruptcy estate (the "Estate") in the above-styled bankruptcy case (the "Bankruptcy Case"). *See* Dkt. 4.

10.      As of the Petition Date, Debtor owed Swirl at total of $2,707,951.53 (the "Claim").

11.      On April 4, 2019, Swirl filed its Proof of Claim. *See* Claim No. 262-1.

12.      Both Payment and the Claim arose prior to the Petition Date.

13.      Swirl and Debtor entered into an agreement extending the deadline for the Trustee to commence any avoidance action litigation against Swirl until June 16, 2021. The Trustee did not bring any avoidance action and the deadline has passed.

14.      Contemporaneously with applying the set off, Swirl intends to file an amended proof of claim to reduce its claim by the amount of the set off.

15.      Counsel for Swirl and for the Trustee have extensively discussed the matter of set off and the Trustee does not oppose the relief requested.

### III.      RELIEF REQUESTED

16.      By this Motion, Swirl seeks entry of an order, pursuant to sections 362(d)(1) and 553(a) of the Bankruptcy Code and Bankruptcy Rule 4001(a), for relief from the automatic stay to permit Swirl to set off the Payment against its Claim. The relief requested by Movant would result

in the partial payment elimination of the Claim. A proposed form of order granting the relief requested in this Motion is attached hereto as Exhibit A.

## IV.  ARGUMENT

### A.  Swirl is Entitled to Setoff under Section 553(a).

17.  The right of setoff allows entities that owe each other money to apply their mutual debts against each other thereby avoiding the "absurdity of making A pay B when B owed A." *Citizens Bank of Maryland v. Strumpf*, 516 U.S. 16, 18 (1995).

18.  The right of setoff by a creditor is governed by section 553 of the Bankruptcy Code, which states, in relevant part, that:

> Except as otherwise provided in this section and in sections 362 and 363 of this title, this title does not affect any right of a creditor to offset a mutual debt owing by such creditor to the debtor that rose before the commencement of the case under this title against a claim of such creditor against the debtor that arose before the commencement of the case.

19.  Section 553 does not create a right of setoff or prescribe how a setoff must be executed in order to be effective. Courts within the Fifth Circuit have determined a creditor must prove the following: "1. A debt exists from a creditor to the debtor and that debt arose prior to the commencement of the bankruptcy case. 2. The creditor has a claim against the debtor which arose prior to the commencement of the bankruptcy case. 3. The debt and claim are mutual obligations." *Braniff Airways, inc. v. Exxon Co., U.S.A.*, 814 F.2d 1030, 1035 (5th Cir. 1987).

20.  Swirl had a valid and enforceable right to the Payment, which arose before the commencement of the Bankruptcy Cases. *See* Claim No. 262-1.

21.  The Payment was provided to Swirl by the Debtor also before the Petition Date.

22.  The Payment and Claim are mutual obligations because they are held by the same parties in the same capacity. *See Braniff*, 814 F.2d at 1036.

23.     Here, all the requirements for setoff are satisfied.[1]

**B.    Swirl's Right of Setoff is Warrants Relief from the Automatic Stay under Section 362(d)(1) and (2).**

24.     Section 362(d) of the Bankruptcy Code states the following:

(d)     On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—

(1)     for cause, including the lack of adequate protection of an interest in property of such party in interest;

(2)     with respect to a stay of an act against property under subsection (a) of this section, if—

(A)     The debtor does not have an equity in such property; and

(B)     Such property is not necessary to an effective reorganization[.]

11 U.S.C. § 362(d)(1).

25.     Sufficient "cause" exists for the Court to lift the automatic stay. Swirl is entitled to setoff, and the Payment cannot be utilized to maintain or preserve collateral. The Debtor does not possess an interest for the benefit of the Estate in the Payment, as the value of the Payment is an amount less than the amount of the debt due to Swirl.

26.     Additionally, the Payment is not necessary for an effective reorganization, as this is a Chapter 7 case. As discussed above, the Trustee did not file any avoidance action against Swirl for the Payment before the agreed June 16, 2021, deadline. Any right of the Trustee to commence such an action is expired.

---

[1] For the avoidance of doubt, Swirl does not seek authority to set off prepetition claims or debts against postpetition debts or claims.

HB: 4877-5524-9234.6

27.     Therefore, Swirl requests the Court lift the automatic stay and authorize it to apply the Payment to the outstanding balance owed by the Debtor and to amend its Claim to reflect the set-off.

