# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–50900–cag
Chapter No.: 7
Judge: Craig A Gargotta

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  VIA PHONE:(650)479–3207; AC 160–591–1937

on  **4/17/23 at 09:00 AM**

TELEPHONIC Hearing to Consider and Act Upon the Following: (1) IF TIME ESTIMATE EXCEEDS 20 MINUTES PLEASE CONTACT LISA ELIZONDO AT lisa_elizondo@txwb.uscourts.gov; (2) EXHIBITS TO BE OFFERED MUST BE MAILED OR HAND DELIVERED TO THE CLERK'S OFFICE 7 DAYS IN ADVANCE OF THE SCHEDULED HEARING – EXHIBITS MUST BE BOUND, TABBED AND WITH A TABLE OF CONTENTS (Related Document(s): 588 Motion for Relief from Stay (21 Day Objection Language) ( Filing Fee: $ 188.00 ) filed by Amber L Fly for Creditor Swirl Inc. (Attachments: # 1 Exhibit A)) Hearing Scheduled For 4/17/2023 at 09:00 AM at VIA TELEPHONE–Conference Dial–In Number: (650)479–3207; Access Code: 160–591–1937 (Paez, Daniel)

Dated: 3/27/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]