IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| | § | |
| **LEGENDARY FIELD EXHIBITIONS, LLC;** | § | **CASE NO. 19-50900-CAG** |
| | § | |
| | § | |
| **AAF PLAYERS, LLC;** | § | **CASE NO. 19-50902-CAG** |
| | § | |
| **AAF PROPERTIES, LLC'** | § | **CASE NO. 19-50903-CAG** |
| | § | |
| **EBERSOL SPORTS MEDIA GROUP, INCL;** | § | **CASE NO. 19-50904-CAG** |
| | § | |
| | § | |
| **LFE 2, LLC;** | § | **CASE NO. 19-50905-CAG** |
| | § | |
| **WE ARE REALTIME, LLC** | § | **CASE NO. 19-50906-CAG** |
| | § | |
| Debtors. | § | **(SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG** |
| | § | |
| | § | |
| | § | |

**<u>CERTIFICATE OF NO OBJECTION</u>**
**(Related to Docket No. 588)**

THE UNDERSIGNED counsel for Swirl, Inc. (the "<u>Movant</u>"), hereby certifies that with

regard to *Swirl, Inc.'s Unopposed Motion for Relief from the Automatic Stay* [Docket No. 588]

(the "<u>Motion</u>"), it was not served with any responses, objections, or requests for hearing on or

before the response date provided in the Motion of April 7, 2023, nor does the docket sheet

maintained by the Clerk for the above-referenced bankruptcy case reflect that any objection,

response, or request for hearing was filed on or before the response date provided. Accordingly,

Movant respectfully requests that the Court treat the Motion as unopposed and enter the order

uploaded concurrently with the filing of the Motion.

HB: 4884-3004-0924.1

Dated: April 10, 2023.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: _/s/ Amber L. Fly_____
    Buffey E. Klein
    State Bar No. 24032515
    1900 N. Pearl, Suite 1800
    Dallas, Texas 75201
    (214) 999-6100
    (214) 999-6170 (fax)
    buffey.klein@huschblackwell.com

    Amber L. Fly
    State Bar No. 24101761
    Husch Blackwell LLP
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701
    (512) 479-1169
    (512) 479-1101 (fax)

**COUNSEL FOR SWIRL INC.**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 10, 2023, a true and correct copy of this document was served by electronic service on all counsel of record registered to receive notice via this Court's CM/ECF system or United States first-class mail, as indicated below.

    _/s/ Amber L. Fly_____
    Amber L. Fly

| **100 South Ashley Property Owner, LLC** Locke Lord LLP 600 Congress Avenue Suite 2200 Austin, TX 78701 *Added: 01/08/2020* *(Creditor)* | represented by | **Stephen J. Humeniuk** Locke Lord LLP 600 Congress Ave. Suite 2200 Austin, TX 78701 512-305-4838 512-305-4800 (fax) stephen.humeniuk@lockelord.com *Assigned: 01/08/20* |
|---|---|---|

2

**60 Soho Consulting, LLC**
*Added: 07/25/2019*
*(Creditor)*

represented by

**Aaron Charles Smith**
Locke Lord LLP
111 South Wacker Drive
Suite 4200
Chicago, IL 60606
312-443-0460
312-896-6460 (fax)
asmith@lockelord.com
*Assigned: 07/25/19*

**AAF Players, LLC**
4525 Macro
San Antonio, TX 78218
Tax ID / EIN: 83-1190440
*Added: 07/08/2019*
*(Consolidated Debtor)*

represented by

**William A. (Trey) Wood, III**
Bracewell LLP
711 Louisiana, Suite 2300
Houston, TX 77002
(713) 223-2300
(713) 221-1212 (fax)
trey.wood@bracewell.com
*Assigned: 07/08/19*

**AAF Properties, LLC**
4525 Macro
San Antonio, TX 78218
Tax ID / EIN: 00-0000000
*Added: 07/08/2019*
*(Consolidated Debtor)*

represented by

**William A. (Trey) Wood, III**
Bracewell LLP
711 Louisiana, Suite 2300
Houston, TX 77002
(713) 223-2300
(713) 221-1212 (fax)
trey.wood@bracewell.com
*Assigned: 07/08/19*

