

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 18, 2023.**

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § § § | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | § § § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC' | § § § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INCL; | § § § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § § | CASE NO. 19-50906-CAG |
| Debtors. | § § § § § § | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50090-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50090-CAG |

### ORDER GRANTING SWIRL INC.'S UNOPPOSED
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of Swirl Inc.'s Unopposed Motion for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code (the "Motion"), the Court finds that: (i) it has

jurisdiction to enter the relief contained herein pursuant to 28 U.S.C. § 1334(b); (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) for which it is proper for this Court to enter final orders; (iii) the relief requested in the Motion is in the best interest of Ebersol Sports Media Group, Inc. (the "Debtor"), its estate, creditors, and other parties-in-interest; (iv) proper and adequate notice of the Motion and hearing thereon has been given and no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion as set forth herein.

IT IS THEREFORE ORDERED that the Motion is GRANTED as set forth herein.

It is further ORDERED that Swirl Inc. shall be allowed to apply the $470,358.71 (the "Payment") in its possession to the outstanding Debt owed by the Debtor.

It is further ORDERED that Swirl Inc. shall reduce its proof of claim asserted against the Debtor's estate by the amount of the Payment.

It is further ORDERED that this order is effective immediately upon entry and the stay provisions of the Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

It is further ORDERED that this Court shall retain jurisdiction to hear any matter or dispute relating to the interpretation or implementation of the terms and provisions of this Order.

### #

Order submitted by:

Buffey E. Klein
State Bar No. 24032515
HUSCH BLACKWELL LLP
1900 N. Pearl, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 (fax)
Buffey.Klein@huschblackwell.com

Amber Fly
State Bar No. 24101761

HUSCH BLACKWELL LLP  
111 Congress Avenue, Suite 1400  
Austin, Texas 78701  
(512) 472-5456  
(512) 479-1101 (fax)  
Amber.Fly@huschblackwell.com