

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 21, 2023.**

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 19-50900-CAG-7 |
| | ) | Chapter: 7 |
| Legendary Field Exhibitions, LLC, et al. | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER ON (UNOPPOSED) MOTION TO ALLOW LATE FILING OF CLASS SETTLEMENT PROOF OF CLAIM OF ALONZO MOORE

Came on for consideration the (Unopposed) Motion of Claimant ALONZO MOORE ("Mr. Moore") for an order allowing Mr. Moore's late filing of proof of claim.

Having considered the papers filed in connection therewith, the case file in this action, and the Trustee's non-opposition to the motion, the Court finds good cause shown to allow Mr. Moore's late filing of proof of claim (Claim No. 742). Accordingly,

1. Mr. Moore's motion is **GRANTED**; and
2. Mr. Moore's proof of claim (Claim No. 742) is allowed.

**IT IS SO ORDERED**.

###

Respectfully submitted,
**ABIR COHEN TREYZON SALO, LLP**

*/s/ Jonathon Farahi*

Jonathon Farahi (CA SBN 324316)
**ABIR COHEN TREYZON SALO, LLP**
16001 Ventura Boulevard, Suite 200
Encino, California 91436
Phone: (424) 288-4367
Fax: (424) 288-4368
jfarahi@actslaw.com