IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 7 |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § § | CASE NO. 19-50900-CAG |
| AAF PLAYERS, LLC; | § § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § § | CASE NO. 19-50905-CAG |
| WE ARE REALTIME, LLC | § § | CASE NO. 19-50906-CAG |
| DEBTORS | § § § | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

CHAPTER 7 TRUSTEE'S NOTICE OF PAYMENT OF ADMINISTRATIVE EXPENSE

NOW COMES RANDOLPH N. OSHEROW, Trustee of the bankruptcy estate of **LEGENDARY FIELD EXHIBITIONS, LLC**, Debtor in the above-entitled and numbered proceeding, and files this, his Notice of Payment of Administrative Expense on behalf of the Bankruptcy Estate. The Trustee would show the Court the following:

1. On 4/17/19 the consolidated cases were filed as Chapter 7 Bankruptcies under Chapter 7 of the Bankruptcy Code. On 4/17/19, Randolph N. Osherow was appointed Chapter 7 Trustee of consolidated Debtor entities bankruptcy estates and continues to act in that capacity.

2. The Trustee will pay Janet Rakowitz of WYSI WYG Consulting, as per Court Order Docket No. 474, 5/02/22, $1850.00 for preparation of Form 1120 for year 2022, for the Bankruptcy Estate. Trustee is filing this Notice of Payment to advise the Court. Attached is a copy of the invoice.

3. A copy of this Notice has been forwarded to all interested parties in accordance with Local Rule 9014.

Respectfully submitted this ___ June, 2023.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com
**Chapter 7 Trustee**

# WYSI WYG CONSULTING
# JANET RAKOWITZ, CONSULTANT

INVOICE: 06-23-07A

TO: **Bankruptcy Estate of Legendary Field Exhibitions**
Attn: Randolph N. Osherow
342 West Woodlawn, Suite 100
San Antonio, TX 78212

| | | |
|---|---|---|
| 06/07/2023 | Completed 2022 Form 1120 | $1,850.00 |

**CASE #: 19-51571-CAG**

TOTAL DUE: $1,850.00

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| LEGENDARY FIELD EXHIBITIONS, LLC; | § | CASE NO. 19-50900-CAG |
| | § | |
| AAF PLAYERS, LLC; | § | |
| | § | CASE NO. 19-50902-CAG |
| AAF PROPERTIES, LLC; | § | |
| | § | CASE NO. 19-50903-CAG |
| EBERSOL SPORTS MEDIA GROUP, INC.; | § | |
| | § | CASE NO. 19-50904-CAG |
| LFE 2, LLC; | § | |
| | § | |
| WE ARE REALTIME, LLC | § | CASE NO. 19-50905-CAG |
| | § | |
| | § | CASE NO. 19-50906-CAG |
| DEBTORS | § | |
| | | (SUBSTANTIVE CONSOLIDATION OF ALL 6 CASES, INTO ONE CASE, LEGENDARY FIELD EXHIBITIONS, LLC, CASE NO. 19-50900-CAG) SUBSTANTIVELY ADMINISTERED UNDER CASE NO. 19-50900-CAG |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the CHAPTER 7 TRUSTEE'S NOTICE OF PAYMENT, was served by U.S. first class mail, postage prepaid, upon the following parties of record this ___ day of June, 2023:

Legendary Field Ex. LLC
4525 Macro
San Antonio, TX 78218

U.S. Trustee
615 E Houston Street
Suite 533
San Antonio, TX 78205

SEE ATTACHED MATRIX FOR A LIST OF ALL PARTIES SERVED WITH NOTICE

**Janet Rakowitz**
**WYSI WYG Consulting**
11024 Macaway Rd., Lot 2
Adkins, TX 78101

William A. (Trey) Wood, III
Bracewell LLP
711 Louisiana Suite 2300
Houston, TX 77002
Attorney for Debtor Company
**Counsel for Debtor(s)**