28.     Swirl further requests waiver of the fourteen-day stay of order provision contained in Federal Rule of Bankruptcy Procedure 4001(a)(3). Since Swirl currently holds the Payment, waiver of the stay will not harm the Debtor.

## V.    PRAYER

WHEREFORE, Swirl requests this Court enter an Order allowing Swirl to proceed with exercising its rights and remedies with respect to effectuating a setoff of the funds currently held on account, and requiring Swirl to amend Claim 262-1 to reduce such claim by the amount of the set-off, and for such other and further relief as the Court deems just.

Dated: March 24, 2023.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: _/s/ Amber L. Fly_
  Buffey E. Klein
  State Bar No. 24032515
  1900 N. Pearl, Suite 1800
  Dallas, Texas 75201
  (214) 999-6100
  (214) 999-6170 (fax)
  buffey.klein@huschblackwell.com

  Amber L. Fly
  State Bar No. 24101761
  Husch Blackwell LLP
  111 Congress Avenue, Suite 1400
  Austin, Texas 78701
  (512) 479-1169
  (512) 479-1101 (fax)

**COUNSEL FOR SWIRL INC.**

## CERTIFICATE OF SERVICE

I certify that on March 24, 2023, a true and correct copy of this document was served by electronic service on all counsel of record registered to receive notice via this Court's CM/ECF system or United States first-class mail, as indicated below.

*/s/ Amber L. Fly*
Amber L. Fly

| | | |
|---|---|---|
| **100 South Ashley Property Owner, LLC**<br>Locke Lord LLP<br>600 Congress Avenue<br>Suite 2200<br>Austin, TX 78701<br>*Added: 01/08/2020*<br>*(Creditor)* | represented by | **Stephen J. Humeniuk**<br>Locke Lord LLP<br>600 Congress Ave.<br>Suite 2200<br>Austin, TX 78701<br>512-305-4838<br>512-305-4800 (fax)<br>stephen.humeniuk@lockelord.com<br>*Assigned: 01/08/20* |
| **60 Soho Consulting, LLC**<br>*Added: 07/25/2019*<br>*(Creditor)* | represented by | **Aaron Charles Smith**<br>Locke Lord LLP<br>111 South Wacker Drive<br>Suite 4200<br>Chicago, IL 60606<br>312-443-0460<br>312-896-6460 (fax)<br>asmith@lockelord.com<br>*Assigned: 07/25/19* |
| **AAF Players, LLC**<br>4525 Macro<br>San Antonio, TX 78218<br>Tax ID / EIN: 83-1190440<br>*Added: 07/08/2019*<br>*(Consolidated Debtor)* | represented by | **William A. (Trey) Wood, III**<br>Bracewell LLP<br>711 Louisiana, Suite 2300<br>Houston, TX 77002<br>(713) 223-2300<br>(713) 221-1212 (fax)<br>trey.wood@bracewell.com<br>*Assigned: 07/08/19* |

HB: 4877-5524-9234.6

**AAF Properties, LLC**
4525 Macro
San Antonio, TX 78218
Tax ID / EIN: 00-0000000
*Added: 07/08/2019*
*(Consolidated Debtor)*

represented by

**William A. (Trey) Wood, III**
Bracewell LLP
711 Louisiana, Suite 2300
Houston, TX 77002
(713) 223-2300
(713) 221-1212 (fax)
trey.wood@bracewell.com
*Assigned: 07/08/19*

**Alpha Entertainment LLC**
1266 East Main Street
Stamford, CT 06902
*Added: 06/26/2019*
*(Interested Party)*

represented by

**Artoush Varshosaz**
K&L Gates LLP
1717 Main Street
Suite 2800
Dallas, TX 75201
214-393-5600
214-939-5849 (fax)
artoush.varshosaz@klgates.com
*Assigned: 06/26/19*

**Anthem Blue Cross Life and Health Insurance Company**
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5000
860-251-5218 (fax)
egoldstein@goodwin.com
*Added: 07/09/2019*
*(Creditor)*

represented by

**Eric S Goldstein**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5059
egoldstein@goodwin.com
*Assigned: 07/09/19*

**Arizona Board of Regents, a body corporate for and on behalf of Arizona State University**
*Added: 04/23/2019*
*(Creditor)*

represented by

**Robert M. Charles, Jr.**
Lewis and Roca LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701
520 629 4427
520 879 4705 (fax)
rcharles@lrrc.com
*Assigned: 04/23/19*