**Alpha Entertainment LLC**
1266 East Main Street
Stamford, CT 06902
*Added: 06/26/2019*
*(Interested Party)*

represented by

**Artoush Varshosaz**
K&L Gates LLP
1717 Main Street
Suite 2800
Dallas, TX 75201
214-393-5600
214-939-5849 (fax)
artoush.varshosaz@klgates.com
*Assigned: 06/26/19*

HB: 4884-3004-0924.1

| | | |
|---|---|---|
| **Anthem Blue Cross Life and Health Insurance Company**<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>860-251-5000<br>860-251-5218 (fax)<br>egoldstein@goodwin.com<br>*Added: 07/09/2019*<br>*(Creditor)* | represented by | **Eric S Goldstein**<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>860-251-5059<br>egoldstein@goodwin.com<br>*Assigned: 07/09/19* |
| **Arizona Board of Regents, a body corporate for and on behalf of Arizona State University**<br>*Added: 04/23/2019*<br>*(Creditor)* | represented by | **Robert M. Charles, Jr.**<br>Lewis and Roca LLP<br>One South Church Avenue, Suite 2000<br>Tucson, AZ 85701<br>520 629 4427<br>520 879 4705 (fax)<br>rcharles@lrrc.com<br>*Assigned: 04/23/19* |
| **Blue Cross of California d/b/a Anthem Blue Cross**<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>860-251-5000<br>860-251-5218 (fax)<br>egoldstein@goodwin.com<br>*Added: 07/09/2019*<br>*(Creditor)* | represented by | **Eric S Goldstein**<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>860-251-5059<br>egoldstein@goodwin.com<br>*Assigned: 07/09/19* |
| **CBS Corporations, CSTV Networks, Inc. d/b/a CBS Sports Network and Affiliates**<br>*Added: 05/03/2019*<br>*(Interested Party)* | represented by | **Yehudah L. Buchweitz**<br>WEIL, GOTSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>212-310-8007 (fax)<br>Yehudah.Buchweitz@weil.com<br>*Assigned: 05/13/19* |

4

**Alfredo R. Perez**
Weil, Gotshal & Manges, LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
713-546-5040
713-224-9511 (fax)
alfredo.perez@weil.com
*Assigned: 05/03/19*

**David Cohen**
18801 North Dale Mabry Highway,
#1101
Lutz, FL 33548
*Added: 07/08/2019*
*(Interested Party)*

**Via United States first-class mail**

**Will Corbin**
3212 Eastover Ridge Dr., Apt. 738
Charlotte, NC 28211
(910) 709-8888
*Added: 01/05/2023*
*(Creditor)*

**Via United States first-class mail**

**Delta Dental of California**
*Added: 07/31/2019*
*(Creditor)*

represented by

**Katharine Battaia Clark**
Thompson Coburn LLP
2100 Ross Ave.
Ste 3200
Dallas, TX 75201
972-629-7100
972-629-7171 (fax)
kclark@thompsoncoburn.com
*Assigned: 07/31/19*

**Phillip Wang**
RIMON, PC
One Embarcadero Center, Suite 400
San Francisco, CA 94111
(415) 968-2002
phillip.wang@rimonlaw.com
*Assigned: 08/05/19*