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com
**Chapter 7 Trustee**

| | | |
|---|---|---|
| A Bounce Above<br>13745 Lyall Pl<br>Lakeside, CA 92040-4823 | AAF-ARIZONA HOTSHOTS<br>Park Place Printing, Inc.<br>535 W Baseline Rd., Ste 104<br>Mesa, AZ 85210 | AARON C SMITH<br>LOCKE LORD LLP<br>111 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |
| Aflanny Inc.<br>P.O. Box 233<br>Rancho Santa Fe, CA 92067-0233 | AIRZONA BOARD OF REGENTS<br>ARIZONA STATE UNIV<br>C/O ROBERT CHARLES JR.<br>ONE SOUTH CHURCH AVE SUITE 2000<br>TUCSON, AZ 85701 | ALAN J SNYDER<br>3315 Falling Creek<br>San Antonio, TX 78259 |
| Ali, Salene<br>110 Sunnyland Dr<br>San Antonio, TX 78228-2915 | ALLEN J WESTGATE<br>5465 ALANDALE COURT<br>ORLANDO, FL 32839 | ALPHA ENTERTAINMENT, LLC<br>c/oARTOUSH VARSHOSAZ<br>K&L GATES, LLP<br>1717 MAIN STREET, #2800<br>DALLAS, TX 75201 |
| ANGELA CATES<br>27022 Foggy Meadows Street<br>San Antonio, TX 78260 | Annotti, Mark<br>2170 FAIRMONT CIRCLE<br>ORLANDO, FL 32837-6789 | ANTHONY HURST<br>4716 Valdina Way<br>San Diego, CA 92124-2433 |
| APRIL SCHULZE<br>10627 Larch Grove St.<br>Helotes, TX78023 | Aramark Sports and Entertainment Services, L<br>C/O DUANE MORRIS LLP<br>JARRET P HITCHINGS<br>222 DELAWARE AVE SUITE 1600<br>WILMINGTON, DE 19801<br>Philadelphia, PA 19103-3041 | Arizona Department of Revenue<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 |
| ASIF KHAN<br>3846 38TH STREET #3<br>SAN DIEGO, CA 92105 | ATLANTA JOURNAL CONSTITUTION<br>c/o Szabo Assoc. Inc.<br>3355 Lenos Rd NE Suite 945<br>Atlanta, GA 30326 | AY Productions LLC<br>1334 Park View Avenue #250<br>Manhattan Beach, CA 90266-3751 |
| BARB CRISPENS<br>VP OF FINANCE<br>KRANOS CORP DBA SCHUTT SPORTS<br>710 SOUTH INDUSTRIAL DR.<br>LITCHFIELD, IL 62056 | Beddingfield, Blake<br>828 Woodburn Dr.,<br>Brentwood, TN 37027-8748 | Big Fogg, Inc.<br>42095 Zero Dr. Unit A2<br>Temecula, CA 92590-3747 |
| Big Ticket Inc. (Rich Waltz)<br>820 5th Ave. NW<br>Issaquah, WA 98027-2816 | BLUE CROSS OF CALIFORNIA<br>dba ANTHEM BLUE<br>ERIC S GOLDSTEIN, ES<br>SHIPMAN & GOODWIN, LLP<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 | bluemedia<br>Gallaghers & Kennedy<br>Joe Cotterman<br>2575 E Camelback Rd Suite 1100<br>Phoeniz, AZ 85016 |
| BPM Concerts, LLC dba Ballpark Music<br>1045 Crossvine Rd.<br>Roswell, GA 30075-3886 | Broadway Media, LLC dba KXRK, KEGA, KYMV.<br>KUUU, KUDD, KALL, KOVO<br>50 West Broadway #200<br>Salt Lake City, UT 84101-2024 | Buck's Bags Inc.<br>2401 West Main St.<br>Boise, ID 83702-4845 |
| BYRON JONES<br>113 MOSELEY AVE<br>EATONVILLE, FL 32751 | CaliVenture Party Rentals<br>5562 Las Alturas Terrace<br>San Diego, CA 92114-5316 | Callaway, Rob<br>12644 Brite Ranch<br>San Antonio, TX 78245-3218 |