8

**Blue Cross of California d/b/a Anthem Blue Cross**
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5000
860-251-5218 (fax)
egoldstein@goodwin.com
*Added: 07/09/2019*
*(Creditor)*

represented by

**Eric S Goldstein**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5059
egoldstein@goodwin.com
*Assigned: 07/09/19*

**CBS Corporations, CSTV Networks, Inc. d/b/a CBS Sports Network and Affiliates**
*Added: 05/03/2019*
*(Interested Party)*

represented by

**Yehudah L. Buchweitz**
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
212-310-8007 (fax)
Yehudah.Buchweitz@weil.com
*Assigned: 05/13/19*

**Alfredo R. Perez**
Weil, Gotshal & Manges, LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
713-546-5040
713-224-9511 (fax)
alfredo.perez@weil.com
*Assigned: 05/03/19*

**David Cohen**
18801 North Dale Mabry Highway, #1101
Lutz, FL 33548
*Added: 07/08/2019*
*(Interested Party)*

**Via United States first-class mail**

**Will Corbin**
3212 Eastover Ridge Dr., Apt. 738
Charlotte, NC 28211
(910) 709-8888
*Added: 01/05/2023*
*(Creditor)*

**Via United States first-class mail**

HB: 4877-5524-9234.6

**Delta Dental of California**
*Added: 07/31/2019*
*(Creditor)*

represented by

**Katharine Battaia Clark**
Thompson Coburn LLP
2100 Ross Ave.
Ste 3200
Dallas, TX 75201
972-629-7100
972-629-7171 (fax)
kclark@thompsoncoburn.com
*Assigned: 07/31/19*

**Phillip Wang**
RIMON, PC
One Embarcadero Center, Suite 400
San Francisco, CA 94111
(415) 968-2002
phillip.wang@rimonlaw.com
*Assigned: 08/05/19*

**Dilks & Knopik, LLC**
*Added: 12/09/2022*
*(Defendant)*

represented by

**Sidney H. Scheinberg**
Godwin Bowman PC
1201 Elm St Suite 1700
Dallas, TX 75270
(214) 939-4501
(214) 527-3116 (fax)
Sscheinberg@godwinbowman.com,
*Assigned: 12/09/22*

**Thomas G. Dundon**
c/o Russell W. Mills
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
*Added: 06/24/2019*
*(Creditor)*

represented by

**Brent D. Hockaday**
Bell Nunnally Martin LLP
2323 Ross Avenue
Suite 1900
Dallas, TX 75201
214-740-1400
bhockaday@bellnunnally.com
*Assigned: 10/24/19*

**Russell W. Mills**
Bell Nunnally & Martin
2323 Ross Ave.
Suite 1900
Dallas, TX 75201
214-740-1431
214-740-1499 (fax)
rmills@bellnunnally.com
*Assigned: 06/24/19*

HB: 4877-5524-9234.6

**Dundon Capital Partners, LLC**
c/o Russell W. Mills
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
*Added: 06/24/2019*
*(Creditor)*

represented by

**Brent D. Hockaday**
Bell Nunnally Martin LLP
2323 Ross Avenue
Suite 1900
Dallas, TX 75201
214-740-1400
bhockaday@bellnunnally.com
*Assigned: 09/27/21*

**Russell W. Mills**
Bell Nunnally & Martin
2323 Ross Ave.
Suite 1900
Dallas, TX 75201
214-740-1431
214-740-1499 (fax)
rmills@bellnunnally.com
*Assigned: 06/24/19*

**Charles Ebersol**
*Added: 07/08/2019*
*(Interested Party)*

represented by

**David S. Gragg**
Langley & Banack, Inc
Trinity Plaza II
745 E Mulberry, Suite 900
San Antonio, TX 78212
(210) 736-6600
(210) 735-6889 (fax)
dgragg@langleybanack.com
*Assigned: 07/08/19*