HB: 4884-3004-0924.1

| | | |
|---|---|---|
| **Dilks & Knopik, LLC**<br>*Added: 12/09/2022*<br>*(Defendant)* | represented by | **Sidney H. Scheinberg**<br>Godwin Bowman PC<br>1201 Elm St Suite 1700<br>Dallas, TX 75270<br>(214) 939-4501<br>(214) 527-3116 (fax)<br>Sscheinberg@godwinbowman.com,<br>*Assigned: 12/09/22* |
| **Thomas G. Dundon**<br>c/o Russell W. Mills<br>Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201<br>*Added: 06/24/2019*<br>*(Creditor)* | represented by | **Brent D. Hockaday**<br>Bell Nunnally Martin LLP<br>2323 Ross Avenue<br>Suite 1900<br>Dallas, TX 75201<br>214-740-1400<br>bhockaday@bellnunnally.com<br>*Assigned: 10/24/19* |
| | | **Russell W. Mills**<br>Bell Nunnally & Martin<br>2323 Ross Ave.<br>Suite 1900<br>Dallas, TX 75201<br>214-740-1431<br>214-740-1499 (fax)<br>rmills@bellnunnally.com<br>*Assigned: 06/24/19* |
| **Dundon Capital Partners, LLC**<br>c/o Russell W. Mills<br>Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201<br>*Added: 06/24/2019*<br>*(Creditor)* | represented by | **Brent D. Hockaday**<br>Bell Nunnally Martin LLP<br>2323 Ross Avenue<br>Suite 1900<br>Dallas, TX 75201<br>214-740-1400<br>bhockaday@bellnunnally.com<br>*Assigned: 09/27/21* |
| | | **Russell W. Mills**<br>Bell Nunnally & Martin<br>2323 Ross Ave.<br>Suite 1900<br>Dallas, TX 75201<br>214-740-1431<br>214-740-1499 (fax)<br>rmills@bellnunnally.com<br>*Assigned: 06/24/19* |

HB: 4884-3004-0924.1

**Charles Ebersol**
*Added: 07/08/2019*
*(Interested Party)*

represented by

**David S. Gragg**
Langley & Banack, Inc
Trinity Plaza II
745 E Mulberry, Suite 900
San Antonio, TX 78212
(210) 736-6600
(210) 735-6889 (fax)
dgragg@langleybanack.com
*Assigned: 07/08/19*

**William N Radford**
Thompson, Coe, Cousins & Irons, L.L.P.
700 N. Pearl Street
25th Floor
Dallas, TX 75201
214-871-8212
214-871-8209 (fax)
wradford@thompsoncoe.com
*Assigned: 12/18/19*

**Ebersol Sports Media Group, Inc.**
4525 Macro
San Antonio, TX 78218
Tax ID / EIN: 82-3264796
*Added: 07/08/2019*
*(Consolidated Debtor)*

represented by

**William A. (Trey) Wood, III**
Bracewell LLP
711 Louisiana, Suite 2300
Houston, TX 77002
(713) 223-2300
(713) 221-1212 (fax)
trey.wood@bracewell.com
*Assigned: 07/08/19*

**Aaron Evans**
1429 E. Elm Rd.
Lakeland, FL 33801
(813) 428-3474
*Added: 01/05/2023*
*(Creditor)*

**Via United States first-class mail**

**Samantha Evans**
210 E Sonterra Blvd, #814
San Antonio, TX 78258
*Added: 09/30/2021*
*(Creditor)*

**Via United States first-class mail**

HB: 4884-3004-0924.1

**FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A.**
*Added: 05/03/2019*
*(Creditor)*

represented by

**Larry A. Levick**
Singer & Levick, PC
16200 Addison Rd #140
Addison, TX 75001-0001
972-380-5533
972-380-5748 (fax)
levick@singerlevick.com
*Assigned: 05/03/19*

**Daniel J. Zeller**
Shapiro Sher Guinot & Sandler
250 West Pratt Street, Suite 2000
Baltimore, MD 21201
(410) 385-4273
*Assigned: 05/28/19*

**Five Marketing & Management, LLC**
1804 Garnet Ave., #545
San Diego, CA 92109
(949) 232-9000
*Added: 07/12/2022*
*(Creditor)*

**Via United States first-class mail**

**Cynthia Frelund**
*Added: 06/04/2019*
*(Creditor)*

represented by

**Stephen J. Humeniuk**
Locke Lord LLP
600 Congress Ave.
Suite 2200
Austin, TX 78701
512-305-4838
512-305-4800 (fax)
stephen.humeniuk@lockelord.com
*Assigned: 06/04/19*