| | | |
|---|---|---|
| Campbell Clinic Orthopedics<br>1400 South Germantown Road<br>Germantown, TN 38138-2205 | Carroll, William<br>1285 Burgundy Court<br>Oviedo, FL 32766-6686 | CBT CREATIVE BROADCASTIN TECHNIQUES<br>15 Charles Place<br>Closter, NJ 07624 |
| CENTURY LINK COMMUNICATIONS, LLC<br>1025 El Dorado Blvd., Bankruptcy Legal<br>Broomfield, CO 80021 | CHRIS MUFFOLETO<br>2781 Wassum Trail<br>Chuluota, FL 32766 | Classic Traditions, Inc.<br>4 Baltusrol Ct.<br>Shoal Creek, AL 35242-5903 |
| Cliff Kleen Athletic<br>4480 Varsity Dr<br>Ann Arbor, MI 48108-5007 | CLYDE SNOW & SESSIONS PC<br>201 SOUTH MAIN STREET SUITE 1300<br>SALT LAKE CITY, UT 84111 | CMAXIII Entertainment/ Charles Sloan Jr.<br>24245 Wilderness Oak Apt #3310<br>San Antonio, TX 78258-7861 |
| Colsell, Rick<br>3128 Guilitoy Ave<br>San Diego, CA 92117-2540 | COMMONWEALTH OF PENNSYLVANIA<br>Attn: Deb Secrest/Labor/Ind Dept<br>Collections Support Unit<br>651 Boas Street, Rm 925<br>Harrisburg, PA 17121 | Contemporary Services Corporation - CSC<br>17101 Superior St.<br>Northridge, CA 91325-1961 |
| Coronado, Roberto<br>8034 Myrtle Glade<br>Converse, TX 78109-3275 | Cortez Liquid Waste Services<br>19540 S US Highway 281<br>San Antonio TX 78221-9729 | Cottrell, Theodore<br>4580 Regency Trace,<br>Atlanta, GA 30331-6832 |
| Cox Media LLC San diego dba Cox Media - West<br>P.O Box 50456<br>Los Angeles, CA 90074-0456 | COX MEDIA SAN DIEGO<br>c/o Szabo Associates, Inc.<br>3355 Lenox Rd NE Suite 945<br>Atlanta, GA 30326 | CYNTHIA FRELUND<br>c/o AARON C SMITH<br>& STEPHEN J HUMENIUK<br>LOCKE LORD LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 |
| DANIEL K WARD<br>8431 Cheyenne Pass<br>San Antonio, TX 78254 | DANNY RHINEHART<br>11476 Willow<br>Windermere, FL 34786 | Datatix Systems dba Smith'sTix<br>335 West Bugatti Drive<br>Salt Lake City, UT 84115-2521 |
| David S Pottruck Revocable Trust<br>201 Spear St, Ste 1750<br>San Francisco, CA 94105-1699 | Davis, Chrystal<br>1017 Margot Ln<br>Lake Wales, FL 33853-2732 | Decker, Shawn<br>17525 Silver Creek Ct<br>Clermont, FL 34714-5825 |
| DENISE DELOACH<br>13214 Vista del Mundo<br>San Antonio, TX 78216 | DONNA WINFREY<br>2980 Cordie Lee Lane<br>Germantown, TN 38138-8184 | Down In Front Productions, LLC<br>1318 Alford Ave, Suite 201<br>Hoover, AL 35226-3161 |
| Downey, Carolyn<br>7450 Olivetas Avenue<br>Apartment 40<br>La Jolla, CA 92037-4924 | Dr. Jill's Foot Pads, Inc.<br>384 S Military Trail<br>Deerfield Beach, FL 33442-3007 | ED MCCLURE<br>1610 CR 323<br>Jourdanton, TX 78026 |

| | | |
|---|---|---|
| EDWARD LEPP DBA LEPPSDESIGN, LLC<br>320 NORTH SHADOWWOOD DRIVE<br>ST. AUGUSTINE, FL 32086 | EM Printing, LLC<br>3081 Bartlett Corporate Dr.<br>Bartlett, TN 38133-8943 | Embassy Suites by Hilton South Jordan<br>Salt Lake City<br>10333 South Jordan Gateway<br>South Jordan, UT 84095-3954 |
| Embassy Suites San Antonio Riverwalk Downtow<br>125 East Houston St.<br>San Antonio, TX 78205-2247 | EMERALD AAGAARD<br>VICE PRESIDENT<br>CBT CREATIVE BROADCASTING TECHNIQUES<br>15 CHARLES PLACE<br>CLOSTER, NJ 07624 | EMERALD CHIN<br>VICE PRESIDENT<br>CBT CREATIVE BROADCAST TECHNIQUES<br>15 CHARLES PLACE<br>CLOSTER, NJ 07624 |
| EMILY MORGAN, LLC<br>705 EAST HOUSTON STREET<br>SAN ANTONIO, TX 78205 | ENTERPRISE NEWS GROUP<br>825 N 300 WEST<br>SUITE NE 220<br>SALT LAKE CITY, UT 84103 | ESTEBAN RAMIREZ, IV<br>3029 MORNING TRL<br>SAN ANTONIO, TX 78247 |
| Estrada, Letty<br>535 W Olmos Dr<br>San Antonio, TX 78212-1862 | Evangelist, John<br>2669 Eltinge Drive<br>Alpine, CA 91901-2240 | F&F Productions<br>14333 Myerlake Circle<br>Clearwater, FL 33760-2839 |
| Fidelis Bookkeeping And Payroll Services<br>812 N Pacific St<br>Unit C<br>Oceanside, CA 92054-1967 | Fikes, Bruce<br>113 W Huff Ave<br>San Antonio, TX 78214-2129 | Fisher, Jason Zone<br>128 South Kikea Drive<br>Los Angeles, CA 90048-3526 |
| Five Marketing & Management LLC<br>925 B Street #603<br>San Diego, CA 92101-4628 | Florida Medical Distributors, LLC<br>123 Barrier Isle Drive<br>Ormond beach, FL 32176-2243 | Flying V Group<br>2051 Placentia Ave.<br>Costa Mesa, CA 92627-3405 |
| Foot Management, Inc.<br>7201 Friendship Rd.<br>Pittsville, MD 21850-2039 | Ford, Steve<br>3275 Madison Ave<br>San Diego, CA 92116-4450 | FRANCHISE TAX BOARDBANKRUPTCY SECTION<br>MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| Franklin, Donna<br>6050 Brunswick Rd.<br>Lakeland, TN 38002-6945 | FRESH CONCEPTS LLC<br>49 Research Drive<br>Milford, CT 06460 | Gage, Christina<br>13021 Shenandoah Dr.<br>Lakeside, CA 92040-3333 |
| GANNETT CO., INC.<br>C/O KATHLEEN HENNESSEY GANNETT CO., INC.<br>LAW DEPT, 7950 JONES BRANCH DR.<br>MCLEAN, VA 22107 | GARY HORTENSTINE<br>1353 Old Virginia Ct.<br>Marietta, GA 30067 | Gelvin, Eric<br>4354 E Sandia St.<br>Phoenix, AZ 85044 |
| Georgia State University Athletics /<br>Georgia State University Stadium<br>755 Hank Aaron Dr.<br>Atlanta, GA 30315-1120 | Georgia State University dba GSU Panther Di<br>55 Gilmer Street Room 318<br>Atlanta, GA 30303 | Glick, Rush<br>1651 Vann Court<br>El Cajon, CA 92020-2236 |