**William N Radford**
Thompson, Coe, Cousins & Irons, L.L.P.
700 N. Pearl Street
25th Floor
Dallas, TX 75201
214-871-8212
214-871-8209 (fax)
wradford@thompsoncoe.com
*Assigned: 12/18/19*

| | | |
|---|---|---|
| **Ebersol Sports Media Group, Inc.**<br>4525 Macro<br>San Antonio, TX 78218<br>Tax ID / EIN: 82-3264796<br>*Added: 07/08/2019*<br>*(Consolidated Debtor)* | represented<br>by | **William A. (Trey) Wood, III**<br>Bracewell LLP<br>711 Louisiana, Suite 2300<br>Houston, TX 77002<br>(713) 223-2300<br>(713) 221-1212 (fax)<br>trey.wood@bracewell.com<br>*Assigned: 07/08/19* |
| **Aaron Evans**<br>1429 E. Elm Rd.<br>Lakeland, FL 33801<br>(813) 428-3474<br>*Added: 01/05/2023*<br>*(Creditor)* | | **Via United States first-class mail** |
| **Samantha Evans**<br>210 E Sonterra Blvd, #814<br>San Antonio, TX 78258<br>*Added: 09/30/2021*<br>*(Creditor)* | | **Via United States first-class mail** |
| **FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A.**<br>*Added: 05/03/2019*<br>*(Creditor)* | represented<br>by | **Larry A. Levick**<br>Singer & Levick, PC<br>16200 Addison Rd #140<br>Addison, TX 75001-0001<br>972-380-5533<br>972-380-5748 (fax)<br>levick@singerlevick.com<br>*Assigned: 05/03/19* |
| | | **Daniel J. Zeller**<br>Shapiro Sher Guinot & Sandler<br>250 West Pratt Street, Suite 2000<br>Baltimore, MD 21201<br>(410) 385-4273<br>*Assigned: 05/28/19* |
| **Five Marketing & Management, LLC**<br>1804 Garnet Ave., #545<br>San Diego, CA 92109<br>(949) 232-9000<br>*Added: 07/12/2022*<br>*(Creditor)* | | **Via United States first-class mail** |

HB: 4877-5524-9234.6

**Cynthia Frelund**
*Added: 06/04/2019*
*(Creditor)*

represented
by

**Stephen J. Humeniuk**
Locke Lord LLP
600 Congress Ave.
Suite 2200
Austin, TX 78701
512-305-4838
512-305-4800 (fax)
stephen.humeniuk@lockelord.com
*Assigned: 06/04/19*

**Aaron C. Smith**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-0460
312-896-6460 (fax)
asmith@lockelord.com
*Assigned: 06/05/19*

**Garret Hudson**
1000 Maduro Court
Zebulon, NC 27597
(919) 889-8146
*Added: 12/14/2022*
*(Creditor)*

**Via United States first-class mail**

**IsoLynx, LLC**
*Added: 05/16/2019*
*(Creditor)*

represented
by

**Wendi Alper-Pressman**
LATHROP GAGE LLP
7701 Forsyth Boulevard, #500
St. Louis, MO 63105
314-613-2826
314-613-2826 (fax)
wpressman@lathropgage.com
*Assigned: 06/11/19*

**Raymond J. Urbanik**
Lathrop Gage LLP
2101 Cedar Springs Road
Suite 1400
Dallas, TX 75201
4699836032
4699836101 (fax)
rurbanik@lathropgage.com
*Assigned: 05/16/19*

HB: 4877-5524-9234.6

| | | |
|---|---|---|
| **Kaiser Foundation Health Plan**<br>P.O. Box23250<br>San Diego, CA 92193-3250<br>*Added: 08/01/2019*<br>*(Creditor)* | represented<br>by | **Julie Mitchell Koenig**<br>Cooper & Scully<br>815 Walker St<br>Suite 1040<br>Houston, TX 77002<br>713-236-6800<br>julie.koenig@cooperscully.com<br>*Assigned: 08/01/19* |
| **LFE 2, LLC**<br>4525 Macro<br>San Antonio, TX 78218<br>Tax ID / EIN: 83-3545936<br>*Added: 07/08/2019*<br>*(Consolidated Debtor)* | represented<br>by | **William A. (Trey) Wood, III**<br>Bracewell LLP<br>711 Louisiana, Suite 2300<br>Houston, TX 77002<br>(713) 223-2300<br>(713) 221-1212 (fax)<br>trey.wood@bracewell.com<br>*Assigned: 07/08/19* |
| **LMREC III CLO I REO I, INC.**<br>*Added: 05/15/2019*<br>*(Creditor)* | represented<br>by | **Heather J. Panko**<br>Stutzman, Bromberg, Esserman &<br>Plifka, P.C.<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>214-969-4900<br>214-969-4999 (fax)<br>panko@sbep-law.com<br>*Assigned: 05/15/19* |
| **Landmark American Insurance Company**<br>*Added: 01/28/2020*<br>*(Interested Party)* | represented<br>by | **Tony L Draper**<br>Walker Wilcox Matousek, LLP<br>1001 McKinney, Suite 2000<br>Houston, TX 77002<br>713-343-6556<br>tdraper@wwmlawyers.com<br>*Assigned: 01/28/20* |
| **Legendary Field Exhibitions, LLC**<br>4525 Macro<br>San Antonio, TX 78218<br>Tax ID / EIN: 82-4648964<br>*Added: 04/17/2019*<br>*(Debtor)* | represented<br>by | **William A. (Trey) Wood, III**<br>Bracewell LLP<br>711 Louisiana, Suite 2300<br>Houston, TX 77002<br>(713) 223-2300<br>(713) 221-1212 (fax)<br>trey.wood@bracewell.com<br>*Assigned: 04/17/19* |