**Aaron C. Smith**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-0460
312-896-6460 (fax)
asmith@lockelord.com
*Assigned: 06/05/19*

**Garret Hudson**
1000 Maduro Court
Zebulon, NC 27597
(919) 889-8146
*Added: 12/14/2022*
*(Creditor)*

**Via United States first-class mail**

8

**IsoLynx, LLC**
*Added: 05/16/2019*
*(Creditor)*

represented by

**Wendi Alper-Pressman**
LATHROP GAGE LLP
7701 Forsyth Boulevard, #500
St. Louis, MO 63105
314-613-2826
314-613-2826 (fax)
wpressman@lathropgage.com
*Assigned: 06/11/19*

**Raymond J. Urbanik**
Lathrop Gage LLP
2101 Cedar Springs Road
Suite 1400
Dallas, TX 75201
4699836032
4699836101 (fax)
rurbanik@lathropgage.com
*Assigned: 05/16/19*

**Kaiser Foundation Health Plan**
P.O. Box23250
San Diego, CA 92193-3250
*Added: 08/01/2019*
*(Creditor)*

represented by

**Julie Mitchell Koenig**
Cooper & Scully
815 Walker St
Suite 1040
Houston, TX 77002
713-236-6800
julie.koenig@cooperscully.com
*Assigned: 08/01/19*

**LFE 2, LLC**
4525 Macro
San Antonio, TX 78218
Tax ID / EIN: 83-3545936
*Added: 07/08/2019*
*(Consolidated Debtor)*

represented by

**William A. (Trey) Wood, III**
Bracewell LLP
711 Louisiana, Suite 2300
Houston, TX 77002
(713) 223-2300
(713) 221-1212 (fax)
trey.wood@bracewell.com
*Assigned: 07/08/19*

**LMREC III CLO I REO I, INC.**
*Added: 05/15/2019*
*(Creditor)*

represented by

**Heather J. Panko**
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201
214-969-4900
214-969-4999 (fax)
panko@sbep-law.com
*Assigned: 05/15/19*

9

**Landmark American Insurance Company**
*Added: 01/28/2020*
*(Interested Party)*

represented by

**Tony L Draper**
Walker Wilcox Matousek, LLP
1001 McKinney, Suite 2000
Houston, TX 77002
713-343-6556
tdraper@wwmlawyers.com
*Assigned: 01/28/20*

**Legendary Field Exhibitions, LLC**
4525 Macro
San Antonio, TX 78218
Tax ID / EIN: 82-4648964
*Added: 04/17/2019*
*(Debtor)*

represented by

**William A. (Trey) Wood, III**
Bracewell LLP
711 Louisiana, Suite 2300
Houston, TX 77002
(713) 223-2300
(713) 221-1212 (fax)
trey.wood@bracewell.com
*Assigned: 04/17/19*

**Devin Lucien**
11243 Sheldon Street
Sun Valley, CA 91352
(747) 261-8449
*Added: 12/14/2022*
*(Creditor)*

**Via United States first-class mail**

**Major League Football, Inc.**
c/o James A. Hoffman
Langley & Banack, Inc.
745 E. Mulberry Avenue
Ste. 700
San Antonio, Tx 78212
*Added: 06/10/2019*
*(Interested Party)*

represented by

**James A. Hoffman**
Langley & Banack, Inc.
745 E. Mulberry Avenue
San Antonio, TX 78212
(210) 736-6600
(210) 735-6889 (fax)
jhoffman@langleybanack.com
*Assigned: 06/10/19*

**Majormedia, Inc.**
*Added: 01/22/2020*
*(Defendant)*
PRO SE

**Via United States first-class mail**

**Richard Muirbrook**
*Added: 05/30/2019*
*(Creditor)*

represented by

**Aaron J. Power**
Porter Hedges LLP
1000 Main Street 36th Floor
Houston, TX 77002
713-226-6631
713-226-6231 (fax)
apower@porterhedges.com
*Assigned: 05/30/19*