| | | |
|---|---|---|
| Goddard, John<br>1833 Wind Willow Road<br>Belle Isle, FL 32809-6859 | Green, Nicholas<br>18626 Creekside Pass<br>San Antonio, TX 78259-3306 | GREY SEAL PUPPETS<br>PO BOX 12<br>MCCLELLANVILLE, SC 29458 |
| Hamilton, Michael<br>2349 N. Atwood Circle<br>Mesa, AZ 85207-2490 | Hands on Atlanta<br>C/O KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 PEACHTREE STREET NE SUITE 2800<br>ATLANTA, GA 30309 | HEATHER J PANKO<br>STUTZMAN BROMBERT ESSERMAN & PLIFKA<br>2323 BRYAN ST SUITE 2200<br>DALLAS, TX 75201 |
| Hernandez, Jose<br>1681 san altos<br>Lemon Grove, CA 91945-3929 | High Rise Audio<br>6783 S 2300 E<br>Salt Lake City, UT 84121-3121 | Hog Wild<br>c/o R SHERWOOD<br>EVANS PETREE PC<br>1291 TULLY ST<br>1715 AARON BRENNER DR #800<br>MEMPHIS, TN 38107 |
| Holiday Inn Riverwalk<br>217 N. St. Marys Street<br>San Antonio, TX 78205-2303 | Hyatt Regency Riverwalk San Antonio<br>123 Losoya<br>San Antonio, TX 78205-2688 | ICM Partners - Terrell Davis<br>10250 Constellation Blvd. 31st floor<br>Los Angeles, CA 90067-6231 |
| iHeartMedia Ent. Inc.<br>c/oHerzlich & Blum, LLP<br>15760 Ventura Boulevard<br>Suite 700<br>Encino, CA 91436 | JACK DONALD SIDES II<br>5621 BUTTERCUP LANE<br>MCKINNEY, TX 75070 | JACK KNIGHT ELECTRICAL<br>11625 RAINBOW RIDGE<br>HELOTES, TX 78023 |
| JAMES PATRICK GLEASON<br>1237 Union Club Drive<br>Winter Garden, FL 34787 | JAMICHAEL GEORGE WINSTON<br>1601 PRINCESS HELEN RD W<br>MOBILE, AL 36618 | Jeff Knight Electrical<br>11625 Rainbow Ridge<br>Helotes, TX 78023-4406 |
| JENNIFER L WHITMORE<br>6022 Spring Time<br>San Antonio, TX 78249 | JENNIFER MONN<br>3597 Gatlin Place Circle<br>Orlando, FL 32812 | Joe Bosack<br>1661 Oak Road<br>Pottsville, PA 17901-3209 |
| JOHN R RICHARDSON<br>13100 Hissen Ridge Ln<br>Clermonth, Fl 34715 | JOHN ROUNDTREE<br>9188 Mudville Rd.<br>Millington, TN 38053 | JONATHAN HODGINS<br>1334 Baur Boulevard<br>St. Louis, MO 63132 |
| JONATHAN HOWELL<br>(PAVILION MANAGEMENT CO.)<br>GLAST PHILLIPS & MURRAY, PC<br>14801 QUORUM DRIVE, STE 500<br>DALLAS, TX 75254 | Juleyna, LLC dba Exhibit Experts<br>4012 East Broadway<br>Suite 307<br>Phoenix, AZ 85040-8800 | KATHRYN HETZLER<br>PRESIDENT/CEO<br>GREENSCAPE<br>7902 US HIGHWAY 70<br>BARTLETT, TN 38133 |
| KCYY/KISS/KTKX RADIO<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | KENS TELEVISION<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | KFMB TELEVISION<br>C/O ZSABO ASSOC INC.<br>3355 LENOX RD NE, SUITE 945<br>ATLANTA, GA 30326 |