HB: 4877-5524-9234.6

**Devin Lucien**
11243 Sheldon Street
Sun Valley, CA 91352
(747) 261-8449
*Added: 12/14/2022*
*(Creditor)*

**Via United States first-class mail**

**Major League Football, Inc.**
c/o James A. Hoffman
Langley & Banack, Inc.
745 E. Mulberry Avenue
Ste. 700
San Antonio, Tx 78212
*Added: 06/10/2019*
*(Interested Party)*

represented
by

**James A. Hoffman**
Langley & Banack, Inc.
745 E. Mulberry Avenue
San Antonio, TX 78212
(210) 736-6600
(210) 735-6889 (fax)
jhoffman@langleybanack.com
*Assigned: 06/10/19*

**Majormedia, Inc.**
*Added: 01/22/2020*
*(Defendant)*
PRO SE

**Via United States first-class mail**

**Richard Muirbrook**
*Added: 05/30/2019*
*(Creditor)*

represented
by

**Aaron J. Power**
Porter Hedges LLP
1000 Main Street 36th Floor
Houston, TX 77002
713-226-6631
713-226-6231 (fax)
apower@porterhedges.com
*Assigned: 05/30/19*

**NCM Wireless, Inc.**
*Added: 06/10/2019*
*(Interested Party)*

represented
by

**Melissa A. Haselden**
Hoover Slovacek, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77057
713.977.8686
713.977.5395 (fax)
Haselden@hooverslovacek.com
*Assigned: 06/10/19*

HB: 4877-5524-9234.6

**William L. Niro**
ARONBERG GOLDGEHN
DAVIS & GARMISA
330 North Wabash, #1700
Chicago, IL 60611
312-828-9600
312-828-9635 (fax)
wniro@agdglaw.com
*Assigned: 06/13/19*

**Nerdmatics**
c/o Fred Carlton
1613 Chelsea Road, #808
San Marino, CA 91108
626-269-8438
*Added: 06/22/2021*
*(Creditor)*

**Via United States first-class mail**

**Reggie Northup**
Jonathon Farahi
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
(424) 288-4367
(424) 288-4368 (fax)
jfarahi@actslaw.com
*Added: 07/16/2019*
*(Creditor)*

represented by

**Katharine Battaia Clark**
Thompson Coburn LLP
2100 Ross Ave.
Ste 3200
Dallas, TX 75201
972-629-7100
972-629-7171 (fax)
kclark@thompsoncoburn.com
*Assigned: 10/18/19*

**Jonathon S. Farahi**
Abir Cohen Treyzon Sala, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
424-288-4367
424-2288-4368 (fax)
JFarahi@actslaw.com
*Assigned: 07/16/19*

**Boris Treyzon**
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd.
Suite 200
Encino, CA 91436
424-288-4367
424-288-4368 (fax)
btreyzon@actslaw.com
*Assigned: 08/02/19*

16

**Shaun O'Hara**
*Added: 07/25/2019*
*(Creditor)*

represented by

**Aaron Charles Smith**
Locke Lord LLP
111 South Wacker Drive
Suite 4200
Chicago, IL 60606
312-443-0460
312-896-6460 (fax)
asmith@lockelord.com
*Assigned: 07/25/19*

**OUTFRONT Media, LLC**
*Added: 03/02/2021*
*(Creditor)*

represented by

**Claudio E. Iannitelli**
Iannitelli Marcolini, P.C.
5353 North 16th Str, #315
Phoenix, AZ 85016
602-952-6000
602-952-7020 (fax)
*Assigned: 03/02/21*