HB: 4884-3004-0924.1

**NCM Wireless, Inc.**
*Added: 06/10/2019*
*(Interested Party)*

represented by

**Melissa A. Haselden**
Hoover Slovacek, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77057
713.977.8686
713.977.5395 (fax)
Haselden@hooverslovacek.com
*Assigned: 06/10/19*

**William L. Niro**
ARONBERG GOLDGEHN
DAVIS & GARMISA
330 North Wabash, #1700
Chicago, IL 60611
312-828-9600
312-828-9635 (fax)
wniro@agdglaw.com
*Assigned: 06/13/19*

**Nerdmatics**
c/o Fred Carlton
1613 Chelsea Road, #808
San Marino, CA 91108
626-269-8438
*Added: 06/22/2021*
*(Creditor)*

**Via United States first-class mail**

**Reggie Northup**
Jonathon Farahi
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
(424) 288-4367
(424) 288-4368 (fax)
jfarahi@actslaw.com
*Added: 07/16/2019*
*(Creditor)*

represented by

**Katharine Battaia Clark**
Thompson Coburn LLP
2100 Ross Ave.
Ste 3200
Dallas, TX 75201
972-629-7100
972-629-7171 (fax)
kclark@thompsoncoburn.com
*Assigned: 10/18/19*

**Jonathon S. Farahi**
Abir Cohen Treyzon Sala, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
424-288-4367
424-2288-4368 (fax)
JFarahi@actslaw.com
*Assigned: 07/16/19*

11

**Boris Treyzon**
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd.
Suite 200
Encino, CA 91436
424-288-4367
424-288-4368 (fax)
btreyzon@actslaw.com
*Assigned: 08/02/19*

**Shaun O'Hara**
*Added: 07/25/2019*
*(Creditor)*

represented by

**Aaron Charles Smith**
Locke Lord LLP
111 South Wacker Drive
Suite 4200
Chicago, IL 60606
312-443-0460
312-896-6460 (fax)
asmith@lockelord.com
*Assigned: 07/25/19*

**OUTFRONT Media, LLC**
*Added: 03/02/2021*
*(Creditor)*

represented by

**Claudio E. Iannitelli**
Iannitelli Marcolini, P.C.
5353 North 16th Str, #315
Phoenix, AZ 85016
602-952-6000
602-952-7020 (fax)
*Assigned: 03/02/21*

**Randolph N Osherow**
342 W Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001
rosherow@hotmail.com
*Added: 04/17/2019*
*(Trustee)*

represented by

**John Atkins**
Thompson Coburn LLP
2100 Ross Ave, Suite 3200
Dallas, TX 75201
(972) 629-7100
(972) 629-7171 (fax)
jatkins@thompsoncoburn.com
*Assigned: 04/01/22*

**Katharine Battaia Clark**
Thompson Coburn LLP
2100 Ross Ave, Suite 3200
Dallas, TX 75201
(972) 629-7100
(972) 629-7171 (fax)
kclark@thompsoncoburn.com
*Assigned: 04/01/22*

HB: 4884-3004-0924.1

**Abbey Ulsh Dreher**
Barrett Daffin Frappier Turner &
Engel, LLP
4004 Belt Line Road
Suite 100
Addison, TX 75001
972-341-0560
wdecf@BDFGROUP.com
*Assigned: 02/23/21*

**Brian S. Engel**
Barrett Daffin Frappier Turner &
Engel
3809 Juniper Trace, Suite 205
Austin, TX 78738
512-687-2500
512-477-1112 (fax)
brianen@bdfgroup.com
*Assigned: 06/28/19*

**Jonathan Farahi**
Abir Cohen Treyzon & Salo, LLP
16001 Ventura Blvd, Suite 200
Encino, CA 91436
(424) 288-4368
jfarahi@actslaw.com
*Assigned: 04/01/22*