| | | |
|---|---|---|
| Knuckey, Thomas<br>310 W Hornbeam Dr<br>longwood, FL 32779-2533 | Kohlhausen, Susan<br>5918 Tivoli Gardens Blvd<br>Orlando, FL 32829-7704 | KPNX TELEVISION<br>C/O SZABO ASSOC INC.<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 |
| KRLV/KOMP/KBAD RADIO<br>C/O SZABO ASSOC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | Ladds<br>6881 Appling Farms Parkway<br>Memphis, TN 38133-4713 | LAMAR<br>P.O Box 96030<br>Baton Rouge, LA 70896-9030 |
| Lamar Advertising<br>1600 Century Ctr Pkwy #104<br>Memphis, TN 38134-6100 | LANCE P REED<br>PRESIDENT<br>DOCUMENT STRATEGIES, INC.<br>1235 OLD ALPHARETTA RD SUITE 110<br>ALPHARETTA, GA 30005 | LATHROP GAGE<br>WENDI ALPER PRESSMAN<br>7701 FORSYTH BLVD SUITE 500<br>ST LOUIS, MO 63105 |
| LATHROP GAGE<br>RAYMOND URBANIK<br>2101 CEDAR SPRINGS RD<br>SUITE 1400<br>DALLAS, TX 75201 | Law Enforcement Specialists Inc<br>PO Box 11656<br>Glendale, AZ 85318-1656 | LAWRENCE D PARK<br>109 OAKWOOD DR<br>CUMMIMG, GA 30040 |
| Lazser Down LLC<br>4528 W. 140th Street<br>Leawood, KS 66224-3591 | LEO J HUDSON<br>7123 QUAIL GARDENS<br>SAN ANTONIO, TX 78250 | LEWIS CONSULTING<br>11317 VIA PLAYA DE CORTES<br>SAN DIEGO, CA 92124 |
| Lopez, Jake<br>8922 Summer Trail<br>San Antonio, TX 78250-2613 | Mabry, Ashaad<br>21302 Encino Commons #9204<br>San Antonio, TX 78259 | MacDonald, Kelly<br>1923 San Jose Ave,<br>San Francisco, CA 94112-2406 |
| Major Promotions<br>3517 Spring Valley Court<br>Mountain Brook, AL 35223-1467 | MANUEL RAMIREZ<br>22702 Sabine Summit<br>San Antonio, TX 78258 | Markey, John & Teresa<br>5508 Redland Dr<br>San Diego, CA 92115-2215 |
| Marriott Hotel Services Inc DBA Scottsdale<br>Marriott at McDowell Mountains<br>John C Josefsberg<br>12740 Hillcrest Rd #240<br>Dallas, TX 75230 | MARRIOTT INTERNATIONAL INC.<br>John C. Josefsberg<br>12740 Hillcrest Rd suite 240<br>Dallas, TX 75230 | Mason, Thomas<br>7777 Glen American Apt 349,<br>Dallas, TX 75225-1840 |
| Masque Sound & Recording DBA Professional<br>Wireless Systems<br>21 E Union Ave<br>East Rutherford, NJ 07073-2127 | Matthies, Mason<br>PO Box 732<br>Rancho Santa Fe, CA 92067-0732 | Maywald, John<br>39 Walnut Grove Road<br>Boerne, TX 78006-6222 |
| Mclain, Nick<br>3753 e fairfield st<br>mesa, AZ 85205-4969 | Media2, Inc. dba m2<br>1 Bridge St.<br>Suite 215<br>Irvington, NY 10533-1629 | MELISSA SCOTT<br>1973<br>10339 FASANO DRIVE<br>LAKESIDE, CA 92040 |