**Randolph N Osherow**
342 W Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001
rosherow@hotmail.com
*Added: 04/17/2019*
*(Trustee)*

represented by

**John Atkins**
Thompson Coburn LLP
2100 Ross Ave, Suite 3200
Dallas, TX 75201
(972) 629-7100
(972) 629-7171 (fax)
jatkins@thompsoncoburn.com
*Assigned: 04/01/22*

**Katharine Battaia Clark**
Thompson Coburn LLP
2100 Ross Ave, Suite 3200
Dallas, TX 75201
(972) 629-7100
(972) 629-7171 (fax)
kclark@thompsoncoburn.com
*Assigned: 04/01/22*

**Abbey Ulsh Dreher**
Barrett Daffin Frappier Turner &
Engel, LLP
4004 Belt Line Road
Suite 100
Addison, TX 75001
972-341-0560
wdecf@BDFGROUP.com
*Assigned: 02/23/21*

HB: 4877-5524-9234.6

**Brian S. Engel**
Barrett Daffin Frappier Turner &
Engel
3809 Juniper Trace, Suite 205
Austin, TX 78738
512-687-2500
512-477-1112 (fax)
brianen@bdfgroup.com
*Assigned: 06/28/19*

**Jonathan Farahi**
Abir Cohen Treyzon & Salo, LLP
16001 Ventura Blvd, Suite 200
Encino, CA 91436
(424) 288-4368
jfarahi@actslaw.com
*Assigned: 04/01/22*

**Kell C. Mercer**
Kell C. Mercer, P.C.
901 S MoPac Expy, Bldg 1, Suite
300
Austin, TX 78746
512-627-3512
512-597-0767 (fax)
kell.mercer@mercer-law-pc.com
*Assigned: 06/05/19*

**Randolph N Osherow**
342 W Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001
rosherow@hotmail.com
*Assigned: 05/01/19*

**Boris Treyzon**
Abir Cohen Treyzon & Salo, LLP
16001 Ventura Blvd, Suite 200
Encino, CA 91436
(424) 288-4368
btreyzon@actslaw.com
*Assigned: 04/01/22*

HB: 4877-5524-9234.6

**Steve Turner**
Barrett Daffin Frappier LLP
4004 Belt Line Road, Suite 100
Addison, TX 75001
512-687-2502
wdecf@BDFGROUP.com
*Assigned: 06/06/19*

**Nicole Williams**
Thompson Coburn LLP
2100 Ross Ave, Suite 3200
Dallas, TX 75201
(972) 629-7100
(972) 629-7171 (fax)
nwilliams@thompsoncoburn.com
*Assigned: 04/01/22*

**Thomas Andrew Woolley, III**
McCloskey Roberson Woolley, PLLC
190 T.C. Jester, Suite 400
Houston, TX 77007
713-337-3900
713-337-3915 (fax)
rwoolley@mrwpllc.com
*Assigned: 07/07/20*

**Robert Parker**
2503 Ridgewind Way
Windermere, FL 34786
*Added: 06/03/2019*
*(Interested Party)*

**Via United States first-class mail**

**Gionni Paul**
201 Madalyn CT
Auburndale, FL 33823
(863) 289-9386
*Added: 12/14/2022*
*(Creditor)*

**Via United States first-class mail**

HB: 4877-5524-9234.6

**Pavilion Management Company**
c/o Glast, Phillips & Murray, P.C.
14801 Quorum Drive
Suite 500
Dallas, TX 75254
(972) 419-7196
(972) 419-8329 (fax)
jhowell@gpm-law.com
*Added: 07/06/2019*
*(Creditor)*

represented by

**Jonathan L. Howell**
Howell & Willingham PLLC
6440 N. Central Expressway
Suite 806
Dallas, TX 75206
(214) 525-3941
jonathan@jlhowell.com
*Assigned: 07/06/19*

**De'Mornay Pierson-El**
7133 Rock Ridge Lane, Apt. F
Alexandria, VA 22315
(571) 319-1149
*Added: 02/22/2023*
*(Creditor)*

**Via United States first-class mail**

**Janet Rakowitz**
WYSI WYG Consulting
11024 Macaway, #2
Adkins, TX 78101
*Added: 05/02/2022*
*(Interested Party)*

**Via United States first-class mail**

**Trent Richardson**
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd.
Suite 200
Encino, CA 91436
(424) 288-4367
(424) 288-4368 (fax)
*Added: 12/01/2022*
*(Creditor)*

represented by

**Jonathon S. Farahi**
Abir Cohen Treyzon Sala, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
424-288-4367
424-2288-4368 (fax)
JFarahi@actslaw.com
*Assigned: 12/01/22*