**Kell C. Mercer**
Kell C. Mercer, P.C.
901 S MoPac Expy, Bldg 1, Suite
300
Austin, TX 78746
512-627-3512
512-597-0767 (fax)
kell.mercer@mercer-law-pc.com
*Assigned: 06/05/19*

**Randolph N Osherow**
342 W Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001
rosherow@hotmail.com
*Assigned: 05/01/19*

**Boris Treyzon**
Abir Cohen Treyzon & Salo, LLP
16001 Ventura Blvd, Suite 200
Encino, CA 91436
(424) 288-4368
btreyzon@actslaw.com
*Assigned: 04/01/22*

**Steve Turner**
Barrett Daffin Frappier LLP
4004 Belt Line Road, Suite 100
Addison, TX 75001
512-687-2502
wdecf@BDFGROUP.com
*Assigned: 06/06/19*

**Nicole Williams**
Thompson Coburn LLP
2100 Ross Ave, Suite 3200
Dallas, TX 75201
(972) 629-7100
(972) 629-7171 (fax)
nwilliams@thompsoncoburn.com
*Assigned: 04/01/22*

**Thomas Andrew Woolley, III**
McCloskey Roberson Woolley, PLLC
190 T.C. Jester, Suite 400
Houston, TX 77007
713-337-3900
713-337-3915 (fax)
rwoolley@mrwpllc.com
*Assigned: 07/07/20*

**Robert Parker**
2503 Ridgewind Way
Windermere, FL 34786
*Added: 06/03/2019*
*(Interested Party)*

**Via United States first-class mail**

**Gionni Paul**
201 Madalyn CT
Auburndale, FL 33823
(863) 289-9386
*Added: 12/14/2022*
*(Creditor)*

**Via United States first-class mail**

14

HB: 4884-3004-0924.1

**Pavilion Management Company**
c/o Glast, Phillips & Murray, P.C.
14801 Quorum Drive
Suite 500
Dallas, TX 75254
(972) 419-7196
(972) 419-8329 (fax)
jhowell@gpm-law.com
*Added: 07/06/2019*
*(Creditor)*

represented by

**Jonathan L. Howell**
Howell & Willingham PLLC
6440 N. Central Expressway
Suite 806
Dallas, TX 75206
(214) 525-3941
jonathan@jlhowell.com
*Assigned: 07/06/19*

**De'Mornay Pierson-El**
7133 Rock Ridge Lane, Apt. F
Alexandria, VA 22315
(571) 319-1149
*Added: 02/22/2023*
*(Creditor)*

**Via United States first-class mail**

**Janet Rakowitz**
WYSI WYG Consulting
11024 Macaway, #2
Adkins, TX 78101
*Added: 05/02/2022*
*(Interested Party)*

**Via United States first-class mail**

**Trent Richardson**
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd.
Suite 200
Encino, CA 91436
(424) 288-4367
(424) 288-4368 (fax)
*Added: 12/01/2022*
*(Creditor)*

represented by

**Jonathon S. Farahi**
Abir Cohen Treyzon Sala, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
424-288-4367
424-2288-4368 (fax)
JFarahi@actslaw.com
*Assigned: 12/01/22*

**Casey Sayles**
16319 Sherwood Ave.
Omaha, NE 68116
(402) 990-9521
*Added: 12/07/2022*
*(Creditor)*

**Via United States first-class mail**

HB: 4884-3004-0924.1

**Colton Schmidt**
c/o Jonathon Farahi
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd, Suite 200
Encino, CA 91436
(424) 288-4367
(424) 288-4368 (fax)
jfarahi@actslaw.com
*Added: 07/16/2019*
*(Creditor)*

represented by

**Katharine Battaia Clark**
Thompson Coburn LLP
2100 Ross Ave.
Ste 3200
Dallas, TX 75201
972-629-7100
972-629-7171 (fax)
kclark@thompsoncoburn.com
*Assigned: 10/18/19*