| | | |
|---|---|---|
| MICHAEL E WALDEN<br>PRESIDENT<br>PYRO SHOWS OF TEXAS, INC.<br>PO BOX 1776<br>LAFOLLETTE, TN 37766 | MICHAEL T CALKINS<br>5698 BASSETT PL<br>SANFORD, FL 32771-8501 | MIND OVER MEDIA LLC<br>15212 N 53RD STREET<br>SCOTTSDALE, AZ 85254 |
| MMS MEDIA LLC<br>11872 REAGAN STREET<br>LOS ALAMITOS, CA 90720 | Mobile Modular<br>NIEL BANSRAJ<br>5700 LAS POSITAS RD.<br>LIVERMORE, CA 94550 | Morris, Colin<br>152 NE 167 Street<br>Suite 403<br>Miami, FL 33162-3400 |
| Moxley, Trae J.<br>PO Box 1252,<br>Carbondale, CO 81623-1252 | Muirbrook, Richard<br>2433 Hansen Meadows Drive,<br>Syracuse, UT 84075-9368 | Murray, Aaron<br>C/O ELEMENT SPORTS<br>3180 NORTH POINT PKWY SUITE 106<br>ALPHARETTA, GA 30005 |
| MWW Group LLC<br>Frank J. Perch, III<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103-7395 | NATHAN SHAPIRO<br>242 IMPALA TRACE<br>SAN ANTONIO, TX 78258 | Nationwide Referral Company, Inc. dba Apartm<br>Relocation Center<br>11818 Wurzbach Rd.<br>San Antonio, TX 78230-2710 |
| NBCUNIVERSAL MEDIA LLC<br>30 Rockefeller Plaza(1221 Campus)<br>New York, NY 10112 | NEP II, Inc dba NEP Supershooters, LP<br>c/o Paul Mazeski, Esq.<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 15219 | nerdmatics<br>8149 Santa Monica Blvd<br>#404<br>West Hollywood, CA 90046-4912 |
| NICOLAS LARIOS<br>206 Cork Way<br>Davenport, FL 33897 | North Carolina Department of Revenue<br>BANKRUPTCY UNIT<br>PO BOX 1168<br>Raleigh, NC 27602-1168 | OFFICE DEPOT<br>6600 N MILITARY TRAIL, S416N<br>BOCA RATON, FL 33496 |
| Ollier, Lori<br>31459 Sonoma Lane<br>Temecula, CA 92591-2116 | Outdoor America Images, Inc. OAI<br>4545 W Hillsborough Ave<br>Tampa, FL 33614-5441 | PATRICK A. HARRINGTON<br>PO Box 1019<br>Vidor, TX 77670-1019 |
| PATRICK H AUTRY<br>(DUNDON CAPITAL PARTERS &<br>THOMAS G DUNDON)<br>BRANSCOMB PC<br>(DUNDON CAPITAL PARTNERS)<br>8023 VANTAGE DRIVE, SUITE 560 | Paul M Halsey dba Admiral Video, LLC<br>503 E. Erie St. Suite B<br>Lancaster, NY 14086-9506 | Pavilion Management Company dba Hilton Phoen<br>Mesa Hotel<br>1011 W Holmes Avenue<br>Mesa, AZ 85210-4923 |
| PCH TRIBUNE LLC DBA NUMBER SIX LLC<br>4770 S 5600 W<br>West Valley City, UT 84118-7400 | PCS Production Company, LP<br>1551 Corporate Drive<br>Suite 125<br>Irving, TX 75038-2450 | Polian Consulting<br>C/O IRVING WALKER<br>COLE SCHOTZ PC<br>300 LOMBARD ST #1450<br>BELTIMORE, MD 21202 |
| PORTER HEDGES LLP<br>AARON J POWER<br>1000 MAIN STREET 36TH FL<br>HOUSTON, TX 77002 | PRISMIC IO, Inc.<br>185 Alewife Brook Parkway, Suite 210<br>Cambridge, MA 02138-1104 | Prospect Productions LLC dba Barnicle<br>175 Varick St. 2nd floor<br>New York, NY 10014-5856 |