**Casey Sayles**
16319 Sherwood Ave.
Omaha, NE 68116
(402) 990-9521
*Added: 12/07/2022*
*(Creditor)*

**Via United States first-class mail**

20

**Colton Schmidt**
c/o Jonathon Farahi
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd, Suite 200
Encino, CA 91436
(424) 288-4367
(424) 288-4368 (fax)
jfarahi@actslaw.com
*Added: 07/16/2019*
*(Creditor)*

represented by

**Katharine Battaia Clark**
Thompson Coburn LLP
2100 Ross Ave.
Ste 3200
Dallas, TX 75201
972-629-7100
972-629-7171 (fax)
kclark@thompsoncoburn.com
*Assigned: 10/18/19*

**Jonathon S. Farahi**
Abir Cohen Treyzon Sala, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
424-288-4367
424-2288-4368 (fax)
JFarahi@actslaw.com
*Assigned: 07/16/19*

**Boris Treyzon**
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd.
Suite 200
Encino, CA 91436
424-288-4367
424-288-4368 (fax)
btreyzon@actslaw.com
*Assigned: 08/02/19*

**Security Industry Specialists, Inc.**
c/o Hemar, Rousso & Heald LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436
8185013800
8185012985 (fax)
wterry@hrhlaw.com
*Added: 05/03/2019*
*(Creditor)*

represented by

**Wayne R Terry**
Hemar, Rousso & Heald LLP
15910 Ventura Blvd.
12th Floor
Encino, CA 91436
818-501-3800
818-501-2985 (fax)
wterry@hrhlaw.com
*Assigned: 05/03/19*

HB: 4877-5524-9234.6

**Settlement Class**
*Added: 05/31/2022*
*(Interested Party)*

represented
by

**Katharine Battaia Clark**
Thompson Coburn LLP
2100 Ross Ave.
Ste 3200
Dallas, TX 75201
972-629-7100
972-629-7171 (fax)
kclark@thompsoncoburn.com
*Assigned: 05/31/22*

**Silicon Valley Bank**
c/o Jennifer F. Wertz
Jackson Walker LLP
100 Congress Avenue
Suite 1100
Austin, TX 78701
*Added: 07/18/2019*
*(Creditor)*

represented
by

**Jennifer Francine Wertz**
Jackson Walker, L.L.P.
100 Congress Avenue
Suite 1100
Austin, TX 78701
512-236-2247
512-391-2147 (fax)
jwertz@jw.com
*Assigned: 07/18/19*

**Antonio Simmons**
45128 Airstream Ave
Callahan, FL 32011
(904) 507-3929
*Added: 01/04/2023*
*(Creditor)*

**Via United States first-class mail**

**Alan Snyder**
5100 John D. Ryan, Blvd. #2314
San Antonio, TX 78245
*Added: 09/21/2021*
*(Creditor)*

**Via United States first-class mail**

**Tracy Sprinkle**
915 Penn Ave., Apt. 703
Pittsburgh, PA 15222
(440) 541-9131
*Added: 11/15/2022*
*(Creditor)*

**Via United States first-class mail**

**Frank L. Sughrue**
5118 Barth Road
Lockhart, TX 78644
*Added: 06/03/2019*
*(Interested Party)*

**Via United States first-class mail**

HB: 4877-5524-9234.6

**R. Adam Swick**
REID COLLINS & TSAI, LLP
1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746
512-647-6100
512-647-6110 (fax)
aswick@rctlegal.com
*Added: 03/16/2020*
*(Interested Party)*

                    **Via United States first-class mail**

**TRT Development Company - San Antonio**
TRT Development Company - San Antonio
4001 Maple Avenue
Suite 600
Dallas, TX 75219
214-283-8607
214-283-8514 (fax)
kristen.reinsch@trtholdings.com
Tax ID / EIN: 74-2649774
*Added: 05/24/2019*
*(Creditor)*

represented by

**Kristen Ann Miller Reinsch**
TRT Holdings, Inc.
4001 Maple Avenue
Suite 600
Dallas, TX 75219
214-283-8607
kristen.reinsch@trtholdings.com
*Assigned: 05/24/19*