**Jonathon S. Farahi**
Abir Cohen Treyzon Sala, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
424-288-4367
424-2288-4368 (fax)
JFarahi@actslaw.com
*Assigned: 07/16/19*

**Boris Treyzon**
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd.
Suite 200
Encino, CA 91436
424-288-4367
424-288-4368 (fax)
btreyzon@actslaw.com
*Assigned: 08/02/19*

**Security Industry Specialists, Inc.**
c/o Hemar, Rousso & Heald LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436
8185013800
8185012985 (fax)
wterry@hrhlaw.com
*Added: 05/03/2019*
*(Creditor)*

represented by

**Wayne R Terry**
Hemar, Rousso & Heald LLP
15910 Ventura Blvd.
12th Floor
Encino, CA 91436
818-501-3800
818-501-2985 (fax)
wterry@hrhlaw.com
*Assigned: 05/03/19*

HB: 4884-3004-0924.1

**Settlement Class**
*Added: 05/31/2022*
*(Interested Party)*

represented by

**Katharine Battaia Clark**
Thompson Coburn LLP
2100 Ross Ave.
Ste 3200
Dallas, TX 75201
972-629-7100
972-629-7171 (fax)
kclark@thompsoncoburn.com
*Assigned: 05/31/22*

**Silicon Valley Bank**
c/o Jennifer F. Wertz
Jackson Walker LLP
100 Congress Avenue
Suite 1100
Austin, TX 78701
*Added: 07/18/2019*
*(Creditor)*

represented by

**Jennifer Francine Wertz**
Jackson Walker, L.L.P.
100 Congress Avenue
Suite 1100
Austin, TX 78701
512-236-2247
512-391-2147 (fax)
jwertz@jw.com
*Assigned: 07/18/19*

**Antonio Simmons**
45128 Airstream Ave
Callahan, FL 32011
(904) 507-3929
*Added: 01/04/2023*
*(Creditor)*

**Via United States first-class mail**

**Alan Snyder**
5100 John D. Ryan, Blvd. #2314
San Antonio, TX 78245
*Added: 09/21/2021*
*(Creditor)*

**Via United States first-class mail**

**Tracy Sprinkle**
915 Penn Ave., Apt. 703
Pittsburgh, PA 15222
(440) 541-9131
*Added: 11/15/2022*
*(Creditor)*

**Via United States first-class mail**

**Frank L. Sughrue**
5118 Barth Road
Lockhart, TX 78644
*Added: 06/03/2019*
*(Interested Party)*

**Via United States first-class mail**

HB: 4884-3004-0924.1

**R. Adam Swick**
REID COLLINS & TSAI, LLP
1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746
512-647-6100
512-647-6110 (fax)
aswick@rctlegal.com
*Added: 03/16/2020*
*(Interested Party)*

**Via United States first-class mail**

**TRT Development Company - San Antonio**
TRT Development Company - San Antonio
4001 Maple Avenue
Suite 600
Dallas, TX 75219
214-283-8607
214-283-8514 (fax)
kristen.reinsch@trtholdings.com
Tax ID / EIN: 74-2649774
*Added: 05/24/2019*
*(Creditor)*

represented by

**Kristen Ann Miller Reinsch**
TRT Holdings, Inc.
4001 Maple Avenue
Suite 600
Dallas, TX 75219
214-283-8607
kristen.reinsch@trtholdings.com
*Assigned: 05/24/19*

**Devin Taylor**
46637 Merion Circle
Northville, MI 48168
(843) 812-6849
*Added: 11/15/2022*
*(Creditor)*

**Via United States first-class mail**

**Tecovas, Inc.**
*Added: 01/22/2020*
*(Defendant)*
PRO SE

**Via United States first-class mail**

**Sione Teuhema**
1117 Forrest Dr.
Arlington, TX 76012
(817) 909-1295
*Added: 01/05/2023*
*(Creditor)*

**Via United States first-class mail**

18

**Texas Comptroller of Public Accounts**
Courtney J. Hull
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548
*Added: 07/15/2019*
*(Creditor)*

represented by

**Courtney J. Hull**
Texas Comptroller of Public Accounts
PO Box 12548
Austin, TX 78711-2548
512-475-4562
512-936-1409 (fax)
bk-chull@oag.texas.gov
*Assigned: 07/15/19*