| | | |
|---|---|---|
| Reed, Michael<br>16165 Cayenne Ridge Rd<br>San Diego, CA 92127-3707 | Residence Inn by Marriott Orlando Downtown<br>680 N Orange Ave<br>Orlando, FL 32801-1374 | Rheinbold, Jim<br>10437 La Morada Dr<br>San Diego, CA 92124-1011 |
| RHINO ARIZONA, LLC<br>125 W Julie Dr.<br>Tempe, AZ 85283 | RICHARD HORNER<br>12423 ORANGEWOOD CIRCLE<br>TAVARES, FL 32778 | ROBERT GLEESON<br>230 DWYER AVE #903<br>SAN ANTONIO, TX 78204-1033 |
| ROBERT ZEARFOSS<br>2548 Rio Cordillera<br>San Antonio, TX 78006 | RON BEVILACQUA<br>3677 41ST STREET #4<br>SAN DIEGO, CA 92105 | RON MAULDIN<br>1964<br>802 LITTLE CREEK CT<br>CANTON, GA 30114 |
| RON PROCIW<br>PRESIDENT IMAGE CAM, INC.<br>7835 E EVANS RD SUITE 500<br>SCOTTSDALE, AZ 85260 | Royal Restrooms Mountain West, LLC<br>563 N Colorado St<br>Salt Lake City, UT 84116-2505 | RUBEN V LOSOYA<br>LOSOYA INDUSTRIES, LLC<br>205 ROSEBUD STREET<br>BOERNE, TX 78006 |
| RUSSELL W MILLS<br>BELL NUNNALLY & MARTIN LLP<br>2323 ROSS AVE SUITE 1900<br>DALLAS, TX 75201 | RUSSELL W. MILLS<br>(DUNDON CAPITAL PARTNERS<br>& THOMAS G DUNDON)<br>Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201 | Russell, John<br>3642 Terrace Place<br>Carlsbad, CA 92010-6593 |
| RUTHER PALMER<br>1827 Schley Ave.<br>San Antonio, TX 78210 | SAFC Management<br>One AT&T Parkway<br>San Antonio, TX 78219 | Safety Services, Inc. dba U.S. Safety Servic<br>5525 Blanco Rd. Suite 124<br>San Antonio, TX 78216-6678 |
| SAMANTHA EVANS<br>539 Parkmont Ct<br>San Antonio, TX 78258 | SAN ANTONIO BUSINESS JOURNAL<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | SAN ANTONIO EXPRESS<br>c/o Zalina Tsarakova<br>4747 Southwest Freeway<br>Houston, TX 77027 |
| SCOTT ENOS<br>14718 EAGLES CROSSING DRIVE<br>ORLANDO, FL 32837-6923 | Security Industry Specialists Inc. - SIS<br>20 West Galer Street<br>Seattle, WA 98119 | SECURITY INDUSTRY SPECIALISTS, INC.<br>C/O WAYNE R TERRY<br>15910 VENTURA BOULEVARD 12TH FL<br>ENCINO, CA 91436 |
| Shapins, William<br>13119 Lakeshore Grove Drive<br>Winter Garden, FL 34787-5459 | Shavers, Brenda S<br>574 Terry Street Southeast<br>Atlanta, GA 30312-2838 | SHOCK DOCTOR INC.<br>11488 SLATER AVE<br>FOUNTAIN VALLEY, CA 92708-5440 |
| Signal Wiz - Technical Services<br>6822 Fisk Avenue<br>San Diego, CA 92122-2437 | Silverman Group<br>436 Orange Street<br>New Haven, CT 06511-6402 | Simplified Coach, Inc.<br>14051 Saratoga-Sunnyvale Rd.<br>Saratoga, CA 95070-5834 |

| | | |
|---|---|---|
| Skousen, Lindsay<br>459 Virginia Dr<br>Winter Park, FL 32789-5806 | Smith, Charles<br>4233 Avacado Blvd<br>La Mesa, CA 91941-7125 | Sneaky Big Studios, LLC<br>15750 N. Northsight Blvd.<br>Scottsdale, AZ 85260-1936 |
| Sodexo<br>c/o Thomas Stanton, Ass Gen Counsel<br>9801 Washingtonian Blvd 12th Fl<br>Gaithersburg, MD 20878 | SPECTRUM REACH/CHARTER<br>PO BOX 936671<br>ATLANTA, GA 31193-6671 | STACIE JOHNSON<br>3039 Chavez Ave<br>Clermont, FL 34715 |
| Stallard, Diane<br>1503 South Silverstone Court<br>Orange City, FL 32763-6256 | STATE OF ALABAMA<br>DEPT OF REVENUE<br>PO BOX 320001<br>MONTGOMERY, AL 36132-0001 | STEPHEN J HUMENIUK<br>LOCKE LORD LLP<br>600 CONGRESS AVE SUITE 2200<br>AUSTIN, TX 78701 |
| STEVE MARIUCCI<br>c/o Arnie Herz<br>14 Vanderventer Ave, suite 255<br>Port Washington, NY 11050 | STEVEN SHAFER<br>1290 Rip-Jay Circle<br>Canyon Lake, TX 78133 | Stieg, Frank<br>215 Salvador Square<br>Winter Park, FL 32789-5618 |
| Tarasewich, Thomas<br>3647 All American Blvd<br>Orlando, FL 32810-4726 | Tastinger, Anthony<br>14867 Hawksmoor Run Circle<br>Orlando, FL 32828-7510 | TEAMWORKS INNOVATIONS, INC.<br>122 E Parrish Street<br>Durham, NC 27701 |
| Temple, Nicholas<br>6166 TREE FOX PL<br>Indianapolis, IN 46237 | THE MONTAG GROUP, LLC<br>14 Vanderventer Ave Suite 255<br>Port Washington, NY 11050 | THEODORE J COTTRELL<br>4580 REGENCY TRACE SW<br>ATLANTA, GA 30331 |
| THREE SISTERS PARTNERSHIP<br>c/op Russell Savory<br>Beard & Savory<br>119 S main St Suite 500<br>Memphis, TN 38103 | TIFFANY JOLLEY<br>ACCT EXECUTIVE<br>ALLIANCE OF AMERICAN FOOTBALL<br>5450 ROWLEY RD APT 904<br>SAN ANTONIO, TX 78240 | TIMOTHY GRANT<br>867 S Grant St.<br>Longwood, FL 32750-5507 |
| TNT Game Truck, LLC<br>26788 Rhapsody Ct.<br>Menifee, LA 92584-2714 | Tompkins, John<br>4703 Camberley Ct.<br>San Diego, CA 92154-8407 | TREY BATES<br>215 N Center<br>#310<br>San Antonio, TX 78202 |
| TRI-C Club Supply Inc.<br>32615 Park Lane St.<br>Garden City, MI 48135-1528 | TRT DEVELOPMENT COMAPNY-SAN ANTONIO<br>C/O WICK PHILLIPS ATTN: JASON RUDD<br>3131 McKINNEY AVE., SUITE 100<br>DALLAS, TX 75204 | TRT DEVELOPMENT COMPANY<br>Omni SA Hotel<br>c/o Kristen A Miller Reinsch<br>4001 Maple Ave, Suite 600<br>Dallas, TX 75219 |
| UTAH MEDIA GROUP<br>4770 S 5600 W<br>WEST VALLEY CITY, UT 84118 | Varner, Nicole<br>221 Crumley Street SW<br>Atlanta, GA 30312-2609 | Vaughn, Nia<br>405 Pleasant Hill Road 30047-2980 |