**Devin Taylor**
46637 Merion Circle
Northville, MI 48168
(843) 812-6849
*Added: 11/15/2022*
*(Creditor)*

                    **Via United States first-class mail**

**Tecovas, Inc.**
*Added: 01/22/2020*
*(Defendant)*
PRO SE

                    **Via United States first-class mail**

**Sione Teuhema**
1117 Forrest Dr.
Arlington, TX 76012
(817) 909-1295
*Added: 01/05/2023*
*(Creditor)*

                    **Via United States first-class mail**

HB: 4877-5524-9234.6

**Texas Comptroller of Public Accounts**
Courtney J. Hull
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548
*Added: 07/15/2019*
*(Creditor)*

represented by

**Courtney J. Hull**
Texas Comptroller of Public Accounts
PO Box 12548
Austin, TX 78711-2548
512-475-4562
512-936-1409 (fax)
bk-chull@oag.texas.gov
*Assigned: 07/15/19*

**Three Sisters Partnership**
100 Peabody Place
Suite 1400
Memphis, TN 38103
*Added: 04/22/2019*
*(Creditor)*

represented by

**Russell William Savory**
Beard & Savory, PLLC
119 South Main Street
Suite 500
Memphis, TN 38103
901-523-1110
901-523-1139 (fax)
Russ@bsavory.com
*Assigned: 04/22/19*

**United States Trustee - SA12**
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1539
(210) 472-4640
USTPRegion07.SN.ECF@usdoj.gov
*Added: 04/17/2019*
*(U.S. Trustee)*

**Via United States first-class mail**

**Robert Vanech**
*Added: 06/03/2019*
*(Creditor)*

represented by

**James Henry Bartolomei, III**
Duncan Firm, PA
900 S. Shackleford, Ste. 725
Little Rock, AR 72211
501-228-7600
501-228-0415 (fax)
jim@duncanfirm.com
*Assigned: 06/03/19*

24

**Thomas A. Veit**
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701
512-499-3624
512-499-3660 (fax)
stephen.roberts@clarkhillstrasburger.com
*Added: 07/29/2019*
*(Creditor)*

represented
by

**Stephen A. Roberts**
Stephen A Roberts, P.C.
1400 Marshall Ln
Austin, TX 78703
512-431-7337
sroberts@srobertslawfirm.com
*Assigned: 07/29/19*

**We Are Realtime, LLC**
4525 Macro
San Antonio, TX 78218
Tax ID / EIN: 00-0000000
*Added: 07/08/2019*
*(Consolidated Debtor)*

represented
by

**William A. (Trey) Wood, III**
Bracewell LLP
711 Louisiana, Suite 2300
Houston, TX 77002
(713) 223-2300
(713) 221-1212 (fax)
trey.wood@bracewell.com
*Assigned: 07/08/19*

**Jamichael Winston**
1601 Princess Helen Rd., W
Mobile, AL 36618
(251) 586-3226
*Added: 12/13/2022*
*(Creditor)*

**Via United States first-class mail**

**John Wolford**
1860 SW 11th Street
Miami, FL 33135
(904) 887-3154
*Added: 01/05/2023*
*(Creditor)*

**Via United States first-class mail**

**Thomas A. Woolley, III**
McCloskey Roberson & Woolley, PLLC
945 Heights Blvd
Houston, TX 77008
(713) 337-3910
(713) 868-1275 (fax)
twoolley@mccloskeypllc.com
*Added: 07/06/2020*
*(Interested Party)*

**Via United States first-class mail**

HB: 4877-5524-9234.6

**Charles Dylan Wynn**
460 McCall Drive
Benicia, CA 94510
(925) 478-9045
*Added: 02/22/2023*
*(Creditor)*

**Via United States first-class mail**

**Zachry Hospitality LLC**
c/o Roderick J. Regan
11118 Wurzbach #101
San Antonio, TX 78230
United States
2109635900
2109635905 (fax)
rod@rodregan.com
*Added: 06/18/2019*
*(Creditor)*

represented by

**Rod Joseph Regan**
Regan Law Firm
13423 Blanco Road #533
San Antonio, TX 78216
210-387-9747
Rod@RodRegan.com
*Assigned: 06/18/19*

**eClinicalWorks LLC**
*Added: 05/07/2019*
*(Creditor)*

represented by

**Jay L. Krystinik**
Reed Smith LLP
2850 N Harwood Street
Ste 1500
Dallas, TX 75201
469-680-4200
jkrystinik@reedsmith.com
*Assigned: 05/07/19*

HB: 4877-5524-9234.6