**Three Sisters Partnership**
100 Peabody Place
Suite 1400
Memphis, TN 38103
*Added: 04/22/2019*
*(Creditor)*

represented by

**Russell William Savory**
Beard & Savory, PLLC
119 South Main Street
Suite 500
Memphis, TN 38103
901-523-1110
901-523-1139 (fax)
Russ@bsavory.com
*Assigned: 04/22/19*

**United States Trustee - SA12**
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1539
(210) 472-4640
USTPRegion07.SN.ECF@usdoj.gov
*Added: 04/17/2019*
*(U.S. Trustee)*

**Via United States first-class mail**

**Robert Vanech**
*Added: 06/03/2019*
*(Creditor)*

represented by

**James Henry Bartolomei, III**
Duncan Firm, PA
900 S. Shackleford, Ste. 725
Little Rock, AR 72211
501-228-7600
501-228-0415 (fax)
jim@duncanfirm.com
*Assigned: 06/03/19*

HB: 4884-3004-0924.1

**Thomas A. Veit**
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701
512-499-3624
512-499-3660 (fax)
stephen.roberts@clarkhillstrasburger.com
*Added: 07/29/2019*
*(Creditor)*

represented by

**Stephen A. Roberts**
Stephen A Roberts, P.C.
1400 Marshall Ln
Austin, TX 78703
512-431-7337
sroberts@srobertslawfirm.com
*Assigned: 07/29/19*

**We Are Realtime, LLC**
4525 Macro
San Antonio, TX 78218
Tax ID / EIN: 00-0000000
*Added: 07/08/2019*
*(Consolidated Debtor)*

represented by

**William A. (Trey) Wood, III**
Bracewell LLP
711 Louisiana, Suite 2300
Houston, TX 77002
(713) 223-2300
(713) 221-1212 (fax)
trey.wood@bracewell.com
*Assigned: 07/08/19*

**Jamichael Winston**
1601 Princess Helen Rd., W
Mobile, AL 36618
(251) 586-3226
*Added: 12/13/2022*
*(Creditor)*

**Via United States first-class mail**

**John Wolford**
1860 SW 11th Street
Miami, FL 33135
(904) 887-3154
*Added: 01/05/2023*
*(Creditor)*

**Via United States first-class mail**

**Thomas A. Woolley, III**
McCloskey Roberson & Woolley, PLLC
945 Heights Blvd
Houston, TX 77008
(713) 337-3910
(713) 868-1275 (fax)
twoolley@mccloskeypllc.com
*Added: 07/06/2020*
*(Interested Party)*

**Via United States first-class mail**

HB: 4884-3004-0924.1

**Charles Dylan Wynn**
460 McCall Drive
Benicia, CA 94510
(925) 478-9045
*Added: 02/22/2023*
*(Creditor)*

**Via United States first-class mail**

**Zachry Hospitality LLC**
c/o Roderick J. Regan
11118 Wurzbach #101
San Antonio, TX 78230
United States
2109635900
2109635905 (fax)
rod@rodregan.com
*Added: 06/18/2019*
*(Creditor)*

represented by

**Rod Joseph Regan**
Regan Law Firm
13423 Blanco Road #533
San Antonio, TX 78216
210-387-9747
Rod@RodRegan.com
*Assigned: 06/18/19*

**eClinicalWorks LLC**
*Added: 05/07/2019*
*(Creditor)*

represented by

**Jay L. Krystinik**
Reed Smith LLP
2850 N Harwood Street
Ste 1500
Dallas, TX 75201
469-680-4200
jkrystinik@reedsmith.com
*Assigned: 05/07/19*

HB: 4884-3004-0924.1