| | | |
|---|---|---|
| VITAC Corporation<br>8300 E Maplewood Ave Suite 310<br>Greenwood Village, CO 80111-4851 | Wadley, Jim<br>786 West Solana Circle<br>Solana Beach, CA 92075-2358 | WALTER JOHN ELLIS DBA SPORTS & BROA-<br>CAST SERVICE, 12101 E Mountain View Rd.<br>Scottsdale, AZ 85259 |
| War Machine Inc dba TSHIRTGUN.COM<br>3429-B Rutherford Rd EXT<br>Taylors, SC 29687-2133 | Ward, Thomas<br>612 Angelica Circle,<br>Cary, NC 27518-8727 | Watson, Kenneth<br>3503 Tree Crossing Parkway,<br>Birmingham, AL 35244-4095 |
| WAYNE TERRY<br>HEMAR ROUSSO & HEALD<br>15910 VENTURA BOULEVARD, 12TH FL<br>ENCINO, CA 91436 | WCF Mutual Insurance<br>c/o Law Offices of William B King, PC<br>3511 Broadway<br>San Antonio, TX 78209 | Weber, Jake<br>1120 Ecology Loop<br>Eads, TN 38028-3416 |
| WEIL GOTSHAL & MANGES LLP<br>ALFREDO PEREZ<br>700 LOUISIANA ST SUITE 1700<br>HOUSTON, TX 77002 | WEIL GOTSHAL & MANGES LLP<br>YEHUDAH BUCHWEITZ & GARRETT FAIL<br>(CBS)<br>767 FIFTH AVE<br>NEW YORK, NY 10153 | Wellman, Dale<br>2692 Indigo Drive<br>El Cajon, CA 92019-3869 |
| WFTV TELEVISION C/O SZABO<br>ASSOCIATES INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | WHBQ TELEVISION<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE SUITE 945<br>ATLANTA, GA 30326 | WHBQ-TV - Cox Media Group NE, Inc.<br>P.O Box 82393<br>Chicago, IL 80691-0293 |
| WHBQ-TV - Cox Media Group NE, Inc., Jay<br>6080 Mt. Moriah Road EXT<br>Memphis, TN 38115-2645 | WILFORD COLEMAN, JR.<br>2121 PIONEER PASS<br>SEGUIN, TX 78155 | WILLIAM ENGSTRAND<br>1505 S SILVERSTONE CT.<br>ORANGE CITY, FL 32763 |
| WILLIAM J NEULS<br>4910 Hershey Dr<br>San Antonio, Tx 78220 | WILLIAM MICHAEL MURRAY<br>4019 Conway Place Circle<br>Orlando, FL 32812 | WILLIAM ROBERTS<br>413 Four Seasons Ave<br>mascotte, FL 34753 |
| Wilson, Joy<br>15330 75 Avenue N.<br>Palm Beach Gardens, FL 33418-1901 | Wolff, Steve<br>2131 Palomar Airport Road Ste. 330<br>Carlsbad, CA 92011-1466 | WRSV RADIO<br>C/O SZABO ASSOC INC<br>3355 LENOX RD NE, SUITE 945<br>ATLANTA, GA 30326 |